# EXHIBIT A







# WELCOME TO CAPITOL TIMES MAGAZINE!

We are thrilled to have you join our readership, where we strive to deliver accurate and unbiased news straight from the heart of US Capitol politics to the broader global landscape. In an era dominated by sensationalism and misinformation, we stand firmly committed to providing you with the truth.

At Capitol Times, we understand the importance of staying informed about the political developments that shape our world. We believe that knowledge is power, and our dedicated team of journalists works tirelessly to bring you comprehensive coverage, insightful analysis, and in-depth features on the pressing issues of ourtime. From the corridors of power in Washington D.C. to the farthest corners of the globe, our magazine aims to present a holistic view of politics, ensuring that you have a well-rounded understanding of the forces shaping our collective future. We believe that it is through awareness and understanding that we can make informed decisions and actively participate in shaping a better society.

As you embark on this journey with us, we invite you to explore the diverse range of topics we cover. From domestic policies to international relations, from social justice to environmental concerns, we strive to provide a rich tapestry of information that reflects the complexity of our world. Our commitment to truth and integrity means that we are dedicated to upholding the highest journalistic standards.
We rigorously fact-check our articles and adhere to ethical reporting practices, aiming to present you with the most reliable and accurate information available. We understand that trust is the cornerstone of our relationship, and we value it above all else.

In addition to our news coverage, Capitol Times Magazine offers thought-provoking opinion pieces, engaging interviews, and profiles of influential figures in the political arena. We encourage you to actively engage with our content, to question, to challenge, and to share your own perspectives. Together, we can foster a vibrant community of informed citizens who are passionate about making a difference.

Thank you for choosing Capitol Times Magazine as your source for truth news. We are honored to have you on board, and we look forward to embarking on this journey of knowledge and enlightenment together. Welcome to the Capitol Times family!

Sincerely,

Capitol Times Magazine
www.capitoltimesmedia.com



CAPITOL TIMES MAGAZINE | ISSUE 1 | JULY 2023

# CONTENTS

**07** **PATRICK BYRNE**
Reveals the shocking backstory

**89** Unraveling the Recession:
Why America Needs a New Commander-In-Chief
By Mary Jones

**92** Promoting Individual Liberty:
Balancing Personal Freedoms and Government Intervention
By Andrew Joseph

**95** Defending National Security:
Prioritizing a Strong Military and Secure Borders
By Johnson Hall



# THE INAUGURAL ISSUE
## Volume one | July 2023
### www.capitoltimesmedia.com

# CONTRIBUTORS

## Mary Jones | Andrew Joseph | Johnson Hall | Anil Anwar

*Capitol Times Magazine*

*Publish in the United States | All Rights Reserved 2023*



## Statement by General Michael T Flynn

"Through my work as a senior intelligence officer in the world of national security and special operations, I have known about the courageous work Patrick Byrne has been directed to do on behalf of the United States Government. Most people don't understand the work of 'national intelligence assets' but that is what Patrick has been asked to be when it comes to the opaque world of government-to-government relationships. He's been placed into extremely difficult positions and has had to use his judgment to understand how to best accomplish his directed missions to the best of his ability.

This takes extraordinary judgment and courage. I've gotten to personally know Patrick over the past few years because of his USG directed role in rooting out corruption. He has been unshakable when it comes to his relentless pursuit of exposing the deep levels of corruption within our government. For a man who thought his life would be spent engaging an overseas adversary, he found himself battling his own government.

The incredible story of bribery, blackmail, rape, murder and other tales, normally the stuff found in fiction novels, are the truth coming from a man who was asked to enable, encourage or conduct these actions on behalf of our very own government. Patrick's story is for real, he's for real, the corruption he's exposed is for real, and it only gets worse the further you read."

Now let me move on from the election and get to something more urgent. Are you ready?

**You have stories that top that?**

In 2021, it was made known to me that there were still agents looking out for me. Over time it was gradually revealed to me that there was an inter-agency team of some sort, spread across a dozen agencies, that had become the hot ticket within the three letter agencies, a group of super-agents, O-5 and O-6 level, who were in an inter-agency group dedicated to reverse engineering the corruption attacking the USA. I came to think of them as a "League of Shadows" who were looking out for me.

In September 2021 the Iranian government reached out asking to see me. This is why I told you as much about our relationship as I did earlier. Iran contacted me again and let me know a big war was coming, and their call to me had something to do with peace.

I stalled them, and let the League of Shadows know about it, letting them know I was reluctant to get involved but I would do as directed. It was only at that point that they revealed themselves to me in person. They studied it for some weeks, then instructed me to accept the offer to meet. I specifically confirmed, "You have checked with X, you have checked with Y?" They confirmed they had checked with everyone and it had been signed off on across-the-board.

So in November 2021, I went back to the Middle East. I met with a group including a special Iranian figure, an old friend who let me know a World War was coming, and had a proposal to avert it. I told them I would relay the proposal but I did not think it would fly.

In the course of being there, and through a mechanism I am not going to explain here, I became aware of an additional situation. Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: *You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.* By that, the Iranians believed that Hunter meant the JCPOA talks, which had restarted in Geneva a month or two previously. In other words, something along the lines of, "Pay us $100 million and we let you keep 10 nukes, $200 million for 20 nukes," etc. But I am making up the pricing.

Hunter was doing this through a middleman, the son of the Minister of Defense of Pakistan. That son was meeting with Hunter, then relaying messages to someone in Iran. And he was being reckless enough to leave voicemails in Iran about it.

When I returned, the agencies went to work over the weekend. I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December, 2021, I was told that the scheme was confirmed across the agencies.

*Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release funds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?*

100% correct.