**EXHIBIT B**

11/2/23, 8:11 AM                                                                 (3) Patrick Byrne on X: "Hear hear." / X



https://twitter.com/PatrickByrne/status/1710898052981043438

11/2/23, 8:15 AM                               (3) Patrick Byrne on X: "https://t.co/X5fVN9UhpU" / X



https://twitter.com/PatrickByrne/status/1710898209784987928