# EXHIBIT C

11/2/23, 8:15 AM                    (3) Patrick Byrne on X: "Eric Swalwell posting trash about me? I must have touched a nerve." / X

# Post

**Patrick Byrne** ✓
@PatrickByrne

Eric Swalwell posting trash about me? I must have touched a nerve.

> **Rep. Eric Swalwell** ✓ @RepSwalwell · Oct 8
>
> MAGA GOP aren't serious about defending Israel. They just want to own the Libs. Of course for them it all comes back to Hunter Biden. That's all they know: Noun, verb, Hunter Biden.
>
> This post is sick and is going to get the president's son killed. …
> Show more



3:38 PM · Oct 17, 2023 · **31.3K** Views

💬 61        ↻ 89        ♡ 308        🔖 2        ↥

Post your reply                                    Reply

https://twitter.com/PatrickByrne/status/1714365358180622637

X

Home

Explore

3 Notifications

Messages

Lists

Bookmarks

Communities

Premium

Profile

More

Post

Search

← **Post**

**Patrick Byrne** @PatrickByrne

Subscribe ···

Hey Eric, thanks but you forgot the citation!

deepcapture.com/2023/07/patric...

> **Rep. Eric Swalwell** @RepSwalwell · Oct 8
>
> MAGA GOP aren't serious about defending Israel. They just want to own the Libs. Of course for them it all comes back to Hunter Biden. That's all they know: Noun, verb, Hunter Biden.
>
> This post is sick and is going to get the president's son killed. ...
>
> Show more
>
> So in November 2021, I went back to the Middle East. I met with a group including a special Iranian figure, an old friend who let me know a World War was coming, and had a proposal to avert it. I told them I would relay the proposal but I did not think it would fly.
>
> In the course of being there, and through a mechanism I am not going to explain here, I became aware of an additional situation. Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: *You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.* By that, the Iranians believed that Hunter meant the JCPOA talks, which had restarted in Geneva a month or two previously. In other words, something along the lines of, "Pay us $100 million and we let you keep 10 nukes, $200 million for 20 nukes," etc. But I am making up the pricing.

3:52 PM · Oct 17, 2023 · **16.9K** Views

20 42 122 2

Post your reply Reply

