NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ATTORNEY(S) FOR:  Plaintiff Robert Hunter Biden

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN, an individual | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-09430 |
| v. | |
| PATRICK M. BYRNE, an individual | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Robert Hunter Biden___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Robert Hunter Biden | Plaintiff |
| Patrick M. Byrne | Defendant |

| 11/8/2023 | /s/ Paul B. Salvaty |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Robert Hunter Biden