**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 23-9430 CAS |
| v. | |
| PATRICK M. BYRNE | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

   IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 23-05.

November 21, 2023
Date

*Christine A. Snyder*
United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Stephen V. Wilson   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   SVW   after the case number in place of the initials of the prior judge so that the case number will read   2:23-cv-09430 SVW(PDx)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CV-89 (05/23)                                          ORDER RETURNING CASE FOR REASSIGNMENT