Nabil L. Abu-Assal (SBN 136764)
nabil@cypressllp.com
Douglas P. Roy (SBN 241607)
doug@cypressllp.com
Daniel A. Corren (SBN 260486)
dan@cypressllp.com
**CYPRESS LLP**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  424-901-0123
Facsimile:   424-750-5100

Attorneys for Defendant
PATRICK M. BYRNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN, | Case No. 2:23-cv-9430-SVW-PD |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| PATRICK M. BYRNE, | **Complaint Served by Waiver of Service:** November 16, 2023 |
| Defendants. | **Current Response Date:** January 16, 2024 |
| | **New Response Date:** February 6, 2024 |

1   Plaintiff Robert Hunter Biden ("Plaintiff") and Defendant Patrick M. Byrne
2   ("Defendant," and collectively with Plaintiff, the "Parties"), through their respective
3   attorneys of record herein and without waiving any rights, claims, or defenses they
4   have in this action, enter into this stipulation pursuant to Civil Local Rule 8-3, with
5   reference to the following circumstances:
6   WHEREAS, Plaintiff filed his complaint on November 8, 2023.
7   WHEREAS, Defendant's attorney executed a Waiver of Service on November
8   16, 2023, which Plaintiff filed on November 21, 2023 [Dkt. No. 12].
9   WHEREAS, Defendant's answer is due 60 days later, on January 16, 2024.
10  WHEREAS, Cypress LLP was recently retained to represent Defendant in this
11  action.
12  WHEREAS, Local Rule 8-3 provides in pertinent part that "A stipulation
13  extending the time to respond to the initial complaint shall be filed with the Clerk. If
14  the stipulation, together with any prior stipulations, does not extend the time for
15  more than a cumulative total of thirty (30) days from the date the response initially
16  would have been due, the stipulation need not be approved by the judge."
17  WHEREAS, Plaintiff and Defendant met and conferred and agreed to extend
18  the deadline on which Defendant must file and serve a responsive pleading in this
19  action for twenty-one days, from January 16, 2024, to February 6, 2024.
20  WHEREAS, this extension does not extend Defendant's deadline to respond
21  to the complaint to a date more than thirty days from the date the response initially
22  would have been due.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE:

1. Pursuant to Civil Local Rule 8-3, Defendant's deadline to file and serve a response to Plaintiff's complaint shall be February 6, 2024.

DATED: January 16, 2024     By: **CYPRESS LLP**

*/s/ Nabil L. Abu-Assal*
Nabil L. Abu-Assal
Douglas P. Roy
Daniel A. Corren

Attorneys for Defendant Patrick M. Byrne

**WINSTON AND STSRAWN LLP**

DATED: January 16, 2024     By: */s/ Paul Benedict Salvaty*
Paul Benedict Salvaty
Abbe David Lowell

Attorneys for Plaintiff Robert Hunter Biden

**ATTESTATION**

I attest that all the signatories listed above concur in this filing's contents and have authorized the filing of this document.

DATED: January 16, 2024     By: */s/ Nabil L. Abu-Assal*
Nabil L. Abu-Assal

CYPRESS LLP
1925 Century Park East, Suite 1700
Los Angeles, California 90067
(424) 901-0123