# Exhibit 1

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Michael J. Smith, P36706 of Mount Clemens, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 08, 1984 in Macomb County and became a member of the State Bar of Michigan on November 08, 1984.

Peter W. Cunningham, Executive Director
January 16, 2024