Nabil L. Abu-Assal (SBN 136764)
Cypress LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
T: (424) 901-0123
Email: nabil@cypressllp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hunter Biden<br><br>v.<br><br>Patrick M. Byrne<br><br>Plaintiff(s) / Defendant(s). | **CASE NUMBER**<br>2:23-cv-09430-SVW-PD<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Smith, Michael J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(586) 254-0200
*Telephone Number*

(586) 254-0201
*Fax Number*

msmith@mikesmithlaw.com
*E-Mail Address*

of
The Law Firm of Michael J. Smith and Associates, PLLC
70 Macomb Place
Suite 200
Mt. Clemens, MI 48043
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Patrick M. Byrne
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Abu-Assal, Nabil L.
*Designee's Name (Last Name, First Name & Middle Initial)*

136764
*Designee's Cal. Bar No.*

(424) 901-0123
*Telephone Number*

(424)-750-5100
*Fax Number*

nabil@cypressllp.com
*E-Mail Address*

of
Cypress LLP
1925 Century Park East
Suite 1700
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1