Nabil L. Abu-Assal (SBN 136764)
Cypress LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
T: (424) 901-0123
Email: nabil@cypressllp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hunter Biden <br><br> v. <br><br> Patrick M. Byrne <br> Plaintiff(s) / Defendant(s). | **CASE NUMBER** <br> 2:23-cv-09430-SVW-PD <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Smith, Michael J.** of **The Law Firm of Michael J. Smith and Associates, PLLC, 70 Macomb Place, Suite 200, Mt. Clemens, MI 48043**

*Applicant's Name (Last Name, First Name & Middle Initial)*

(586) 254-0200 — Telephone Number
(586) 254-0201 — Fax Number
msmith@mikesmithlaw.com — E-Mail Address

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Patrick M. Byrne**

*Name(s) of Party(ies) Represented*: ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ____

and designating as Local Counsel

**Abu-Assal, Nabil L.** of **Cypress LLP, 1925 Century Park East, Suite 1700, Los Angeles, CA 90067**

*Designee's Name (Last Name, First Name & Middle Initial)*

136764 — Designee's Cal. Bar No.
(424) 901-0123 — Telephone Number
(424)-750-5100 — Fax Number
nabil@cypressllp.com — E-Mail Address

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated **February 8, 2024**

*/s/ Stephen V. Wilson*

**STEPHEN V. WILSON, U.S. District Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1