| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)<br>OR OF PARTY APPEARING IN PRO PER<br>Michael J. Smith (Pro Hac Vice)<br>The Law Firm of Michael J. Smith and Associates, PLLC<br>70 Macomb Place, Suite 200<br>Mt. Clemens, MI 48043<br>T: (586) 254-0200<br>Email: msmith@mikesmithlaw.com | CLEAR FORM |
| ATTORNEY(S) FOR: Patrick M. Byrne | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hunter Biden<br><br>Plaintiff(s),<br>v.<br>Patrick M. Byrne<br><br>Defendant(s) | CASE NUMBER:<br>2:23-cv-09430-SVW-PD<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Patrick M. Byrne or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Robert Hunter Biden | Plaintiff |
| Patrick M. Byrne | Defendant |

| | |
|---|---|
| February 13, 2024 | /s/ Michael J. Smith |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Patrick M. Byrne