# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN <br><br> Plaintiff(s), <br><br> v. <br><br> PATRICK M. BYRNE <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:23–cv–09430–SVW–PD <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __2/13/2024__

Document No.:  __27__

Title of Document:  __ANSWER__

**ERROR(S) WITH DOCUMENT:**

Doc 27 is a duplicate filing of Doc 25

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 14, 2024          By:  _/s/ Alison Bandek  alison_bandek@cacd.uscourts.gov_
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS