1 | PAUL B. SALVATY (State Bar No. 171507)
    PSalvaty@winston.com
2 | WINSTON & STRAWN LLP
    333 S. Grand Ave., 38th Fl.
3 | Los Angeles, CA 90071-1543
    Telephone:   (213) 615-1700
4 | Facsimile:   (213) 615-1750

5 | ABBE DAVID LOWELL (*pro hac vice*)
    AbbeLowellPublicOutreach@winston.com
6 | WINSTON & STRAWN LLP
    1901 L St., N.W.
7 | Washington, D.C. 20036-3508
    Telephone:   (202) 282-5000
8 | Facsimile:   (202) 282-5100

9 | BRYAN M. SULLIVAN (State Bar No. 209743)
    bsullivan@earlysullivan.com
10 | ZACHARY C. HANSEN (State Bar No. 325128)
     zhansen@earlysullivan.com
11 | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
     6420 Wilshire Boulevard, 17th Fl.
12 | Los Angeles, California 90048
     Telephone: (323) 301-4660
13 | Facsimile: (323) 301-4676

14 | Attorneys for PLAINTIFF
     ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**JOINT REQUEST FOR REMOTE INITIAL STATUS CONFERENCE**<br><br>Date:     March 18, 2024<br>Time:    3:00 P.M.<br>Place:   Courtroom 10A |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff Robert Hunter Biden and Defendant Patrick M. Byrne jointly request that the initial status conference, which is scheduled for March 18, 2024 at 3:00 p.m. at the First Street Courthouse, 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, be held remotely via Zoom. Good cause for the request is set forth in the concurrently-filed declaration of Paul B. Salvaty.

Dated: March 6, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Paul Salvaty*
    Paul Salvaty
    Abbe David Lowell

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Bryan M. Sullivan*
    Bryan M. Sullivan
    Zachary C. Hansen

Attorneys for PLAINTIFF ROBERT HUNTER BIDEN

CYPRESS LLP

By: */s/ Nabil L. Abu-Assal*
    Nabil L. Abu-Assal
    Douglas P. Roy
    Daniel A. Corren

| | |
|---|---|
| 1 | THE LAW FIRM OF MICHAEL |
| 2 | J. SMITH AND ASSOCIATES, PLLC |
| 3 | |
| 4 | By: */s/ Michael J. Smith* |
|   |     Michael J Smith |
| 5 | |
| 6 | Attorneys for DEFENDANT PATRICK M. BYRNE |