John W. Howard (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD ⎮ ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel (619) 234-2842
Johnh@jwhowardattorneys.com
Michelle@jwhowardattorneys.com
Pshelling@jwhowardattorneys.com

Scott J. Street (SBN 258962)
**JW HOWARD ⎮ ATTORNEYS, LTD.**
201 South Lake Avenue, Suite. 303
Pasadena, CA 91101
Tel (213) 205-2800
sstreet@jwhowardattorneys.com

Attorneys for Defendant, Patrick M. Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE,<br><br>    Defendant. | Case No.: 2:23-CV-09430-SVW-PD<br><br>**[*PROPOSED*] ORDER ON JOHN HOWARD'S REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE**<br><br>Date: 3/18/24<br>Time: 3:00 p.m. |

After considering defense counsel John Howard's request to appear remotely at the Status Conference set for March 18, 2024 and his declaration in support, the Court finds that good cause exists to grant the request.

///

THE COURT HEREBY grants permission for John Howard, attorney for Defendant Patrick M. Byrne to appear remotely at the Status Conference on March 18, 2024 at 3:00 p.m.

IT IS SO ORDERED.

_____
Stephen V. Wilson
U.S. District Court Judge

ORDER ON JOHN HOWARD'S REQUEST TO APPEAR REMOTELY AT
STATUS CONFERENCE

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On March 18, 2024, I electronically filed the [**PROPOSED**] **ORDER ON JOHN HOWARD'S REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 18, 2024 at San Diego, California.


*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

ORDER ON JOHN HOWARD'S REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE