John W.  Howard  (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD ⎸ ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel (619) 234-2842
Johnh@jwhowardattorneys.com
Michelle@jwhowardattorneys.com
Pshelling@jwhowardattorneys.com

Scott J. Street (SBN 258962)
**JW HOWARD ⎸ ATTORNEYS, LTD.**
201 South Lake Avenue, Suite. 303
Pasadena, CA 91101
Tel (213) 205-2800
sstreet@jwhowardattorneys.com

Attorneys for Defendant, Patrick M. Byrne

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN, | Case No.: 2:23-CV-09430-SVW-PD |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, PATRICK M. BYRNE** |
| PATRICK M. BYRNE, | |
| Defendant. | Date: 3/18/24 |
| | Time: 3:00 p.m. |

John W. Howard, Scott J. Street, Michelle D. Volk, and Peter C. Shelling of JW Howard Attorneys, Ltd, hereby move this Court to withdraw as counsel of record for Defendant Patrick Byrne pursuant to Local Rule 83.3(f).

Mr. Byrne's current co-counsel as well as all opposing counsel will be served with the instant motion as required.

1

NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEF. PATRICK M. BYRNE

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

This motion will be heard on the date and time provided by the clerk and will be held at the above-entitled Court located at 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California, 90012.

Defense counsels' motion will be based on this notice, the motion filed concurrently therewith, as well as the Declaration of John W. Howard in support thereof.  This motion will also be based on the oral testimony of counsel and any other witnesses at the hearing as allowed by the Court.

Dated:  April 19, 2024                     JW HOWARD/ ATTORNEYS, LTD.

By:     */s/ John W. Howard*
_____
John W. Howard
Scott J. Street
Michelle D. Volk
Peter C. Shelling

Attorneys for Defendant Patrick M. Byrne

JW HOWARD/ ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, California 92101

2

NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEF. PATRICK M. BYRNE

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On April 19, 2024, I electronically filed the **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, PATRICK M. BYRNE** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

On April 19, 2024, I e-served upon Attorneys for Defendant, Patrick M. Byrne at:

Russell Newman: russell@thenewmanlawfirm.com

Stefanie Lambert: AttorneyLambert@protonmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 19, 2024 at San Diego, California.

*/s/ Dayna Dang*＿＿＿＿＿＿＿＿＿＿＿
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com

NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEF. PATRICK M. BYRNE