John W. Howard (SBN 80200)
Michelle D. Volk (SBN 217151)
Peter C. Shelling (SBN 351159)
**JW HOWARD│ATTORNEYS, LTD.**
600 West Broadway, Suite 1400
San Diego, CA 92101
Tel (619) 234-2842
Johnh@jwhowardattorneys.com
Michelle@jwhowardattorneys.com
Pshelling@jwhowardattorneys.com

Scott J. Street (SBN 258962)
**JW HOWARD│ATTORNEYS, LTD.**
201 South Lake Avenue, Suite. 303
Pasadena, CA 91101
Tel (213) 205-2800
sstreet@jwhowardattorneys.com

Attorneys for Defendant, Patrick M. Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE,<br><br>    Defendant. | Case No.: 2:23-CV-09430-SVW-PD<br><br>**[*PROPOSED*] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PATRICK M. BYRNE**<br><br>Date: 3/18/24<br>Time: 3:00 p.m. |

   After considering defense counsels' request to withdraw as counsel for Defendant Patrick M. Byrne, the Court finds that good cause exists to grant the request.

   The Court further finds that Mr. Byrne will not suffer any prejudice from the aforementioned counsel withdrawing from this case in its early stage.

1

**THE COURT HEREBY** grants permission for John W. Howard, Scott J. Street, Michelle Volk and Peter Shelling with JW Howard Attorneys, Ltd., to withdraw as attorneys for Defendant Patrick M. Byrne.

**IT IS SO ORDERED.**

_____
Stephen V. Wilson
U.S. District Court Judge

# **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On April 19, 2024, I electronically filed the **[PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PATRICK M. BYRNE** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

On April 19, 2024, I e-served upon Attorneys for Defendant, Patrick M. Byrne at:
Russell Newman: russell@thenewmanlawfirm.com
Stefanie Lambert: AttorneyLambert@protonmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 19, 2024 at San Diego, California.

*/s/ Dayna Dang*          _
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com