# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE,<br><br>    Defendant. | Case No.: 2:23-CV-09430-SVW-PD<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PATRICK M. BYRNE**<br><br>Date: 3/18/24<br>Time: 3:00 p.m. |

    After considering defense counsels' request to withdraw as counsel for Defendant Patrick M. Byrne, the Court finds that good cause exists to grant the request.

    The Court further finds that Mr. Byrne will not suffer any prejudice from the aforementioned counsel withdrawing from this case in its early stage.

1

[*PROPOSED*] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PATRICK M. BYRNE

**THE COURT HEREBY** grants permission for John W. Howard, Scott J. Street, Michelle Volk and Peter Shelling with JW Howard Attorneys, Ltd., to withdraw as attorneys for Defendant Patrick M. Byrne.

**IT IS SO ORDERED.**

Dated: May 16, 2024

_____
Stephen V. Wilson
U.S. District Court Judge

2
[*PROPOSED*] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PATRICK M. BYRNE