**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Robert Hunter Biden,

PLAINTIFF(S)

v.

Patrick M. Byrne,

DEFENDANT(S).

CASE NUMBER:

2:23-cv-09430-SVW-PD

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 5/21/2024 | 48 | Application |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

No later than noon on Friday, May 24, 2024, defendant shall file a Notice of Lodging with an attached proposed order.

Dated:    5/22/2024

By: _____
STEPHEN V. WILSON, U.S. District Judge