Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: (818) 558-3718
Fax: (805) 367-4506

Attorneys for Defendant,
Patrick M. Byrne

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN,

　　　　　Plaintiff,

vs.

PATRICK M. BYRNE,

　　　　　Defendant.

Case No.:   2:23-cv-09430-SVW-PD
Judge:    Honorable Stephen V. Wilson
Courtoom:  10A

**NOTICE OF LODGING OF PROPOSED ORDER PURSUANT TO THE COURT'S ORDER OF MAY 23, 2024.**

Complaint Filed: November 8, 2023

**DEFENDANT PATRICK M. BYRNE'S RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Order of May 23, 2024, Defendant Patrick M. Byrne lodges with the court the requested Proposed Order which is attached hereto as Exhibit "A."

Dated: May 24, 2024          LAW OFFICES OF MICHAEL C. MURPHY

By:  /s/ Michael C. Murphy, Esq.

Michael C. Murphy, Esq.
Michael C. Murphy, Jr., Esq.
Attorneys for Defendant,
Patrick M. Bryne

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

2

# Exhibit "A"

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:17-08738-TJH |
| v. | |
| PATRICK M. BYRNE | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Patrick M. Byrne          ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Michael C. Murphy, Esq.                                   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Law Offices of Michael C. Murphy, 2625 Townsgate Road, Suite 330
*Street Address*

Westlake Village, CA 91361                    Michael@murphlaw.net
*City, State, Zip*                                          *E-Mail Address*

(818) 558-3718          (805) 367-4506          104872
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of Michael J. Smith, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge