CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hunter Biden, <br><br> Plaintiff(s) <br> v. <br><br> Patrick M. Byrne, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:23-cv-09430-SVW-PDx <br><br> **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge                     .

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☐ Hearing Required
                          ☐ In-Person Court Hearing
                          ☒ Video Conference
                          ☐ Telephonic

Magistrate Judge   Patricia Donahue

Date/Time   Wednesday, July 31, 2024 at 10:00 AM

Courtroom:   Zoom link has been sent to counsel.

Dated:   July 29, 2024          By:   /s/ Isabel Verduzco

                                       Deputy Clerk