Case 2:23-cv-09430-SVW-PD   Document 54   Filed 08/01/24   Page 1 of 1   Page ID
#:197
Case 2:23-cv-09430-SVW-PD   Document 52   Filed 07/29/24   Page 1 of 1   Page ID #:194

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Robert Hunter Biden,

                                    Plaintiff(s)

          v.

Patrick M. Byrne,

                                    Defendant(s)

CASE NUMBER:

2:23-cv-09430-SVW-PDx

**MOTION RE: INFORMAL DISCOVERY DISPUTE**

The parties have requested an informal discovery conference with Magistrate Judge

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance
with the Magistrate Judge's procedures.

☐ No Hearing Required    ☐ Hearing Required
                         ☐ In-Person Court Hearing
                         ☒ Video Conference
                         ☐ Telephonic

Magistrate Judge  Patricia Donahue

Date/Time    Wednesday, July 31, 2024 at 10:00 AM

Courtroom:   Zoom link has been sent to counsel.

Dated:        July 29, 2024

By:        /s/ Isabel Verduzco

                              Deputy Clerk