UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9430-SVW-PDx                                   Date.  July 31, 2024

Title     *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 07/31/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Zachary Hansen | Michael Carl Murphy |

**Proceedings:    Informal Discovery Conference (via Zoom) and Order Re Deposition of Plaintiff Noticed by Defendant**

On July 31, 2024, the Court conducted an informal discovery conference via zoom webinar. Counsel, the Court, and court staff all appeared in that manner.[1] The Court conducted the conference in response to the parties' email to the Court dated July 26, 2024, a copy of which is attached hereto. The Court reviewed and considered the email, the docket in this matter, and the arguments of counsel.

After extensive argument, and for all the reasons articulated on the record, it is ordered that the deposition of Plaintiff take place prior to September 5, 2024, the date set for trial to begin in <u>United States v. Robert Hunter Biden</u>, Case No. 2:23-cr-00599-MCS. The parties are to meet and confer in good faith to select the date, time and location for the deposition. In

---

[1] Recording or re-broadcasting of the proceedings is strictly prohibited.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-9430-SVW-PDx     Date. July 31, 2024

Title     *Robert Hunter Biden v. Patrick M. Byrne*

light of the issues identified by Plaintiff at the hearing, Defendant is ordered to accommodate Plaintiff in the scheduling and logistics of the deposition.

    IT IS SO ORDERED.


Attachment: July 26, 2024 email

Initials of Preparer: IV
Time in Court: 3:00