UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9430-SVW-PDx                                    Date.  August 12, 2024

Title     _Robert Hunter Biden v. Patrick M. Byrne_

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order Denying Stipulation for Protective Order and Order without Prejudice**

On August 9, 2024, the parties submitted by email a Stipulation for Protective Order and Order, along with an "Agreement for Confidentiality of Discovery."  The parties also filed the Stipulation for Protective Order and Order with the Court.  [Dkt. No. 60.]

The Court has reviewed the proposed Stipulation for Protective Order and Order and finds that it fails to comply with Federal Rule of Civil Procedure 26(c).  It does not contain a good cause statement.  The parties must provide a statement establishing good cause for the entry of a pretrial protective order.  *C.f. Oliner v. Kontrabecki*, 745 F.3d 1024, 1026 (9th Cir. 2014).  The parties' statement must be specific to the facts and issues of this case, including the nature of the action, the type of anticipated discovery, and the potential resulting harm should relevant materials be disclosed publicly.  The parties are advised not to rely on boilerplate assertions regarding good cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-9430-SVW-PDx                                    Date.  August 12, 2024

Title        *Robert Hunter Biden v. Patrick M. Byrne*

    Further, the parties must comply with Civil Local Rule 79-5 which sets forth the procedures to file confidential information that must be followed and the standards that will be applied when a party seeks permission from the Court to file material under seal.

    For the foregoing reasons, the Court declines to sign the proposed protective order.

    IT IS SO ORDERED.