UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9430-SVW-PDx                                    Date.  August 22, 2024

Title   *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order Re Stipulation for Protective Order [Dkt. No. 62]**

On August 8, 2024, the parties filed a Stipulation for Protective Order and Proposed Order. [Dkt. No. 60.]  On August 12, 2024, the Court issued an order declining to sign the proposed protective order because it did not contain a statement establishing good cause for its entry. [Dkt. No. 61.]

On August 19, 2024, the parties filed a "Stipulation for Protective Order with Good Cause Statement and Order." [Dkt. No. 62.]  Despite the caption, the Stipulation itself does not include a statement establishing good cause for the entry of a pretrial protective order.  In *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417 (9th Cir. 2011), the Ninth Circuit explained:

> While courts generally make a finding of good cause before issuing a protective order, a court need not do so where (as here) the parties stipulate to such an order.  When the protective order "was a stipulated order and no party ha[s] made a 'good cause' showing," then "the burden of proof ... remain[s] with the party seeking protection." (citing *Phillips v. Gen. Motors Corp.*, 307

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-9430-SVW-PDx                                             Date.  August 22, 2024

Title            *Robert Hunter Biden v. Patrick M. Byrne*

F.3d 1206, 1211 n. 1 (9th Cir. 2002)). If a party takes steps to release documents subject to a stipulated order, the party opposing disclosure has the burden of establishing that there is good cause to continue the protection of the discovery material.

*Id*. at 424.  Accordingly, despite the lack of a statement establishing good cause, the Court signs the Protective Order pursuant to the parties' stipulation.

  IT IS SO ORDERED.

Initials of Preparer:  IV
Time in Court: