CLEAR FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Robert Hunter Biden, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23-cv-09430-SVW-PD |
| v. | |
| Patrick M. Byrne, | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Patricia Donahue. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge    Patricia Donahue
Date/Time           September 18, 2024 at 3:30 PM
Courtroom:          Zoom link was sent to Counsel.

Dated: September 16, 2024              By: /s/ Isabel Verduzco
                                           Deputy Clerk