UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:23-cv-9430-SVW-PDxDate. September 18, 2024

Title*Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable:Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 09/18/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Zachary Hansen<br>Abbe David Lowell | Michael Carl Murphy |

**Proceedings:Informal Discovery Conference (via Zoom)**

On September 18, 2024, the Court conducted an informal discovery conference via zoom webinar. Counsel, the Court, and court staff all appeared in that manner.[1]

The Court conducted the conference in response to the parties' emails to the Court dated September 13 and 17, 2024, copies of which are attached. The Court reviewed and considered the emails, the docket in this matter, and the arguments of counsel, and the Court ruled as set for the on the record.

IT IS SO ORDERED.

Attachment: September 13 and 17, 2024 emails

Initials of Preparer: IV
Time in Court: 1:45

---

[1] Recording or re-broadcasting of the proceedings is strictly prohibited.