# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-09430-SVW-PDx |
| v. | |
| PATRICK M. BYRNE | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Patrick M. Byrne ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Michael C. Murphy, Esq. who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Law Offices of Michael C. Murphy, 2625 Townsgate Road, Suite 330
*Street Address*

Westlake Village, CA 91361           Michael@murphlaw.net
*City, State, Zip*                    *E-Mail Address*

(818) 558-3718       (805) 367-4506       104872
*Telephone Number*    *Fax Number*         *State Bar Number*

as attorney of record instead of Michael J. Smith, Esq.
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**  ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated September 19, 2024

*/s/ Stephen V. Wilson/*
STEPHEN V. WILSON, U. S. District Judge