Nabil L. Abu-Assal (SBN 136764)
nabil@cypressllp.com
Douglas P. Roy (SBN 241607)
doug@cypressllp.com
Daniel A. Corren (SBN 260486)
dan@cypressllp.com
**CYPRESS LLP**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:  424-901-0123
Facsimile:   424-750-5100

Telephone: (586) 254-0200

Attorneys for Defendant
PATRICK M. BYRNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>                    Plaintiff,<br><br>     v.<br><br>PATRICK M. BYRNE<br><br>                    Defendant. | Case No.: 2:23-cv-09430-SVW-PD<br>Judge: Honorable Stephen V. Wilson<br>Courtroom: 10A<br><br>**DEFENDANT PATRICK M. BYRNE'S NOTICE OF LODGING OF PROPOSED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (DOCKET NO. 44)**<br><br>Complaint Filed:    November 8, 2023 |

Case No. 2:23-cv-09430-SVW-PD

DEFENDANT PATRICK M. BYRNE'S NOTICE OF LODGING PROPOSED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (DOCKET NO. 44)

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that Defendant Patrick M. Byrne hereby lodges

3  the requested Proposed Order on Request for Approval of Substitution of Attorney,

4  attached hereto as **Exhibit A**.

**CYPRESS LLP**

Dated: September 19, 2024   By:   /s/ Douglas P. Roy
    Nabil L. Abu-Assal
    Douglas P. Roy
    Daniel A. Corren

    Attorneys for Defendant
    PATRICK M. BYRNE

1   Case No. 2:23-cv-09430-SVW-PD

DEFENDANT PATRICK M. BYRNE'S NOTICE OF LODGING PROPOSED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (DOCKET NO. 44)

# Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-09430-SVW-PDx |
| v. | |
| PATRICK M. BYRNE | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Patrick M. Byrne     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Michael C. Murphy, Esq.  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Law Office of Michael C. Murphy, 2625 Townsgate Road, Suite 330
*Street Address*

Westlake Village, CA 91361              michael@murphlaw.net
*City, State, Zip*                             *E-Mail Address*

(818) 558-3718          (805) 367-4506          104872
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of  Nabil L. Abu-Assal, Douglas P. Roy, and Daniel A. Corren
*List **all** attorneys from same firm or agency who are withdrawing.*

Cypress LLP, 1925 Century Park East, Suite 1700, Los Angeles, CA 90067

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for
**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**