# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-09430-SVW-PDx |
| v. | |
| PATRICK M. BYRNE | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Patrick M. Byrne   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Michael C. Murphy, Esq.  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Law Office of Michael C. Murphy, 2625 Townsgate Road, Suite 330
*Street Address*

Westlake Village, CA 91361          michael@murphlaw.net
*City, State, Zip*                  *E-Mail Address*

(818) 558-3718          (805) 367-4506          104872
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of  Nabil L. Abu-Assal, Douglas P. Roy, and Daniel A. Corren
*List **all** attorneys from same firm or agency who are withdrawing.*

Cypress LLP, 1925 Century Park East, Suite 1700, Los Angeles, CA 90067

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge