**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>Plaintiff(s)<br>v.<br>PATRICK M. BYRNE<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-09430-SVW-PDx<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

Patrick M. Byrne   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute  Michael C. Murphy, Esq.  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Law Office of Michael C. Murphy, 2625 Townsgate Road, Suite 330
*Street Address*

Westlake Village, CA 91361     michael@murphlaw.net
*City, State, Zip*                        *E-Mail Address*

(818) 558-3718        (805) 367-4506        104872
*Telephone Number*      *Fax Number*         *State Bar Number*

as attorney of record instead of  Nabil L. Abu-Assal, Douglas P. Roy, and Daniel A. Corren
*List all attorneys from same firm or agency who are withdrawing.*

Cypress LLP, 1925 Century Park East, Suite 1700, Los Angeles, CA 90067

is hereby ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

is hereby ☒ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  September 24, 2024

*/s/ Stephen V. Wilson*
STEPHEN V. WILSON, U.S. District Judge

G-01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY