UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9430-SVW-PDx                                                    Date. September 25, 2024

Title     _Robert Hunter Biden v. Patrick M. Byrne_

Present: The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney Present for Plaintiff:                    Attorneys Present for Defendant:

**P**roceedings:     **(In Chambers) Order Setting In-Person Discovery Status Conference**

Since the most recent informal discovery conference on September 18, 2024, the Court has received several emails from counsel for both parties regarding ongoing discovery disputes and seeking another informal discovery conference.

Trial in this case is set for December 10, 2024.

The Court will conduct an in-person discovery status conference in Courtroom 580 of the Roybal Federal Courthouse **on October 4, 2024 at 9:00 a.m.** Counsel are ordered to appear in person.

The parties will file a Joint Statement of Unresolved Discovery Issues by **October 2, 2024**. The Joint Statement will set forth a neutral statement of each issue in dispute and a brief description of each party's position on the dispute(s). Other than any dispute regarding the logistics and location of the deposition of Defendant, each party's description should be no more than 3 sentences per dispute and may include citations to pertinent authority.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:23-cv-9430-SVW-PDxDate. September 25, 2024

TitleRobert Hunter Biden v. Patrick M. Byrne

Regarding the logistics and location of the deposition of Defendant, the Court again strongly encourages the parties to reach an agreement. If the parties have not reached an agreement by October 2, 2024, then the parties shall include the following in the Joint Statement: (1) each parties' position as to the location of the deposition and the law supporting that position, including the applicable law of any foreign country in which that party proposes the deposition take place; (2) each parties' position as to whether the deposition may be conducted via zoom and the law supporting that position; and (3) each parties' position as to any other disputed logistics regarding the deposition and the law supporting that position.

If any of the disputes include a claim by one party that the other party has failed to produce all non-privileged documents in its possession, custody or control responsive to a request for production of documents ("RFP"), the responding party will bring to the Status Conference all of the documents that it has produced in response to that RFP and the parties will jointly review those documents in the courtroom and advise the Court whether the production is complete.

IT IS SO ORDERED.