# Exhibit "D"

## Michael Murphy

| | |
|---|---|
| **From:** | Michael Murphy |
| **Sent:** | Tuesday, August 27, 2024 7:02 PM |
| **To:** | Zachary Hansen; Michael Murphy, Jr. |
| **Cc:** | Bryan Sullivan; Salvaty, Paul B.; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones |
| **Subject:** | RE: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter |

Hi Zachary:

On Friday I have a court appearance and then later a meeting that will take me up to about 2:00 p.m. Do you have any time to speak around 11:00 a.m.?

Very truly yours,

Michael C. Murphy, Esq.

**From:** Zachary Hansen <zhansen@earlysullivan.com>
**Sent:** Tuesday, August 27, 2024 3:38 PM
**To:** Michael Murphy <michael@murphlaw.net>; Michael Murphy, Jr. <michael.jr@murphlaw.net>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Salvaty, Paul B. <PSalvaty@winston.com>; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones <rjones@earlysullivan.com>
**Subject:** RE: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

Michael,

Please let me know when on Friday August 30th you are available for a meet and confer conference call before 2pm PST. Thank you.

Best Regards,

Zachary Hansen



ZACHARY HANSEN | ASSOCIATE ATTORNEY
Early Sullivan Wright Gizer & McRae LLP
323.301.4660 Main
323.301.4664 Direct
310.701.1860 Mobile
323.301.4676 Fax
6420 Wilshire Blvd., 17th Floor, Los Angeles, CA 90048
zhansen@earlysullivan.com

This message and any attached documents may contain information from the law firm of Early Sullivan Wright Gizer & McRae LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# Michael Murphy

| | |
|---|---|
| **From:** | Michael Murphy |
| **Sent:** | Friday, August 30, 2024 7:23 AM |
| **To:** | Zachary Hansen; Michael Murphy, Jr. |
| **Cc:** | Bryan Sullivan; Salvaty, Paul B.; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones |
| **Subject:** | Re: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter |

Good Morning Zachary:

This morning I must appear at an ex parte hearing at the Spring Street Courthouse of the Los Angeles Superior Court at 8:30 a.m. The court requires in an in person appearance. I got notice of it yesterday.

I do not know what time I will be back. The case is a complicated class action lawsuit. The court will also be conducting an IDC on discovery issues.

May I suggest that we meet and confer Monday morning? I know it is a holiday but we want to have the meet and confer sooner rather than later.

Let me know how you want to proceed.

Very truly yours,

Michael C. Murphy, Esq.

---

**From:** Michael Murphy
**Sent:** Tuesday, August 27, 2024 9:17:12 PM
**To:** Zachary Hansen <zhansen@earlysullivan.com>; Michael Murphy, Jr. <michael.jr@murphlaw.net>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Salvaty, Paul B. <PSalvaty@winston.com>; gaellis@winston.com <gaellis@winston.com>; AbbeLowellPublicOutreach@winston.com <abbelowellpublicoutreach@winston.com>; Robie Atienza-Jones <rjones@earlysullivan.com>
**Subject:** RE: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

Great. (805) 405-6219.


Very truly yours,

Michael C. Murphy, Esq.

**From:** Zachary Hansen <zhansen@earlysullivan.com>
**Sent:** Tuesday, August 27, 2024 8:46 PM
**To:** Michael Murphy <michael@murphlaw.net>; Michael Murphy, Jr. <michael.jr@murphlaw.net>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Salvaty, Paul B. <PSalvaty@winston.com>; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones <rjones@earlysullivan.com>
**Subject:** Re: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

1