# Exhibit "F"

**Michael Murphy**

| | |
|---|---|
| **From:** | Michael Murphy |
| **Sent:** | Sunday, September 1, 2024 11:51 AM |
| **To:** | Zachary Hansen; Michael Murphy, Jr. |
| **Cc:** | Bryan Sullivan; Salvaty, Paul B.; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones |
| **Subject:** | Re: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter |

Hi Zachary:

Here is the agenda for tomorrow's meet and confer meeting:

1. Your demand that we provide further responses to your client's discovery requests in your letter of August 19th.

2. Our demand that your client provide further responses to the discovery requests identified in Mike, Jr's letter to you that was sent when I was on vacation.

3. Your client's recent Rule 26f disclosures.

4. Our client's deposition.

5. The status of the third-party subpoenas you sent out for service last month.

6. Any other issues that come up that need to be discussed.

I look forward to speaking with you at 9:30 a.m. Please call my cell at that time.

Very truly yours,

Michael C. Murphy, Esq.

---

**From:** Zachary Hansen <zhansen@earlysullivan.com>
**Sent:** Friday, August 30, 2024 8:18:54 AM
**To:** Michael Murphy <michael@murphlaw.net>; Michael Murphy, Jr. <michael.jr@murphlaw.net>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Salvaty, Paul B. <PSalvaty@winston.com>; gaellis@winston.com <gaellis@winston.com>; AbbeLowellPublicOutreach@winston.com <abbelowellpublicoutreach@winston.com>; Robie Atienza-Jones <rjones@earlysullivan.com>
**Subject:** Re: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

That works for me. Talk to you then.

ZACHARY HANSEN | ASSOCIATE
Early Sullivan Wright Gizer & McRae LLP

1