# Exhibit "L"

Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: (818) 558-3718
Fax: (805) 367-4506

Attorneys for Defendant,
Patrick M. Byrne

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT HUNTER BIDEN, | Case No.:    2:23-CV-09430-SVW-PD |
|  | Judge:    Honorable Stephen V. Wilson |
|  | Courtroom    "10A" |
| Plaintiff, | **"HIGHLY CONFIDENTIAL AND TO BE FILED UNDER SEAL PURSUANT TO STIPULATION FOR PROTECTIVE ORDER DATED AUGUST 9, 2024"** |
| vs. | **REVISED DECLARATION OF PATRICK BYRNE PER THE COURT'S IDC ORDER DATED SEPTEMBER 30, 2024** |
| PATRICK M. BYRNE | |
| Defendants. | Hearing Date:    October 4, 2024 |
|  | Hearing Time:    9:00 a.m. |
|  | Location:    U.S. Courthouse |
|  | 255 E. Temple St, 5th Floor |
|  | Los Angeles, CA 90012 |
|  | Courtroom 580 |

*LAW OFFICES OF MICHAEL C. MURPHY*
*2625 Townsgate Road, Suite 330*
*Westlake Village, CA 91361*

1

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

I, Patrick Byrne, declares as follows:

1.     I am over eighteen years of age and the sole party defendant in this action. I am personally familiar with the facts set forth in this declaration and if called upon I could and would competently testify to the foregoing.

2.     During 2024, I became engaged in activities which resulted in my obtaining confidential information from the Venezuelan government computers. The government of Venezuela discovered by activities and President Maduro of Venezuela mentioned my activities on national television in Venezuela.

3.     In August of 2024, I was engaged in exclusive travel and was at the moment in Ghana cooperating with Emanuel Mann who is an official with the Ghanian Ministry of Security and on a criminal matter. He warned me that they were receiving information that a number of war criminals in West Africa were cooperating to get me in a position where I could be kidnapped and taken to a third world country.

4.     In addition to receiving word from Emanuel Mann of the Ghanian Ministry of Security on my potential kidnapping, I also learned that Venezuela was attempting to kidnap me and they had a bounty on my head in the sum of $25,000,000 due to my work that was done to access information from the Venezuelan government. Mr. Emanuel Mann can be reached by telephone at 233 27 776 4550. I was and am very concerned about my personal safety.

5.     I decided to not return to the United States when I completed my travels. I evaluated returning to the United States and Europe. However, none of the potential locations in Europe and the United States where I could reside including Florida, provided me with a safe place to live without being exposed to either a kidnapping and/or murder. The local police in Europe and the United States cannot provide me with the security I need for my personal safety. I investigated the matter further and decided to reside in Dubai which is located in United Arab Emerites. Dubai is a modern city. It has excellent security for those who reside there. I am easily able to conduct business from Dubai. There is also a major airport in Dubai for travel. I do not plan to return to the United States anytime between now and November 10, 2024. I do not feel safe being in the United States. I cannot project and do not know what I will do after November

2

10, 2024.

6.     I was informed that counsel for Mr. Biden wants to take my in person deposition. Due to the concerns for my personal safety, I agreed to pay one for one of Mr. Biden's counsel, a court reporter, and a videographer to fly from the United States to Dubai. I agreed to pay for their airfare, lodging, accommodations, ground travel costs, and time to travel including lay over time but not for time spent at my deposition or the day of my deposition that would be covered arising from travel from the United States to Dubai. I also agreed to make the deposition proceeding available by zoom to Mr. Biden and his three other counsel working on this case so that they can attend the deposition for seven hours. I estimated these costs to be between $70,000.00 and $80,000.00 and I am prepared to pay them.

7.     Depositions are taken all of time in Dubai and without any problems. Attached as Exhibit "A" is a copy of the International Depo Guide published by Optima Juris for the taking of depositions in United Arab Emirates in Dubai. Attached as Exhibit "B" is a copy of the Planet Depos brochure for the taking of depositions in Dubai. There are no laws in Dubai that prohibit the taking of depositions in Dubai. As long as the person being deposed has approved it like I have done the deposition can be taken in Dubai.

8.     It is my understanding that my offer to pay all costs and attorney's fees for one of Mr. Biden's counsel, the court reporter and videographer to travel here to Dubai was rejected. Alternatively, I request that my deposition be taken by zoom. In the Optima Juris publication, they are able to set up depositions by Webcast and can provide the professionals needed to take the deposition. They can receive and set up exhibits in a computer that can be used during the deposition. They also confirm in the publication that a deposition taken in Dubai by Webcast is way more cost effective than an in person deposition.

9.     I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.  This Declaration was executed on September 30, 2024, at Dubai in the United Arab Emirates.

*Patrick Byrne*

_____

Patrick Byrne

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

3

# Exhibit "A"

24/7/365    ☎ 888.433.3767    ✉ schedulenow@planetdepos.com



Home        Our Services ▾        Where We Are ▾        About Us ▾        Our Blog ▾

Schedule Now        Client Login        ✉                                 🔍

⌂ Home    »    Where We Are    »    United Arab Emirates

# COURT REPORTING IN THE UNITED ARAB EMIRATES

## Schedule A Proceeding ⟶

🖐 Contact

Planet Depos has teams of court reporters and videographers living around the world, and we often cover depositions and other business meetings in the United Arab Emirates. The UAE does not recognize depositions as we do in the United States, but many U.S. depositions still take place there. We have many years of experience providing deposition and litigation support in the UAE.

Whether you need a court reporter or legal videographer in the UAE, we have one nearby to cover your needs. We can also provide you with modern conference rooms outfitted for your business meetings, whether small or large, with videoconferencing equipment and trained staff to handle any issue.



# CONFERENCE ROOMS IN THE UAE

United Arab Emirates is famous for its hotel industry. Dubai offers a stunning selection of world-class hotels, all capable of hosting your depositions or meetings in comfort and style. Conference rooms can be booked in one of these hotels, or an office building. Planet Depos can reserve conference rooms suitable to your needs.

Checklist for Planet Depos Concierge Services:

- Number of rooms needed
- Number of attendees (per room)

- End time
- Food & Beverage
- Additional equipment needed:
  - Projector and screen
  - Speaker phone
  - Videoconferencing

- If reserving multiple days, would you like to keep equipment and documents locked in the conference room overnight?

## More Information About United Arab Emirates



**Party to The Hague Evidence Convention?** No

**Currency:** UAE Dirham

**Time Zone:** GMT + 4:00

**Airport:** Dubai International Airport (DXB)

**U.S. Visa Requirements?** None

Planet Depos

2023 International Deposition Guide

Download Now

# Resources & Services

## Deposition Checklist

Though the UAE doesn't recognize depositions as we do in the U.S., many still occur. Follow our deposition checklist for straightforward UAE depositions.

Learn More →

## Arbitration

Planet Depos offers cost-effective and reliable realtime, transcription, and related services for arbitrations in the UAE.

Learn More →

## Conference Rooms

## Travel Tips

Planet Depos                                                                    ☰

arbitrations, and meetings all                    through our Travel Tips.

around the world.

Learn More →                                      Learn More →

Learn More →

**Home**      **Services**      **Blog**      **Privacy Policy**      **Cookie Policy**

**Contact**

f      X      in      ⊡      ⊡

Emergency Assistance 24/7 | 888.433.3767

Copyright 2008 - 2021 Planet Depos, LLC | All Rights Reserved

# Exhibit "B"

**Optima Juris**

YES! You can schedule court reporters for
depositions or arbitrations in Dubai

SCHEDULE NOW

*Scheduling or Questions? Call 1.855.678.4628*

*Depo Location > United Arab Emirates > Dubai*

## Dubai Court Reporters: What you need to know

Before you schedule a court reporter in Dubai, learn more about the rules and regulations regarding U.S. depositions in Dubai.

| | | | |
|---|---|---|---|
| 1 | Are there any restrictions on holding a U.S. depo in Dubai? | No | ⊕ |
| 2 | Can depos in Dubai take place at any venue (hotel, conference room, etc.)? | Yes | ⊕ |
| 3 | Does a U.S. passport holder need a visa to enter the United Arab Emirates? | No | ⊕ |
| 4 | Are there court reporters for U.S. depositions in Dubai? | Yes | ⊕ |
| 5 | Can Optima Juris help me set up my depo? | Yes | ⊕ |

SCHEDULE NOW

1/5

**Optima ⟲ Juris.**



**Court reporters**

Our trusted court reporters have extensive international experience, along with the know-how to get the job done with the highest-quality results.



**Legal videographers**

Legal videographers trained in the U.S. Federal Rules of Civil Procedure, so you can be sure that your video record will be taken in a manner consistent with your jurisdiction's requirements.

SCHEDULE NOW



## Must-read guide for setting up a depo in Dubai, United Arab Emirates

Our experts have created a complimentary guide every lawyer, paralegal and court reporting agency should read. The International Depo Guide for the United Arab Emirates is a 8-page PDF that covers frequently asked questions, tips on how to swear in a witness abroad, best options for deposing a witness remotely, a user-friendly checklist, and travel tips.

**Optima◯Juris.**

# Options for attending your deposition or arbitration

Thanks to better Internet connectivity worldwide, many new options have arisen for conducting a deposition or arbitration anywhere in the world. Below is a reference guide of the different options for your deposition or arbitration in Dubai.





### Attending Deposition In Person

Attorneys, court reporter, videographer, and interpreter physically present with the witness.*

Advantages:
Typically this an ideal scenario to get the clearest record and you are less likely to encounter technical issues.

Disadvantages:
Travel costs can add up quickly.

### Videoconference Facility

Attorneys participate remotely. Court reporter, videographer, and interpreter physically present with the witness.*

Advantages: Having the court reporter present with the witness is ideal for the clearest record. You can save on travel costs by having the attorneys participate remotely.

Disadvantages: Some travel costs may incur for the court reporter, although our goal is always to find the closest court reporter to your witness.

Attorne
partic

Advan
that a
remotely
court r
deposi

Disadvo
can be
and/or

GET QUOTE

*For the best and clearest record we always recommend that the court reporter, videographer and interpreter be physically present with the witness.

**Optima Juris.**

the highest quality deposition services abroad. We stand
by our services 100% and most importantly, we take away
the anxiety of scheduling an international depo.



Ian Hardy
CEO/Founder

## Optima Juris' 100% Peace of Mind Guarantee*

At Optima Juris we are committed to providing you with the very best deposition services abroad without the stress or

hassle. We guarantee that your court reporter and deposition team will show up on-time, where instructed, and that the

results (transcript, video, interpretation, etc.) will be at the same level you would expect when conducting a deposition in

your home town in the States. If that's not the case, we'll refund you fully for the defective service, no questions asked. This

guarantee is subject to limitations, exclusions, and conditions as outlined in our terms & conditions.

GET TO KNOW US

**Optima Juris**

# Do you have a question about setting up a virtual, hybrid, or in-person deposition or arbitration? Our experts are here to help!

Give us a call 24/7 at 1.855.678.4628.

GET IN TOUCH

Search OptimaJuris.com

| Search.. | GO |

Learning Center

Service Locations

Services

About

Contact

CLIENT LOG-IN

Privacy Policy

Terms and Conditions

Opt-out preferences

© Optima Juris 2024