1   PAUL B. SALVATY (State Bar No. 171507)
    *PSalvaty@winston.com*
2   WINSTON & STRAWN LLP
    333 S. Grand Ave., 38th Fl.
3   Los Angeles, CA 90071-1543
    Telephone: (213) 615-1700
4   Facsimile: (213) 615-1750

5   ABBE DAVID LOWELL (*pro hac vice* forthcoming)
    *AbbeLowellPublicOutreach@winston.com*
6   WINSTON & STRAWN LLP
    1901 L St., N.W.
7   Washington, D.C. 20036-3508
    Telephone: (202) 282-5000
8   Facsimile: (202) 282-5100

9   Bryan M. Sullivan, State Bar Number 209743
    *bsullivan@earlysullivan.com*
10  Zachary C. Hansen, State Bar Number 325128
    *zhansen@earlysullivan.com*
11  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
12  6420 Wilshire Boulevard, 17th Floor
    Los Angeles, California 90048
13  Telephone:  (323) 301-4660
    Facsimile:  (323) 301-4676

14
15  Attorneys for PLAINTIFF
    ROBERT HUNTER BIDEN

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18                    **WESTERN DIVISION**

| | |
|---|---|
| 19  ROBERT HUNTER BIDEN, an individual, | Case No. 2:23-cv-09430-SVW-PD |
| 20 | **PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION TO SEAL THE JOINT STATEMENT OF UNRESOLVED DISCOVERY ISSUES AND EXHIBITS 1-6 & A-L (DKT. # 76 THROUGH 76-18) AND REPLACE WITH REDACTED VERSIONS** |
| 21              Plaintiff, | |
| 22          vs. | |
| 23  PATRICK M. BYRNE, an individual, | |
| 24              Defendant. | |
| 25 | *Filed concurrently with Declaration of Zachary C. Hansen and [Proposed] Order* |
| 26 | |
| 27 | Date:    October 4, 2024 |
| 28 | Time:    9:00 AM<br>Ctrm.:   580 |


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5788966.1

Judge:   Hon. Patricia A. Donahue,
Ctrm.   580

**EX PARTE APPLICATION**

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

### ***EX PARTE* APPLICATION**

Pursuant to Central District Local Rule 79-5 and 7-19, Plaintiff Robert Hunter Biden ("Plaintiff") applies *ex parte* for an order sealing the Joint Statement of Unresolved Discovery Issues (Dkt. #76) (the "Statement") and all exhibits thereto, including Exhibit 1-6 and A-L (Dkt. #76-1 to 76-18) and permitting Plaintiff to file redacted versions to replace the Statement and Exhibits, all of which are attached to the concurrently filed Declaration of Zachary C. Hansen as **Exhibits "A-S."** Plaintiff is seeking for this *Ex Parte* Application to be heard by the Court on October 4, 2024 at 9:00AM in Courtroom 580 before Magistrate Judge Donahue, so as to occur simultaneously with the Parties' Informal Discovery Conference scheduled for the same time and place, and which this *Ex Parte* Application directly relates.

On August 22, 2024, a Protective Order was entered in this case (Dkt. #63), where paragraph 18 states:

> Where any Confidential Materials or Highly Confidential Materials, or Information derived therefrom, is included in any motion or other proceeding before the court in this case, the Parties and any involved non-party shall comply with the terms and conditions of this Stipulation and Protective Order as well as any applicable Rules of Court. With respect to discovery motions or other proceedings, the following shall apply: If Confidential Materials, Highly Confidential Materials, or Information derived therefrom are submitted to or otherwise disclosed to the Court in connection with discove1y motions and proceedings, the same shall be separately filed under seal with the clerk of the Court in an envelope marked: "CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO STIPULATION AND PROTECTIVE ORDER FOR CONFIDENTIALITY OF THE SUBMITTED MATTER."

Exhibit L is the declaration of Defendant Patrick Byrne ("Defendant") that Defendant's counsel marked "Highly Confidential and to be Filed Under Seal" (Dkt. # 76-18) because, according to Defendant's counsel, it contains information relating

1    to Defendant's location, which is highly sensitive information because Defendant
2    claims his life is at risk. Furthermore, references were made to Defendant's location
3    in the Statement and in the other various Exhibits thereto. Due to confusion on the
4    Plaintiff's counsel's part, the Statement, including Exhibit L, were inadvertently filed
5    in unredacted form. Plaintiff files this application to correct that error so that the
6    public docket only contains the redacted version.

7        A "good cause" standard applies to sealing or redacting of private materials
8    unearthed during discovery that are not part of the judicial record. The relevant
9    standard for a sealing order is simply whether "good cause" exists to protect the
10   information from disclosure. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th
11   Cir. 2010). The court must balance the interests in allowing discovery against the need
12   for confidentiality and relative burdens to parties (and nonparties) from disclosure to
13   the public. *Id*.; *In re Violation of Rule 28(D)*, 635 F.3d 1352, 1358 (Fed. Cir. 2011).
14   Here, Defendant and Defendant's counsel has asserted that Defendant's life is at risk
15   and his location must be kept confidential. Because the Statement, Exhibit L, and all
16   other Exhibits, contain information relating to Defendant's location, if Defendant's
17   concerns are true,[1] then that is good cause to redact that information from the
18   Statement.

19       Thus, Plaintiff asks the Court to issue an order directing the Clerk of the Court
20   to seal the Statement (Dkt. #76) and all Exhibits thereto, including Exhibits 1-6 and
21   A-L (Dkt. #76-1 to 76-18) and permit Plaintiff to file redacted versions of the
22   Statement and all Exhibits to the public docket to remove references to Defendant's
23   current location, which are attached to the concurrently filed Declaration of Zachary
24   C. Hansen ("Hansen Decl."), at ¶¶5-23, Ex.'s A-S.

25   _____
26   [1] For the purposes of this Application, Plaintiff does not challenge Defendant's or
     Defendant's counsel's claims that Defendant's life is at risk and consents to the
27   sealing of the Statement (Dkt. #76) and all Exhibits thereto, including Exhibits 1-6
     and A-L (Dkt. #76-1 to 76-18), and filing of the redacted versions of each document.
28



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5788966.1                                    2
                               **EX *PARTE* APPLICATION**

1    Pursuant to Central District Local Rule 7-19.1, on October 2, 2024, Plaintiff's

2  counsel informed Defendant's counsel of their intent to seek this *ex parte* relief and

3  on October 3, 2024, Defendant's counsel indicated their intent to join the request for

4  the relief sought by this *ex parte* application.  (Hansen Decl., at ¶2.)

5    Accordingly, there is good cause for the Court to grant this *ex parte* application

6  in full.  Further, Defendants' counsel was provided notice of this *ex parte* application

7  and has stated that he consents to the request set forth herein.

8

9  Dated:  October 3, 2024                    EARLY SULLIVAN WRIGHT

10                                            GIZER & MCRAE LLP

11

12                              By:  */s/ Zachary C. Hansen*

13                                   BRYAN M. SULLIVAN (State Bar No.
                                     209743)
14                                   bsullivan@earlysullivan.com
                                     ZACHARY C. HANSEN (State Bar No.
15                                   325128)
                                     zhansen@earlysullivan.com
16                                   EARLY SULLIVAN WRIGHT GIZER
                                     & McRAE LLP
17                                   6420 Wilshire Boulevard, 17th Fl.
                                     Los Angeles, California 90048
18                                   Telephone: (323) 301-4660
                                     Facsimile: (323) 301-4676
19

20                                   PAUL  B.  SALVATY  (State  Bar  No.
                                     171507)
21                                   PSalvaty@winston.com
                                     WINSTON & STRAWN LLP
22                                   333 S. Grand Ave., 38th Fl.
                                     Los Angeles, CA 90071-1543
23                                   Telephone:   (213) 615-1700
                                     Facsimile:   (213) 615-1750
24

25                                   ABBE DAVID LOWELL (*pro hac vice*
                                     forthcoming)
26                                   AbbeLowellPublicOutreach@winston.
                                     com
27                                   WINSTON & STRAWN LLP
                                     1901 L St., N.W.
28                                   Washington, D.C. 20036-3508
                                     Telephone:   (202) 282-5000

5788966.1                                  3

1

Facsimile:    (202) 282-5100

2

*Attorneys for Plaintiff*
*Robert Hunter Biden*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5788966.1

4

**EX *PARTE* APPLICATION**