1  PAUL B. SALVATY (State Bar No. 171507)
   PSalvaty@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Ave., 38th Fl.
3  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  ABBE DAVID LOWELL (*pro hac vice* forthcoming)
   AbbeLowellPublicOutreach@winston.com
6  WINSTON & STRAWN LLP
   1901 L St., N.W.
7  Washington, D.C. 20036-3508
   Telephone: (202) 282-5000
8  Facsimile: (202) 282-5100

9  Bryan M. Sullivan, State Bar Number 209743
     bsullivan@earlysullivan.com
10 Zachary C. Hansen, State Bar Number 325128
     zhansen@earlysullivan.com
11 EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
12 6420 Wilshire Boulevard, 17th Floor
   Los Angeles, California 90048
13 Telephone:  (323) 301-4660
   Facsimile:  (323) 301-4676
14
   Attorneys for PLAINTIFF
15 ROBERT HUNTER BIDEN

16               **UNITED STATES DISTRICT COURT**

17               **CENTRAL DISTRICT OF CALIFORNIA**

18                      **WESTERN DIVISION**

| 19 | ROBERT HUNTER BIDEN, an individual, | Case No. 2:23-cv-09430-SVW-PD |
|---|---|---|
| 20 | Plaintiff, | **DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION TO SEAL THE JOINT STATEMENT OF UNRESOLVED DISCOVERY ISSUES AND EXHIBITS 1-6 & A-L (DKT. # 76 THROUGH 76-18) AND REPLACE WITH REDACTED VERSIONS** |
| 21 | | |
| 22 | vs. | |
| 23 | PATRICK M. BYRNE, an individual, | |
| 24 | Defendant. | |
| 25 | | |
| 26 | | *Filed concurrently with Ex Parte Application and [Proposed] Order* |
| 27 | | |
| 28 | | Date:   October 4, 2024<br>Time:   9:00 AM |



**DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF *EX PARTE* APPLICATION**

|   |   |
|---|---|
| Ctrm.: | 580 |
| Judge: | Hon. Patricia A. Donahue, Ctrm. 580 |

# DECLARATION OF ZACHARY C. HANSEN

I, Zachary C. Hansen, declare and state as follows:

1. I am an Associate within the law firm of Early Sullivan Wright Gizer & McRae LLP, attorneys of record for PLAINTIFF ROBERT HUNTER BIDEN herein. I submit this declaration in support of Plaintiff's Ex Parte Application. If called as a witness, I would and could testify to the matters contained herein.

2. Pursuant to Central District Local Rule 7-19.1 I made a reasonable, good faith effort to advise counsel for Defendant Patrick Byrne ("Defendant") of the date and substance of the instant Application on October 2, 2024. On October 3, 2024, Defendant's counsel informed me that Defendant would join in the requested relief sought by the instant *ex parte* application.

3. Defendant's counsel marked Exhibit L "Highly Confidential and to be Filed Under Seal" (Dkt. # 76-18) because, according to Defendant's counsel, it contains information relating to Defendant's location, which is highly sensitive information because Defendant claims his life is at risk. Furthermore, references were made to Defendant's location in the Statement and in the other various Exhibits thereto.

4. Due to confusion on my part, the Statement, including Exhibit L, were inadvertently filed in unredacted form.

5. A true and correct copy of the redaction version of the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76, is attached hereto as **Exhibit A**.

6. A true and correct copy of the redaction version of the "Exhibit 1" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-1, is attached hereto as **Exhibit B.**

7. A true and correct copy of the redaction version of the "Exhibit 2" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-2, is attached hereto as **Exhibit C**.

8. A true and correct copy of the redaction version of the "Exhibit 3" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-3, is attached hereto as **Exhibit D.**

9. A true and correct copy of the redaction version of the "Exhibit 4" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-4, is attached hereto as **Exhibit E.**

10. A true and correct copy of the redaction version of the "Exhibit 5" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-5, is attached hereto as **Exhibit F.**

11. A true and correct copy of the redaction version of the "Exhibit 6" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-6, is attached hereto as **Exhibit G.**

12. A true and correct copy of the redaction version of the "Exhibit A" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-7, is attached hereto as **Exhibit H.**

13. A true and correct copy of the redaction version of the "Exhibit B" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-8, is attached hereto as **Exhibit I.**

14. A true and correct copy of the redaction version of the "Exhibit C" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-9, is attached hereto as **Exhibit J.**

15. A true and correct copy of the redaction version of the "Exhibit D" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-10, is attached hereto as **Exhibit K.**

16. A true and correct copy of the redaction version of the "Exhibit E" to the Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted version at Docket No. 76-11, is attached hereto as **Exhibit L.**

17. A true and correct copy of the redaction version of the "Exhibit F" to the

1  Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
2  version at Docket No. 76-12, is attached hereto as **Exhibit M.**

3      18.   A true and correct copy of the redaction version of the "Exhibit G" to the
4  Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
5  version at Docket No. 76-13, is attached hereto as **Exhibit N.**

6      19.   A true and correct copy of the redaction version of the "Exhibit H" to the
7  Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
8  version at Docket No. 76-14, is attached hereto as **Exhibit O.**

9      20.   A true and correct copy of the redaction version of the "Exhibit I" to the
10 Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
11 version at Docket No. 76-15, is attached hereto as **Exhibit P.**

12     21.   A true and correct copy of the redaction version of the "Exhibit J" to the
13 Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
14 version at Docket No. 76-16, is attached hereto as **Exhibit Q.**

15     22.   A true and correct copy of the redaction version of the "Exhibit K" to the
16 Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
17 version at Docket No. 76-17, is attached hereto as **Exhibit R.**

18     23.   A true and correct copy of the redaction version of the "Exhibit L" to the
19 Joint Statement of Unresolved Discovery Issues, originally filed as an unredacted
20 version at Docket No. 76-18, is attached hereto as **Exhibit S.**

21     I declare under penalty of perjury under the laws of the United States of
22 America that the foregoing is true and correct. Executed on this 3rd day of October,
23 2024, at Los Angeles, California.

*/s/ Zachary C. Hansen*
Zachary C. Hansen