# EXHIBIT G

# EXHIBIT 6





