# EXHIBIT L

# Exhibit "E"

# Michael Murphy

**From:** Michael Murphy
**Sent:** Friday, August 30, 2024 7:23 AM
**To:** Zachary Hansen; Michael Murphy, Jr.
**Cc:** Bryan Sullivan; Salvaty, Paul B.; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones
**Subject:** Re: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

Good Morning Zachary:

This morning I must appear at an ex parte hearing at the Spring Street Courthouse of the Los Angeles Superior Court at 8:30 a.m. The court requires in an in person appearance. I got notice of it yesterday.

I do not know what time I will be back. The case is a complicated class action lawsuit. The court will also be conducting an IDC on discovery issues.

May I suggest that we meet and confer Monday morning? I know it is a holiday but we want to have the meet and confer sooner rather than later.

Let me know how you want to proceed.

Very truly yours,

Michael C. Murphy, Esq.

---

**From:** Michael Murphy
**Sent:** Tuesday, August 27, 2024 9:17:12 PM
**To:** Zachary Hansen <zhansen@earlysullivan.com>; Michael Murphy, Jr. <michael.jr@murphlaw.net>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Salvaty, Paul B. <PSalvaty@winston.com>; gaellis@winston.com <gaellis@winston.com>; AbbeLowellPublicOutreach@winston.com <abbelowellpublicoutreach@winston.com>; Robie Atienza-Jones <rjones@earlysullivan.com>
**Subject:** RE: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

Great. (805) 405-6219.


Very truly yours,

Michael C. Murphy, Esq.

**From:** Zachary Hansen <zhansen@earlysullivan.com>
**Sent:** Tuesday, August 27, 2024 8:46 PM
**To:** Michael Murphy <michael@murphlaw.net>; Michael Murphy, Jr. <michael.jr@murphlaw.net>
**Cc:** Bryan Sullivan <bsullivan@earlysullivan.com>; Salvaty, Paul B. <PSalvaty@winston.com>; gaellis@winston.com; AbbeLowellPublicOutreach@winston.com; Robie Atienza-Jones <rjones@earlysullivan.com>
**Subject:** Re: Biden v. Byrne (2:23-cv-09430) - Meet and Confer Letter

1