# EXHIBIT S

# Exhibit "L"

Case 2:23-cv-09430-SVW-PD   Document 77-20   Filed 10/03/24   Page 4 of 17   Page ID #:750

# Exhibit "A"

Case 2:23-cv-09430-SVW-PD   Document 77-20   Filed 10/03/24   Page 8 of 17   Page ID #:754

Exhibit "B"