1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP**
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ROBERT HUNTER BIDEN, an individual,

       Plaintiff,

   vs.

PATRICK M. BYRNE, an individual,

       Defendant.

Case No. 2:23-cv-09430-SVW-PD

**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION TO SEAL THE JOINT STATEMENT OF UNRESOLVED DISCOVERY ISSUES AND EXHIBITS 1-6 & A-L (DKT. # 76 THROUGH 76-18) AND REPLACE WITH REDACTED VERSIONS**

[*Filed concurrently with Ex Parte Application and Declaration of Zachary C. Hansen*]

Date:   October 4, 2024
Time:   9:00 A.M.
Crtrm.: 580

Judge:  Hon. Patricia A. Donahue,
Ctrm.   580

---

**[PROPOSED] ORDER GRANTING EX *PARTE* APPLICATION**

On October 3, 2024, Plaintiff Robert Hunter Biden ("Plaintiff") filed an Ex *Parte* Application to seal the Joint Statement of Unresolved Discovery Issues and all exhibits thereto, including Exhibits 1-6 & A-L (Dkt. #76 through 76-18) because Plaintiff had unintentionally filed unredacted versions of those documents.

Having considered the papers submitted by Plaintiff, and for good cause shown, **IT IS HEREBY ORDERED** that the Clerk of the Court shall seal Joint Statement of Unresolved Discovery Issues and all exhibits thereto, including Exhibits 1-6 & A-L (Dkt. #76 through 76-18) and shall replace those documents with the redacted versions of each of these documents, attached as "**Exhibits A-S**" to the concurrently filed Declaration of Zachary C. Hansen in support of Plaintiff's Ex Parte Application to Seal the Joint Statement of Unresolved Discovery Issues and Exhibits 1-6 & A-L (Dkt. # 76 through 76-18) and Replace with Redacted Versions (Hansen Decl.) in the public docket within two days of this order.

**IT IS SO ORDERED.**

DATED:  October 3, 2024

_____
HONORABLE PATRICIA A. DONOHUE
MAGISTRATE JUDGE

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING EX *PARTE* APPLICATION