UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION TO SEAL THE JOINT STATEMENT OF UNRESOLVED DISCOVERY ISSUES AND EXHIBITS 1-6 & A-L (DKT. # 76 THROUGH 76-18) AND REPLACE WITH REDACTED VERSIONS**<br><br>[*Filed concurrently with Ex Parte Application and Declaration of Zachary C. Hansen*]<br><br>Date:     October 4, 2024<br>Time:     9:00 A.M.<br>Crtrm.:   580<br><br>Judge:   Hon. Patricia A. Donahue,<br>Ctrm.     580 |

[PROPOSED] ORDER GRANTING EX *PARTE* APPLICATION

On October 3, 2024, Plaintiff Robert Hunter Biden ("Plaintiff") filed an Ex *Parte* Application to seal the Joint Statement of Unresolved Discovery Issues and all exhibits thereto, including Exhibits 1-6 & A-L (Dkt. #76 through 76-18) because Plaintiff had unintentionally filed unredacted versions of those documents.

Having considered the papers submitted by Plaintiff, and for good cause shown, **IT IS HEREBY ORDERED** that the Clerk of the Court shall seal Joint Statement of Unresolved Discovery Issues and all exhibits thereto, including Exhibits 1-6 & A-L (Dkt. #76 through 76-18) and shall replace those documents with the redacted versions of each of these documents, attached as "**Exhibits A-S**" to the concurrently filed Declaration of Zachary C. Hansen in support of Plaintiff's Ex Parte Application to Seal the Joint Statement of Unresolved Discovery Issues and Exhibits 1-6 & A-L (Dkt. # 76 through 76-18) and Replace with Redacted Versions (Hansen Decl.) in the public docket within two days of this order.

**IT IS SO ORDERED.**

DATED: October 3, 2024

*Patricia Donohue*
―――――――――――――――――――
HONORABLE PATRICIA A. DONOHUE
MAGISTRATE JUDGE