UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:23-cv-9430-SVW-PDxDate. October 4, 2024

Title*Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 10/04/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Zachary Hansen<br>Paul Benedict Salvaty | Michael Carl Murphy |

**Proceedings:Discovery Conference**

On October 4, 2024, the Court conducted a discovery conference and ruled as set forth on the record.

The parties' Joint Statement Regarding the Deposition of Defendant is due by **October 9, 2024**.

Plaintiff's Response to Defendant's Request for an Order to Show Cause is due by **October 15, 2024**. Defendant's Reply thereto due by **October 18, 2024.**

Both matters will be taken under submission, and the Court will advise the parties if a hearing on either matter is necessary.

IT IS SO ORDERED.

Initials of Preparer: IV
Time in Court: 2:30