Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>            Plaintiff,<br><br>   vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>            Defendant. | Case No.:   2:23-cv-09430-SVW-PD<br>Judge:     Honorable Stephen V. Wilson<br>Courtroom:  "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**DECLARATION OF KIMBERLY CARMAN IN SUPPORT OF DEFENDANT'S BRIEF REGARDING DEPOSITION DISCOVERY ISSUES**<br><br>**Date:**  October 4, 2024<br>**Time:**  9:00 a.m.<br>**Loc:**   Hon. Patricia A. Donahue<br>**Ctrm:**  580 |

1

**DEPOSITION OF KIMBERLEE CARMAN**
**Case No.:** 2:23-cv-09430-SVW-PD

# DECLARATION OF KIMBERLEE CARMAN

I, Kimberlee Carmen, declares as follows:

1. I am over eighteen years of age. I am the Director of Operations for Optima Juris International Deposition Agency. I am a former certified shorthand reporter in the State of California. I am personally familiar with the facts set forth in my Declaration and if called upon I could and would competently testify to the foregoing.

2. Optima Juris International Deposition Agency, ("Optima") has been in operation for twenty-four years. It specializes in taking international depositions in foreign countries. I am personally aware of and have been involved in the setting up of many international depositions for Optima customers to be taken in foreign countries that involved United States District Court cases.

3. Prior to setting up the taking a deposition in a foreign country for a customer, my practice for our company is to check the United States State Department website and determine what rules and restrictions exist for the applicable country that must be complied with to obtain its consent before a deposition can be taken in a foreign country. These rules that are published on the state department's website consist of Hague Convention rules if the applicable country is a signatory to those rules as well as the rules of the country that relate to the taking of depositions in that country. Normally, based on my experience in assisting Optima's customers to obtain consents from foreign countries to take depositions in those jurisdictions when consent is required, it has taken two to six months or more to obtain consent from the foreign country to take a deposition when such consent is required in that country.

4. I have also been involved in the setting up and the taking of many depositions in Dubai including in United States District Court cases. The United States State Department's website, of which I have reviewed hundreds of times, currently confirms that there are no Hague Convention requirements or any other

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

rules or laws that prohibit the taking of depositions in the United Arab Emirates in Dubai. All that is necessary to take an in-person deposition in Dubai is to make travel arrangements and go to Dubai to take the deposition. A certified shorthand court reporter in California that is qualified to depose a witness or party in a United States District Court case must be brought to Dubai to take the in-person deposition because there are no California certified and qualified depositions reporters living in Dubai that can take a deposition in Dubai that meet the requirements to have a proper deposition taken.

     5.    I have been involved in setting up zoom depositions for the taking of depositions of people who reside in Dubai by zoom. The court reporter is located here in California and is certified to take the deposition and can take it using zoom. The videographer is here and can attend the deposition by zoom. Counsel for the parties can attend the zoom deposition wherever their office is located. Other parties can attend the zoom deposition from their home or office. The deponent can attend and have his deposition taken from his home, office or conference room in Dubai. Exhibits can be shown to the witness during the deposition and can be questioned in the same manner as an in-person deposition. And the parties will save thousands of dollars in attorney's fees and costs that would otherwise be charged to travel to and attend a deposition in Dubai. For cost savings and time efficiency, a zoom deposition is the best method to depose a witness or party in Dubai and particularly since there are no restrictions by the United Arab Emirates on the taking of depositions in Dubai or of people who reside in Dubai.

     I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of October, in Irvine, California.

                        *Kimberlee Carman*
                        Kimberlee Carman

3

DEPOSITION OF KIMBERLEE CARMAN
Case No.: 2:23-cv-09430-SVW-PD