# Exhibit "A"

**United Kingdom**
United Kingdom of Great Britain and Northern Ireland

## Extensions of Application

### Hague/Inter-American

**Party to Hague Service Convention?**
Yes

**Party to Hague Evidence Convention?**
Yes

**Party to Hague Apostille Convention?**
Yes

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**
Yes

## DISCLAIMER

DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.

ALL +/−

## Embassies and Consulates

## List of Attorneys

## Helpful Links

## Service of Process

## Criminal Matters

## Obtaining Evidence in Civil and Commercial Matters

The United Kingdom is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. A Central Authority for the United Kingdom for the Hague Evidence Convention is designated to receive letters of request for the taking of evidence. See the Hague Evidence Convention Model Letters of Request for guidance on how to prepare a letter of request. Letters of Request should be prepared in duplicate. Requests for compulsion of evidence under the Hague Evidence Convention are transmitted directly from the requesting court or person in the United States to the U.K. Central Authority and do not require transmittal via diplomatic channels. See the UK Declarations and Reservations on the Hague Evidence Convention. See also the U.K. response to the 2008 Hague Conference questionnaire on the practical operation of the Hague Evidence Convention.

**Requests from United Kingdom to Obtain Evidence in the United States:** The U.S. Central Authority for the Hague Evidence Convention is the Office of International Judicial Assistance, Civil Division, Department of Justice, 1100 L Street N.W., Room 8102, Washington, D.C. 20530.

## Taking Voluntary Depositions of Willing Witnesses

## Authentication of Documents

Last Updated: March 23, 2018