# Exhibit "B"

**France**
French Republic

## Extensions of Application

### Hague/Inter-American

**Party to Hague Service Convention?**
Yes

**Party to Hague Evidence Convention?**
Yes

**Party to Hague Apostille Convention?**
Yes

**Party to Inter-American Convention?**
No

**Service of Process by Mail?**

## DISCLAIMER

DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.

ALL +/−

## Embassies and Consulates

## List of Attorneys

## Helpful Links

## Service of Process

## Criminal Matters

## Obtaining Evidence in Civil and Commercial Matters

France is a party to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters. The French Central Authority for the Hague Evidence Convention designated to receive letters of request for the taking of evidence is the Ministry of Justice. See the Hague Evidence Convention Model Letters of Request for guidance on preparation of the letter of request. Requests for the compulsion of evidence under the Hague Evidence Convention are transmitted directly from the requesting court or person in the United States to the French Central Authority and do not require transmittal via diplomatic channels. Letters of Request and accompanying documents should be prepared in duplicate and translated into French. See France's Declarations and Reservations regarding the Hague Evidence Convention. See also France's response to the 2008 Hague Conference questionnaire on the practical operation of the Hague Evidence Convention.

**Requests from France to Obtain Evidence in the United States:** The U.S. Central Authority for the Hague Evidence Convention is the Office of International Judicial Assistance, Civil Division, Department of Justice, 1100 L Street N.W., Room 8102, Washington, D.C. 20530.

## Taking Voluntary Depositions of Willing Witnesses

## Authentication of Documents

Last Updated: March 23, 2018

We use cookies to make our website work better and improve your experience. By continuing to use the site, you agree to our Privacy Policy.

Allow    Decline

## DEPOSITIONS BEFORE A PERSON COMMISSIONED BY THE COURT

Taking Evidence in France in Civil and Commercial Matters

Evidence may also be taken in France by deposition before any competent person commissioned by a court in the United States. Authorization must be obtained in advance by the individuals participating in the deposition from the Bureau de l'Entraide Judiciaire International of the Ministry of Justice. All information listed under Part 1, "Deposition Before a Local Judicial Authority by Means of Letters Rogatory" above should be sent to the Ministry of Justice at least 45 days before the deposition will be held.

In addition, the request for authorization from the Ministry of Justice must include:

- An explanation of the reasons for choosing this method of taking evidence, taking into account the judicial costs involved; and
- The criteria for designating the individual commissioned to take evidence.

The Embassy does not assist in requesting Ministry of Justice authorization in cases where the commissioned competent person is not a consular officer of the United States.

All of the other provisions and the general procedure described above for depositions before a consular officer must be followed, except that there is no consular fee because the services of a consular officer are not required.