UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9430-SVW-PDx    Date:  October 10, 2024

Title    *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   **(In Chambers) Order Re: Unfiled Request for OSC**

On October 4, 2024, the Court conducted a discovery conference. Prior to the conference, Defendant provided the Court and Plaintiff's counsel with a Request for an Order to Show Cause ("OSC Request"). Defendant did not file the OSC Request, it does not appear on the docket, and Defendant has requested that the Court take it off calendar.

Accordingly, the deadlines set by the Court for the response to the OSC Request and the reply are hereby VACATED.