Michael C. Murphy, Esq. (S.B. No. 104872)
　Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
　Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　Defendant. | Case No.:　2:23-cv-09430-SVW-PD<br>Judge:　Honorable Stephen V. Wilson<br>Courtroom:　"10A"<br><br>Complaint Filed: November 8, 2023<br><br>**DEFENDANT PATRICK BYRNE'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[*Filed concurrently with the Notice of Motion and Motion for Summary Judgment; the Declaration of Michael C. Murphy; Request for Judicial Notice; Proposed Judgment*]<br><br>Date:　November 25, 2024<br>Time:　1:30 p.m.<br>Courtroom:　"10A" |

1

Pursuant to <u>Local Rule 56-1</u>, Defendant Patrick Byrne hereby submits the following Statement of Uncontroverted Facts in support of his Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment as follows:

ISSUE 1: PLAINTIFF IS AN ALL-PURPOSE PUBLIC FIGURE

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 1. Plaintiff is the son of the President of the United States of America.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 108:4-5 | 1. |
| 2. Plaintiff appeared in numerous photos with his father both during his father's vice-presidency and during his father's presidency.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 108:6-109:6 | 2. |
| 3. Plaintiff published his book, "Beautiful Things," in April of 2021, in which he highlighted his struggles with addiction and his marital problems.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 70: 7-15 | 3. |
| 4. Plaintiff's book made the New York Times bestseller list.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: | 4. |

2

DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS
Case No.: 2:16-cv-01681-DSF (AJWx)

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 71: 7-9 | |
| 5. Plaintiff's book made the bestseller's list on several other publications.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 71:10-11 | 5. |
| 6. Plaintiff's book made it on international bestsellers lists, including in Germany and Scandinavia.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 71:12-15 | 6. |
| 7. Plaintiff promoted his book on 92nd Street YMCA.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 118:11-15.<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 212 | 7. |
| 8. The New York Times published "Hunter Biden, Matt Gaetz and Nonstop Depravity," which discussed Plaintiff's book.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 118:16-119:2<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pgs. 213-214 | 8. |
| 9. Plaintiff promoted his book on | 9. |

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| CBS Sunday Morning on April 5, 2021.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 119:3-5.<br><br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 215 | |
| 10. The New York Times published another article about Plaintiff's book, titled "Hunter Biden's Memoir: 7 Takeaways from 'Beautiful Things.'"<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 119:6-9<br><br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 216-218 | 10. |
| 11. CBS This Morning published "Hunter Biden opens up about family intervention and addresses laptop reports on April 3, 2021, in which his book and laptop were discussed.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 119:10-120:1<br><br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 219 | 11. |
| 12. Vanity Fair published an article about Plaintiff's book.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: | 12. |

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 120:2-8.<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 220-222 | |
| 13. Time published an article about Plaintiff's book.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 120:9-11<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 223-224 | 13. |
| 14. The Cut published an article about Plaintiff's book.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 120:12-14.<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 225-227 | 14. |
| 15. Plaintiff promoted his book on Jimmy Kimmel Live! on April 8, 2021.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 120:23-121:6.<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 610, pg. 229 | 15. |
| 16. Plaintiff appeared on an NPR to promote his book.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 122:9-11 | 16. |

5

DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS
Case No.: 2:16-cv-01681-DSF (AJWx)

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| Murphy Decl. ¶5, Ex. D, Depo Ex. 611, pg. 238-239 | |
| 17. Plaintiff appeared on several other US podcasts to promote his book.<br><br>**Evidence:**<br><br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 122:12-123:13.<br><br>Murphy Decl. ¶5, Ex. D, Depo Ex. 611, pg. 240-247 | 17. |
| 18. Plaintiff's book was promoted internationally.<br><br>**Evidence:**<br><br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 123:16-124:8.<br><br>Murphy Decl. ¶5, Ex. D, Depo Ex. 612, pg. 248-265 | 18. |
| 19. Plaintiff admitted in his deposition that Miranda Devine published "Laptop from Hell: Hunter Biden, Big Tech, and the Dirty Secrets the President Tried to Hide" on or around November 30, 2021.<br><br>**Evidence:**<br><br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 136:7-17<br><br>Murphy Decl. ¶5, v, Depo Ex. 625, pg. 1-8 | 19. |
| 20. Plaintiff admitted in his deposition that Marco Polo | 20. |

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| published "Report of the Biden Laptop." **Evidence:** Murphy Decl. ¶4, Ex. C, Depo. RHB: 159:6-18. Murphy Decl. ¶5, Ex. D, Depo Ex. 654, pg. 1-3 | |
| 21. Plaintiff sold artwork at a gallery owned by George Berges. **Evidence:** **Evidence:** Murphy Decl. ¶4, Ex. C, Depo. RHB: 65:10-69:22 | 21. |
| 22. New York Magazine published "The Sordid Saga of Hunter Biden's Laptop" on September 12, 2022. **Evidence:** Murphy Decl. ¶4, Ex. C, Depo. RHB: 140:7-19 Murphy Decl. ¶5, Ex. D, Depo Ex. 627, pg. 1-30 | 22. |
| 23. Plaintiff admitted in his deposition he was "vaguely familiar" with the New York Magazine article. **Evidence:** Murphy Decl. ¶4, Ex. C, Depo. RHB: 140:7-19 | 23. |
| 24. On September 14, 2023, a federal grand jury indicted Plaintiff on 3 | 24. |

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| felony firearm offenses.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 150:2-9<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 633, pg. 1-4 | |
| 25. Fox News published "Hunter Biden took thousands from daughter's college fund for 'hookers and drug': report" on October 6, 2023, and did not discount that it was published in his deposition.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 151:2-11<br>Murphy Decl. ¶5, Ex. D, Depo Ex. 635, pg. 1-2 | 25. |

ISSUE 2: PLAINTIFF CANNOT PROVE ACTUAL MALICE WITH CLEAR AND CONVINCING EVIDENCE

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 26. Plaintiff alleges Defendant published statements that Plaintiff sought to help the Iranian government unfreeze funds held in a South Korean Bank in a Capitol Times Magazine article published on or around June 27, 2023. | 26. |

DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS
Case No.: 2:16-cv-01681-DSF (AJWx)

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| **Evidence:** Murphy Decl. ¶1 , Ex. A, ¶ 1, 18, 20, 33 | |
| 27. Plaintiff admitted in his deposition he had no knowledge whether or not Defendant traveled to the Middle East in November 2021. **Evidence:** Murphy Decl. ¶4 , Ex. C, Depo. RHB: 33:14-17, 35:9-13 | 27. |
| 28. Plaintiff admitted in his deposition he had no knowledge whether or not Defendant spoke with any Iranian figure while in the Middle East in November 2021. **Evidence:** Murphy Decl. ¶4 , Ex. C, Depo. RHB: 35:14-20 | 28. |
| 29. Plaintiff admitted in his deposition he could not say whether Defendant had any meetings with anyone while in the Middle East. **Evidence:** Murphy Decl. ¶4 , Ex. C, Depo. RHB: 35:24-36:14 | 29. |
| 30. Plaintiff admitted in his deposition that he had no knowledge whether Defendant obtained the voicemail recordings mentioned in the Capitol Times | 30. |

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| article.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 36:20-37:3 | |
| 31. Plaintiff admitted in his deposition he had no knowledge whether Defendant turned in the voicemail recordings over to the government, as mentioned in the Capitol Times article.<br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 41:16-43:10 | 31. |
| 32. Plaintiff alleges Defendant republished the statements on October 8, 2023.<br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 2, 27 | 32. |
| 33. Plaintiff alleges Defendant made his statements on The Absolute Truth with Emerald Robinson on May 10, 2023, and on May 11, 2023.<br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 23 | 33. |
| 34. Plaintiff alleges Defendant published the article on social media.<br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 25, | 34. |
| 35. Plaintiff alleges Defendant | 35. |

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| promoted the Capitol Times Article on The Alex Jones Show.<br><br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 25, | |
| 36. Plaintiff alleges Defendant made the statements despite allegedly knowing they were false.<br><br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 3, 29, 35, 39 | 36. |
| 37. Plaintiff admitted in his deposition that he had no knowledge whether Defendant actually knew the statements were false.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 31:10-32:9 | 37. |
| 38. Plaintiff admitted in his deposition that he had no knowledge whether Defendant had any serious doubts about the truthfulness of the statements.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 32:10-24 | 38. |
| 39. Plaintiff alleges that Defendant was told the statements were false.<br><br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 30, | 39. |
| 40. Plaintiff alleges Defendant falsely | 40. |

DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS
Case No.: 2:16-cv-01681-DSF (AJWx)

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| claimed to verify the information on which the accusations are made.<br><br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 41, 42, | |
| 41. Plaintiff alleges Defendant harbors ill will towards Plaintiff.<br><br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 43, | 41. |
| 42. Plaintiff admitted in his deposition he had no evidence Defendant discussed Plaintiff in any way that demonstrated Defendant harbored ill will towards Plaintiff.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 23:6-24:7 | 42. |
| 43. Plaintiff admitted in his deposition he had no evidence Defendant ever published any writings prior to May 2023 that demonstrated ill will towards Plaintiff.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 24:25-26:18 | 43. |
| 44. Plaintiff alleges Defendant took steps to republish his statements.<br><br>**Evidence:**<br>Murphy Decl. ¶1 , Ex. A, ¶ 34, | 44. |

DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS
Case No.: 2:16-cv-01681-DSF (AJWx)

| DEFENDANT'S UNDISPUTED MATERIAL FACTS | PLAINTIFF'S RESPONSE AND SUPPORTING EVIDENCE |
|---|---|
| 45. Plaintiff admitted in his deposition he had no evidence or knowledge concerning the number of times the Capitol Times article was allegedly republished.<br><br>**Evidence:**<br>Murphy Decl. ¶4 , Ex. C, Depo. RHB: 57:6-25 | 45. |

Dated: October 28, 2024     LAW OFFICES OF MICHAEL C. MURPHY

By:   /s/ Michael C. Murphy, Esq.
_____
Michael C. Murphy, Esq.
Michael C. Murphy, Jr., Esq.
Attorneys for Plaintiff,
Patrick Byrne

DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS
Case No.: 2:16-cv-01681-DSF (AJWx)