Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.:  2:23-cv-09430-SVW-PD<br>Judge:  Honorable Stephen V. Wilson<br>Courtroom:  "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**PROOF OF SERVICE**<br><br>Date:  November 25, 2024<br>Time:  1:30 p.m.<br>Courtroom:  "10A" |

1

**PROOF OF SERVICE**

# PROOF OF SERVICE

# UNITED STATEMENTS OF AMERICA

I am employed and am a resident of the County of Ventura, State of California.

I am over the age of 18 and not a party to the within action. My business name and address is as follows:

Law Offices of Michael C. Murphy
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

On October 28, 2024, I served the foregoing document(s) on Opposing Counsel in this action described as follows:

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
2. **DEFENDANT PATRICK BYRNE'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**
3. **DECLARATION OF MICHAEL C. MURPHY IN SUPPORT OF DEFENDANT PATRICK BYRNE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**
4. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**
5. **PROPOSED JUDGMENT**

_____ by placing the originals in enclosed, sealed envelopes addressed to the party appearing on the service list as follows:

_____ by placing copies of the originals in enclosed, sealed envelopes (U.S. mail) addressed to all parties appearing on the service list as follows:

_____ by placing copies of the originals in enclosed, sealed envelopes by express, next-day mail (overnight or express mail) addressed to all parties appearing on the service list as follows:

_____ by placing copies of the original through facsimile transmission (fax) to all parties appearing on the service list as follows:

__X__ by placing copies of the original through electronic transmission (e-mail) to all parties appearing on the electronic service list as follows:

| | |
|---|---|
| Paul B. Salvaty, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Ave. 38th Floor<br>Los Angeles, CA 90071-1543<br>Tel: (213) 615-1700<br>Fax: (213) 615-1750<br>Email: PSalvaty@winston.com<br>Email: gaellis@winston.com<br><br>Abbe David Lowell, Esq.<br>1901 L St., N.W.<br>Washington, D.C. 20036-3508<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>Email: AbbeLowellPublicOutreach@winston.com<br><br>Bryan M. Sullivan, Esq.<br>Zachary C. Hansen, Esq.<br>Early Sullivan Wright Gizer & McRae, LLP<br>6420 Wilshire Blvd., Suite 17th Fl.<br>Los Angeles, CA 90048<br>Tel: (323) 301-4660<br>Fax: (323) 301-4676<br>Email: rclaudat@earlysullivan.com<br>Email: zhansen@earlysullivan.com<br>Email: bsullivan@earlysullivan.com | **Attorneys for Plaintiff**<br>ROBERT HUNTER BIDEN |

The sender's name and email address are as follows:
Name: Carmen R. Selame, Esq.
Email: Carmen@murphlaw.net.

I deposited such envelope/s in the mail at Westlake Village, California.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office as a member of the bar of this court at whose direction the service was made.

3
**PROOF OF SERVICE**

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

Executed on October 28, 2024 at Westlake Village, California.

                                          By: /s/ Carmen R. Selame Esq.

                                          _____

**PROOF OF SERVICE**