Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.:   2:23-cv-09430-SVW-PD<br>Judge:   Honorable Stephen V. Wilson<br>Courtroom: "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AS TO PLAINTIFF'S COMPLAINT**<br><br>[*Filed concurrently with the Notice of motion and Motion for Summary Judgment; the Declaration of Michael C. Murphy; Defendant's Statement of Uncontroverted Facts; Proposed Judgment*]<br><br>Date:        November 25, 2024<br>Time:       1:30 p.m.<br>Courtroom:  "10A" |

1.

**REQUEST FOR JUDICIAL NOTICE**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that in support of Defendant Patrick Byrne's Motion for Summary Judgment, or in the alternative, Summary Adjudication against Plaintiff, Defendant hereby respectfully requests that, pursuant to Federal Rules of Evidence 201, the Court take judicial notice of the following documents:

1. The Indictment of Plaintiff, Robert Hunter Biden, in the matter of *United States of America v Robert Hunter Biden*, Criminal Action No. 23-00061-MN, which is attached as Exhibit 633 to the Deposition of Plaintiff.

Dated: October 28, 2024        LAW OFFICES OF MICHAEL C. MURPHY

By:  /s/ Michael C. Murphy, Esq.

_____
Michael C. Murphy, Esq.
Michael C. Murphy, Jr., Esq.
Attorneys for Defendant,
Patrick Byrne

REQUEST FOR JUDICIAL NOTICE