CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Robert Hunter Biden, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 2:23-cv-09430-SVW-PDx |
| v. | |
| Patrick M. Byrne, | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge _____.
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required     ☒ Hearing Required
☐ In-Person Court Hearing
☒ VIDEO Conference
☐ Telephonic

Magistrate Judge: Patricia Donahue

Date/Time: November 1, 2024 at 9:00 AM

Courtroom: Zoom link has been sent to Counsel - Video cameras to be turned on.

Dated: October 29, 2024

By: /s/ Isabel Verduzco
Deputy Clerk