UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:23-cv-9430-SVW-PDx            Date. November 1, 2024

Title    *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 11/01/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Zachary Hansen | Michael Carl Murphy |

**Proceedings:**     **Informal Discovery Conference (via Zoom)**

On November 1, 2024, the Court conducted an informal discovery conference via zoom webinar. Counsel, the Court, and court staff all appeared in that manner.[1]

The Court conducted the conference in response to the parties' email to the Court dated October 22, 2024. The Court reviewed and considered the email, the docket in this matter, and the arguments of counsel, and the Court ruled as set forth on the record.

IT IS SO ORDERED.

Initials of Preparer: IV
Time in Court: :30

---

[1] Recording or re-broadcasting of the proceedings is strictly prohibited.