# EXHIBIT 1

Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: (818) 558-3718
Fax: (805) 367-4506

Attorneys for Defendant,
Patrick M. Byrne

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT HUNTER BIDEN, | Case No.:    2:23-cv-09430-SVW-PD |
|  | Judge:    Honorable Stephen V. Wilson |
|  | Courtroom: 10A |
| Plaintiff, |  |
|  |  |
| vs. | **DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO REQUESTS FOR ADMISSION, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN** |
| PATRICK M. BYRNE, |  |
| Defendant. | Complaint Filed: November 8, 2023 |

1.

**PROPOUNDING PARTY:**       Plaintiff, ROBERT HUNTER BIDEN

**RESPONDING PARTY:**        Defendant, PATRICK M. BYRNE

**SET NO.:**                 Set One (1)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Defendant Patrick M. Byrne ("Responding Party") hereby responds to the Requests for Admission, Set One, propounded by Plaintiff Robert Hunter Biden ("Propounding Party") as follows:

## PRELIMINARY STATEMENT

 1. It is to be noted that this Responding Party has not fully completed investigation of the facts, discovery, and preparation for the trial of this case. The following responses are based only on such information and documents which are presently available to and specifically known to this responding party and discloses only those contentions presently known to the responding party. It is anticipated that further discovery, independent investigation, legal research, and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal contentions. This discovery, independent investigation, legal research, and analysis may lead to additions, changes and/or variations from the contentions set forth herein.

 2. The following responses are given without prejudice to the Responding Party's right to produce any subsequently discovered evidence which this Responding Party may later recall. The Responding Party reserves the right to change any and all of the following responses as additional facts are ascertained, legal research is completed and analysis and contentions are made. The following responses are made in good faith to supply factual information and as much specification of legal contentions as are presently known, but shall in no way prejudice the responding party in relation to further discovery, research or analysis.

///

///

DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE
Case No.: 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

# GENERAL OBJECTIONS

1.      The objections below are incorporated into the Responding Party's responses, whether or not specific reference is made to such objection in the response to a particular request.

2.      This answering party objects generally to each request to the extent it seeks the disclosure of information protected by the attorney-client privilege.

3.      This answering party objects generally to each request to the extent it seeks disclosure of information protected by the attorney-work product doctrine.

4.      This answering party objects generally to each of the "Definitions" contained in Requests for Production, Set One on the grounds that such "Definitions" are vague, ambiguous, overbroad, compound, unduly burdensome, assumes facts not in evidence and denied, oppressive, and if interpreted literally, impossible to answer and Plaintiff is using said "Definitions" to try and evade in bad faith the obligation of Plaintiff to describe by category and with reasonable particularity the documents that Plaintiff is seeking and as required pursuant to the provisions of <u>Federal Rule of Civil Procedure</u> §34(b)(1)(A) and will not use them to respond to these requests to produce.

5.      This answering party objects generally to each of the "Instructions" contained in Special Interrogatories, Set One on the grounds that such "Instructions" are vague, ambiguous, overbroad, compound, unduly burdensome, assumes facts not in evidence and denied, and oppressive, and if interpreted literally, impossible to comply with and Plaintiff is using the "Instructions" to try and evade in bad faith the faith the obligation of Plaintiff to describe by category and with reasonable particularity the documents that Plaintiff is seeking and as required pursuant to the provisions of <u>Federal Rule of Civil Procedure</u> §34(b)(1)(A) and will not use them to respond to these requests to produce.

6.      This answering party objects generally to each request as vague and ambiguous to the extent it implies terms that this answering party cannot interpret

3.

while understood in the context of these requests or this litigation. Where possible, this answering party has made reasonable assumptions as to the Propounding Party's intended meaning and has responded accordingly, while preserving the objection as to the vagueness and ambiguity.

7.    Without waiving said objections, Responding Party states as follows:

## REQUESTS FOR ADMISION

### REQUEST FOR ADMISSION NO. 1:

Admit YOU were interviewed as the subject of the PUBLICATION.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Objection. This request is vague, ambiguous, and overly broad.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

### REQUEST FOR ADMISSION NO. 2:

Admit YOU stated in the PUBLICATION that PLAINTIFF "was reaching out to the Iranian government in the fall of 2021 with the following offer: 'You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.' By that, the Iranians believed that Hunter meant the JCPOA talks, which had restarted in Geneva a month or two previously. In other words, something along the lines of, 'Pay us $100 million and we let you keep 10 nukes, $200 million for 20 nukes,' etc. But I am making up the pricing."

### RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Objection. This request is vague, ambiguous, and overly broad. This request is compound.

Without waiving the foregoing objections, the Responding Party states as

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

4.

follows:

Admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit YOU have no admissible evidence proving the truth of the following statement made by YOU in the PUBLICATION: "Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: 'You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.' By that, the Iranians believed that Hunter meant the JCPOA talks, which had restarted in Geneva a month or two previously. In other words, something along the lines of, 'Pay us $100 million and we let you keep 10 nukes, $200 million for 20 nukes,' etc. But I am making up the pricing."

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request is potentially invasive of the attorney client privilege and/or attorney work product doctrine. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 4:**

Admit YOU have no DOCUMENTS proving the truth of the following statement made by YOU in the PUBLICATION: "Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: 'You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have

5.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1  recently started between us.' By that, the Iranians believed that Hunter meant the
2  JCPOA talks, which had restarted in Geneva a month or two previously. In other
3  words, something along the lines of, 'Pay us $100 million and we let you keep 10
4  nukes, $200 million for 20 nukes,' etc. But I am making up the pricing."

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Objection.  This request is vague, ambiguous, and overly broad.  This
request is compound.  This request is potentially invasive of the attorney client
privilege and/or attorney work product doctrine.  This request violates the
Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as
follows:

Deny.

**REQUEST FOR ADMISSION NO. 5:**

Admit the following statement made by YOU in the PUBLICATION is
false: "Hunter Biden was reaching out to the Iranian government in the fall of 2021
with the following offer: 'You Iranians have $8 billion frozen in a bank account in
South Korea. My father will unfreeze it in return for $800 million being funneled
into a numbered account for us. And if you do this deal with us, it will lubricate
other negotiations which have recently started between us.' By that, the Iranians
believed that Hunter meant the JCPOA talks, which had restarted in Geneva a
month or two previously. In other words, something along the lines of, 'Pay us
$100 million and we let you keep 10 nukes, $200 million for 20 nukes,' etc. But I
am making up the pricing.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Objection.  This request is vague, ambiguous, and overly broad.  This
request is compound.  This request violates the Responding Party's right of privacy
or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as

6.

follows:

Deny.

**REQUEST FOR ADMISSION NO. 6:**

Admit YOU knew the following statement made by YOU in the PUBLICATION was false at the time YOU made it: "Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: 'You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.' By that, the Iranians believed that Hunter meant the JCPOA talks, which had restarted in Geneva a month or two previously. In other words, something along the lines of, 'Pay us $100 million and we let you keep 10 nukes, $200 million for 20 nukes,' etc. But I am making up the pricing."

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 7:**

Admit YOU made the following statement in the PUBLICATION with the intent to harm PLAINTIFF: "Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: 'You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.' By that, the Iranians believed that Hunter meant the JCPOA talks,

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1  which had restarted in Geneva a month or two previously. In other words,

2  something along the lines of, 'Pay us $100 million and we let you keep 10 nukes,

3  $200 million for 20 nukes,' etc. But I am making up the pricing."

4  **RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

5     Objection.  This request is vague, ambiguous, and overly broad.  This

6  request is compound.  This request violates the Responding Party's right of privacy

7  or the privacy rights of others.

8     Without waiving the foregoing objections, the Responding Party states as

9  follows:

10    Deny.

11 **REQUEST FOR ADMISSION NO. 8:**

12    Admit YOU stated in the PUBLICATION that PLAINTIFF "was doing this

13 through a middleman, the son of the Minister of Defense of Pakistan. That son was

14 meeting with [PLAINTIFF], then relaying messages to someone in Iran."

15 **RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

16    Objection.  This request is vague, ambiguous, and overly broad.  This

17 request is compound.  This request violates the Responding Party's right of privacy

18 or the privacy rights of others.

19    Without waiving the foregoing objections, the Responding Party states as

20 follows:

21    Admit.

22 **REQUEST FOR ADMISSION NO. 9:**

23    Admit YOU have no admissible evidence proving the truth of the following

24 statement made by YOU in the PUBLICATION: "[PLAINTIFF] was doing this

25 through a middleman, the son of the Minister of Defense of Pakistan. That son was

26 meeting with [PLAINTIFF], then relaying messages to someone in Iran."

27 ///

28 ///

8.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 10:**

Admit YOU have no DOCUMENTS proving the truth of the following statement made by YOU in the PUBLICATION: "[PLAINTIFF] was doing this through a middleman, the son of the Minister of Defense of Pakistan. That son was meeting with [PLAINTIFF], then relaying messages to someone in Iran."

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request is potentially invasive of the attorney client privilege and/or attorney work product doctrine.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 11:**

Admit the following statement made by YOU in the PUBLICATION is false: "[PLAINTIFF] was doing this through a middleman, the son of the Minister of Defense of Pakistan. That son was meeting with [PLAINTIFF], then relaying messages to someone in Iran."

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy

9.

1 or the privacy rights of others.

2     Without waiving the foregoing objections, the Responding Party states as

3 follows:

4     Deny.

5 **REQUEST FOR ADMISSION NO. 12:**

6     Admit YOU knew the following statement made by YOU in the

7 PUBLICATION was false at the time YOU made it: "[PLAINTIFF] was doing this

8 through a middleman, the son of the Minister of Defense of Pakistan. That son was

9 meeting with [PLAINTIFF], then relaying messages to someone in Iran."

10 **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

11     Objection. This request is vague, ambiguous, and overly broad. This

12 request is compound. This request violates the Responding Party's right of privacy

13 or the privacy rights of others.

14     Without waiving the foregoing objections, the Responding Party states as

15 follows:

16     Deny.

17 **REQUEST FOR ADMISSION NO. 13:**

18     Admit YOU made the following statement in the PUBLICATION with the

19 intent to harm PLAINTIFF: "[PLAINTIFF] was doing this through a middleman,

20 the son of the Minister of Defense of Pakistan. That son was meeting with

21 [PLAINTIFF], then relaying messages to someone in Iran."

22 **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

23     Objection. This request is vague, ambiguous, and overly broad. This

24 request is compound. This request violates the Responding Party's right of privacy

25 or the privacy rights of others.

26     Without waiving the foregoing objections, the Responding Party states as

27 follows:

28     Deny.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

10.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 14:**

Admit YOU stated in the PUBLICATION that "[w]hen I returned, the agencies went to work over the weekend. I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December 2021, I was told that the scheme was confirmed across the agencies."

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 15:**

Admit YOU have no admissible evidence proving the truth of the following statement made by YOU in the PUBLICATION: "I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December 2021, I was told that the scheme was confirmed across the agencies."

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

11.

**REQUEST FOR ADMISSION NO. 16:**

Admit YOU have no DOCUMENTS proving the truth of the following statement made by YOU in the PUBLICATION: "I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December 2021, I was told that the scheme was confirmed across the agencies.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request is potentially invasive of the attorney client privilege and/or attorney work product doctrine.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 17:**

Admit the following statement made by YOU in the PUBLICATION is false: "I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December 2021, I was told that the scheme was confirmed across the agencies."

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

12.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 18:**

Admit YOU knew the following statement in the PUBLICATION was false at the time YOU made it: "I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December 2021, I was told that the scheme was confirmed across the agencies."

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 19:**

Admit YOU made the following statement in the PUBLICATION with the intent to harm PLAINTIFF: "I was told a week later that they had confirmed it all. The voice on the voicemail that I had acquired was voice-matched to the son of the Minister of Defense of Pakistan, who had a connection to Hunter Biden. Anyway, in December 2021, I was told that the scheme was confirmed across the agencies."

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

///

///

13.

DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE
Case No.: 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 20:**

Admit that on page 73 of the PUBLICATION, YOUR answer was "100% correct" in response to the following question: "Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release finds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 21:**

Admit that YOU have no admissible evidence to prove the truth of YOUR answer on page 73 of the PUBLICATION of "100% correct" in response to the following question: "Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release finds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

///

14.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU have no DOCUMENTS to prove the truth of YOUR answer on page 73 of the PUBLICATION of "100% correct" in response to the following question: "Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release finds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request is potentially invasive of the attorney client privilege and/or attorney work product doctrine.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOUR answer on page 73 of the PUBLICATION of "100% correct" was in fact false in responding to the following question: "Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release finds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

15.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU knew YOUR answer on page 73 of the PUBLICATION of "100% correct" was false when made in responding to the following question: "Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release finds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 25:**

Admit that YOU intended to harm PLAINTIFF as a result of YOUR answer on page 73 of the PUBLICATION of "100% correct" in responding to the following question: "Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release finds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?"

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

16.

DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION, SET ONE
Case No.: 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 26:**

Admit that on October 8, 2023, YOU posted portions of YOUR DEFAMATORY STATEMENTS in the PUBLICATION on X (formerly known as Twitter).

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.   This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies that he published statements knowing they were false and with actual malice and with the intent to harm the Plaintiff.  The Responding Party admits that he published statements on X formerly known as Twitter back on October 8, 2023.

**REQUEST FOR ADMISSION NO. 27:**

Admit that on October 8, 2023, YOU posted portions of YOUR DEFAMATORY STATEMENTS in the PUBLICATION on X (formerly known as Twitter) with the intent to harm PLAINTIFF.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.   This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies that he published statements knowing they were false and with actual malice and with the intent to harm the Plaintiff.  The

17.

Responding Party admits that he published statements on X formerly known as Twitter back on October 8, 2023.

**REQUEST FOR ADMISSION NO. 28:**

Admit that YOU knew the portions of YOUR DEFAMATORY STATEMENTS in the PUBLICATION that YOU posted on X (formerly known as Twitter) on October 8, 2023 were false.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies that he published statements knowing they were false and with actual malice and with the intent to harm the Plaintiff and denies that he knew the statements were false at the time of publication. The Responding Party admits that he published statements on X formerly known as Twitter back on October 8, 2023.

**REQUEST FOR ADMISSION NO. 29:**

Admit that YOU posted the portions of YOUR DEFAMATORY STATEMENTS in the PUBLICATION on X (formerly known as Twitter) on October 8, 2023, with the intent to suggest that PLAINTIFF's alleged dealings with Iran had contributed to the terrorist attacks by Hamas against Israel on October 7, 2023

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request calls for a legal conclusion or legal

18.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies that he published statements knowing they were false and with actual malice and with the intent to harm the Plaintiff and denies that he knew the statements were false at the time of publication. The Responding Party admits that he published statements on X formerly known as Twitter back on October 8, 2023.

**REQUEST FOR ADMISSION NO. 30:**

Admit that when YOU posted the portions of YOUR DEFAMATORY STATEMENTS in the PUBLICATION on X (formerly known as Twitter) on October 8, 2023, YOU knew the resulting implication was that PLAINTIFF's alleged dealings with Iran had contributed to the terrorist attacks by Hamas against Israel on October 7, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies that he published statements knowing they were false and with actual malice and with the intent to harm the Plaintiff and denies that he knew the statements were false at the time of publication. The Responding Party admits that he published statements on X formerly known as Twitter back on October 8, 2023.

///

///

19.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 31:**

Admit YOU appeared on *The Absolute Truth* with Emerald Robinson on May 10, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 32:**

Admit that during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 10, 2023, YOU stated that PLAINTIFF "was reaching out back channel to the Iranian government with this proposal: 'You Iranians have $8 billion frozen in a South Korean bank, my father will sign to unfreeze it in return for $800 million funneled into a numbered account for us and if you will do this it will lubricate the other discussions which have recently started between us,' by which, since this conversation was late November 2021, the Iranians took to mean the recently started nuclear negotiations. The Bidens were holding up their hand and saying you pay us this you can keep 10 nukes, you pay us this you can keep 20 nukes, they were offering that kind of a deal."

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

20.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 33:**

Admit that YOU have no admissible evidence to prove the truth of the following statement made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 10, 2023, that PLAINTIFF "was reaching out back-channel to the Iranian government with this proposal: 'You Iranians have $8 billion frozen in a South Korean bank, my father will sign to unfreeze it in return for $800 million funneled into a numbered account for us and if you will do this it will lubricate the other discussions which have recently started between us,' by which, since this conversation was late November 2021, the Iranians took to mean the recently started nuclear negotiations. The Bidens were holding up their hand and saying you pay us this you can keep 10 nukes, you pay us this you can keep 20 nukes, they were offering that kind of a deal."

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 34:**

Admit that YOU have no DOCUMENTS to prove the truth of the following statement made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 10, 2023, that PLAINTIFF "was reaching out back-channel to the Iranian government with this proposal: 'You Iranians have $8 billion frozen in a South Korean bank, my father will sign to unfreeze it in return for $800 million funneled into a numbered account for us and if you will do this it will lubricate the other discussions which have recently started between us,' by which, since this conversation was late November 2021, the Iranians took to mean the recently

21.

started nuclear negotiations. The Bidens were holding up their hand and saying you pay us this you can keep 10 nukes, you pay us this you can keep 20 nukes, they were offering that kind of a deal."

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others. This request is potentially invasive of the attorney client privilege and/or attorney work product doctrine.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 35:**

Admit that the following statement made by YOU during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 10, 2023, is false: PLAINTIFF "was reaching out back-channel to the Iranian government with this proposal: 'You Iranians have $8 billion frozen in a South Korean bank, my father will sign to unfreeze it in return for $800 million funneled into a numbered account for us and if you will do this it will lubricate the other discussions which have recently started between us,' by which, since this conversation was late November 2021, the Iranians took to mean the recently started nuclear negotiations. The Bidens were holding up their hand and saying you pay us this you can keep 10 nukes, you pay us this you can keep 20 nukes, they were offering that kind of a deal."

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as

22.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

follows:

Deny.

**REQUEST FOR ADMISSION NO. 36:**

Admit that YOU knew the following statement made by YOU during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 10, 2023, was false when made: PLAINTIFF "was reaching out back-channel to the Iranian government with this proposal: 'You Iranians have $8 billion frozen in a South Korean bank, my father will sign to unfreeze it in return for $800 million funneled into a numbered account for us and if you will do this it will lubricate the other discussions which have recently started between us,' by which, since this conversation was late November 2021, the Iranians took to mean the recently started nuclear negotiations. The Bidens were holding up their hand and saying you pay us this you can keep 10 nukes, you pay us this you can keep 20 nukes, they were offering that kind of a deal."

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 37:**

Admit YOU appeared on *The Absolute Truth* with Emerald Robinson on May 11, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

23.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 38:**

Admit that during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, YOU stated that "I met an old friend . . . I don't want to name names . . . I became aware of something that had happened – that Hunter Biden was reaching out to [Iran] back channel and there are actually some voicemails that confirmed everything I am telling you . . . an interagency group centered in the FBI . . . was able to confirm 100% everything I've told you."

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 39:**

Admit that YOU have no admissible evidence to prove the truth of YOUR statements made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, in which YOU stated that "I met an old friend . . . I don't want to name names . . . I became aware of something that had happened – that Hunter Biden was reaching out to [Iran] back channel and there are actually some voicemails that confirmed everything I am telling you . . . an interagency group centered in the FBI . . . was able to confirm 100% everything I've told you."

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy

24.

or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

## REQUEST FOR ADMISSION NO. 40:

Admit that YOU have no DOCUMENTS to prove the truth of YOUR statements made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, in which YOU stated that "I met an old friend . . . I don't want to name names . . . I became aware of something that had happened – that Hunter Biden was reaching out to [Iran] back channel and there are actually some voicemails that confirmed everything I am telling you . . . an interagency group centered in the FBI . . . was able to confirm 100% everything I've told you."

## RESPONSE TO REQUEST FOR ADMISSION NO. 40:

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.  This request is potentially invasive of the attorney client privilege and/or attorney work product doctrine.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

## REQUEST FOR ADMISSION NO. 41:

Admit that the following statements YOU made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, were false: "I met an old friend . . . I don't want to name names . . . I became aware of something that had happened – that Hunter Biden was reaching out to [Iran] back channel and there are actually some voicemails that confirmed everything I am telling you . . . an interagency group centered in the FBI . . . was able to confirm 100% everything I've told you."

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

25.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 42:**

Admit that YOU knew the following statements YOU made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, were false when made: "I met an old friend . . . I don't want to name names . . . I became aware of something that had happened – that Hunter Biden was reaching out to [Iran] back channel and there are actually some voicemails that confirmed everything I am telling you . . . an interagency group centered in the FBI . . . was able to confirm 100% everything I've told you."

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 43:**

Admit that during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, YOU stated that "Hunter Biden and Joe Biden are selling out the country to Iran."

///

///

26.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 44:**

Admit that YOU have no admissible evidence to prove the truth of YOUR statements made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, in which YOU stated that "Hunter Biden and Joe Biden are selling out the country to Iran."

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Deny.

**REQUEST FOR ADMISSION NO. 45:**

Admit that YOU have no DOCUMENTS to prove the truth of YOUR statements made during YOUR appearance on *The Absolute Truth* with Emerald Robinson on May 11, 2023, in which YOU stated that "Hunter Biden and Joe Biden are selling out the country to Iran."

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.  This request is potentially invasive of the attorney

27.

1  client privilege and/or attorney work product doctrine.

2      Without waiving the foregoing objections, the Responding Party states as

3  follows:

4      Deny.

5  **REQUEST FOR ADMISSION NO. 46:**

6      Admit that the following statements YOU made during YOUR appearance

7  on *The Absolute Truth* with Emerald Robinson on May 11, 2023, were false:

8  "Hunter Biden and Joe Biden are selling out the country to Iran."

9  **RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

10     Objection.  This request is vague, ambiguous, and overly broad.  This

11 request is compound.  This request violates the Responding Party's right of privacy

12 or the privacy rights of others.

13     Without waiving the foregoing objections, the Responding Party states as

14 follows:

15     Deny.

16 **REQUEST FOR ADMISSION NO. 47:**

17     Admit that YOU knew the following statements YOU made during YOUR

18 appearance on The Absolute Truth with Emerald Robinson on May 11, 2023, were

19 false when made: "Hunter Biden and Joe Biden are selling out the country to Iran."

20 **RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

21     Objection.  This request is vague, ambiguous, and overly broad.  This

22 request is compound.  This request violates the Responding Party's right of privacy

23 or the privacy rights of others.

24     Without waiving the foregoing objections, the Responding Party states as

25 follows:

26     Deny.

27 ///

28 ///

28.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**REQUEST FOR ADMISSION NO. 48:**

Admit that YOU received the October 26, 2023 letter from PLAINTIFF in which he demanded that YOU retract YOUR DEFAMATORY STATEMENTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 49:**

Admit that since the PUBLICATION's release on June 27, 2023, YOU have further disseminated YOUR DEFAMATORY STATEMENTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.  This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies he made knowingly false statements that were defamatory and with actual malice and intent to harm the Plaintiff.  The Responding Party denies he further disseminated any false statements knowing they were false.

**REQUEST FOR ADMISSION NO. 50:**

Admit that since the PUBLICATION's release on June 27, 2023, YOU have republished YOUR DEFAMATORY STATEMENTS.

///

29.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.  This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies he made knowingly false statements that were defamatory and with actual malice and intent to harm the Plaintiff.  The Responding Party denies he further disseminated any false statements knowing they were false.  The Responding Party admits that he republished his statements thereafter.

**REQUEST FOR ADMISSION NO. 51:**

Admit that YOUR DEFAMATORY STATEMENTS were made by YOU in the PUBLICATION, in part, because of the actual malice YOU have for PLAINTIFF.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.  This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party denies he made knowingly false statements that were defamatory and with actual malice and intent to harm the Plaintiff.

**REQUEST FOR ADMISSION NO. 52:**

Admit that the DOCUMENT attached hereto as "Exhibit A" is a genuine copy of a portion of the PUBLICATION containing YOUR DEFAMATORY

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

STATEMENTS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.  This request calls for a legal conclusion or legal opinion.

Without waiving the foregoing objections, the Responding Party states as follows:

The Responding Party admits that Exhibit A is a genuine copy of his publication.  The Responding Party denies he made knowingly false statements that were defamatory and with actual malice and intent to harm the Plaintiff.

**REQUEST FOR ADMISSION NO. 53:**

Admit that the DOCUMENT attached hereto as "Exhibit B" is a genuine copy of a post YOU made on X (formerly known as Twitter) on October 8, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 54:**

Admit that the DOCUMENT attached hereto as "Exhibit C" is a genuine copy of a post YOU made on X (formerly known as Twitter) on October 8, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Objection.  This request is vague, ambiguous, and overly broad.  This request is compound.  This request violates the Responding Party's right of privacy or the privacy rights of others.

31.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 55:**

Admit that the DOCUMENT attached hereto as "Exhibit D" is a genuine copy of a post YOU made on X (formerly known as Twitter) on October 8, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

**REQUEST FOR ADMISSION NO. 56:**

Admit that the DOCUMENT attached hereto as "Exhibit E" is a genuine copy of a post YOU made on X (formerly known as Twitter) on October 8, 2023.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Objection. This request is vague, ambiguous, and overly broad. This request is compound. This request violates the Responding Party's right of privacy or the privacy rights of others.

Without waiving the foregoing objections, the Responding Party states as follows:

Admit.

///
///
///

32.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

Dated: September 19, 2024          LAW OFFICES OF MICHAEL C. MURPHY


By:  /s/ Michael C. Murphy, Esq.


Michael C. Murphy, Esq.
Michael C. Murphy, Jr., Esq.
Attorneys for Defendant,
Patrick M. Bryne

33.

1

## **VERIFICATION**

2  UNITED ARAB EMIRATES, DUBAI

3

4  I have read the foregoing **DEFENDANT PATRICK M. BYRNE'S RESPONSES TO**

5  **REQUEST FOR ADMISSIONS, SET ONE FROM PLAINTIFF ROBERT HUNTER**

**BIDEN,** and know its contents.

6

7  I am informed and believe that the matters stated in the foregoing documents are true.

Executed on September 1), 2024, at _DUBAI_ (City/State).

8

I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10

11  _Patrick Byrne_

12  _____     _____

13  Print Full Name                              Signature

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road. Suite 330
Westlake Village. CA 91361

## PROOF OF SERVICE

## UNITED STATEMENTS OF AMERICA

I am employed and am a resident of the County of Ventura, State of California.

I am over the age of 18 and not a party to the within action. My business name and address is as follows:

Law Offices of Michael C. Murphy
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

On September 19, 2024, I served the foregoing document(s) on Opposing Counsel in this action described as follows:

**1. DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO REQUESTS FOR ADMISSION, SET ONE, FROM PLAINTIFF ROBERT HUNTER BIDEN**

_____ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_____ by placing a copy of the original enclosed in sealed envelopes addressed as follows ("U.S. Mail"):

__X__ by placing copies of the original through electronic transmission ("e-mail") to all parties appearing on the electronic service list as follows:

_____ by placing copies of the original through facsimile transmission ("fax") to all parties appearing on the service list as follows:

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1

**PROOF OF SERVICE**

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

| | |
|---|---|
| Paul B. Salvaty, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Ave. 38th Floor<br>Los Angeles, CA 90071-1543<br>Tel: (213) 615-1700<br>Fax: (213) 615-1750<br>Email: PSalvaty@winston.com<br>Email: gaellis@winston.com<br><br>Abbe David Lowell, Esq.<br>1901 L St., N.W.<br>Washington, D.C. 20036-3508<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>Email:<br>AbbeLowellPublicOutreach@winston.com<br><br>Bryan M. Sullivan, Esq.<br>Zachary C. Hansen, Esq.<br>Early Sullivan Wright Gizer & McRae, LLP<br>6420 Wilshire Blvd., Suite 17th Fl.<br>Los Angeles, CA 90048<br>Tel: (323) 301-4660<br>Fax: (323) 301-4676<br>Email: rclaudat@earlysullivan.com<br>Email: zhansen@earlysullivan.com<br>Email: bsullivan@earlysullivan.com | **Attorneys for Plaintiff**<br>ROBERT HUNTER BIDEN |

The sender's name and email address are as follows:
Name:  Micheal C. Murphy, Esq.
Email:  Michael@murphlaw.net.

_____ (State) I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office as a member of the bar of this court at whose direction the service was made.

2

**PROOF OF SERVICE**

Executed on September 19, 2024 at Westlake Village, California.

By:  /s/ Michael C. Murphy, Esq.

_____

**PROOF OF SERVICE**

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361