# EXHIBIT 4



12:55 TELEGRAM

Hunter Cancel

Patrick M. Byrne April 7, 2022

https://twitter.com/SchmittNYC/status/1509864635322847273?s=20

Rob Schmitt
@SchmittNYC
As it stands: Hunter's laptop is real, the Biden family sells access to the President, Obama knew Hillary invented Russian collusion to distract from her emails, they did spy on Trump, and Fauci likely funded the creation of Covid-19. Welcome to your government.

Twitter
**Rob Schmitt**
As it stands: Hunter's laptop is real, the Biden family sells access to the President, Obama knew Hillary invented Russian collusion to distract from her emails, they did spy on Trump, and Fauci likely funded the creation of Covid-19. Welcome to your government.

117 59 41 4 2

14.1K Patrick M. Byrne, 1:51 PM

39 Comments

Patrick M. Byrne

42 of 54 Show as List