# EXHIBIT 5

