# EXHIBIT 6



1:09 TELEGRAM

Hunter Cancel

Patrick M. Byrne

Forwarded from December 12, 2022

KanekoaTheGreat

If you are a Biden, you can collect more than $30 million from the Chinese government, work with the "spy chief of China", tell the world that you've given "half your salary" to pops for the last 30 years, and the FBI still won't raid you.

The FBI will even shield you from investigation by labeling your laptop containing substantial evidence of your family's crimes, financial corruption, and foreign kickbacks as "disinformation".

If you are a Trump, the FBI will fabricate a Russian-Collusion hoax against you, alter evidence in federal court to continue to spy on you, and when all of that doesn't work to frame you for a crime — the FBI will raid your home.

15 of 54 Show as List