# EXHIBIT 7



RHB00699