# EXHIBIT 8



RHB00700