# EXHIBIT 9



RHB00701