# EXHIBIT 10



RHB00702