# EXHIBIT 11



RHB00110