# EXHIBIT 12



RHB00101