# EXHIBIT 13



12:20 TELEGRAM

Hunter Cancel

**Patrick M. Byrne**
Forwarded from
Marco Polo
June 24, 2023

"One can learn much more at *Marco Polo* ... It is a phenomenally complete report on everything that is on that laptop. If there is anyone remaining who still believes that Hunter is being railroaded, what is in that report will disabuse them of their ignorance."

https://www.americanthinker.com/blog/2023/06/someones_got_to_go_to_prison.html

American Thinker
**'Someone's got to go to prison'**
The above quote is from the 2004 film, National Treasure. It was spoken by Harvey Keitel, the actor who portrayed the FBI agent in charge of finding the people who stole the Declaration of Independence from the National Archives. ...

12 of 54 Show as List