# EXHIBIT 14

CONFIDENTIAL / NOT TO BE DISTRIBUTED OR USED OUTSIDE THIS LITIGATION

## The Absolute Truth with Emerald Robinson (May 10, 2023)

https://rumble.com/v2nal20-patrick-byrne-drops-bombshell-allegations-regarding-hunter-biden-and-iran.html?e9s=rel_v1_b



RHB00186