# EXHIBIT 15

CONFIDENTIAL / NOT TO BE DISTRIBUTED OR USED OUTSIDE THIS LITIGATION

## The Absolute Truth with Emerald Robinson (May 11, 2023)

https://rumble.com/v2n9tpy-the-absolute-truth-with-emerald-robinson-may-11-2023.html



RHB00187