# EXHIBIT 16

## PATRICK BYRNE DROPS BOMBSHELL ALLEGATIONS REGARDING HUNTER BIDEN AND IRAN

| Speakers: | Emerald Robinson (E. Robinson) |
| | Patrick Byrne (P. Byrne) |

| Date: | 5/10/23 |

| Minute | Speaker | Dialog |
|---|---|---|
| 00:00:00 | E. Robinson | Yesterday, former Overstock CEO and current data and technology expert Patrick Byrne joined us yesterday where he dropped a bombshell story related to the Biden family and Iran that we just didn't have time to flesh out yesterday. Let's play that so we can listen to what he said. |
| | P. Byrne | I know something about the Biden corruption. All this information has been given to Congress. I was sent to deal with the Iranian government a year and a half ago on other matters and in the context of that, I became aware and was informed that Hunter Biden was reaching out back channel to the Iranian Government with this proposal. You Iranians have $8 billion frozen in a South Korean bank, my father will sign to unfreeze it in return for $800 million funneled into a numbered account for us, and if you will do this, it will lubricate the other discussions which have recently started between us. By which, since this conversation was late November 2021, the Iranians took to mean, the recently started nuclear negotiations. The Bidens were holding out their hand and saying, "You pay us this you can keep 10 nukes, you pay us this you can keep 20 nukes," that they were offering that kind of a deal. This is all being done back channel through the son of the Minister of Defense of Pakistan. And I stole the evidence. |
| | E. Robinson | Okay, Patrick, that was very big when you said that yesterday. I hated that we ran out of time. So tell me, who sent you to find out this information? How did you find yourself in this situation to do what you say and steal this information, first off? |
| | P. Byrne | Well, that's a, that's a much longer story. But I've explained to you reluctantly, or I've mentioned, that I've had in the past, in years past, and I thought it was we all thought it was over forever, this weird relationship with the United States government. I'm not a spy or anything, by any means, I'm like a professor, for on various issues, but occasionally I get asked to play a role in peace and towards that end, I have been allowed to maintain very, what you would probably think of as very dodgy relationships around the world. And no one has any, as somebody said to me once, "Patrick, sometimes before certain kinds of people talk, other kinds of people have to talk. You're that other kind of person." So anyway, year and a half ago, actually, to be honest, Hassam Suleimani, reached out to me about a month before we whacked him and he's let me know, I |

1

| Minute | Speaker | Dialog |
|---|---|---|
| | | was like, on the lamb in Asia, and he let me know there's about – he – that he wanted me to play an interlocutor role with the United States. I was the only American they trusted, and he wanted me to come back and get in the middle, and play an interlocutor role. I was sent there in – anyway I don't want to go into any more details about the past. So, I said no. I said I had nothing to do with any of that kind of stuff. Anyway, a year and a half ago, they reached out to me again, or about September of 2021, and they – and I'm talking about people who are senior and beyond senior –there's kind of a place you go where you're not even on an org. chart anymore in the Iranian government. The government of Iran – the Government of Iran is not the government you see. There's kind of an éminence grise behind it, so to speak, in some people. So, I was asked to go, I checked in the United States government with all the other stuff going on between us – the last thing I wanted to do was get back involved, but this had to do with war and some kind of peace overture. And they studied it for three weeks, and I was instructed to go by federal officers. I'm not going to say who, but it was a widespread consensus across a number of agencies. And I made sure – I went back and said no, all these people have been checked with and they said, "Yeah, go." So I went. I met an old friend who's a very senior – I don't wanna name names – but he was a key figure in the Khomeini revolution. Khomeini had about a dozen young intellectuals around him and his revolution. And after he became big, he took these young 20-somethings and made them – so this is a fellow from that era, and he's looked at is this – well, when I'm over there with him, they take me, I've met – there's basically three governments in Iran. There's the moderates, the mullahs and the Rafsanjanis. And, you sort of – so I've met people across – I've met everyone other than great leader himself, back when I went. So, I was – they – I would not ever say this stuff publicly, but with what's in the news now that FBI, the FBI's refusing to turn over evidence to Congress about stuff – a whistleblower evidence – a whistleblower gave. So, I gave the evidence to Congress. While I was dealing with Iran, I became aware of something that had happened – that Hunter Biden was reaching out to them back channel, and there were actually some voicemails that confirmed everything I'm telling you. And, he was reaching out through an intermediary, the son of the Minister of Defense of Pakistan. And that man was going back Hunter Biden to the Iranian government. And he was bringing proposals. And the proposal was, as I said yesterday, "My father, you Iranians" – so Hunter Biden is – the message is, "You Iranians have $8 billion…." – so that was my answer. I don't want to go on too long, go ahead. Do you, what else do you, where would like me to go? |

2

| Minute | Speaker | Dialog |
|---|---|---|
| 00:05:36 | E. Robinson | Yeah. So, okay, you, the federal, you, you got this, the Iranian back government reach out to you. You get the OK from U.S. federal officers to go and have these conversations. They provide you with what sounds like voicemails, other documentation of this communication with Hunter Biden and the offer made. And you've given it to Congress. Yes? Is there an active investigation of this investigation by members of Congress of this information? |
| | P. Byrne | No, I came back and I gave it to, uh, the correct people in government. And I wasn't – I wasn't just "allowed" to go, I was told to go. And I told the Iranians no. And the government kinda charges in, and no you go. So I went. And I came back, nobody provided me anything, but I managed to maybe say "pilfer" some stuff while I was there. And I won't go into how that happened. And, uh, you're too young Emerald [laughter]. And uh, um. So I turned all that in. And…okay, I'll tell you the truth, might as well tell this. I was – there was a group – there was an interagency group – since I might as well – what the hell am I protecting them, this for anymore? There was an interagency group from a dozen agencies centered in the FBI. And, they put me back to work doing some stuff. And, I'll never work for any of these guys again, and I'm sorry folks in the FBI, I know you're never supposed to talk about this stuff, but look where we are, our country is burning. So there was this interagency group, and I started doing the kind of favors they asked me to do, and that was one. And, that went off, and they let me know within a week that had been confirmed within three days. As soon as I got them the information, they went to the NRO, they went to different agencies, and within three days the whole thing was confirmed. There is this guy going back and forth between Hunter Biden and the Iranian government, and they were they were able to confirm 100% everything I've told you, and then they let me know that within a week. Well, my understanding was, things started to really hit the fan, vis-à-vis Christopher Wray, who I've always have defended. I've always defended. I've always thought that maybe he's a bit of a man ,and he inherited a very tough management position, and was doing his best, is how I've always defended him. I think that I don't – I don't know. Anyway, Merrick Garland and Christopher Wray – this started creating a big explosion about. I was sent to do three more things and, dealing with a hacktivist group – call it a hacktivist, a group of hacktivists. And there was some material that they wanted to get to the United States government and I was told to recover it. And I said, "I don't know what's on this hard drive, could be nuclear secrets, could be kiddie porn, I don't want to get arrested." And so there's, like an illegal inoculation they give you – because you can't ever be caught with kiddie porn. There ain't no word in any language that you can get you out of that one, |

3

| Minute | Speaker | Dialog |
|---|---|---|
| | | unless they – so I said specifically, I'm not, I have no idea. "I know this has to do with blackmail, so who knows what's on it." Well, I brought it, I got it. It turned out that proved that Perkins Coie had been planting on Trump's server, not just Alpha Bank stuff – they try to connect him to a Russian bank, they were planting kiddie porn – they were trying to plant kiddie porn on Trump's server. Which means the Perkins Coie technologists, who are these couple people down in Georgia, they went out to Ukrainian websites and they got kiddie porn. And I have all of the forensics from this hacktivist group that documented all of this, that I should markalize these 700 case files I have – were provided. I got – so, first – so am I going on too long with my answer? Anyway, I started bringing this stuff to them – it created this political explosion between the FBI and Merrick Garland, and these people. These people were eventually, and I'm sorry, director Wray, I know you can't want your dirty laundry aired in public, but you're over the line. These people were eventually, first they started reaching out to me and asking how I kept copies. Now I had not, but when they asked me that, I started getting suspicious and the people way up above were – because I think they were going to destroy it. |
| 00:10:01 | | In addition, this eventually created some – that and I brought 4 loads of information that were so politically radioactive, they eventually called the boss of this interagency group in to Christopher Wray's office – they sent him home for a month, and they fired another guy. And then they disbanded this interagency group, because it had reached the core of government corruption. And I had brought them 4 massive loads, including that Hunter Biden is – and Joe Biden is – selling out the country to Iran. They disbanded this group and scattered them across the country. A bunch of them said "Screw this," pardon me, and "Hell no," and they walked into Congress as the whistleblowers. And those first two people who walked into Congress as whistleblowers, were like the two guys I've been, you know, senior senior, 0-6's, big shots. A colonel, like the equivalent of a colonel, and they went into Congress, and that was the two first snowflakes of an avalanche. And then it was 6, and then 20, and then the last we heard there were 100, and this was all like last June-July. Now I hear there's hundreds of them in. So that was the beginning of that avalanche. They were going in – I know the first two were going in with my information, maybe with other peoples, but it included this about Joe Biden. I believe the FBI may have destroyed this evidence, or Merrick Garland may have destroyed this evidence that I brought them. There are people in Merrick Garland's circle who have gotten me messages and along that line. And including Merrick Garland's… |
| | E. Robinson | Does it… |

| Minute | Speaker | Dialog |
|---|---|---|
| | P. Byrne | …go ahead |
| | E. Robinson | Yeah, I was gonna say so, the FBI whistleblowers have taken this to Congress, and this is something that we should hear about if they are looking into it, one would think, right? |
| | P. Byrne | Oh they were very upset. Because Joe Biden was offering nuclear trade-off was the insinuation – and well, as well as the $8,800,000,000. Yeah, then all about this, I only found out recently – that anyway, I made sure I did keep a copy of the Iranian materials, and I got that to Congress a few days ago. And I might as well tell you, I'm speaking, I'm here in Washington, DC, speaking to them now. Because if, as we learned yesterday… |
| | E. Robinson | You are? |
| | P. Byrne | Yeah, if the if the FBI will not turn over the evidence from whistleblowers – and did you hear about this? The FBI's just refusing to answer Congress' demand for that? Okay, I'm a … |
| | E. Robinson | Yeah, that Form 1023. |
| | P. Byrne | Yeah, well, they don't need it. I – to be honest, I kept not the only Iranian thing, I went back to the hacktivists, and I'm gonna put a plug in – well, I went back to the hacktivists and the original stuff they gave me, I got them to recreate it. And I have all that original stuff that created such a nuclear bomb, so to speak, at the top of the Bureau, at DOJ…. |
| | E. Robinson | Well, this sounds like you're there. This sounds like this is a developing situation, Patrick. So, we'll be, we'll be following your discussions with Congress on this, and this information, and talking with you again soon. I really appreciate you coming back to give us more detail, and this this provides a whole lot more insight, and helps us understand a little more what you were talking about yesterday and what's going on and we appreciate you, Patrick, and we'll talk to you again very soon. |
| | P. Byrne | Thanks again Emerald. If I'm alive, I'll come on. |
| | E. Robinson | Stay safe. |
| 00:13:19 | END | |

5

RHB00715