# EXHIBIT 17



RHB00102



RHB00103



**Patrick Byrne** @PatrickByrne · May 12, 2023

A reader asks an interesting question: when people hear the truth bombs I dropped on Emerald Robinson in the last two days (see my most recent tweet before this), do they believe me?

Please view those recent disclosures about Bidens & Iran then tell us: do you believe me?

| | |
|---|---|
| I believe Patrick | 78.6% |
| I don't believe Patrick | 6.7% |
| I'm not sure | 14.7% |

865 votes · Final results

💬 37    🔁 30    ♡ 70    📊 27K

**PopulistPigg** @piggrussell3714

Dr. Byrne, a close friend of mine @Theonlyme333 and I have been following your writing and commentary since Dec 2020. I have not ever found you to be knowingly misleading or dishonest. I get frustrated sometimes at your inability to share details but that is also understandable

8:30 AM · May 12, 2023 · 220 Views

💬 1    🔁    ♡ 6

Post your reply    Reply

**Theonlymethereis** @Theonlyme333 · May 12, 2023

@PatrickByrne has been extremely instrumental in helping craft my understanding of that which I had always felt/sensed but of which had limited comprehension. As @piggrussell3714 has correctly characterized "A modern day Paul Revere"

💬 1    🔁    ♡    📊 25

RHB00112



RHB00113



RHB00114



RHB00115



RHB00116



RHB00117