# EXHIBIT 18



RHB00152