# EXHIBIT 19

June 27, 2023

**Patrick M. Byrne**

Capitol Times Magazine Launches Inaugural Edition Featuring Patrick Byrne on 'DHS Domestic Extremist' Cover

https://www.accesswire.com/763818/Capitol-Times-Magazine-Launches-Inaugural-Edition-Featuring-Patrick-Byrne-on-DHS-Domestic-Extremist-Cover

https://twitter.com/PatrickByrne

ACCESSWIRE

**Capitol Times Magazine Launches Inaugural Edition Featuring Patrick Byrne on 'DHS Domestic Extremist' Cover**

Capitol Times Magazine launches Inaugural edition featuring Patrick Byrne announced through Veterans for Trump Press room by President Stan Fitzgerald

INSTANT VIEW

❤️ 84 👍 40 🔥 22 🤡 6 🤬 2

19.2K 11:58 PM

Discussion started

June 28, 2023

**Joan Cerasoli**

Wow! 12:08 AM

10

Comment

