# EXHIBIT 21



RHB00105

