# EXHIBIT 22



RHB00156