
# EXHIBIT 23



RHB00161