# EXHIBIT 24



RHB00162