# EXHIBIT 25



RHB00167