# **EXHIBIT 26**



RHB00168