# EXHIBIT 27

## The Alex Jones Show (July 21, 2023)

https://rumble.com/v3236py-white-house-witness-patrick-byrne-friday-full-show-072123.html



RHB00185