# EXHIBIT 28

## The Alex Jones Show (7/21/23)

https://rumble.com/v3236py-white-house-witness-patrick-byrne-Friday-full-show-072123.html

Speakers:   Alex Jones
            Patrick Byrne
            Jay Dyer

Date:       7/21/23

| Minute | Speaker | Dialog |
|---|---|---|
| 0:00:01 | Patrick Byrne video clip | What Jack Smith wants to say is that we went into a – with a plan about making and – making an insurrection on January 6. It's all delusional. We're finally after all this fighting, getting to the stuff we wanted to get to in December 2020. We're just – it's taking two and a half years of fighting, and we have enough that's gonna blow their narrative out of the water. What Jack Smith is trying to do, it's not about getting Trump into prison. It's about blocking him, making this argument, and then the Secretaries of State, the blue Secretaries of State, are saying, "We're leaving him off the ballot. It's – we're just not even – it's <u>our</u> decision. We're leaving him off the ballot." So that's their strategy. It's about keeping him off the ballot. |
|  | ["Music"] |  |
|  | Announcer | Rallying patriots worldwide in defense of human liberty. It's Alex Jones. |
|  | John Kerry video clip | In five years, scientists predict we will have the first ice-free Arctic summer. |
|  | [Voiceover] | Self-serving Skull and Bones globalist John Kerry is rearing his fugly head as the globalists now set their sights on the next phase of human enslavement via climate change indoctrination. |
|  | John Kerry video clip | Scientists telling us that we are in uncharted territory. This group has come together to try to figure out, okay, how do we deploy the funds necessary to invest, to create the new clean energy economy. |
|  | Video clip of Congressman Brian Mast | First ever special Presidential Envoy for Climate. Mr. Kerry, you're sitting in a newly created position, but from all of the research that I've done in two years, you've largely managed to avoid any real oversight or accountability in that position. But the truth is, because of the lack of transparency, no one really knows exactly what it is that you are representing. |

1

| Minute | Speaker | Dialog |
|---|---|---|
| | | millions of dollars in obvious bribes. All you have to do is take a look at how much China, how much Ukraine have paid the Biden family. It's a total disgrace and a very dangerous one. Under these circumstances, the notion that we would even consider admitting Ukraine into NATO at this time is completely unhinged. Joe Biden can't even walk up a flight of stairs on Air Force One and he can't put two sentences together. The last thing that this incompetent administration should be doing is risking war with a nuclear-armed Russia or China or other countries. We have somebody that doesn't have a clue representing us. |
| | A. Jones | And it's like blood in the water to have Biden literally pedo-ing on TV, grabbing on kids. I mean, it's, it's just, it's crazy. And here's something I wanna say that's really key. I'll say this once we go to break, and I'll come back with our special insider, White House insider information. |
| | A. Jones | But the, the first thing I'm gonna to say right now is this, we're in a crossroads right now and I know everybody knows that, but I want people to really have that burn in, where your voice and what you say and what you do, you have no idea who it's gonna influence or turn the tide. And back when I was, only 29 years ago, I had no idea that even back then how influential I was on local access TV. And I learned about it later from major movie directors and TV producers, people that lived here: Rick Linkletter, Bruce Willis, Mike Judge, I mean, those are people watching me like '95, '96, that I had a big effect on. And that's just little old me. All of you callin' into C-SPAN, callin' in to talk radio, going and speaking to your Congresspeople, praying for an awakening, sharing articles/videos, all of it does incredible things. And you need to do it constantly and never stop. And I will thank you for myself and my family, but also for your family as well. |
| | A. Jones | [Commercial] |
| | A. Jones | Ladies and gentlemen, thank you so much for joining us. We're at the halfway point in today's Friday transmission. And Patrick Byrne is with us, very prolific individual. I'm not gonna read his whole bio, former CEO of Overstock.com and a lot of other companies. He's also been involved with the FBI and major stings on criminal operations, and the rest of it. He became one of the big advisors, really, in the last year or so of Trump's Administration, but during the whole time, but, but, particularly towards the end, when Trump was being abandoned, when how to deal with the deep state and what was happening. And so, Jack Smith, the deep state torpedo being shot at the current President, Trump, who really |

22

| Minute | Speaker | Dialog |
|---|---|---|
| 1:10:00 | | won the election, and, and who was the frontrunner according to all the polls out there, massively, either in the primaries or against Biden. He has already indicted Trump once on documents, which is totally fraudulent, and now is looking, Trump says, they've been told he's a target to indict him imminently, I mean, it, it, anytime, as early as next week, for Insurrection on January 6th. Well, between Patrick and myself, I was on the ground at the Ellipse and helped get the financing together for a peaceful Trump rally. We'd done that many times, because again, the President and the executive branches that pay for rallies, the campaign does, and we were having a rally on January 5th and they said, "Hey, we wanna move it to the 6th and we want you guys to be involved," so we helped get the financing, brought in the donors. I stepped back and, and said, "Okay." Then I was told, well, about a week before or more than that, the Secret Service, you know, says that Trump wants you to lead the march. It's gonna be behind the Capitol, where they got the permits on record and had the stage set up. And so, I thought I'd go there, and Trump would be there. Trump was abandoned by the Capitol police, by the D.C. police, by the Secret Service, in my view. And, and, and then no one was there when we got there except Antifa, and Ray Epps, and we now know, D.C. police have confirmed members of Congress breaking into the Capitol. So, they set up a few thousand people out of a million that showed up, once the doors were opened to go in. And so, I'm, I'm, I'm at the bottom of this seeing what really happened, the setup. Patrick Byrne is on the top because, if you looked at those last months and those last weeks, Patrick and, and, and General Flynn and others were there almost every day trying to advise Trump. And so, he's got a lot of critical intel. He was an eyewitness to these meetings about what Jack Smith is, is claiming was going on the Insurrection. I was not talking to the President at that time, but I can tell you, he said on the Ellipse, "Go be peaceful." We were all there to be peaceful. We had rallies in the months before in D.C. – had been totally peaceful. Our concern was Antifa attacking us, that's what we thought might happen. We, we had no idea, they provocateur and do this. So Patrick's a really smart guy, has a lot of sources, but he was there at these meetings and has a lot of breaking news that deals with this because, folks, out of, out of the State attack in New York and out of the Federal attack in, in, in, in, in Florida, in, in Miami, none of those are anything compared to the January 6th move. This is how they want to kick him off the ballot 'cause under the Constitution, Insurrection can do that. They've now arrested a bunch of the alternate electors in, in, in Michigan, where the Democrats have their own alternate electors, and so did JFK and so did Obama. So, so this is really a coup. This |

| Minute | Speaker | Dialog |
|---|---|---|
| | | was not a Trump coup. This is a deep state coup because he's so popular. This is true election meddling. So, I'm done talking about that. We're gonna skip this network break comin' up so we have more time. Patrick Byrne of deepcapture.com and on Twitter @PatrickByrne. Thank you so much for joining us. There's a lot to unpack here but thank you for bein' here. |
| | P. Byrne | Alex, good to be on your show again. Thanks for having me. |
| | A. Jones | So where to begin? |
| | P. Byrne | Well, you know, that's a good point. I hear that, Alex, I hear that this fellow Jack Smith is moving in on this, the famous December 18th meeting and the January 6 events. I can answer 100% for what happened on December 18. Happy, I take all responsibility. It's all my fault. It's all my doing, all, and how interesting it is, Alex. I spent nine months, I took out advertisements around D.C. telling the J6 Committee, "Hey, have me in. I'll come in no subpoena, no warrant, no lawyer. I'll just come and answer all your questions." It took nine months of prodding them before they finally cooperated with an attorney. They would only have me in and talk to me through an attorney to have me come in. So, and that's cause they know my truth offends, and actually, it puts a hatchet through the narrative that they are trying to create. So, I will answer for everything that happened on December 18th. They're trying to connect December 18th to January 6. I, I can answer all these questions, everything that they're taking months and months and years torturing our country with, I can really answer almost all the questions. Some stuff about J6, I don't know. And I have impressions, and you have impressions. I'd love to, on air live, kinda, match our impressions and, and try to figure out what happened. But I can answer so many of the questions. And it's hilarious that they're dragging this on for months and months and years, and they're afraid to talk to me. And, yeah, I'd, I'd love to talk to Jack Smith, and with all due respect, Special Counsel Smith, I'd love to – you call collect. I'll come in there and I'll answer all your questions. Let's save the nation a lot of, a lotta time and, and turmoil. |
| | A. Jones | Yeah, they don't wanna talk to me about Jan. 6, they don't wanna talk to you because you're at the top saying there was no setup. I'm at the bottom saying there's no setup, and instead they wanna claim we're all ridiculous insurrectionists. So, I think the best place to begin here, would be, what happened – |

24

RHB00745

| Minute | Speaker | Dialog |
|---|---|---|
| | P. Byrne | Can I, can I – |
| | A. Jones | Go ahead. |
| | P. Byrne | Real quick. I think that something did happen on January 6. I may be different than you in this opinion, I don't know, but maybe – I think something did happen on Jan. 6. It was absolutely a Fed-surrection and – to some degree – and John Sullivan's brother, John Sullivan's the Antifa, BLM – |
| | A. Jones | Jayden X. |
| | P. Byrne | – Yeah. His brother has come out and said, "My brother has an Excel file. He had 224 Antifa assets in there." So, I think, 800 people entered Congress. John Sullivan's brother says, Jayden X says, "224 were Antifa or, of – my brother had that many activists there." Steven Sund, the Capitol Police chief, has come out and said the crowd was filled with federal – federal agents. |
| | A. Jones | Well, you know, that's a good place to start because, we've had Capitol Police tell Tucker, we were told to stand down, a bunch of 'em were Feds. They were D.C. police. Members of Congress have released the videos. We know that now. So basically, just like Hunter Biden's laptop's real, the world knows it, but still the government denies it's real or tries to. The FBI finally admitted yesterday it is real. So, so, absolutely, this was a Fed-surrection, they are the ones that broke in and then once the police stood down, then they tricked some innocent folks to go in. And, and those innocent folks – |
| | P. Byrne | Yep. |
| | A. Jones | – are in prison and the Feds, like Jayden X, is totally safe running a CIA operation reportedly in Ukraine right now. |
| | P. Byrne | Well, but besides the Fed-surrection and the Antifa aspect, suppose I told you, I do think that there was some – I suspect, I speculate – there was some Republican involvement, but it isn't the Trump Republican, it's the anti-Trump Republicans – |
| | A. Jones | Of course. |
| | P. Byrne | – I think, cooperating with them. And, starting with – |
| | A. Jones | Well, I'll tell you what, start then if you want, but, but I just wanted to start with this first. When they came out – |

25

| Minute | Speaker | Dialog |
|---|---|---|
|  | P. Byrne | Okay. |
|  | A. Jones | – on Monday and said, "We're looking to indict Trump," and Trump said, "Yeah, I've been told I'm gonna indicted," which he's been accurate the last two times, so, I hope it's not true, but it looks like it's about to happen. Then everybody went wait, here's *The New York Times* and then here's the Podesta war game, saying they were gonna have alternate electors and, and then not even accept it and have their own Inauguration and have the West Coast secede, which is a civil war and is illegal. So, they're doing a hundred times what they claim Trump did. It, it's, it's, it's, it's – how does Jack Smith do that when the Democrats had, have, have done alternate electors before, legally, but this time plan to have the West Coast secede and not accept it one way or another. |
|  | P. Byrne | I think all of these guys, like Jack Smith, are gonna end up in prison themselves. I'm wishing they would back down. I'm the only guy on my side of this table that understands what truth and reconciliation is, and they are making it harder and harder, but these guys are all gonna end up in prison if they don't start minding their step. This is not going, gonna go their way. Let's go back to December 18th, this famous December 18th meeting, which Jack Smith, evidence – I've been, I've been hearing it's all gonna circle in and focus on that. I love it, I take full responsibility for everything there. I've, and, and to get to Flynn or Trump, they have to come through me. So come through me, Jack Smith. I'd love to answer for everything said in that meeting. Let's, let's do it publicly. So, and I've sent you a magazine article that has just come out, Alex. |
|  | A. Jones | Yes, I have it. |
|  | P. Byrne | Have you seen that? The su- – |
|  | P. Byrne | Yeah. Have you had a chance to read it yet? |
|  | A. Jones | I have not. I just got it a couple hours ago when I was already on air. The, the – |
|  | P. Byrne | [Inaudible] |
|  | A. Jones | – the insurrectional – |
|  | P. Byrne | [Inaudible] |

26

RHB00747

| Minute | Speaker | Dialog |
|---|---|---|
| | A. Jones | – no, the inaugural issue of *Capitol Times Magazine*. |
| | P. Byrne | It's gonna keep you busy for, there's material to keep you busy for weeks in there, Alex. For one thing, if you turn to page three or four, you see a little note from General Flynn, and General Flynn confirms – yeah, that. Why don't you confirm, read that for a moment. |
| | A. Jones | Go ahead, read it for us. I mean, you got the floor here. |
| | P. Byrne | No – |
| | A. Jones | This is, this is big news, and you were there at the meeting that Jack Smith reportedly is gonna try to indict Trump for. So, tell us all about it. |
| | P. Byrne | Before you, before you do that, why don't you read that last statement from General Flynn about me? We – |
| | A. Jones | Okay, I'll read it. |
| | P. Byrne | – [inaudible] that magazine. |
| | A. Jones | *A Statement by General Michael T. Flynn regarding Patrick Byrne.* It says, "Through my work as a senior intelligence officer in the world of national security – |
| | P. Byrne | [Inaudible] |
| | A. Jones | – and special operations – |
| | P. Byrne | Here we go. |
| | A. Jones | – I have known about the courageous work of Patrick Byrne and has been directed to do on behalf of the United States government. Most people don't understand the work of national intelligence assets, but that is what Patrick Byrne has been asked to do when it comes to the opaque world of government-to-government relationships. He's been placed into extremely difficult positions and has had to use his judgment to understand how to best accomplish his direct missions to the best of his ability. This takes extraordinary judgment and courage. I've gotten to personally know Patrick over the past few years because of his U.S.G. directed role in rooting out corruption. He has been unshakeable when it comes to his relentless pursuit of exposing the deep levels of corruption within our government. For a man who thought his life |

| Minute | Speaker | Dialog |
|---|---|---|
| | | would be spent engaging an overseas adversary, he found himself battling his own government. The incredible story of bribery, blackmail, rape, murder and other tales – normally this stuff found in fiction novels – of the truth coming from a man who's been asked to enable, encourage and conduct these actions on behalf of our very own government. Patrick's story is for real. He is for real. The corruption he is exposing is for real and it only gets worse the further you read."<br><br>And then I, I, I can't wait to read the magazine. I guess that's encompassed here in this key to this whole story. So, there you are with Trump in the critical meetings that Jack Smith, the UN prosecutor, is focused on. Tell us what really happened. Was Trump planning an insurrection? |
| | P. Byrne | No, absolutely not. And my point in asking you to read this was this, this is, this is the first time it – well, a Federal prosecutor and now General Michael Flynn have confirmed that I've had a relationship with the government. I've actually had a very unusual relationship with the government for a very long time. So, and it's now being confirmed through that. So, when I was in the – I pulled together the December 18th meeting and, and I, I pulled it together and I, kind of, so I won't, so I got it together without really either side, kind of – anyway, there may have been a little mischief involved. Sidney and Mike and Clinton – |
| | A. Jones | Now, that it was in the newspapers that you organized those meetings and so that, that's not debatable. So, what happened? |
| 1:20:00 | P. Byrne | So, no, what was discussed, the – here's the whole thing. What the meeting was on December 18th was – had nothing to do with anything that's been reported. It was not about theories of South Korean jets pulling in ballots, or vote flipping from space. Here's what it was about. Had nothing to do with that. The government itself, well, there's two buckets of things you need to know. And this is just what we walked the President through, Alex, I'll tell you, just, just like we did with the President. The one bucket of things was – there were two executive orders signed – one by Obama and one by Trump – that said – and I think Trump was just extending Obama – but if a foreign government interferes in an election, a President gets extraordinary powers. And Obama had signed this, okay? So, he wrote it. So – and he can, he can do an investigation, he can do, he can rerun the election, anything in between. He really gets any powers he wants. So that was one set of things to know. And then the other thing, set, was, the government itself, the Federal government in the fall of 2020 put |

RHB00749

| Minute | Speaker | Dialog |
|---|---|---|
| | A. Jones | Sure, but just war gaming something, they're gonna try to say Trump wanted a military coup. But remember, it's – |
| | P. Byrne | No, no – |
| | A. Jones | – Nancy Pelosi and all of them saying, "No matter what, on January 20th, the military will frog-march him out." They're the ones on TV saying they're gonna use the military against Trump. |
| | P. Byrne | Yeah. They – so, they, they're wrong. The only use of discussion of the military was Patrick usin' the National Guard. And by the way, I'll point out that Biden just used the National Guard in 14 states in 2022 for elections, nobody cares. |
| | A. Jones | Oh, stay there. Some stations are gonna join us. Recap what you just said, how huge that is. That and, and you're the only one that talks about January 6 and you're the only one that talks about using the military. |
| | P. Byrne | [Inaudible] |
| | A. Jones | And I remember readin' about that in the newspaper, it said that. And I mean that, all this is on record. I don't, but they're just, but it's, thank God you're a witness that was there, a key person. We'll be right back with Patrick Byne. Stay with us. This is critical. Back in 60 seconds. |
| | [Commercial] | |
| | A. Jones | Alright, Winter Soldier Patrick Byrne, former CEO of Overstock. General Flynn says, "The secret operative of the U.S. government in intelligence battling the globalists" – that's pretty obvious, Byrne's been doing that for a long time – is here with us. And there's a big new magazine issue, *Capitol Times Magazine*, being distributed all over the Capitol to educate folks about what's really going on. Jack Smith is set, Trump says, and he's been accurate twice now, to be indicted very early for claiming that January 6th that he was raising money fraudulently off saying the elections are fraud. Whether you're right or wrong, he was be able to raise money to, to, to, to challenge an election. That he got these alternate electors, which again JFK did, Obama did in Hawaii. That's totally lawful. And that he planned an insurrection at the Capitol, which I know is totally untrue, I watched the Feds break through and set everybody up and I tried to stop 'em. |

35

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | 20 years ago in D.C. Whatever the crisis, whether it's Ebola, whether it's an EMP, whether it's financial crisis, if the crisis is bad enough, supply chains collapse. Within two weeks, we go through a tipping point in society that we can't tip back out of. And in the following year, 90% of us die, and it doesn't matter. So, this is all – there's a book called *One Second After* that you should know. It, it captures a bunch of learnings from a national security exercise. |
|  | A. Jones | No, I've read it. I've read it. No, you're absolutely right. And so, that's why they started with the COVID lockdown was the cattywampus it, and only shut down their competition, to vertically consolidate for the big companies to get ready to weather this storm. So COVID was then battening down the hatches before they go to the next phase. |
|  | P. Byrne | And then the next phase is, I think, it gets, I think, we go through another even bigger moment sometime in the near future, another COVID, an Ebola, a financial collapse, who the heck knows what – it collapses. Then we have, if all goes according to their plan, we have like a year where 90% of us die. Somewhere in there, the cartels and everybody are just told – we become like a Mad Max territory for three years. And then when where's nothing but a, a husk, the Chinese take us. If you don't believe me, read the book, *Unrestricted Warfare* by two Chinese colonels, or *The Secret Speech*. I'll send Alex the, the link after this, after this show. Or – so that's what happens. By 2028, I'll put it this way, their plan since 1949 was to conquer us by 2049, in 20-, to reduce us to a vassal state. In 2010, they changed the due date to 2030. They now believe it's 2028 or 2027. Deeds have already been issued in China. Alex, some Chinese general has a, has a deed to your home there in Texas, and he probably looks on Google Earth once a month, he sees the new hot tub you put in, in your backyard. He thanks you for it. He believes he's living there by 2028. They, that's how they've already distributed the deeds in China to homes across America. |
|  | A. Jones | By the way, that's true. The, that's actually come out. I mean, we, we've been totally sold out. And, and I wonder if the average bureaucrat knows this isn't a game. Like this is really happening. I mean, they're already cutting off millions of our children's genitals. I mean, it's just the sky's the limit now. |
|  | P. Byrne | I doubt it's millions, but it's and – you know, any is too many. |

44

| Minute | Speaker | Dialog |
|---|---|---|
| | A. Jones | No, I mean it's millions worldwide. They're gearing up for millions. It's, I mean it's, it's – |
| | Unknown Female | Cuckoo. |
| | P. Byrne | I learned a new fact recently, that is kind of decisive, I mean, not that it needed any new facts, but did you know no person who's ever gone through this transgender reassignment has ever had an orgasm again? |
| | A. Jones | No. |
| | P. Byrne | Well, how can you tell, tell me a ten year old or a 12 year old can give consent, can give informed consent to such a decision. It's absurd. You, and, and a child's, it's like saying my cat – |
| | A. Jones | Its total hell-raiser evil. And then when they commit suicide, they say, "You weren't nice to them, they committed suicide." No, you, you literally cut – I mean, the look, the little boys, it's horrible. They cut it off, create a huge hole that rots, never heals. With the little girls, they cut the forearms off and the thighs and build – |
| | P. Byrne | [Inaudible] works. |
| | A. Jones | – they're even more, like, little fake blob of, of meat with a PVC pipe. I'm so, I'm serious. A piece of tubing to pee out of. |
| | P. Byrne | How can a, how can a child make an informed decision on that? The whole essence of our tradition now, Alex, is consent – consensual exchange in free markets, consent in sexual relations – well, consent of the governed in politics. Well consent is somethin' that philosophers would say can only occur among rational agents. Adults. If a guy rapes a woman, he can't say, "Well, she gave her, she was drunk, but she gave her consent." A guy out of Stanford did this – |
| | A. Jones | No, because she couldn't give – |
| | P. Byrne | – a few years ago. |
| | A. Jones | – consent; she was drunk. And a child is underage. They can't give consent. But I'm saying it, but, but, but once they get these women and parents to commit to do it, they can't admit they were wrong, now they're like a cult. |

45

| Minute | Speaker | Dialog |
|---|---|---|
| | P. Byrne | Yeah, you know, the, the, that's why the parents are so, now that the -- by the way, this all really started due to some papers written in Europe, especially, I think, in *The Lancet* and -- |
| | A. Jones | Hold on. Patrick Byrne, one more segment with us. What about what's coming next with you? Patrick Burns, our guest. We'll be right back. Patrick Byrne on Twitter. |
| | | [Silence] |
| | A. Jones | You know, Patrick Byrne said something about 30 minutes ago. He said, "I believe the establishment's lost command and control." And I believe that is a completely true statement. You watch how panicked they are. You watch how they're gaslighting, like, "We didn't censor Robert F. Kennedy Jr. We just didn't let him, we tried to not let him talk." Those are quotes on multiple Congresspeople of The Talking Point. "We didn't censor him, we just don't let him talk. We don't want him to talk." It, it's, it's, it's a desperateness, and there's all these bureaucracies and all these systems and, it's all insane. Patrick, can this be salvaged? Where do you think this is all going? |
| 2:00:00 | P. Byrne | Where it's going if we win is, this is what we have to start pushing for -- when we win, it's de-Nazification. Just what we did in Germany after World War II, we have to denazify the institutions. Just as Gramsci and the, the, the cultural Marxists were all about the long march of the institutions, we have to denazify the institutions. We have so many Nazis in our institutions, who don't understand that when you restrict people's rights to free speech, or assemble, say for they have a religious meetings 'cause, because COVID -- or, try to take their guns away, or restrict their voting -- that's Nazis. They're the Nazis, and we need to de-nazify our institutions. And we want to do it peacefully, like we did after World War II in Germany, but we have to de-nazify our institutions. |
| | A. Jones | And you know Nazis a good word for 'em, but what are they really, totalitarian cult, or what are they? |
| | P. Byrne | -- Socialists, there's international Socialists, there's National Socialists, at the end of the day, these are all different flavors of totalit-, of authoritarian, totalitarian -- they were always against -- these mediocre European intellectuals -- were always against the American experiment, and this is their, their chance at it, and we have to dena-, it's tota- you know, what the American left thinks they walk out running some new world. They'll look at what |

46

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | show. I haven't, I haven't even seen it. You push it. I'm telling your readers, you gotta get *The Great Awakening*. |
|  | A. Jones | Well, thank you. Well join us again, Patrick. You're a hard guy to get on and when you reached out to come on, I said … you asked yesterday. Usually, I ask you to come on, you're too busy. So anytime you wanna be here Patrick Byrne. Patrick Byrne on Twitter – that's Patrick B-Y-R-N-E@deepcapture.com. We got 2 minutes to break the final points for anybody out there that wants to learn what you're doing. |
|  | P. Byrne | Final point is the day after the Durham report was delivered, a certain very well-respected retired military officer called me and said, "Patrick, our Republic's hanging by a thread. It may be lost. If we have any chance, you've got to get your story out there." That led to a series of interviews, which became that magazine. If you read that magazine, Alex, you'll have fodder for the next month of your shows. You're going to be shocked when you see what's in that magazine. Has been vouched for right there in the opening. So, if you read that magazine, I'll come back on your show and discuss it. You you've got the answers to a lot of things you've been talking about. I worked for Brennan, and I worked for Comey, and I went into bribing. I bribed Hillary Clinton. I set up the Russian collusion delusion, and I created a rape and murder sting and forced a deep state into approving a rape and murder in order to go forward with a plot. You gotta read that story. You will have me back, I think. |
|  | A. Jones | I will. Alright, Patrick Byrne, thank you so much. Be safe. |
|  | P. Byrne | Take care. |
|  | A. Jones | Wow, that's wild. Alright, we've got Jay Dyer always knocks it out of the park. He couldn't do last Friday because his plane got delayed. When he was flying back. He's got a lot to say. I wanna talk about the transgender cult 'cause it's millions of children that they have in the cult set for surgeries. I think the [           ] is two million in the U.S. alone – something like 300,000 in the UK alone. I mean, 100,000 in Canada. This is a full court press and it's in the hundreds of thousands that they've chopped their genitals off. So, we need to talk about what's gonna happen once the parents realize they've committed this crime against their child. And you heard Byrne, none of them ever had an orgasm. They, they, they we get mad at the Muslims cutting little girls clitorises off and that's terrible. They can still have an internal orgasm. This is little kids literally having their genitals cut off and their lives ruined, and little girls is even worse. They build a fake penis out of |

RHB00770