# EXHIBIT 29



RHB00164