# EXHIBIT 30

# The Courtenay Turner Podcast (approx. Sept. 17, 2023)

[Ep. 305: Behind the Testimony of 'America's #1 Domestic Extremist' w/ Patrick Byrne – The Courtenay Turner Podcast](#)

