# EXHIBIT 31

# BEHIND THE TESTIMONY OF 'AMERICA'S #1 DOMESTIC EXTREMIST' W/ PATRICK BYRNE

https://courtenayturner.com/ep-305-behind-the-testimony-of-americas-1-domestic-extremist-w-patrick-byrne/

**Speakers:** Courtenay Turner (C. Turner)
Patrick Byrne (P. Byrne)

**Date:** September 8, 2023

| Minute | Speaker | Dialog |
|---|---|---|
| 0:00:00 | | [COMMERCIAL] |
| 0:00:57 | C. Turner | Hello, welcome to the Courtenay Turner podcast. I am here today with the DHS number one domestic extremist, Dr. Patrick Byrne. How are you doing today? |
| | P. Byrne | Courtenay, thank you for having me on. It's an honor to be on your show. Thank you for taking the chance... |
| | C. Turner | Thank you so... |
| | P. Byrne | ...of having such a dangerous figure. |
| | C. Turner | I know, I, I know, I know. I'm a little bit scared. Should I be scared? |
| | P. Byrne | No. I'm a nice guy. |
| | C. Turner | I'm just kidding. Yeah, so I read this. This is quite the riveting life you have led. |
| | P. Byrne | Ehhh...as they say, as they say in theater, it reads better than it played. |
| | C. Turner | Yes, I would imagine so. |
| | P. Byrne | [laughter] |
| | C. Turner | Yeah! And they also say truth is stranger than fiction. So, yeah, there's that too. |
| | P. Byrne | It reads better than it plays [talking over each other a little], maybe it reads more fun than it actually was perhaps. |
| | C. Turner | Yeah, well, I, I can imagine that. Yeah, it probably wasn't as much fun to live. But it, it reads really, yeah, it reads kind of like I keep saying, that's why I proposed to you, I think there should be a cinematic representation cuz I feel like it reads like, kind of like a Forrest Gump meets James Bond. I, so, I imagine it wasn't quite as thrilling for you too [laughter] but that's kind of how it reads. Yeah, so this is the *Capital Times* magazine. So how did this come about? Tell me the story. |
| | P. Byrne | I decided it was time this spring that, especially once the Durham Commission delivered its report, which was a bit like kissing your sister, as the saying goes. It was nothing special, it was, it was some...anyway it's, it's a bad saying, it's an old expression. |
| | C. Turner | What? What was it? Kissing your... |
| | P. Byrne | Kissing your sister. That was like a 50's expression when something was okay but it wasn't great. |
| | C. Turner | Right, right, nothing to wright home about. |
| | P. Byrne | Nothing to wright home about. So it was, I, a number of publishers were in touch with me and I finally agreed to sit down and talk to them. |

1

|   |   |   |
|---|---|---|
|   |   | And I had guys come in, publishers, I'm not gonna say of the website, but major, major website and publications come in saying, we hear you've got the story of the century, Byrne, and we really want this story. |
|   | C. Turner | Right. |
|   | P. Byrne | And they would listen to me for about two and a half hours and by the end of everything they'd be white and they would disappear and say…call three days later and said our Board of Directors says we can't, we can't run this. We can't run this. So finally I got message that there was, that there was a publication that was willing to run it and to sit and do these interviews. And I did a whole bunch of these interviews they got put together. And only about a week before it published, I found out it was not, I thought it might be like the Atlantic or something like that. It was a new magazine being published a guy had started called *Capital Times Magazine*. I know it's intended to at least serve through this election season. |
|   | C. Turner | Okay. |
|   | P. Byrne | It's, this editor in chief is… |
|   | C. Turner | Anwill Anwar? |
|   | P. Byrne | Anil Anwar. I do not know him, I've not met him, but he put this out and my understanding is it's a new political magazine for Capitol Hill. So, I was very surprised. I ended up saying, well I'll not carve anything back, I'm gonna send what was 35,000 words of interviews strung together, thinking that they were gonna carve it back to some 10-page piece and they published it as is an 82-page piece. |
|   | C. Turner | Yeah. |
|   | P. Byrne | So it made the Senator… |
|   | C. Turner | I think 88. But yeah, who's counting? It was, yeah. So, let's start with kind of the backstory was really interesting, too. Not many people can say that they thought of Warren Buffett as their rabbi [laughter]. What, what was that really, and he also called your father like the Babe Ruth of insurance? |
|   | P. Byrne | Yeah. |
|   | C. Turner | Yeah. And apparently your father taking, him taking a chance on your father, like was quite lucrative for him. |
|   | P. Byrne | Yeah, that was, that was, it all worked out for both families. [C. Turner laughter] All worked out. So I met Mr. Buffett before he was known, before his name was ever in the in the press or anything. |
|   | C. Turner | Wow. |
|   | P. Byrne | As I said in there, my father we started off quite, you know, my both run the GI Bill as we started coming into existence. But we, my father was a mathematician and started working his way up in the insurance industry, and he ended up being offered a job to run when I was 13, running a company that had fallen on its face and was almost out of business. And he took it and that was GEICO. And he, as he just a few weeks into, he's, he saved GEICO in 1976. And a few weeks into it, this |

2

| | | |
|---|---|---|
| | | guy from Nebraska showed up and he, they became friends and he took a big bet on my dad, and that was Warren Buffett. So to my family, that was sort of a huge turning point for my family. |
| | C. Turner | Sure. Yeah, so your dad was a mathematician?. |
| | P. Byrne | Yeah, an actuary. |
| | C. Turner | That's where you got, I've seen you do the card trick where you read the card deck, so I'm guessing that's where you got that those skills from? |
| | P. Byrne | Yes, a lot of it. |
| | C. Turner | Yeah. My, my dad was like that too. He. he actually was a gambler, but he never did cards. And I wish he did cards because he could have memorized the deck, like easily. |
| | P. Byrne | My grandfather was like, my grandfather was a gambler who did cards and he was amazing. He had, he could play a hand of bridge and at the end of the hand read back and tell everybody what they had started with and he just had this phenomenal memory. |
| | C. Turner | Yeah, yeah. My dad would always, it was always embarrassing cuz he was, his social graces weren't quite as skillful as his math. Whenever, it wasn't very often that he would go shopping with me, but occasionally, and he always ring it up way faster and they could punch it into the calculator … |
| | P. Byrne | I like doing that. |
| | C. Turner | …and he would say that, you know. He'd get frustrated like why are you taking so long? He's like no, it's right, I just can't. They're like, yeah, we still technically have to enter it into it. Like, I'm not doubting your skill, but… |
| | P. Byrne | I hate to tell ya, that's happened to me. |
| | C. Turner | He's like it's right, it's right, just can we wrap this all away? Move along here. |
| | P. Byrne | You don't know how familiar that sounds, yeah. |
| | C. Turner | Pardon? |
| | P. Byrne | You don't know how familiar that sounds. |
| | C. Turner | You, you get that, yeah. |
| | C. Turner | So, you, you started with this background and what before we move into the whole story, what would you say you learned from that experience of having, you know, that's, yeah… |
| | P. Byrne | Oh, Buffett taught me so much. After my parents, he was sort of the next biggest influence in my life. He used to really make a lot of time for me since I was 13 to sit and he would send word ahead that he was coming and I would take the, he would say I have in my calendar next Thursday between 1:00 and 3:00 free, have Patrick at home. And I would, my parents would have me skip school just so I could stay home. And again this, he was not this famous guy back then. But my parents recognized immediately he was a very, very special man. And we talked about business, but we talked about life. You know, he's a real, he's a very ethical fellow. See I know that people, many people in |

3

| | | |
|---|---|---|
| | | this movement lump him in with Bill Gates, who has been his friend for many decades. |
| | C. Turner | Sure. |
| | P. Byrne | Buffett left Bill Gates's board some, just in, just about three years ago. Are you aware of that? |
| | C. Turner | Mm hmm. |
| | P. Byrne | I'm not sure if that's because he was 90 or there were other reasons, but… |
| | C. Turner | Right |
| | P. Byrne | …but he, so and certainly, so anyway, he was a great influence on my life. And thinking, and also he's quite, very patriotic. Unlike a lot of billionaires, he spends a lot of time talking about your country, your duties and things like this. |
| | C. Turner | Do you feel like he's misunderstood? |
| | P. Byrne | Well, I don't know. I don't know how this community, your community feels about him. Do they feel negative about him? |
| | C. Turner | I mean, I, I don't, I can't speak to like the whole community obviously. |
| | P. Byrne | [Inaudible] |
| | C. Turner | But, yeah, yeah, but I think, I think probably they do, a lot of people do make assumptions based on his connections to people like Bill Gates. |
| | P. Byrne | Well, he's very big on abortion. I will, he's very big on abortion. But other than that, I think that you'd find his thinking about America quite in line with, he, he wants, he understands America is a special place and wants to preserve it and would not be part of doing anything that would take it down. If anything, he's, he's, it gives me some, the only confidence I have in this administration is I know their Treasury Department is consulting with Biden. I don't know if they're, you know, taking his advice, but they're consulting with Buffett, I mean. |
| | C. Turner | With Buffett. Yeah. Yeah. Well, I definitely have lots of questions about the Treasury Department, but, but yeah, that's good to know. So, I guess we can skip ahead to where, yeah… |
| | P. Byrne | Thankful. |
| | C. Turner | …would, you, you've had a long history, even before some of the stuff that's in here with working with the FBI? |
| | P. Byrne | Well, with the FBI, and it's been publicly known for a decade or so, I've cooperated very much in the, in the takedown of Wall Street. Let's say in '05 I became very critical of Wall Street. |
| | C. Turner | Hmm. |
| | P. Byrne | And I felt like the world didn't really listen to me. But the truth, is around '07, well, as I explained in this article, the Senate Judiciary Committee finally got the FBI to listen to me and the FBI listened to me, and that led to this two, three-year investigation, and I think about 120 people getting indicted and about maybe more than that, getting indicted and not that many got jail time. If you remember in 2010, around Christmas, there was a guy named Raj Rajaratnam who got walked out of Galleon. Was a big hedge fund guy. Anway, that was the |

| | | |
|---|---|---|
| | | it's become so much more transparent that, you know, if you had said that prior to 2020 a lot of people, you know, there's some people who might agree but most people would have rolled their eyes and said you're just a sore loser and you don't like that you lost. |
| | P. Byrne | Right. |
| | C. Turner | And now even people who didn't vote for Trump and, you know, may hate Trump, are still, you know, questioning the integrity of the election. So I think that's a good thing. |
| | P. Byrne | Rasmussen reports that 50% of Democrats and I think a total of 67% of Americans now, or maybe 70%, now say that the election, that Biden won because the election was rigged. That's a huge step forward. 85% of Republicans… |
| | C. Turner | Sure. |
| | P Byrne | …and 68% I think of independent. So, people get that, that's given us the political momentum to get a lot of things to happen in a lot of key states. But boy there's a mafia… |
| | C. Turner | Yeah. |
| | P. Byrne | …that is just a coordinated mafia around the country just devoted to rigging our elections. |
| | C. Turner | Yeah, I believe that. |
| | P. Byrne | And now I think it's moved, Joe Biden has created a new division of the postal service, and that's just to handle elections. Yeah, right. |
| | C. Turner | Do you think that that's why they're bringing this fear about the new variant, and we might want to lock down again in the mask? |
| | P. Byrne | I think they want to do anything but face this election. They're going so far as to try to, sorry, they're going so far as to try to lock Trump up. |
| | C. Turner | Yeah. |
| | P Byrne | Pure Banana Republic stuff. They, I think they want to, what I'm afraid is Biden wants a hot war. I hear that, I, I would not be surprised if they're the kind of lightweights who, historians make observations like wartime presidents get re-elected. Yeah, well that's true but that doesn't mean you can go and start a war in Europe [laughter] and that's going to make you get re-elected. |
| | C. Turner | Yeah, right. |
| | P. Byrne | The kind of lightweights, intellectually, who would think that way. |
| | C. Turner | Right. |
| | P. Byrne | To be honest, they really are. |
| | C. Turner | Yeah, sure. Yeah, I agree. So, what is your, what was your main objective in sharing all of this? |
| | P. Byrne | Well, I thought it was time. |
| | C. Turner | Yeah. |
| | P Byrne | Here's a story. I'll tell you another story I've never… |
| | C. Turner | Okay. |
| | P Byrne | …have shared with anyone. But this is when, I, there was a point when I was 22, I was dying and dying and had my chest cracked three times in a week every year, I was filled with cancer. But before they started |

15

| | | |
|---|---|---|
| | | the chemotherapy and they said, they were waiting for me to stabilize, and I'll never forget this. Finally, after about three or four days of this, the heart surgeon actually who'd cracked my chest, took my mom aside and said, Dorothy, in my experience the chemo, the oncologists want to start, you know, chemotherapy just when everything is right. But in my experience, the time to start chemotherapy is when the patient needs chemotherapy and your son's about to die, you have to start. So, I would say that this is the equivalent, this is the chemotherapy. I've come, I've come true forth with a whole bunch of truths that [laughing] this is the chemotherapy for America. This is the truth about what happened. I was on the inside of a whole bunch of it, I worked for Peter Strzok, I worked for John Brennan, I worked for James Comey. And I've been dribbling out in pieces of the Reawaken America towards parts of this and it was kind of a lot for people to absorb, and it wasn't even the full story by any means. So, finally I just sat and I told the full story, and again, what I thought they were gonna do is they were gonna pull out a sliver and make that their story. And they just decided to make it the magazine. |
| | C. Turner | Yeah, I'm glad they did. But there's, there's just so much in here. What are your thoughts about Peter Strzok, Brennan, Comey? |
| | P Byrne | Well, I think they're traitors. |
| | C. Turner | Yeah. |
| | P Byrne | I think they're traitors. I know they're traitors. |
| | C. Turner | In the old days they would've been hung, right? |
| | P Byrne | Well, let's not talk that way because we're gonna have our chance to find out what truth and reconciliation is. But they, they… |
| | C. Turner | I'm not advocating for that, by the way. I'm just saying, you know, in, in olden days treason was, did have very extreme consequences. |
| | P Byrne | I know. As I mentioned in there, so they had me set up the Russian collusion thing. |
| | C. Turner | Yeah. |
| | P Byrne | It was set up from July of 2015 at the latest, it may have started in April of 2015. |
| | C. Turner | Do you suspect that at the time that's kind of what you alluded to here. |
| | P Byrne | I suspected in July when I reported Maria from their indolent response… |
| | C. Turner | Right. |
| | P Byrne | …that something is going on. By September of 2015, I suspected they were deliberately letting something percolate. I've recently, just yesterday, I was in Washington, DC talking to somebody else involved who has let me know some more things that totally confirmed for me what I'm saying, that the FBI was completely aware of her, even as early as February and March. She first came to the U.S. in February or March and was noticed. To my experience was that they, the U.S. government was deliberately saying, so there was this Russian woman here with clear contacts with Russian political circles and have this be |

16

|  |  | here schmoozing around among our political class, and the FBI was saying, what, I don't see anything, what? And there's no, it's not here. They say, what, no I don't see anything you're looking at. |
| --- | --- | --- |
| 00:40:20 | C. Turner | The elephant in the room, that one, yeah. |
|  | P Byrne | [Inaudible] and I knew that. I knew Uncle Sam well enough to know that's what was going on and that was Peter Strzok and company. And Comey and Brennan. And that's because from February or March, they already knew about her, and they were gonna use her to smudge up the republican party and create a, her, she wanted to build contacts. She's a wonderful young woman. She's a wonderful young woman, she reminds me of you. She's very philosophical, grad student in philosophy, was a wanted idealist, wanted to build what she called citizen diplomacy and build contacts back, backchannel contacts. Whoever won, be it Hillary, Cruz, Rubio or Trump, the Russian oligarchs wanted, or the Russian liberals, liberals, wanted a backchannel relationship into and that was her schtick. But that's not something that the U.S. would normally tolerate, a woman like that, anyway, that was her schtick. I think that she was, she probably believes she was who she thought she was, but she was probably being controlled from behind by Putin. And, in any case, Brett, Comey and Brennan knew all about her and they let her bounce around DC. They even had me arrange a couple of the meetings and they knew about every meeting generally before she had them, and they did this for three years, but they knew about her from the day she landed. And then the day that Trump met Putin, a few hours before they met, the CNN van and the FBI SWAT team showed up and arrested her, you know? |
|  | C. Turner | Yeah. |
|  | P Byrne | So it was all just for the, it was just so they had a prop for television. So, the whole time they were saying there was this Russian, yeah, people were starting to say for, if there's a Russia scandal going on, how come there's no actual Russians involved? |
|  | C. Turner | Right. |
|  | P Byrne | But they finally had a perfect Russian. They had this redhead with a sniper rifle they could put on television every night. |
|  | C. Turner | Right. |
|  | P Byrne | It was all created. |
|  | C. Turner | And then they had to, I don't know how much you want to reveal. I do recommend everybody read it. I mean, it, it's a really enjoyable read, as we said. You know, may not have been as enjoyable for him to live, but it's very fascinating and captivating, and reveals a lot about what is going on in our country and internationally, actually. |
|  | P Byrne | Some people are saying, smart, like generals who are saying… |
|  | C. Turner | Yeah. |
|  | P. Byrne | …it's the most important thing in the last 10 years, it fits all the pieces together. It won't make you happy. |
|  | C. Turner | No. |

17

| | P. Byrne | You will understand everything. |
|---|---|---|
| | C. Turner | Yeah, absolutely. And because there is just so much, there's so much action, I think it'll, you know, keep people's interest to, you know, learn what's going on. |
| | P. Byrne | Bribery, blackmail, rape and murder. |
| | C. Turner | Well, exactly. You know, all the stuff movies are made of. Well, it's just that, you know, unfortunately you live in a world where people are not, people don't read very much anymore, I think that is by design. They've kind of bred that out of people, you know, if it's longer than 140 characters, people don't have the attention span. Even very, like, intelligent people don't have the, the capacity these days, and so they need, but that aside, human beings are storytelling creatures, right? Like we learn by prox, and I think it's because we learn by proxy, so we can learn from one, another person's story and then from, without having to experience it first-hand ourselves. And that's why it's so powerful and it's so important that these things be shared. But yeah, so I don't know if you want to share all that. |
| | P. Byrne | I'll share [inaudible] everything you want. |
| | C. Turner | Okay, they've, so, they, they basically set you up and you knew that you were being set up to put her in tremendous danger or potentially lose her life and that you're, yeah. |
| | P. Byrne | I figured she'd be arrested. |
| | C. Turner | Okay. |
| | P. Byrne | And then they had me set up Hillary. |
| | C. Turner | Yeah, well, yes, I remember, snow-globe. |
| | P. Byrne | The snow globe. You want to go into that? |
| | C. Turner | Yeah, sure. Yeah, let's do that. |
| | P. Byrne | So, then they had me set up Hillary. Once Maria was well and fully schmoozing around in the Republicans, they had me, they gave me an assignment. They gave me the country of Azerbaijan, they, I believe, wanted to pay a bribe. And they wanted me to get the, well, to be fully honest, I became aware that the government of Azerbaijan wanted to pay a bribe, I didn't even put this in the magazine. And I became aware and let them know. And then they said we want you to make it happen. They wanted to bribe Hillary and the assignment is, Patrick, somewhere in the next two months, there's gonna be a room. And Hillary Clinton's gonna come into that room and the bag man from Azerbaijan is gonna come into that room, they spend 10 minutes alone together, you make that happen any way you want. And I said I'm gonna have to bribe people and stuff, they said that's okay. And I said this is one of those I need to know, this is one of those times I needed a piece of paper. Everything we always do has been on a handshake, but I think if you're asking me to get involved in a federal election and bribe a candidate, I'd like a piece of paper please. |
| | C. Turner | Seems like a reasonable request, yes. I'm not sure how much they honor those pieces of paper, but seems like a fair request. |

18

| | | |
|---|---|---|
| | P. Byrne | Well, they said we have a, we've got, they came back a couple days later and said we've been told to tell you we can't give you a piece of paper, but if you'll go to Washington, you can be, the director says you can be shown a piece of paper. And I said oh well, this coming from the director? And two federal agents leaned over and said, [intentionally clears throat] and I said the director and the President? And two federal agents said [intentionally clears throat], and I said, well you tell Director Comey and President Obama that [intentionally clears throat] for them is good enough for me, consider Hilliary bribed. |
| | C. Turner | Okay. |
| | P. Byrne | And seven weeks later, on the morning of January 14th, 2016, Hillary Clinton took an $18 million bribe from Azerbaijan that I facilitated and made happen, we won't have to go into the details. But the key part was after that, and this is where it, they, and this isn't like if you just listen to the next 60 seconds, people will understand the last 10 years so much better than they, that they, I was told I had to forget it, I had to forget it had happened. That was actually stage four of two things at once, two unrelated things that, I think everything about it, I was just gonna be dead, but I survived. But anyway, they said that a few days after it happened, they said I had to forget it. And they had this kinda cockamamie story that look, we've just realized Hillary was gonna be President, nothing can stop her. And she's going to, she's going to come over here with goons, the FBI, and destroy everyone who was part of this, that's, includes us and you and our chain of command, and you, Patrick. This has all been scrubbed from the highest level. So, I didn't really like that, I accepted it. But a few weeks later I was, a couple weeks later, I was with them again and I let them know that, that did not, and there were, this time there were three federal agents, and the explanation I finally got was this, Patrick, what's really going on at this point, President Obama has his people across the federal bureaucracy, but especially the Department of Justice. The information about the bribes you know about, Hillary is gonna be president for eight years and nothing's gonna change that. But the information about the bribes you know about is gonna…. |
| | C. Turner | [Inaudible] is there any plan to fix things. |
| | P. Byrne | Yeah, so they said there's gonna be a Bunsen burner, think of it as being a Bunsen burner, the information will be on the Bunsen burner, the hand on the Bunsen burner will be one of Obama's people. And if Hillary's a good girl and defends Obamacare, the flame stays low. If she thinks for herself, it gets turned up high. And that way, Barack Obama manages Hillary Clinton for eight years and she steps down and Michelle's gonna run, and Patrick, that's the plan. And it turned out that plan was called snow globe. And they wanted Hillary in a snow globe that they could pick up and my bribe was the bait to lure her to step into the snow globe. That's what really happened, America, this is all a coup that began. Now the names used with me were Comey, Brennan and Obama. |

19

| | | |
|---|---|---|
| | | But this is a world, it's a hall of mirrors and believe it or not, in that world, there are people whose names are not on any org chart. |
| | C. Turner | Yeah. |
| | P. Byrne | So, we can't assume, this way, but we can't assume who it is, but those were the names used with me. They may well have used Obama with me cuz it would have increased the likelihood that I would do it. It's quite possible he knows nothing about any of this. I do believe Comey and Brennan are part of it. And that's why there was a coup that started around Thanksgiving of 2015, and that's what happened. And then, so, yeah, that's, that's really what happened. I'll stop on that note. |
| | C. Turner | Yeah, you were saying you were at stage four of two things? |
| | P. Byrne | Yeah, two, well I had, yeah, I had had hepatitis, and they had treated it and it, it was in the beginning of them being able to treat it, but I had phenotype or whatever genotype from central Asia that the first American drugs did not work on. |
| | C. Turner | Wow. |
| | P. Byrne | And so I treated and failed. And once you fail that, you're in a 23% likelihood of beating it then. And I was going through that as well as my I'd had a four cardiac ablations, and you normally only get two before they do something on an AV node ablation with pacemaker which buys you like two or three years cuz they run wires up, and it's a, it's not your grandfather's pacemaker, it's a pacemaker that creates, anyway, you know, it buys like an 80 year old man two or three years. They don't use it on, I was 50 at the time, I think. So I was going through both of those things as this was going on. |
| | C. Turner | Wow. |
| | P. Byrne | But they gave me a fifth ablation and the fifth one finally worked. |
| 0:50:28 | C. Turner | Wow. |
| | P. Byrne | Yeah, but everyone thought, including me, I thought I'd be dead and everyone thought I'd be dead that year. That may be a reason they used me in such a, they, they, they just didn't think I'd survive that, they thought that it would go to [inaudible]. |
| | C. Turner | With that said, from what I read, that kind of seems how it goes with assets. They're, they'll either, yeah. |
| | P. Byrne | And this I've had, I've been fighting stuff like this for a third, since, for 38 years now. |
| | C. Turner | Right. |
| | P. Byrne | So, I've always been on this sort of end-of-life situation, so it might be one of the reasons I was attractive to them. |
| | C. Turner | Yeah, I would imagine so. Do you feel like that affected your mindset going into some of this stuff? Like, cuz I think some, I, I would just imagine you have a different perspective on life than a lot of other people. |
| | P. Byrne | It does. |
| | C. Turner | Yeah. |

20

|  |  |  |
|---|---|---|
|  |  | when you're in it, there's so many things to, that's what it showed, there's so many competing factors to consider. And you know, I think that people wanna look at, again, they just look at things in black and white. It's like, oh, they either knew that, you know, this was a corrupt environment in which they were immersing themselves and they wanted to be part of the plan so that they could amass power. Or, oh no, they were completely controlled and it, it's not quite that simple and I think that's, yeah. |
|  | P. Byrne | And for me, I had this other layer to it. |
|  | C. Turner | Yeah. |
|  | P. Byrne | Which is really the third section of the story, which is what my real assignment was. |
|  | C. Turner | Yes. |
|  | P. Byrne | From the Senate. |
|  | C. Turner | Yes, let's talk about that because that's, yeah. |
|  | P. Byrne | Which was that actually aware of that I'd had this unusual relationship in my life where, so I've never been married… |
|  | C. Turner | Right. |
|  | P. Byrne | …never had a family, I just had this odd relationship with the government where on occasion, on rare occasion, I was asked to do something and it often had something to do with peace. And I gave a couple examples in there. Some I did in Vietnam many years ago, something in Iran. But usually a place where we don't have any formal relationships yet, that kinda is mine. |
|  | C. Turner | Right. |
|  | P. Byrne | And the Senate, so I got crosswise with Wall Street in '04, '05. I stumbled over what I knew was a bunch of bad stuff. And I went to everyone you would go to and to try to explain it, all the authorities, I discovered how corrupt everything was. It was '04, or '05. In '05 or, '05 I guess, the Senate Judiciary Committee… |
|  | C. Turner | Yeah. |
|  | P. Byrne | …started to tap me on the shoulder so to speak. Started getting to know me. Senator Hatch was a member of that. He started to really coming out to Utah and making a, insisting on taking me for walks and talking to me. He gradually drew me into the Senate Judiciary Committee, were aware that I had these other relationships. They put me to work, and they told me that look, the Senate Judiciary Committee is the ultimate bulwark of the Constitution cuz we investigate corruption. We look into anything we wanna look into and no one gets to tell us that we can't look into the manufacture of nuclear weapons, Patrick. And if, if we think there's corruption there, no one gets to tell us you don't have the, the authorities. Our power transcends every power within government. That was the expression they used. And they had me meeting with parts of government related to Wall Street and reporting back to them, it was the strangest thing. People used to wonder why I was, I was getting my ass kicked publicly. I was putting my chin out there, getting on Wall |

| | | |
|---|---|---|
| | | acting as kind of a pretorian guard of the deep state at this point. And they have all the instruments of national security state at their fingertips and they're, but they're in everything with the DEA, the DHS, the NSA and so on and so forth. And that they're acting amongst themselves as a team within a team that acts as a pretorian guard of the deep state. |
| 1:10:08 | C. Turner | Wow. Yeah. |
| | P. Byrne | Heavy. |
| | C. Turner | Yeah. |
| | P. Byrne | There's a book called *Code Over Country* that's… |
| | C. Turner | Okay. |
| | P. Byrne | …that, that, that's been out a year, a year and a half that you should, anyway. |
| | C. Turner | Okay. |
| | P. Byrne | But if you really want to get into the seriously, the nuts and bolts of the corruption, and they know how to act that way, they know that people like them, the guy who did this is a real, a Lenski-ite, and evidently they understand that they're visible to normies. They know that they're like sociopaths and that they're visible to normies. And then what they do is they, they keep a high enough element of soft-eyed boys. Soft-eyed boys are the actual believers and such around them so they can, they know that if… |
| | C. Turner | To soften. |
| | P. Byrne | …that, that the outside can see them for what they are unless they bury themselves in the midst of a bunch of these other people, and then they themselves try to stay bland. |
| | C. Turner | Yeah, that makes perfect sense. |
| | P. Byrne | Yeah, it's very sophisticated. |
| | C. Turner | Very sophisticated, as all of this is. So, do you, but you were talking about the, the Senate. Yeah, so. |
| | P. Byrne | Yeah, well, they asked me in 2006. And they knew I was not married, and they gave me a lifetime mission, they gave me a lifetime mission. They called me one day and they said, Patrick, there were seven senators, they said come in without a, no nobody, no lawyer, nobody. I went, I go in the room, there's seven senators. And they say, Patrick, we think you're right, there's some kind of corrupt force taking over the United States government. It's everywhere around us, we're supposed to stop it. We can't stop it, we can't tell if it's a foreign, some days it's like it's a foreign nation and some days we don't even know. And he painted this very horrible picture till I finally said, I know Chairman, it's what I've been saying, how do you even stop something like this? And he literally said we're gonna stop it cuz we have you and you're gonna stop it. These other Senators were like. |
| | C. Turner | No pressure. |
| | P. Byrne | Yeah, that's why you're here, Pat, that's why you're here. And they said this hasn't been, they showed me a letter, and the letter they said, this is gonna be sitting the rest of your life in a safe. And the letter says, the |

28

|   |   |   |
|---|---|---|
|   |   | first paragraph is about the Senate Judiciary Committee has the ultimate power to enforce blah blah blah, and we've become concerned about corruption. How did they phrase it, of a, systemic corruption, the federal institutions of our nation's government. And then in the next paragraph, they say the senate, United States Senate Committee on the Judiciary request that Patrick Byrne be shown extraordinary latitude under the laws of the United States of America to investigate and disrupt corruption within the government or something very strange like that. They said this has not been done since World War II, when an American had been, they were concerned about German sympathizers within the government, and they took a Wall Street guy who had a lot of contacts in government and asked him to become a German sympathizer. They said that's the last time we've done this. We're doing this with you. We might not be senators when you finish. We might not even be alive when you're finished, but your country needs you to do this with your life, Patrick. And this was a very bizarre speech, and, however, so [inaudible], I was actually close to… |
|   | C. Turner | Is it kind of surreal? |
|   | P. Byrne | I have to say it's one of two times in my life I've been completely flabbergasted. |
|   | C. Turner | Yeah. |
|   | P. Byrne | And they finished, they said no this is not a pardon, you can't go kill anyone but short of that this is gonna make it really unlikely any prosecutor ever touches you. So, I've always felt this weird assignment for 300 million people since that date, that I've gotta get to the bottom of what's going on. So people used to ask me in '07, '08, why did I, it was kinda my father used to say to me, you know, why are you running around like you're the sheriff, why is it your job to solve these problems? And I couldn't tell him. |
|   | C. Turner | Right. |
|   | P. Byrne | But he was dying of cancer and when he was, when he was near the end, I told him this is why I've actually been doing this for several years. Well, unbeknownst to me, he called Senator Hatch, he was in Utah, my father was in Utah, that's where the family was. He called Senator Hatch and Senator Hatch came over. And my mom has recently reminded of this, reminded me of this, Senator Hatch come over to the hou, the home, my father was there, and he was bed-ridden, he was dying. He sat and told him about this for an hour. And when he left, I came over, my father asked to see me and I came over a couple days later and he said boy, you're, you're, these guys must be in really deep shit for them to be asking you to do this, Pat. You've got to make this the most important thing in your life. This is even more important than being the CEO of Overstock, you have to put this first. They've got to be in really deep shit. I don't know exactly what Hatch told him, but that's what, so my father knew. |
|   | C. Turner | Wow. |

|          | C. Turner | Yeah, no cuz if we, if its violent, then they win. Because that's what they, its so much easier to take over your enemies when they're busy fighting each other. |
|----------|-----------|---|
|          | P. Byrne  | If they're, if it goes to violence [crosstalk] |
|          | C. Turner | Chaos is a breeding ground for usurpation [crosstalk] |
|          | P. Byrne  | This is what Xi Jinping will do. In every state the, in every place there's civil war, whatever side is the most ruthless, whatever group is willing to butcher other people, he'll, they'll pour support, that's how you tear a country apart. You pour support to the most violent elements on both sides so they spin up more and more and they wipe out all the softies. |
|          | C. Turner | This is the dialectic, right? |
|          | P. Byrne  | Yeah. |
|          | C. Turner | And if it keeps going towards the Omega point, which for them is the new world order. |
|          | P. Byrne  | Well, for the Chinese, its just that we're a carcass and then they occupy. And if you don't believe me… |
|          | C. Turner | Well, that's the nullification stage. |
|          | P. Byrne  | Look at, look at the thing I'm gonna send, I'm gonna send you Courtenay the Secret Speech of Chi Haotian. |
|          | C. Turner | Yeah. Well, I look forward to that. Maybe not. It might not be fun, but I think it'll be important to read. |
|          | P. Byrne  | Thanks for having me on this lovely… |
|          | C. Turner | Yeah, thank you so much! And yeah, tell everyone where they can find you, where they can get a copy of this and all that good stuff. |
|          | P. Byrne  | You go to Amazon and or Walmart or Barnes and Noble get *Capital Times Magazine*. There's talk of this article being turned into a book or even a movie. |
|          | C. Turner | Yes! |
|          | P. Byrne  | So, so you can do that, you can find patrickbyrne@locals.com patrickbyrne@locals.com. I gotta get back on my locals channel, I haven't been doing so much of late. I've been very busy of late. |
|          | C. Turner | You have, yeah. |
|          | P. Byrne  | I have. |
|          | C. Turner | Yeah, yeah. And I'm very grateful that you've spent this time with me today and thank you all for watching us. |
|          | P. Byrne  | Thank you, thank you Courtenay. |
|          | C. Turner | Thank you. |
| 02:22:48 | END       | |

RHB00846