# EXHIBIT 32



4:55 TELEGRAM

Courtenay Cancel

GR RM 11 Comments

**Patrick M. Byrne**

Courtenay was a great interviewer.

https://rumble.com/v3g3ay5-ep.-305-behind-the-testimony-of-americas-1-domestic-extremist-w-patrick-byr.html

https://twitter.com/PatrickByrne

**Rumble**

**Ep. 305: Behind the Testimony of 'America's #1 Domestic Extremist' w/ Patrick Byrne**

In this episode, Courtenay invites Founder of Overstock.com and Capitol Times Magazine's "#1 Domestic Extremist", Patrick Byrne, back to the show. Patrick shares insight into the latest Capitol Time's

👍 69 ❤️ 13 👎 4 15.1K 4:11 PM

SI J PR 8 Comments

6

1 of 2 Show as List