# **EXHIBIT 34**



**Patrick Byrne** @PatrickByrne

Subscribe ···

Hear hear.

> **AzPinkLady #SaveArizona #SaveAmerica** @AzPinkLady · Oct 8
> Replying to @v1rtu4lm3me5 and @LauraLoomer
> Of course it was planned. Our government knew in 2021 that the Biden crime family was negotiating deals with Iran.
>
> @RepJamesComer did you find an iranian transfer yet?
>
> ...
> Show more

ber 2021, I went back
with a group includi
, an old friend who le
was coming, and had
ld them I would relay
hink it would fly.

became aware of an additional situation. Hunter Biden was reaching out to the Iranian government in the fall of 2021 with the following offer: *You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other*

***Patrick, you are claiming that 18 months ago, the Biden Family was seeking a bribe from Iran to release funds frozen in South Korea, and to go easy in nuclear talks, and that the United States Government has been aware of this since December, 2021?***

100% correct.

2:00 AM · Oct 8, 2023 · **32.8K** Views

26 | 181 | 438 | 11

Post your reply — Reply