# EXHIBIT 35

# EXHIBIT 35



RHB00141