# EXHIBIT 36



RHB00148