# EXHIBIT 37



RHB00120



RHB00123



RHB00124