# EXHIBIT 38

## The StoneZone with Roger Stone Podcast (Nov. 13, 2023):

[SUED BY HUNTER BIDEN! Former Overstock CEO Patrick Byrne Joins Roger Stone in The StoneZONE (rumble.com)](#)

