# EXHIBIT 39

# SUED BY HUNTER BIDEN!
## Former Overstock CEO Patrick Byrne Joins Roger Stone in the Stone Zone

https://rumble.com/v3viewv-sued-by-hunter-biden-former-overstock-ceo-patrick-byrne-joins-roger-stone-i.html

Speakers: Roger Stone, Patrick Byrne

Date: November 13, 2023

| Minute | Speaker | Dialog |
|---|---|---|
| 0:00:01 | | ["Music"] |
| 0:01:03 | Announcer | And now, Lindell TV brings you the "Stone Zone" with legendary Republican strategist and political icon, and pundit, Roger Stone. Stone has served as a senior campaign aide to three Republican presidents. He is a New York Times best-selling author, and a longtime friend and advisor of President Donald Trump. As an outspoken libertarian, Stone has appeared on thousands of broadcasts, spoken at countless venues, and lectured before the prestigious Oxford Political Union and the Cambridge Union Society. Due to his four-plus decades in the political and cultural arena, Stone has become a pop culture icon. And now, here's your host, Roger Stone! |
| | R. Stone | Welcome, I'm Roger Stone, and yes, you are back in the Stone Zone. It is with sadness that we note the passing of President Donald Trump's sister, Maryanne Trump Barry, who was a distinguished judge, a former Assistant U.S. Attorney, a great woman. I actually tried to persuade Maryanne to run for Governor of New Jersey in 1989. I played a small role in her appointment to the Federal bench. Then-Secretary of Labor, Ray Donovan, during the Reagan administration, didn't seem to understand the role that Republican governors play in Federal appointments and patronage. He favored the appointment of another candidate. Yet I got the sitting New Jersey Attorney General, Irwin Kimmelman, and the Republican State Party Chairman, Phil Kaltenbacher, as well as Governor Thomas H. Kean, Sr., to appoint — to support the appointment of Maryanne Trump Barry to the bench. She was a great woman, may she rest in peace. And thanks to President Ronald Reagan for her fine appointment. Joining me today is an extraordinary individual, who I had hoped to have on the Stone Zone before this, but we could never quite get our schedules to mesh. Patrick Byrne is the former CEO of Overstock.com, but he's far more than that. He is an entrepreneur, he's a businessman, but above all, he is a patriot. In the interest of full disclosure, let me say that when my wife was diagnosed with extraordinarily aggressive stage 4 cancer, it was Patrick Byrne who used his enormous influence and range of contacts to make sure that my wife got the very best cutting-edge medical care available. And we will always be indebted to Patrick for that. Since that time, he has |

1

RHB00847

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | spent countless of his own dollars and his own hours in the fight for election integrity, in the fight for free speech, in the fight for the U.S. Constitution. There was a time early in the Trump presidency where I believed that Patrick Byrne might be a worthy successor to President Donald Trump. I still think that Patrick Byrne's greatest national service lies ahead. Joining us now in the Stone Zone, my good friend, Patrick Byrne. |
| 0:04:38 | P. Byrne | Roger Stone, Roger Stone, as always, you're too generous with your praise. And as always, it's good to see you, sir. |
|  | R. Stone | I am really delighted to do this. You are in Europe. I know that it's very late where you are. And therefore I appreciate your making yourself available. But I had to jump on this news. Politico yesterday reported that Hunter Biden is suing you, because you asserted on your Twitter, now called X-feed, that he solicited a bribe from the Iranians, essentially saying that he could get his father to lift sanctions on Iran in return for a bribe. They sue you, saying that this – you knew this was false, it was malicious, and so on. I know you. I know you well. I know you're a man who never says anything that he can't back up. As I said on Twitter, "Boy have they picked a fight with the wrong guy." And I fervently believe that. So, before we get into the broader subjects of the struggle to save this country, tell us what this is about. |
|  | P. Byrne | Well, what this is about, I suspect deep down what it is about is that Congress subpoenaed Hunter Biden in the beginning of last week. One of the things that they are - Congress is going to ask Hunter Biden about is some allegations I made in a magazine interview. I've sent you a copy of that magazine. I did a long interview several months ago in a magazine called "New Capitol Times" and the Capitol Times magazine – it's a new magazine. There've been three or four issues since then. But I told some stories about my relationship with Iran, and the Iranian government. And some things I became aware of, including that I had turned Hunter Biden in, in December of 2021. He was soliciting a bribe from Iran. And I know the deet. And I think what's going on is he doesn't want to be asked about this by Congress. So by filing a lawsuit against me, when they pull him in front of Congress, and they subpoenaed him last Monday, he filed this on Thursday, about three days later, but they subpoenaed him on Monday, and now when he goes in front of Congress and they ask him, "Are Patrick Burns allegations in this correct?" He's going to say, "Well, on the advice of counsel, because I'm now currently involved in litigation with Mr. Byrne, I decline to answer your question." And that's how he's going to get about aborting the answers. But the truth is, yeah, I don't need to spend two minutes on this. I won't lose two minutes of sleep on his lawsuit against me. It's – I have him dead to rights. It's – I will be calling federal agents who will testify. They already confirmed to me that the information I |

2

| Minute | Speaker | Dialog |
|---|---|---|
| | | provided was correct. The information I provided, to be specific, and it's in that magazine I've sent you. You got to open it on a – you can read a pdf – but would you like to know the specifics of the information I sent? |
| | R. Stone | I think it'd be – it'd be useful. I am going to get to read the whole thing tonight, but I know you well enough to know that you – that you would never make an assertion you couldn't back up. So – and truth, as you know, is an absolute defense. So yeah, tell us quickly the details and then we'll move on. |
| | P. Byrne | Quickly, the details as of August 2021, so just over two years ago, Hunter Biden was reaching out through an intermediary to the Iranian government, and making the following offer: "You Iranians, have, I understood it to be $8 billion frozen in a South Korean bank. My father will release it. My father, Joe Biden, will release it in return for 10 percent, $800 million being kicked back to us in a numbered account." And quote, "And if you do this, it will, quote, 'lubricate the other negotiations which have recently started between us,'" close quote. That was part of the message from Hunter to the Iranians. I happened to be – and so the – and that's how the Iranians understood him to be saying, if you will do this deal on the $8 billion with us, we will – with the Bidens and cut us in – then we will then as we negotiate the nuclear deal, which had recently just restarted over here in Switzerland, where I'm now, the negotiations had just restarted in Geneva and he was – the Iranians understood him to be saying, if you will do this deal and give us a tenth of the $8 billion, we will then do a deal with you on the nukes, where we're – he's basically suggesting, you know, you pay us $100 million, you keep 10 nukes, you pay us $300 million, you keep 20 nukes, or, I don't know what the pricing was, but what he was saying is if might – was in short, to summarize it in short, if – Hunter was sending to the Iranians the following message, if you will sign off, my father will sign off and release your $8 billion, Iranians, if you will give us a kickback of $800 million. And if you will do this, it will mean we're open to the same kind of back channel stuff when it comes to our nuclear negotiations. And I want you to know, I brought home, I'm not going to explain here the proof of this. It was received by the United States government, as I have unfortunately loath, as we're probably both loath to admit at this point, there was a period in my life where the U.S. government and I had a – had a relationship that is described in that article. I'm not a spy. I've never been a spy. I don't work for the CIA. But, I've described in that article I've sent you, the real nature of my relationship to the government and I've been allowed to do these things, or asked to do these things, all my life. And I brought this back, and they confirmed to me a week later, that this has been analyzed across the NSA, the this, the FBI, the this, that, the other |

3

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | thing, and it had all been confirmed. The person carrying the message, his voice had been identified. He had been tied as Hunter Biden's good friend. I think they're golfing buddies – may have been mentioned to me, or they were buddies from Georgetown. I didn't quite – told – they told me the connection between the messenger and Biden. It may have been they were buddies at Georgetown, or they golfed together now, or something like that. Anyway, the whole thing had all been confirmed within three or four days. So the U.S. government has been aware, since December 2021 that the Bidens were seeking bribes. Now the only – regarding that $8 billion of Iranian money frozen in South Korea. And if you – and they would release it in return for a tenth of it being kicked back to them. And if they would do this, it would lubricate the nuclear negotiations that had started between the U.S. and Iran. I've got no – I'll meet Hunter Biden in any court in the land. I'll have no problem not only proving that I did not think that was false when I said it, nor did I do it maliciously. I – there was no malice. I thought it was true. It was indeed true. And I'll be calling some federal agents who will confirm that it all checked out. So good luck to you, Hunter. |
| 0:11:32 | R. Stone | Yeah, somehow I just have a belief that this matter will probably never actually get to trial. But I do know Patrick Byrne is a warrior who will more than defend himself, should it become necessary. Patrick, I recall that your relationship with the FBI kind of started when you worked with them on Wall Street to help root out corruption there, insider trading, and so on. Isn't that correct? |
|  | P. Byrne | Yes, Washington Magazine goes into it. The truth is I have a lifelong relationship. And so you really gotta read that magazine. But because – it's too complicated. But, it reached – it reached a bit of a crescendo in the stuff regarding Wall Street, and '05 to '08, or '05 to '09, I was very much cooperating with – now, and this is hard because you are sworn to secrecy, and I've signed things that say it's 15 years if I ever talk about this, but this is a very strange time in America. I've already come out with a lot of secrets. I'm protecting more secrets than I'm sharing. But I'm releasing some secrets. And one of them is I had this relationship – I helped the FBI go after Wall Street, in the couple of years leading up to '08 and then in the year after it. And so, so anyway, this is not – I know this – so anyway – unfortunately you're never supposed to talk about this stuff. But unfortunately in the last four years, as things have happened, like the Russian collusion delusion and other matters, that I know a lot about, because I was part of it. For example, I was part of investigating Hillary Clinton. I know everything that happened. I'm inside the Russian investigation. I was inside the Clinton investigation. I know exactly what happened. And so I finally have put it in this magazine article, and spilled a whole bunch of secrets that are quite problematic. But I, you know, I've – |

| Minute | Speaker | Dialog |
|---|---|---|
| | | but we can go after each other in court, the DOJ and me, and I don't care. There's no way I'm going to keep this secret from the U.S. – Hunter Biden – so the kinds of secrets that are in that magazine article. And among those secrets is that Hunter Biden – and just about a month ago, Iran and the U.S. reached a deal. The only thing I got wrong was it turns out it was $6 billion in an account in South Korea, not $8 billion. But I had all the other details right. And I have –I have like really pretty clear – anyway, the U.S. government knows me very well, and knows that I'm not lying, and they've already confirmed all of this. They already confirmed all of it, and to be honest, I'll even go further. The 8 – the people who were dealing with me, who confirmed this all to me – that was one of three major things I brought them from, say, December of 2021 to June of 2022. I brought them – no for – yeah, that's correct. And I brought them that, plus three things that were so major that eventually they were called in, and this was a group of very senior people across the FBI and other government agencies, other three-letter agencies, and they were called in to Comey's office, not Comey, what am I saying – Christopher Wray's office – and Merrick Garland and Christopher Wray shut this whole thing down. And one guy got fired. One senior FBI guy got fired and one senior FBI guy, I think's gone into hiding with his family or something, and a bunch of them walked – because of the enormity of the four things I had brought them. They – people walked into Congress as whistleblowers, and I understand the first two were followed by 6 and then 20 and then 100. All these federal whistleblowers, the first quite a few of them were coming out of this group that worked with me. And I had brought them such radioactive information, that when they were shut down by Christopher Wray, they said "screw this" and they walked over to see Chuck Grassley, which was exactly the right thing to do. And now I understand there's hundreds of federal agents who've gone to see – Congress has told me they don't have enough people to debrief all the federal agents who are coming and telling them what's really going on in the three-letter agencies. |
| 0:15:34 | R. Stone | That's amazing. Patrick, you were one of the first one of the – go ahead Patrick. |
| | P. Byrne | Well I can tell you other – what those other like, pieces of information were, that that were so radioactive, that caused this, that caused this, this – this was an interagency panel, across a dozen agencies. It was a very powerful thing, it had been in existence for years – for four or five years – it started dealing with me, and was protecting me, and I started – it was sending me – they were sending me to obtain certain information, which I brought back. It was so radioactive that they actually – I understand they pulled the plug on this whole very successful interagency group. It was the hot ticket, and across a dozen |

5

RHB00851

| Minute | Speaker | Dialog |
|---|---|---|
| | | agencies, all the patriots wanted to get on this one interagency group, and they've disbanded the group and scattered it. Agents who were part of this and knew the secrets that I had to say, were reassigned, scattered and reassigned across the USA. That's why a bunch of these people went into Congress. So it's really serious stuff. I'll give you some more of it concerns your friend Donald J Trump. You want to hear one that concerns Donald J Trump? |
| | R. Stone | Absolutely. We love Donald J Trump, so let's hear what you have to say. |
| | P. Byrne | You know how, um, Perkins Coie – was it – Perkins Coie? Yeah, well they were prosecuted, unsuccessfully, by Durham for having – they had a couple computer scientists down in Georgia, who were getting on a Russian bank's computer – called Alpha Bank – and they were getting material and hacking into Trump's computer, and planting it on Trump's computer, as a way to try to tie him to Russia. This was in late 2016. Do you remember that case, that they were trying to prosecute last year? |
| | R. Stone | Not only that, but the Congress was getting a federal grant to pay for it. It was quite extraordinary |
| | P. Byrne | Well here's even more exciting news, and this will really – I understand this turns out to be the most radioactive, of a lot of things I brought. They were not only doing that. They were going out and getting kiddie porn. And they were getting kiddie porn off a Ukrainian server to plant on Donald Trump's email server. And I have all the forensic evidence that they had done so, that they had done this work. Oddly enough, my – some of this is coming from a – well, there's a group of – I'm familiar with the world of hacking and the dark web and the deep web – and there are people in that world who know that they can talk to me. And they sometimes get me stuff, and they got me this stuff. Hardcore proof that it had been done. I heard from John Durham, since all that's done, I'm gonna – no, I'm not keeping the – all my life I've kept secrets, and I intend to keep secrets, but they're just some – this is like our country's existence. So I wanna tell you, I heard from John Durham, through an intermediary, that over half of the evidence I have, has come from you, Byrne. I had so much evi – but anyway, I turned that in; and I would – before I went to pick it up, I was told, "Look – I've been approached by some people who have some very explosive information. I don't know what it is. And I don't know if it's snuff films. I don't know if it's nuclear weapons. I don't know what it is. Whatever is on that hard drive, I need to be inoculated for." And there's a very formal federal process where they let you know, they sign paperwork, and okay, you can now – no matter what's on that hard drive. And I picked it up, and I go, and I had to recover – I don't go into all that details. And I brought it back. Well, I recovered it, and it had kiddie porn. And I had never seen |

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | kiddie porn, and I'm not going to tell you a thing about what I saw, other than to say it's different – different than I had expected. I saw two pictures out of thou– I mean it thousands – I saw two. So I understood what it was. And I think any federal agent who works in that field of kiddie porn, deserves a gold medal for every day they don't just go out and shoot the targets of their investigation. It's the most unbelievable, I don't even want to talk about it. It's the most traumatic thing I've ever seen my life. I cannot – and it's quite different than I expected. They were trying to plant that on Donald Trump's email server at – Perkins Coie was – and we have the complete forensics on that. So, that's just the second thing. Hunter Biden was seeking a bribe from Iran. And we're saying, if you would do this, we'll – it will lubricate our nuclear discussions. And secondly, Perkins Coie was getting – had their people getting kiddie porn to plant on Donald Trump's server. And this was all I've got – we got the computer forensics that show the latter. We have other evidence that's confirms the former. So, that's pretty – I understand that that was so – in particular the kiddie porn stuff – was so explosive, that I understand that's actually what sort of burned a hole in the FBI and caused them to, like, disband this team and send people home and fire people. And that's when people went to Congress. |
| 0:20:28 | R. Stone | Okay Patrick, we're going to go to a quick commercial break and we will be right back. Stay right there. We'll be right back with Patrick Byrne. |
|  | M. Lindell | [Commercial] Hello everyone, I wanted to get in here and interrupt this great show by my great friend Roger Stone, and what we have is we have the best special ever exclusive to Lindell TV, and that is we have the – everybody knows the towel sets, right? That's a 6-piece towel set. If you go down to the radio podcast, we've got, we've got our – right there they are. $29.98, we're closing them out. We're closing out the towels. We have our new shapir long staple, our new design on the right there, those that were – those are on sale too. But what the exclusive for, for our listeners and anyone watching Roger's show here, you get – there they are. We're closing these towels out. Once they're gone, they're gone. They're only, I believe there's three colors left. 6-piece towel sets. This is what I wanted to do to help out all our great hosts here, and Roger's one of the best. So use the promo code STONE and you get it for $29.98 for a 6-pack set. Otherwise you call this number, 800-858-0402, use that promo code STONE and my operators are standing by. You're helping My Pillow. You're helping yourself with these great products and you can keep watching Roger's great show here on Lindell TV. I'm excited to announce that you've all made My Pillow 2.0 a huge success. And with your amazing support, we've been able to expand My Pillow's USA manufacturing and jobs. And to make room for this, we're clearing |

7

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | out a line of our percale bedsheets. And to thank you, I'm bringing them to you at closeout prices. Use your promo code and you get my king size for only $39.00 a set. Queens $35, fulls $29, and twin size just $25. I've interrupted this commercial to let you know that we've received the last two shipments of these percale bedsheets. And because of this, I've been able to add more colors, sizes and even prints, and they're still at closeout prices. So go to mypillow.com or call the number on your screen now. Use your promo code and you'll get my king size only $39.00 a set, queens $35, full $29.00, and twin size just $25. Order now. Once they're gone, they're gone for good. |
| 0:24:00 | R. Stone | Very special thanks to our friend Mike Lindell. Mypillow.com fuels this show, so please take his lead and go to mypillow.com, and when you do use promo code STONE. Promo code STONE. Whether it is the revolutionary My Pillow 2.0, or the dog beds or the pet blankets, or any of the great products at mypillow.com. It's a two-fer folks, you help Mike Lindell, the country's leading free speech and election integrity advocate. You also help us right here at the Stone Zone. Please go to mypillow.com and when you do use promo code STONE. Do all your Christmas shopping there. Just, if you're just tuning in, this is the Stone Zone. I am Roger Stone and we're talking to Patrick Byrne, who is not only a cultured gentleman, a true patriot, a libertarian like myself, but a man who's been incredibly honest about the Russian collusion hoax, the events of January 6th, the last election, and broke into the news on Friday when Hunter Biden sued him for what he has just told us are his accurate claims. He claims they are accurate, I believe him. That Hunter Biden sought to – sought a bribe to get his father to lift Iranian sanctions against that country. Patrick Burns now rejoins us in the Stone Zone. |
|  | P. Byrne | Good to be on. |
|  | R. Stone | Patrick, you were one of the first people in the country who knew that the – that the claims of Russian collusion were a complete hoax. How did you figure that out? And it's amazing how many in the mainstream media sought to avoid talking to you, because, well, I think you had the goods. |
|  | P. Byrne | Oh, there's a cone of silence on me. More than any – anyone else. You know, just before I answer your question, I'll tell you a quick story. Lynn – Lynn – Liz Cheney, when she opened the J6 hearings, I tweeted this video recently, I'll send it to you. The hearing, she opens and she says, "And on the day of December 18th, the Oval Office was penetrated by General Michael Flynn, Sidney Powell and someone else. It's like they are afraid to say my name. There are other examples in Congress where Democrats are afraid to say my name in Congress. They don't want me centered. They don't want anyone listening to me. I knew the Russian collusion thing was a hoax because I met Maria Butina, the redhead Russian intellectual. Now, |

8

| Minute | Speaker | Dialog |
|---|---|---|
| | | according to the FBI and Peter Strzok, that all started Jack Flash – Jumping Jack Flash. Whatever – what was the operation called? Whatever it was called, in the FBI, started in July of 2016. |
| | R. Stone | Crossfire Hurricane. |
| | P. Byrne | Crossfire Hurricane got started in July of 2016. That's a flat lie. I met Maria Butina in July of 2015. I reported Maria Butina in the day I met her. The Feds were all over her, by the next day. The Feds were all over her by the next day. She approached me and she asked me to come to Russia to give a speech, and then go and – in the Central Bank – and then go to meet some very powerful people within Russia. And she had this message for me, and she wanted to escort me to Russia. I – unbeknownst to her, I have a security clearance. I had a security clearance. I don't worry about it anymore. But I – I would say I've outgrown it, but it became kind of obsolete. Anyway, I had the security clearance at the time, and I said – I – I had to, of course, report that an attractive Russian woman had approached me with this pitch. Well, that was, just so you know, that – do you remember in – your friend Donald J Trump, as a candidate, gave a speech in Las Vegas in July of 2015 at Freedom Fest. And at the – at the last day gave the keynote. Do you remember that? And Maria Butina stood up, asked him a question. |
| | R. Stone | I do, I remember that. |
| | P. Byrne | I met her three days earlier, had her reported, the Feds were all over her. When she asked Donald Trump that question, the Feds were all over here the entire time she was here. I'll give you a story that's in that magazine. They had me – so she was living with some Republican guy, and I let them know, "Look, I'm not going to engage any further until you guys give me a green light." They gave me green light, and so then I met with Maria again, and we immediately started having an affair. Just so you know, I'm single, never been married. She's young and single. She was living with some Republican guy in Washington, so who cares? Not one – one slice off a cut loaf is never missed, as they say. You know, Roger? So, we start having this affair where like once a month, every two months, she would pick some city, and I'd send her a ticket. We'd fly there, we'd meet there, we'd have a little three- or four-day tryst. But it let me keep tabs on her, and let them know what she was doing. And they were allegedly doing this in preparation to decide whether – I was saying that she's actually quite an impressive person, and she should be talking to somebody. And they allegedly were considering that. But in the meantime, they had me doing things like, for example, Chris Christie – you'll love this story – Chris Christie reached out to me. He said that he's – um, he was a candidate, he said, "I'm going to be in New Hampshire, and I'd like to meet you, Patrick Byrne." And people associate me with New Hampshire, which is where I'm originally |

9

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | from. So, the – my federal, the federal authorities told me, "Bring Maria Butina with you to your Chris Christie meeting." When she reports it in Moscow, it'll make your stock go up in Moscow. |
| 0:30:00 | P. Byrne | So I went. I picked her up in New York, I went to New Hampshire. I went and spent an hour with Chris Christie, and for the last five or ten minutes, I brought in Maria Butina, per their instructions. They used that to get a FISA warrant on Chris Christie. There was another – there was another time – they were – I could have told you in November of 2015 what they were doing was they were setting up a hoax scandal on the Republican Party. That they were – she was trying to build contacts into the Hillary, Cruz, Rubio, or Trump campaign. Turns out she did meet somebody in Hillary, and the Feds gave Hillary a prophylactic briefings to keep her away. But then they kept on – she kept on swimming around, trying to meet Rubio, Cruz and Trump people. And they said, "Let it play." And I was saying, "Are you sure?" And they were saying – to the point that even at one point, some bigwig – may have been you for all I know – somebody was setting up a meeting between her and Don Jr. in a hotel. There was a Christian conference of some kind, in the south. There was a big hotel – she was going to stay across town, and Don was going to be taking out the back of his – some bigwigs and Republicans were setting it up. They were going to take Don to go meet her. I reported this, saying "What do you want me to do? I'll – I'll whisk her off to the Bahamas for the weekend. I'll get her –." And they said, "No, let this happen." Well, they would never let that happen. It just so happens that it – it did not occur, but only – they ended up having a small dinner with a dozen people or something. But they never had the private meeting. But I had figured out by November or December of 2015 – 2015, not '16. But what they were doing was they were setting up, I called it – in my head – I called it "Can o' Russia Scandal." I knew that they were building a scandal. And they were letting her swim around. And they were they were building this Russian scandal on the Republican Party, and some day they were going to take that off the shelf. They were gonna shake it up, crack it open, and spray scandal all over the Republican Party. I could have told you in December of 2015, that's what they were doing. They only admit that they met her in the middle of 2016. They are flat lying. They were all over her from the summer on. In fact, I've recently learned information that suggests they were actually on her even before that. So the whole – so I knew the whole Russia thing was being cooked up. I knew in December of 2015 they were cooking up some kind of fake scandal on the Republican Party dealing with Russia. I didn't know what, but I knew something like that was going on. And that's when they had me – that's when they came to me and said, "We need you to set this Maria Butina stuff aside. We got |

10

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | something more urgent for you to work on. You have to bribe Hillary Clinton for us." I'll tell you that story if you want, but I don't – I – I know I'm skipping around a lot. What do you what do you want to talk about? |
|  | R. Stone | That's exactly where I was headed. So you have written, and I've read, and I've heard you talk about this, you were directly involved in an effort to bribe Hillary Clinton, in an effort to compromise her. What that indicates to me is that we have a – a nonpartisan deep state. A – a uniparty government, or actually a no-party government, in this case interested in having some blackmail material on any person who may become President. Tell us the back story on this. |
|  | P. Byrne | Yeah, the back story on that is they told me, "Patrick, there are two groups" – so this conversation was, say, Thanksgiving 2015. They said. "Two groups in the FBI are investigating Hillary, Patrick. The email group – and that's a whitewash – but there's a group of agents in New York going after the Clinton financials, and they're serious. They want to get them. Comey has been blocking any aggressive investigative techniques, meaning setting them up, on the grounds that there was not enough predicate information." And what all this means, they explained to me the legal theory. If I – even go look at it – there was not. However, something had happened that made it – the agents in New York were able to force Comey to sign off, and approve setting up a sting. "And Pat – Mr. Byrne, that's – they're asking for your help. They – there's another country that is believed to want to bribe Hillary Clinton, and we want you to befriend that country's government. Find the bagman and arrange a meeting for him and Hillary Clinton sometime in the next two months." And I said, "Arrange a meeting?" and the senior Fed said, "This simple, Patrick – somewhere in the world, there's gonna be a room. And the bagman from Azerbaijan (it was Azerbaijan) is gonna go into that room, and Hillary Clinton's gonna go into that room. They're going to be in that room alone for ten minutes, and then they leave. You make that happen any way you want. You got two months." And I will leave your – for your tender young ears, Roger, I'm not going to explain how one goes or befriends a government like Azerbaijan, and convinces them that you are the kind of man who can and will do things like that. I'll leave that to your imagination. But I can promise you on January 14th, 2016, in a hotel in Washington, DC, Hillary was on the 8th floor, her assistant was on the 5th floor. This was all worked out with Hillary. The bagman – she had a limousine at 9 am. The bagman was brought in at 8:30, and brought up to the assistant's room. At 8:47, Hillary goes – 8th floor goes like she's going to the elevator to go to the ground floor, but she gets off at the 5th floor and goes into her assistant's room. Her assistant stood outside the door. Hillary and the Azerbaijani bagman met for ten minutes in that hotel |

11

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | room in DC, and then Hilary goes out, goes to the lobby, gets in her limo. She's gone by 9:02 – does not show up in her schedule. But it happened on the morning of January 14th, 2016. What's most important about that, though, is what happens next. You wanna – you following me? You want me to – or you want to field any questions? |
|  | R. Stone | No, continue. This is – this is incredible. You are an international man of mystery. I've read about your comments on this, but my viewers have not, so please continue. |
| 0:36:00 | P. Byrne | Well, if you read that magazine I sent you, you're going to have material to keep you busy for a month. What's – if what happened after that is the key to understanding what's happened in the last eight years, Roger. After that, I met a few days later, and I was told I had to forget the entire thing ever happened. And I was like, "Why?" And, they said, "Look, it's been re-analyzed again. Nothing – nothing's gonna stop Hillary. She's gonna be President, and nothing can stop it. So first thing she's going to do once she's in office is send her goons over to the FBI and ask 'Who was part of investigating Hillary?' and they're – and they're gonna destroy us. And that's – that's us." (There were two of them there.) "And that's us. And our chain of command. And this includes you, too, Patrick. So this whole mission has been scrubbed, from the very highest levels. You got me?" And I said, "Yes, sir." But what really – |
|  | R. Stone | Go ahead. Folks, you can go to – you can go to deepcapture.com to read this entire magazine article. It is truly formidable. I've read and heard you speak to many, many parts of this. I think you just made a key point, which is the government was interested in compromising anyone who might be President. And then of course, it appears they changed their mind, since Hillary's election was a certainty. Patrick, here's –. Go ahead. |
|  | P. Byrne | Let me give you the punchline to that story. And the punchline is so – I tried to tell this to your friend, DJT, that famous night we met, but some lawyers intervened, and he was tired, and I – I couldn't get it across to him. Two weeks later, I met with them again, and they were there along with a personal representative, the personal representative between Comey and Brennan. There was, at the time, a guy representing both, and he was in the rooms. There were three of them. And I was told, "Byrne, you've got to forget this. We mean it." And I said, "What do you? – this isn't sitting well with me, guys, we have her. We have her dead to rights. You can have her indicted next week. We got everything you need." And they said, eventually, after some hemming and hawing, this is what I was given to understand. And Roger, if you'll listen to the next 40 seconds, you will understand the last eight years in a whole new way. Or maybe you will just say, "Oh, that's just what I thought." When they told me – it was Patrick – at this – so this is the first week of February 2016. They said, "Patrick, |

| Minute | Speaker | Dialog |
|---|---|---|
|  |  | at this point, President Obama has his people across the federal bureaucracy. But especially the Department of Justice. The information about those – Hillary is going to be President for eight years, and nothing is gonna change that. But think of it this way, while she's President, think of there's being a Bunsen burner in the heart of the DOJ." (You remember your high school chemistry, what a Bunsen burner is? You know the burner, that you cooked with in chemistry?) They said, "Patrick, there's gonna be a Bunsen burner, and the information about the bribes you know about, is going to sit on that Bunsen burner. The hand on the Bunsen burner is gonna be one of Barack Obama's people. If Hillary is a good girl and defends Obamacare, that flame stays low. If she's a bad girl and thinks for herself, that flame gets turned up. That way, Barack Obama is going to manage Hillary Clinton for the eight years she's President. Then she steps down and Michele's gonna run. And Patrick, that's the plan." I later was to learn that this plan was called – I'm looking for a prop – "Operation Snow Globe," you know, like a Christmas kids' snow globe? Snow Globe. Brennan and Comey, and apparently Obama, wanted Hillary in a snow globe for eight years that they could own and rattle her world. My bribe was the bait to lure her to step into her snow globe. And, this has all been – let me tell you – William Barr sent people in June of 2020 – so – so first I walked into the DOJ in April of 2019, and laid this all out. And they were shocked. And by June of 2020 – and well, first ten days after I laid it all out, is when they announced the Durham Commission. By June of 2020, they were sending people to me. They had found it all. They had found the proof of the bribe, they had located the numbered account in Azerbaijan, with $18 million in it that went in just the week I said they would find it. There was one more – do you know about the rape and murder of Maria Butina? |
| 0:40:14 | R. Stone | I do not. Though should I? |
|  | P. Byrne | Oh! This is a little risqué, but this is the – this is the – the grand crescendo of it all. I uh, I had been, unbeknownst to everybody – this story is very convoluted. I'm trying to simplify – unbeknownst to everybody, I've been actually told, to infiltrate the deep state by the Senate Judiciary Committee in 2006. There's a letter that was written for me. It's in the files of the – of the Senate Judiciary Committee. They've not done this since World War II. But they told me – and the great – the details were all in that magazine article. But they told me in World War II there was concern of German infiltrators or sympathizers in government, and an American with a lot of government contacts had been asked to become a German sympathizer and try to flush them out. And – and it had not been done since then, but they were showed – they showed me a letter that says I cannot be prosecuted in the United States of America. And they told |

RHB00859

| Minute | Speaker | Dialog |
|---|---|---|
| | | me to infiltrate the United States government and find and disrupt the deep state. The whole dialogue, word for word, is in that magazine article. So – and they literally – so there's the – and so they literally gave me this big speech. Grassley and Leahy were there. Arlen Specter, um Kit Bond, Orin Hatch, a whole bunch of Democrats and Republicans were there. And they said, "Our country, Patrick – the Senate Judiciary Committee's the ultimate bulwark protecting the Constitution, because we investigate corruption. And we get to look into corruption anywhere we want, and no one gets to tell us to stop. So we're the ultimate guardian of the Constitution. We think you're right in what you're saying, there's some kind of deep corrupt force taking over the United States government. It's our job to stop it, but we can't stop it. And this – and they gave me all these –they laid out this whole ugly image, until I said, "I know folks, this is what I've been saying. How do you even stop something like this?" And they said, Chairman Specter said, "But we're gonna stop it 'cause we have you, and you're gonna stop it." And then – and they basically said this – that the country needed me to do this with my life. I'm single, rich, don't have any family, why the hell not? And I agreed to do it. So now skip forward ten years to the scene I just painted. I was in a room with three federal agents. Senior guy, who had just had me bribe Hillary Clinton successfully, or facilitate it, and then after it happened, it turns out it was also Barack Obama, so they say. Or at least Brennan and Comey, could blackmail Hillary. And it seemed like the plan was we're gonna have 24 years of Obama. Obama was just finishing, then eight years of Hillary under Obama's thumb, and then Michelle. Would you not agree, if I've described that letter in that conversation with Senate Judiciary correctly, that that counts as the systemic corruption taking over the United States, just as they had told me to look for, you would agree with that, I assume? |
| | R. Stone | I would agree with that entirely. Of course, a lifelong friend of Senator Arlen Specter, who was a man of enormous integrity. |
| | P. Byrne | Wasn't he? He was a wonderful man! |
| | R. Stone | He was a great man. Some attack him as a RINO. They don't understand. He was the District Attorney of Philadelphia. Arlen Specter was essentially a cop. He was 100% honest. Okay, we're going to – I think we're ready here for a commercial break, is that correct? All right, we're going to go to a break and we'll be back with the international man of mystery, a truth teller and patriot, Patrick Byrne. |
| | M. Lindell | Hello, I'm Mike Lindell, and I'm excited to announce my new product, My Coffee. I get products all the time from entrepreneurs for my new platform, mystore.com. And when I tried My Coffee for the first time, I was blown away. It is the best coffee I've ever had in my life. I spent the last four months doing my due diligence, and this |

| Minute | Speaker | Dialog |
|---|---|---|
| | | family-owned business micromanages every step, from the fields to the cup, to ensure the best quality coffee you're ever gonna have. It starts with the beans that are grown in Honduras. Honduras's volcanic soil and humid climate make the perfect growing conditions for coffee plants, which produce the best beans ever. Then each batch is tested for its aroma, taste, and other aspects to meet the highest standards in the coffee industry. And after that it goes into production, which is all done right here in the USA. It's like you're getting that small batch specialty coffee, but delivered right to your front door. So go to mystore.com or call the number on your screen, use the promo code and you'll get your very own My Coffee for 25% off. You guys all know that I've traveled the country for the past year and a half. I've stayed in hundreds of hotels. I've tried every coffee out there. Well, some of the coffees have that terrible aftertaste. Some that leave me jittery or I get an upset stomach. Well, My Coffee is different. It's the richest, smoothest, best coffee I've ever had. My Coffee comes in a variety of flavors. You get them ground or whole bean. Plus, it's certified organic and non-GMO. I guarantee it will be the best coffee you've ever had. So go to mystore.com or call the number on your screen, use your promo code and you'll get My Coffee for 25% off. And I'm going to give you deep discounts on all My Store products. That's mystore.com. It's my new platform for USA entrepreneurs. Please order now. |
| 0:45:56 | R. Stone | This is Roger Stone. You know, Winston Churchill loved a good cigar. So did Jack Kennedy, Mark Twain and other notables. Whether you're an occasional cigar smoker or a regular cigar smoker, you need to know about My Patriot Cigars. These are premium, handmade cigars out of Nicaragua, made with 100% long filler tobacco aged at least three years, to give you the best possible smoke. Go to mypatriotcigars.com and use promo code STONE and you get 15% off. There's also free shipping for orders over $100. Every box of cigars comes with a $10 e-gift card for your next purchase. Yes, it's a premium smoke for freedom loving patriots. Go to mypatriotcigars.com, and don't forget to use the promo code STONE. There you go, folks, please go to mypatriotcigars.com. Now we have a special, it's now 25% off. These are premium long leaf Nicaraguan cigars. So whether you're a, a, a habitual cigar smoker or an occasional cigar smoker, these are extraordinary premium cigars. There are four different flavors, four different blends, something for every taste and palette. Please go to My Patriot Cigars now, and when you do use promo code STONE. Alright, we are returning with Patrick Byrne. Patrick Byrne is a – you can see that– is a – is a selfless patriot, the former CEO of Overstock, a man who has spent enormous time and his own money fighting for an honest election. |

| Minute | Speaker | Dialog |
|--------|---------|--------|
|  |  | Patrick, PBS said you were the kingpin of the election integrity movement. To me, that seems like a high compliment, not a criticism. |
|  | P. Byrne | That's high praise, I love it. Yeah, they'll regret saying that someday. |
|  | R. Stone | So, I knew – I know you have made us an extraordinary documentary on this. You have spent a lot of time and money across the country. Tell people what actually happened in America on November 3rd of 2020. |
|  | P. Byrne | Oh, okay, it's really simple. There's a lot of smoke blown. There does not have to be widespread election fraud, in America, to steal an election. Here's why. On Election Day, we don't have one election. There are 3,000-ish counties in America. And we have 3,000 separate elections. Each county runs its own election. Then they get totaled. What that means – and then because of the Electoral College system – there are some swing states, 13 swing states. Of those swing states, six of them have a city that is essentially two-thirds of the state. So, Las Vegas, Nevada, two-thirds of the votes in Nevada are there in Las Vegas. Arizona, two-thirds of the votes of Arizona are in – in Maricopa or Phoenix, and so on and so forth. So what that means is to steal the election, you don't have to cheat in 3,000 counties. You cheat it like crazy in six, and you – you cheat like crazy in those six counties, and those six cities, and it flips those states, which flips the Electoral College, which flips the White House. So to back that up, to steal the White House, you don't really need to cheat in 3,000 places. You need to cheat in six. And what happened on November 3rd on election night? For the first time in U.S. history, a bunch of places shut down the counting of ballots. And what places were they? They were the six cities that I just mentioned, that have that special electoral property, happened to be the six ones that – and – in one of them a water main broke. Haha. And so they had to shut down. Yeah, there was a different reason in each of the six places. But in all six places, they suspended counting. That's 'cause that's where they stole the election, in those six places. Now the machinery comes into it as well. And you're going to hear – what people are going to learn eventually is that, what Sidney Powell had to say in her filings, and I don't know how your feelings are about Sidney. Sidney doesn't – we rode together, but we went our separate ways. I don't think she's too fond of me. But that's not – but at the end of the day, Sidney Powell filed some things, they were rushed, and she didn't do her homework, and she didn't do all her research, and they weren't well written. But her fundamental story was true. America is going to find that – that the fundamentals of her story were true. This industry has election equipment. Its roots on the software side are in Venezuela, in a company called Smartmatic. And I can walk through that whole history for you. But ultimately, when you're voting in America, you're voting on software junk that was written in Venezuela, and the |

| Minute | Speaker | Dialog |
|---|---|---|
| | | Smartmatic machines are assembled in Taiwan, where they put labels on them like Dominion, or something. But they're assembled in Taiwan. And they are assembled out of components that come from mainland China. The motherboard, which is like the frontal lobe of the computer is the motherboard, comes from a CCP plant in China. So you're voting on hardware that was made in Communist China, and software that actually has its origins in Venezuela. When you vote in America. And our intelligence community missed this. |
| 0:51:30 | R. Stone | Quite, quite extraordinary. Patrick, what are the – what are the chances of America having a free, fair, honest and transparent election in 2024? |
| | P. Byrne | 0% if it's on the machines. These machines, I am now totally confident, none of these machines are trustworthy. None of them can be voted on. We have to do what we've been teaching the rest of the world to do for decades. We have these principles. We teach them in Burma, how to run an election. And there's a really simple way to do it. On pencil and paper, and in every precinct there's real basic rules that, you know, first you have Voter ID. Elections are one day. Ballots are counted at the precinct level. You never – once you start moving ballots around, that's where all the mischief comes in. So the – America teaches this to the world, but we violate it ourselves. They – what we teach is a system where there's a clear plastic bag and a stand, up in each precinct, and a person goes up and drops in their ballot. And if somebody doubts somebody for – anyone from the town can sit there and see how many people went out and voted today, dropped it into this clear bag. At the end of the day, they – 7 pm, they close it. They count – they count them, and it's all done transparently. They count them. And if 147 people came in and voted, there should only be 147 ballots in that that bag. And there's a whole system we teach it. How you count up all the votes. It gets – it gets written down – both parties, both parties sign it. It gets taped up and put in the bag. Gets sent to county, but you have in three hours, the whole nation is done. And there's not a piece that can be challenged. It is transparent. It can all be – and it can be done in three hours. It's when you introduce these computers – these computers don't save any time. They are a tremendous expense. And they make the thing last two or three weeks. And most importantly, they make it a black box, so you can't tell what happened inside, so nothing can be – and in addition, the computers that we're running on, it's all based – it's legacy products that come from a company called Smartmatic, which is absolute junk. It's – it's some Venezuelan guys – want me to tell you the history real quick, or in like 60 to 90 seconds? Or do we not have time? |
| | R. Stone | No, go ahead. We have – it's about how much time we have. So go ahead. |

17

| Minute | Speaker | Dialog |
|---|---|---|
|  | P. Byrne | A smart – Hugo Chavez got to power. He sent – sent – there were three young Venezuelan software engineers who had a little company of their own called Bizsofter, I think, sent them to Florida. They opened up a company. They install – they filed in Delaware, a company called Smartmatic. But it was three Venezuelan engineers with Venezuelan money. They – they – they came up with a system to rig Hugo Chavez's 2004 referendum. He put in a bunch more money. Smartmatic went on and developed, and then through a series of corporate mergers and acquisitions, and licenses, and divestitures, and bankruptcies and this, that and the other thing, that software ended up as the core operating system of ES&S, Hart and Dominion. Now Dominion claims in '08, er I'm sorry in 2018, they rewrote some of this code. It doesn't matter. And I happen to know for a fact it's all – it's all – I'm really deep inside this technically now. It's all Smartmatic. It's – it's all Smartmatic and Dominion code working together. They're – they're lying if they say they've taken out the Smartmatic. That code was all – comes from Hugo Chavez, and ultimately Smartmatic doesn't even own it. It's owned by a bunch of Venezuelan businessmen. So the, you know, and the other side, when they fight this, and they say, "Well, Smartmatic's not Venezuelan. Look, it's a Delaware company." Yeah, it's a Delaware company formed by three Venezuelan immigrants to Florida using Hugo Chavez's money. Yeah, it's not a Delaware company in that strict sense, but it's, you know – you see – you know how they dance around the truth. So, this is all gonna come out. I've got no fear. Sidney Powell's going to turn out to have been correct about the whole thing. She went off a little half-cocked, didn't do her research, and didn't have it fully done. I have it fully done, and the worst stories you heard out of Sidney Powell back in the fall of 2020 are gonna turn out to be the truth. |
| 0:55:32 | R. Stone | Alright, we have to leave it there. Patrick Byrne, my friend, outstanding patriot, and truth teller, thank you and God bless you for joining us on the Stone Zone. |
|  | P. Byrne | It's my honor, Roger. Thank you. Good to see you so well. |
|  | R. Stone | Thank you. Alright folks, we're done for the day. This is Roger Stone, and I am proud to bring you the Stone Zone every day, five days a week, at 5 o'clock Eastern Time. At rumble.com/rogerstone. Until tomorrow, God bless you, and God's speed. |
|  |  | ["Music"] |
| 0:56:48 |  | [End of recording] |

RHB00864