# EXHIBIT 40



RHB00108



RHB00131



RHB00132