# EXHIBIT 41






Roll over image to zoom in

Read sample | Audible sample

**Follow the authors**

# Danger Close: Domestic Extremist #1 Comes Clean Paperback – February 15, 2024

by Patrick Byrne (Author)

4.8 ★★★★★ 501 ratings

See all formats and editions

A narrative seamlessly blending entrepreneurial prowess with covert government operations. As the visionary founder of Overstock.com, Byrne, once lauded as the "National Entrepreneur of the Year 2011" and hailed as the "Messiah of Bitcoin," reveals an astonishing twist in August 2019—his role as a secret operative for the U.S. Government.

This memoir lays bare Byrne's integral involvement in the "Russian Collusion Delusion" and the Clinton Investigation, exposing them as deceptive maneuvers orchestrated on an unsuspecting public. As the story unfolds, Byrne becomes a national lightning rod, branded the "kingpin" by PBS in 2021 and identified as the Department of Homeland Security's top domestic threat in August 2022.

Byrne comes clean on the intricacies of his covert life, challenging perceptions and unraveling the delicate balance between public persona and clandestine operations. Unveiling his second life with the U.S. Government, from facilitating a bribe for Hillary Clinton to romancing a Russian spy, Byrne argues that these were early elements in a Deep State soft-coup against America, culminating in the alleged rigging of Election 2020, challenging fundamental principles of just governance.

Brace yourself for an explosive memoir redefining trust, challenging conventional wisdom, and reshaping the boundaries between government, business, and individual truth.

^ Read less

Report an issue with this product or seller

| Print length | Language | Publication date | Dimensions | ISBN-10 |
|---|---|---|---|---|
| 179 pages | English | February 15, 2024 | 6 x 0.41 x 9 inches | 196310210X |

Add Prime to get **Fast, Free delivery** prime

| | |
|---|---|
| Kindle **$9.99** Available instantly | Audiobook **$0.99** with membership |
| Hardcover **$22.13** | **Paperback** **$16.99** |

Other Used and New from $13.00

Delivery | Pickup

**Buy new:**

-10% $16.99

List Price: ~~$18.95~~

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Tuesday, November 5** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, November 1**. Order within 2 hrs 36 mins. Join Prime

Delivering to Monrovia 91016 - Update location