# EXHIBIT 42



RHB00107