# EXHIBIT 43



← **Truth Details** Trending

**Patrick Byrne**
@realPatrickByrne

Patrick Byrne's Explosive Memoir "Danger Close: Domestic Extremist Threat #1 Comes Clean" Unveils Shocking Government Corruption

Former Overstock.com CEO, Patrick Byrne, exposes a web of corruption within the U.S. government in his tell-all book, to be released by Defiance Press in February 2024. General Michael T. Flynn's prologue sets the tone for Byrne's alarming revelations, while Maria Butina's preface details her wrongful persecution. Defiance Press CEO, Dave Roberts, stresses the book's relevance with the approaching 2024 election, calling for transparency in political discourse. "Danger Close" promises an insider's view into power machinations, challenging the status quo and prompting a critical dialogue on governance accountability.

"Danger Close: Domestic Extremist Threat #1 Comes Clean" will be available nationwide from February 2024.
defiancepress.com/product/dang...

7 ReTruths 19 Likes Feb 13, 2024, 1:53 PM

Reply ReTruth Like