# EXHIBIT 44



RHB00172