# EXHIBIT 45



**Patrick Byrne**
@realPatrickByrne — 4mo

Indeed.
#1 in numerous categories on Amazon. x.com/PatrickByrne/status/1773...



Avid Reader's Cafe @AvidReadersCafe · 1h
Patrick's testimony is genuine, the corruption he has unveiled is authentic, and the narrative becomes increasingly alarming as it unfolds. General Michael T. Flynn bit.ly/Trailer_Danger... @PatrickByrne @abookpublicist #GeneralFlynn #TruthMatters #DangerClose #amreading

x.com
Patrick Byrne (@PatrickByrne) on X
Indeed.
#1 in numerous categories on Amazon.

