# EXHIBIT 46



RHB00176