# EXHIBIT 47




RHB00177