Case 2:23-cv-09430-SVW-PD   Document 89-50   Filed 11/04/24   Page 1 of 2   Page ID #:1668

# EXHIBIT 48



RHB00138