# EXHIBIT 49



RHB00704