# EXHIBIT 50



12:18 TELEGRAM

Hunter Cancel

Leave a Comment

October 7

Hunter Biden's sex-camera handle = Temujin
(bidenreport.com/#p=231)
Temujin = Ghenkis Khan

Joe Biden's private email = Robin Ware.
The US Communist Party's "Ware Group" infiltrated our federal government in the 1930's.

Odd.🤔
I'm starting to doubt Biden loyalty to USA.

However, I think (and hope) Biden knows he got ass-rape-humiliated by Obama this year, and in these final days he may be doing the right thing.

Like Darth Vader in the final reel.

If he does, he will go down a hero in US history. All will be forgiven.

https://x.com/PatrickByrne
https://patrickbyrne.locals.com
https://t.me/PatrickMByrne

1 of 54 Show as List