# EXHIBIT 51

Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: (818) 558-3718
Fax: (805) 367-4506

Attorneys for Defendant,
Patrick M. Byrne

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN,

   Plaintiff,

vs.

PATRICK M. BYRNE,

   Defendant.

Case No.: 2:23-cv-09430-SVW-PD
Judge: Honorable Stephen V. Wilson
Courtoom: 10A

**DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL NTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN**

Complaint Filed: November 8, 2023

1

DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN

| | |
|---|---|
| **PROPOUNDING PARTY:** | Plaintiff, ROBERT HUNTER BIDEN |
| **RESPONDING PARTY:** | Defendant, PATRICK M. BYRNE |
| **SET NO.:** | Set One (1) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Patrick M. Byrne ("Responding Party") hereby responds to the Special Interrogatories, Set One, propounded by Plaintiff Robert Hunter Biden ("Propounding Party") as follows:

## PRELIMINARY STATEMENT

1. It is to be noted that this Responding Party has not fully completed investigation of the facts, discovery, and preparation for the trial of this case. The following responses are based only on such information and documents which are presently available to and specifically known to this responding party and discloses only those contentions presently known to the responding party. It is anticipated that further discovery, independent investigation, legal research, and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal contentions. This discovery, independent investigation, legal research, and analysis may lead to additions, changes and/or variations from the contentions set forth herein.

2. The following responses are given without prejudice to the Responding Party's right to produce any subsequently discovered evidence which this Responding Party may later recall. The Responding Party reserves the right to change any and all of the following responses as additional facts are ascertained, legal research is completed and analysis and contentions are made. The following responses are made in good faith to supply factual information and as much specification of legal contentions as are presently known, but shall in no way prejudice the responding party in relation to further discovery, research or analysis.

## GENERAL OBJECTIONS

1. The objections below are incorporated into the Responding Party's

responses, whether or not specific reference is made to such objection in the response to a particular request.

2. This answering party objects generally to each request to the extent it seeks the disclosure of information protected by the attorney-client privilege.

3. This answering party objects generally to each request to the extent it seeks disclosure of information protected by the attorney-work product doctrine.

4. This answering party objects generally to each of the "Definitions" contained in Special Interrogatories, Set One on the grounds that such "Definitions" are vague, ambiguous, overbroad, compound, unduly burdensome, assumes facts not in evidence and denied, oppressive, and if interpreted literally, impossible to answer and Plaintiff is using said "Definitions" to try and evade in bad faith the limit of 25 interrogatories that he can propound on the answering party pursuant to the provisions of Federal Rule of Civil Procedure §33(a)(1) and will not use them to respond to these interrogatories.

5. This answering party objects generally to each of the "Instructions" contained in Special Interrogatories, Set One on the grounds that such "Instructions" are vague, ambiguous, overbroad, compound, unduly burdensome, assumes facts not in evidence and denied, and oppressive, and if interpreted literally, impossible to comply with and Plaintiff is using the "Instructions" to try and evade in bad faith the limit of 25 interrogatories that he can propound on the answering party pursuant to the provisions of Federal Rule of Civil Procedure §33(a)(1) and will not use them to respond to these interrogatories.

6. This answering party objects generally to each request as vague and ambiguous to the extent it implies terms that this answering party cannot interpret while understood in the context of these requests or this litigation. Where possible, this answering party has made reasonable assumptions as to the Propounding Party's intended meaning and has responded accordingly, while preserving the objection as to the vagueness and ambiguity.

DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN

7. Without waiving said objections, Responding Party states as follows:

## SPECIFIC RESPONSES

### SPECIAL INTERROGATORY NO. 1:

IDENTIFY each of the "super-agents" referenced at page 72 of the PUBLICATION.

### RESPONSE TO SPECIAL INTERROGATORY NO. 1:

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c). Without waiving said objection, this Defendant responds to this interrogatory as follows:

1. David Smith: Federal Bureau of Investigation Field Office, 601 W. 4th Street, Washington, DC; (202) 278-2000.
2. John Moynihan; JFM & Associates, LLC 48 Kenwood, Worchester, MA 01665; (313) 410-6872.

### SPECIAL INTERROGATORY NO. 2:

IDENTIFY each member of the "League of Shadows" referenced at page 72 of the PUBLICATION.

### RESPONSE TO SPECIAL INTERROGATORY NO. 2:

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the

4

provisions of 18 U.S.C. §798(a), (b) and (c). Without waiving said objection, this Defendant responds to this interrogatory as follows:

1. David Smith: Federal Bureau of Investigation Field Office, 601 W. 4th Street, Washington, DC; (202) 278-2000.
2. John Moynihan; JFM & Associates, LLC 48 Kenwood, Worchester, MA 01665; (313) 410-6872

**SPECIAL INTERROGATORY NO. 3:**

IDENTIFY each PERSON in the "group" YOU purportedly met with in or around November 2021 when YOU "went back to the Middle East," including but not limited to the PERSON described as "a very special Iranian figure, an old friend," as stated at page 72 of the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 3:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO. 4:**

IDENTIFY all DOCUMENTS concerning the trip "back to the Middle East" that YOU claim to have made "in November 2021," as stated at page 72 of the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 4:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the

5

DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN

Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO. 5:**

Explain the "mechanism I am not going to explain here" by which YOU purportedly "became aware" that "Hunter Biden was reaching out to the Iranian government in the fall of 2021," as stated at page 72 of the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO. 6:**

IDENTIFY "the son of the Minister of Defense of Pakistan" referenced at page 72 of the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 6:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO. 7:**

Please state all facts that support YOUR assertion that "Hunter Biden was

reaching out to the Iranian government in the fall of 2021 with the following offer: 'You Iranians have $8 billion frozen in a bank account in South Korea. My father will unfreeze it in return for $800 million being funneled into a numbered account for us. And if you do this deal with us, it will lubricate other negotiations which have recently started between us.' By that, the Iranians believed that Hunter meant the JCPOA talks, which had restarted in Geneva a month or two previously. In other words, something along the lines of, 'Pay us $100 million and we let you keep 10 nukes, $200 million for 20 nukes,' etc. But I am making up the pricing,'" as set forth on page 72 of the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO. 8:**

Describe the information concerning PLAINTIFF that YOU "pilfered" from someone in Iran and turned over to the U.S. government, as YOU claimed in YOUR interview on *The Absolute Truth* with Emerald Robinson, which aired on or about May 11, 2023.

**RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO.9:**

IDENTIFY each PERSON to whom YOU purportedly turned over information concerning PLAINTIFF that YOU "pilfered" from someone in Iran, as YOU claimed in YOUR interview on The Absolute Truth with Emerald Robinson, which aired on or about May 11, 2023.

**RESPONSE TO SPECIAL INTERROGATORY NO. 9:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c). Without waiving said objection, this Defendant responds to this interrogatory as follows:

3. David Smith: Federal Bureau of Investigation Field Office, 601 W. 4th Street, Washington, DC; (202) 278-2000.
4. John Moynihan; JFM & Associates, LLC 48 Kenwood, Worchester, MA 01665; (313) 410-6872

**SPECIAL INTERROGATORY NO.10:**

Describe the "copy of the Iranian materials" that YOU claimed YOU "got to Congress a few days ago" in YOUR interview on The Absolute Truth with Emerald Robinson, which aired on or about May 11, 2023.

**RESPONSE TO SPECIAL INTERROGATORY NO. 10:**

Objection. This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18

8

DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN

U.S.C. §798(a), (b), and (c).

**SPECIAL INTERROGATORY NO.11:**

IDENTIFY each PERSON to whom YOU provided the "copy of the Iranian materials" that YOU claimed YOU "got to Congress a few days ago," as YOU claimed in YOUR interview on The Absolute Truth with Emerald Robinson, which aired on or about May 11, 2023.

**RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c).

**SPECIAL INTERROGATORY NO. 12:**

Describe "all that original stuff" that was "recreated" for YOU by "the 'hacktivists,'" which YOU claimed to have in YOUR possession during YOUR interview on The Absolute Truth with Emerald Robinson, which aired on or about May 11, 2023.

**RESPONSE TO SPECIAL INTERROGATORY NO. 12:**

The Defendant has the Hunter Biden lap top contents.

**SPECIAL INTERROGATORY NO. 13:**

IDENTIFY each PERSON who interviewed YOU for the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 11:**

Michael Flynn.

**SPECIAL INTERROGATORY NO. 14:**

If YOU contend that the DEFAMATORY STATEMENTS are true, please state all facts that support YOUR contention.

9

DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN

**RESPONSE TO SPECIAL INTERROGATORY NO. 14:**

The Defendant did not make any defamatory statements. The statements are true. Defendant verified the facts with the assistance of Mr. David Smith and Mr. John Moynihan.

**SPECIAL INTERROGATORY NO. 15:**

If YOU contend that the DEFAMATORY STATEMENTS are true, please IDENTIFY all PERSONS with knowledge of their truth or falsity.

**RESPONSE TO SPECIAL INTERROGATORY NO. 15:**

The Defendant did not make any defamatory statements. The statements that are the subject of this action are true. The witnesses that have knowledge of their truth are as follows:

1. David Smith: Federal Bureau of Investigation Field Office, 601 W. 4th Street, Washington, DC; (202) 278-2000.
2. John Moynihan; JFM & Associates, LLC 48 Kenwood, Worchester, MA 01665; (313) 410-6872.
3. Defendant

**SPECIAL INTERROGATORY NO. 16:**

If YOU contend that the DEFAMATORY STATEMENTS are true, please IDENTIFY all DOCUMENTS that support YOUR contention.

**RESPONSE TO SPECIAL INTERROGATORY NO. 16:**

The Defendant did not make any defamatory statements. The statements that are the subject of this action are true. The documents which show they are true are set forth as follows:

1. The Affidavit of John Moynihan
2. The recording of the telephone calls related to same.

**SPECIAL INTERROGATORY NO. 17:**

Please IDENTIFY each instance in which the DEFAMATORY STATEMENTS were published or republished, including the date of publication,

10

DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN

the place of publication, the PERSONS to whom publication was made, and the manner of the publication (in person, telephonic, online, etc.).

**RESPONSE TO SPECIAL INTERROGATORY NO. 17:**

This answering defendant did not make any defamatory statements.

**SPECIAL INTERROGATORY NO. 18:**

Please IDENTIFY each and every source upon which YOU relied when making the DEFAMATORY STATEMENTS.

**RESPONSE TO SPECIAL INTERROGATORY NO. 18:**

Objection. This interrogatory improperly seeks to have the Defendant disclose the identity of covert agents of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 50 U.S.C. §3121(a), (b), and (c). This interrogatory improperly seeks to have the Defendant disclose classified information of the United States government and engage in criminal conduct by making such disclosure in violation of the provisions of 18 U.S.C. §798(a), (b) and (c). Without waiving said objection, the Defendant responds as follows:

Defendant did not make any Defamtory Statements. The statements that the Defendant made were done in reliance on information set forth in the Affidavit of John Moynihan, information provided to him by David Smith and the telephone recording.

**SPECIAL INTERROGATORY NO. 19:**

Please describe in detail the circumstances surrounding the interview of YOU that appears in the PUBLICATION, including where the interview occurred, the PERSONS who were present, how it was scheduled, how it was conducted, whether it was recorded, and any follow up that occurred between the date(s) of the interview and its appearance in the PUBLICATION.

**RESPONSE TO SPECIAL INTERROGATORY NO. 19:**

Defendant prepared a composite interview and provided it to Anil Anwar.

Dated: August 6, 2024

LAW OFFICES OF MICHAEL C. MURPHY

By: /s/ Michael C. Murphy, Esq.

---

Michael C. Murphy, Esq.
Michael C. Murphy, Jr., Esq.
Attorneys for Defendant,
Patrick M. Bryne

12

**DEFENDANT PATRICK M. BRYNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE, TO PLAINTIFF ROBERT HUNTER BIDEN**

## VERIFICATION

**STATE OF FLORIDA, COUNTY OF JUPITER**

I have read the foregoing **DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET ONE TO PLAINTIFF ROBERT HUNTER BIDEN**, and know its contents.

I am informed and believe that the matters stated in the foregoing documents are true.

Executed on August __9th__, 2024, at ___Abu Dhabi, UAE___ (City/State). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

____Patrick Byrne____　　　　　　　*Patrick Byrne* (signature)

Print Full Name　　　　　　　　　　　Signature

---

1

PLAINTIFF'S RESPONSES TO
DEFENDANTS' SPECIAL INTERROGATORIES, SET ONE

# PROOF OF SERVICE

# UNITED STATEMENTS OF AMERICA

I am employed and am a resident of the County of Ventura, State of California.

I am over the age of 18 and not a party to the within action. My business name and address is as follows:

Law Offices of Michael C. Murphy
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

On August 9, 2024, I served the foregoing document(s) on Opposing Counsel in this action described as follows:

1. **DEFENDANT PATRICK M. BYRNE'S FURTHER RESPONSES TO PLAINTIFF ROBERT HUNTER BIDEN'S FIRST SET OF SPECIAL INTERROGATORIES**

_____ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_____ by placing a copy of the original enclosed in sealed envelopes addressed as follows ("U.S. Mail"):

__X__ by placing copies of the original through electronic transmission ("e-mail") to all parties appearing on the electronic service list as follows:

_____ by placing copies of the original through facsimile transmission ("fax") to all parties appearing on the service list as follows:

1

PROOF OF SERVICE

| | |
|---|---|
| Paul B. Salvaty, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Ave. 38th Floor<br>Los Angeles, CA 90071-1543<br>Tel: (213) 615-1700<br>Fax: (213) 615-1750<br>Email: PSalvaty@winston.com<br>Email: gaellis@winston.com<br><br>Abbe David Lowell, Esq.<br>1901 L St., N.W.<br>Washington, D.C. 20036-3508<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>Email: AbbeLowellPublicOutreach@winston.com<br><br>Bryan M. Sullivan, Esq.<br>Zachary C. Hansen, Esq.<br>Early Sullivan Wright Gizer & McRae, LLP<br>6420 Wilshire Blvd., Suite 17th Fl.<br>Los Angeles, CA 90048<br>Tel: (323) 301-4660<br>Fax: (323) 301-4676<br>Email: rclaudat@earlysullivan.com<br>Email: zhansen@earlysullivan.com<br>Email: bsullivan@earlysullivan.com | **Attorneys for Plaintiff**<br>ROBERT HUNTER BIDEN |

The sender's name and email address are as follows:
Name: Michael C. Murphy, Esq.
Email: Michael@murphlaw.net.

_____ (State) I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office as a member of the bar of this court at whose direction the service was made.

Executed on August 9, 2024 at Westlake Village, California.

By: /s/ Michael C. Murphy, Esq.

**PROOF OF SERVICE**

LAW OFFICES OF MICHAEL C. MURPHY<br>2625 Townsgate Road, Suite 330<br>Westlake Village, CA 91361