# EXHIBIT 53

# SLIP SHEET FOR EXHIBIT 53 "AFFIDAVIT OF JOHN MOYNIHAN" DATED APRIL 1, 2024 (Bates Nos. "BYRNE_000001-BYRNE_000003)

# REDACTED AND SUBMITTED TO COURT UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (DKT #63)