# EXHIBIT 54

# SLIP SHEET FOR EXHIBIT 54 TRANSCRIPT OF AUDIO RECORDING TITLED "HIGHLY CONFIDENTIAL – AUDIO-2021-08-15-10-07-25"

# -

# REDACTED AND SUBMITTED TO COURT UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (DKT #63)