# EXHIBIT 55

# SLIP SHEET FOR EXHIBIT 55 TRANSCRIPT OF AUDIO RECORDING TITLED "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-08-46-17"

-

# REDACTED AND SUBMITTED TO COURT UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (DKT #63)