# EXHIBIT 56

# SLIP SHEET FOR EXHIBIT 56 TRANSCRIPT OF AUDIO RECORDING TITLED "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-14-43-38"

-

# REDACTED AND SUBMITTED TO COURT UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER (DKT #63)