# EXHIBIT 57

**SLIP SHEET FOR EXHIBIT 57
RELEVANT PORTIONS OF THE
CONFIDENTIAL CERTIFIED
TRANSCRIPT OF PLAINTIFF'S
DEPOSITION, AUGUST 16, 2024
-
REDACTED AND SUBMITTED TO
COURT UNDER SEAL PURSUANT
TO STIPULATED PROTECTIVE
ORDER (DKT #63)**