# EXHIBIT 58





Roll over image to zoom in

The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him: (or what to send friends who ask, "Why do you doubt the integrity of Election 2020?") Paperback – March 24, 2021

by Patrick M Byrne (Author)

4.8 ★★★★★ 2,555 ratings

See all formats and editions

Byrne is a libertarian who did not vote for Trump and has criticized him publicly: that said, he believes Election 2020 was rigged, and this fact should be objectionable to every person who believes that "just government derives its power from the consent of the governed." In this book he explains what caused him in August 2020 to study election fraud, and what really happened during the 2020 election. He describes how his team of "cyber-ninjas" unraveled it while they worked against the clock of Constitutional processes, all against the background of being a lifetime entrepreneur trying to interact with Washington, DC. This book takes you behind the headlines to backroom scenes that determined whether or not the fraud would be exposed in time, and paints a portrait of Washington that will leave the reader asking, "Is this the end of our constitutional republic?"

Report an issue with this product or seller

| Print length | Language | Publication date | Dimensions | ISBN-10 |
|---|---|---|---|---|
| 268 pages | English | March 24, 2021 | 6 x 0.61 x 9 inches | 0578865939 |

Kindle
$3.99
Available instantly

Audiobook
$0.99
with membership

Paperback
from $15.74

Other Used and New from $15.74

Delivering to Monrovia 91016 - Update location

See All Buying Options

Add to List