# EXHIBIT 59



The insurrection was November 3



9:23 AM · 4/17/23 · **9.4K** Views



RHB00716