# EXHIBIT 60



**Patrick Byrne** @PatrickByrne

Humd'allah !

The insurrection was November 3.



RHB00717