# EXHIBIT 61



Post

**Patrick Byrne** ✔
@PatrickByrne

Follow

The Insurrection did not occur January 6, 2021.
The Insurrection occurred on November 3, 2020.

There I said it.

Give me a retweet if you agree.

The Insurrection occurred on:

| | |
|---|---|
| January 6, 2021 | 3% |
| **November 3, 2020** | **97%** |

7,935 votes · Final results

11:34 PM · 1/5/23 · **102K** Views

💬 94     🔁 1.3K     ♡ 1.3K     🔖 12     ⬆️

Most relevant replies ⌄



**Ai Confini dell'Anima - Paola...** ✔ · 1/5/23    ...
Seguivo tutto dall'Italia. Ho visto la frode
elettorale in diretta. Quando dissero Biden era
Presidente prima ancora di finire di contare le
schede. Il mondo intero ha visto . Non possono

Post your reply

🏠   🔍   ⬜   👥   🔔¹   ✉️

RHB00718