# EXHIBIT 62

 **Patrick Byrne** @PatrickByrne   Follow

All of us should know this story. It is the single clearest the story of the Fedsurrection.

 **Salty Texan** @texan_maga · 6/25/23



On Jan. 6th, a masked man wearing an earpiece and walkie-talkie was caught on video removing a glass window from the capitol. When he realized he was being recorded, he pushed another man and blamed him. He has not been added to the FBI's most wanted list, arrested, or charged. Show more

6:30 PM · 6/25/23 · **79K** Views



53    1.6K    2.9K    71

Post your reply



RHB00719