# EXHIBIT 63



**Patrick Byrne** @PatrickByrne

Newsflash, Tapper:

The Insurrection was Nov 3 (J6 was the Fedsurrection);
Pence COULD have remanded issue to states;
Officer Michael White is a pussy-thug;
Kaitlin Collins was indeed nasty.

What else you got?



CNN's Tapper: Trump's Lies 'Keep Coming Fast and Furious'...

From breitbart.com

11:45 PM · 5/10/23 · **21K** Views

💬 55   🔁 226   ♡ 770   🔖 2   ⤴



RHB00720