# EXHIBIT 64

4:37
◂ Safari

**Post**

**Patrick Byrne**
@PatrickByrne

Follow

FINAL RESULTS:
96.8% believe "The Insurrection" occurred November 3, 2020.

I guess that makes January 6... "The Fedsurrection"?

> **Patrick Byrne** @PatrickByrne · 1/5/23
> The Insurrection did not occur January 6, 2021. The Insurrection occurred on November 3, 2020.
>
> There I said it....
>
> Show this poll

3:34 PM · 1/7/23 · **22K** Views

11 91 407 2

**Most relevant replies**

**Patrick Byrne** @PatrickByrne · 1/7/23
Now while some may object that there could PERHAPS be some selection bias in that poll.... 96.8% is 96.8%.

Post your reply

