# EXHIBIT 65



RHB00706