# EXHIBIT 66



### Patrick Byrne ✓
@PatrickByrne

Advocates constitutional republicanism for government, blockchain for institutions, & educational choice for human capital. patrickbyrne.locals.com

💼 Entrepreneur   📍 Inside Deep State's OODA-Loop

🔗 rumble.com/v5jq48a-the-en…

📅 Joined September 2013

**2.2K** Following   **354K** Followers   **26** Subscriptions

 Followed by Godly Teachings, LiteCoin News, and Herschel Walker

**Posts**   Replies   Subs   Highlights   Media

📌 Pinned

 **Patrick Byrne** ✓ @PatrickByrne · 1d
enemywithindocuseries.com



RHB00707