# **EXHIBIT 67**



RHB00708