Name, Address and Telephone Number of Attorney(s):
Bryan M. Sullivan (SBN 209743)
Zachary C. Hansen (SBN 325128)
6420 Wilshire Blvd. 17th Fl. Los Angeles, CA 90048
(323) 301-4660
Attorneys for Plaintiff Robert Hunter Biden

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Hunter Biden

Plaintiff(s)

v.

Patrick M. Byrne

Defendant(s).

CASE NUMBER

2:23-cv-09430-SVW-PD

**REQUEST:
ADR PROCEDURE SELECTION**

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: November 1, 2024    /s/ Zachary C. Hansen
Attorney for Plaintiff Robert Hunter Biden

Dated: November 1, 2024    /s/ Bryan M. Sullivan
Attorney for Plaintiff Robert Hunter Biden

Dated: November 5, 2024    /s/ Michael C. Murphy, Esq.
Attorney for Defendant Patrick M. Byrne

Dated:
Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

## ATTACHMENT TO ADR-01 FORM
## ADDITIONAL SIGNATURES

Dated: November 1, 2024                    /s/ Abbe D. Lowell_____
                                           Attorney for Plaintiff Robert Hunter Biden


Dated: November 1, 2024                    /s/ Paul B. Salvaty_____
                                           Attorney for Plaintiff Robert Hunter Biden