Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.:   2:23-cv-09430-SVW-PD<br>Judge:   Honorable Stephen V. Wilson<br>Courtroom:   "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT PATRICK BYRNE'S MOTION IN LIMINE NO. 3 TO EXCLUDE ANY TESTIMONY OR EVIDENCE OF PLAINTIFF'S ALLEGED LOST SALES AND BUSINESS OPPORTUNITIES**<br><br>Date:         November 25, 2024<br>Time:         3:00 p.m.<br>Courtroom:   "10A" |
|---|---|

1

I, Michael C. Murphy, Esq., declares as follows:

1. I am an attorney duly authorized and licensed to practice law before this Court and all the state courts located throughout the State of California. I am an attorney with the Law Offices of Michael C. Murphy, attorneys of record for Defendant Patrick Byrne. This Declaration is executed in support of Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. I have personal knowledge of the facts stated in this Declaration and if called upon to testify, I would competently do so.

2. On November 8, 2023, Plaintiff Robert Hunter Biden ("Plaintiff") filed his complaint alleging a single cause of action for defamation per se.

3. On February 13, 2024, Defendant Patrick Byrne ("Defendant") filed his answer and affirmative defenses.

4. Plaintiff intends to offer into evidence during trial to prove up his claimed lost profits from book sales and art sales that he claims Defendant caused from his defamatory statements only raw data sales records without more. These raw data sales records cannot be authenticated by him because he did not prepare them, they contain inadmissible hearsay, and he cannot rely on raw sales alone without more to prove up lost profits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration was executed on November 6, 2024, at Westlake Village, CA.

By: /s/ Michael C. Murphy, Esq.

_____