Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN, an individual,

        Plaintiff,

vs.

PATRICK M. BYRNE, an individual,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:   2:23-cv-09430-SVW-PD
Judge:      Honorable Stephen V. Wilson
Courtroom:  "10A"

Complaint Filed: November 8, 2023

**DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT PATRICK BYRNE'S DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE TESTIMONY OR EVIDENCE OF PLAINTIFF'S ALLEGED LOST BUSINESS OPPORTUNITIES WITHIN THE JEWISH**

Date:       November 25, 2024
Time:       3:00 p.m.
Courtroom:  "10A"

1

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

I, Michael C. Murphy, Esq., declares as follows:

1.    I am an attorney duly authorized and licensed to practice law before this Court and all the state courts located throughout the State of California.  I am an attorney with the Law Offices of Michael C. Murphy, attorneys of record for Defendant Patrick Byrne.  This Declaration is executed in support of Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. I have personal knowledge of the facts stated in this Declaration and if called upon to testify, I would competently do so.

2.    On November 8, 2023, Plaintiff Robert Hunter Biden ("Plaintiff") filed his complaint alleging a single cause of action for defamation per se.

3.    On February 13, 2024, Defendant Patrick Byrne ("Defendant") filed his answer and affirmative defenses.

4.    On August 16, 2024, I took the deposition of Plaintiff, Robert Hunter Biden. Attached hereto as Exhibit A are true and correct copies of pages 72, Line 4 to page 81, line 23 with the certification page by the court reporter.

5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This Declaration was executed on November 6, 2024, at Westlake Village, CA.

By: /s/ Michael C. Murphy, Esq.

_____

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 4**
**Case No.:** 2:23-cv-09430-SVW-PD

# Exhibit "A"

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4    ROBERT HUNTER BIDEN, an              )
     individual,                          )
5                                         )
                    Plaintiff,            )   Certified Copy
6                                         )
          vs.                             )   CASE NO.:
7                                         )   2:23-cv-09430-SVW-PD
     PATRICK M. BYRNE, an                 )
8    individual,                          )
                                          )
9                   Defendants.           )
     _____)
10

11
                  Confidential Subject to Protective Order
12

13      CONFIDENTIAL REMOTE VIDEOCONFERENCE DEPOSITION

14                  OF ROBERT HUNTER BIDEN

15

16

17    DATE:                    Friday, August 16, 2024

18    TIME:                    9:35 a.m. to 3:02 p.m.

19    REMOTE LOCATION:         Malibu, California

20

21

22
                  STENOGRAPHICALLY REPORTED BY:
23                  Grace M. Thompson, CSR No. 8194

24

25

1

```
 1        The Remote Videoconference Deposition of ROBERT HUNTER

 2   BIDEN, taken on behalf of the Defendant, before Grace M.

 3   Thompson, a Certified Shorthand Reporter, commencing at the

 4   hour of 9:35 a.m. on Friday, August 16, 2024, remotely at

 5   Malibu, California.

 6
       V I D E O C O N F E R E N C E  A P P E A R A N C E S
 7
     For Plaintiff:
 8
             WINSTON & STRAWN, LLP
 9           BY:  ABBE DAVID LOWELL, ESQ.
             1901 L Street, N.W.
10           Washington, D.C. 20036-3508
             (202) 282-5000
11           E-mail:  AbbeLowellPublicOutreach@Winston.com

12                      ~ AND ~

13           EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP
             BY:  BRYAN M. SULLIVAN, ESQ.
14                ZACHARY C. HANSEN, ESQ.
             6420 Wilshire Boulevard
15           Seventeenth Floor
             Los Angeles, California  90048
16           (323) 301-4660
             E-mail:  ZHansen@EarlySullivan.com
17

18   For Defendant:

19           LAW OFFICES OF MICHAEL C. MURPHY
             BY:  MICHAEL C. MURPHY, ESQ.
20           2625 Townsgate Road
             Suite 330
21           Westlake Village, California  91361
             (818) 558-3718
22           E-mail:  Michael@MurphLaw.net

23
     The Videographer:  ROBERT MAC TAVISH
24

25   Also Present:  PATRICK BYRNE
```

2

- CONFIDENTIAL TRANSCRIPT -
Instant Court Reporting, Inc.  888-831-9490

```
1                        I N D E X

2                                              PAGE

3   Deposition of ROBERT HUNTER BIDEN

4   Examination by Mr. Murphy                    9

5

6

7                    E X H I B I T S

8   Exhibit 600  Defendant Patrick Byrne's
                 Notice of Taking of Deposition
9                of Plaintiff Robert Hunter
                 Biden; 4 page                  16
10
    Exhibit 601  Plaintiff's Objections to
11               Defendant's Amended Notice of
                 Deposition of Plaintiff Robert
12               Hunter Biden; 4 pages          17

13  Exhibit 602  Plaintiff Robert Hunter
                 Biden's Rule 26 Supplemental
14               Disclosures; 4 pages           17

15  Exhibit 603  Plaintiff Robert Hunter Biden's
                 Responses to Defendant Patrick
16               M. Byrne's First Set of
                 Interrogatories; 15 pages      18
17
    Exhibit 604  Stipulation for Protective
18               Order and Order; 18 pages      20

19  Exhibit 605  Complaint for Damages for
                 Defamation; 38 pages           21
20
    Exhibit 606  Affidavit dated April 1, 2024;
21               3 pages                        43

22  Exhibit 607  Letter dated October 26, 2023,
                 to Patrick Byrne from Abbe
23               David Lowell; 3 pages          64

24  Exhibit 608  Document beginning with Bates
                 stamp No. RHB00101; 6 pages    110
25
```

3

```
 1   EXHIBITS CONTINUED:

 2   Exhibit 609   File entitled "Press Kit";
                   23 pages                              113
 3
     Exhibit 610   File entitled "Press"; 28 pages       118
 4
     Exhibit 611   File entitled "Podcasts";
 5                 10 pages                              122

 6   Exhibit 612   File entitled "International
                   Press"; 18 pages                      123
 7
     Exhibit 620   U.S. Senate Committee on
 8                 Finance Majority Staff Report;
                   87 pages                              125
 9
     Exhibit 621   The Government's Motions In
10                 Limine; 71 pages                      129

11   Exhibit 622   New York Post article entitled
                   Smoking-gun email reveals how
12                 Hunter Biden introduced
                   Ukrainian businessman to VP
13                 dad; 13 pages                         132

14   Exhibit 623   Independent article entitled
                   Not many people are buying
15                 Hunter Biden's new book;
                   9 pages                               134
16
     Exhibit 624   New York Post article entitled
17                 Hunter Biden's drug- and
                   sex-fueled memoir is a big fat
18                 flop; 11 pages                        135

19   Exhibit 625   Screenshot of an Amazon page
                   for the book Laptop from Hell:
20                 Hunter Biden, Big Tech, and
                   the Dirty Secrets the President
21                 Tried to Hide;  8 pages               136

22   Exhibit 626   National Security article
                   entitled Analysis of Hunter
23                 Biden's hard drive show he,
                   his firm took in about
24                 $11 million from 2013 to 2018,
                   spent it fast; 9 pages                137
25
```

4

```
 1   EXHIBITS CONTINUED:

 2   Exhibit 627   Article entitled The Sordid
                   Saga of Hunter Biden's Laptop;
 3                 30 pages                         140

 4   Exhibit 628   Article entitled Republican
                   Claims About Hunter Biden
 5                 Offenses; 5 pages               142

 6   Exhibit 629   The Irish Times article
                   entitled Hunter Biden, the
 7                 'big guy' and whether
                   allegations of corruption
 8                 represent a scandal or a
                   smear; 27 pages                 143
 9
     Exhibit 630   CBC News article entitled The
10                 scandals swirling around
                   Hunter Biden - what we know,
11                 what we don't, and what's next;
                   14 pages                        143
12
     Exhibit 631   Press Release entitled Comer,
13                 Greene Renew Request to DOJ on
                   Mishandling of Hunter Biden
14                 Victims' Rights; 4 pages        149

15   Exhibit 632   Article entitled Hunter Biden's
                   universe of legal problems,
16                 briefly explained; 14 pages     149

17   Exhibit 633   Indictment for Case
                   No. 23-00061-MN; 4 pages        150
18
     Exhibit 634   New York Post article entitled
19                 Biden has a secret, illegal
                   deal with Iran that gives
20                 mullahs everything they want;
                   2 pages                         150
21
     Exhibit 635   Fox News article entitled
22                 Hunter Biden took thousands
                   from daughter's college fund
23                 for 'hookers and drugs':
                   report; 12 pages                151
24
     Exhibit 638   Indictment for Case
25                 No. 2:23-cr-00599-MCS; 56 pages 151
```

```
 1 │ EXHIBITS CONTINUED:
   │
 2 │ Exhibit 639   National Review article
   │               entitled The Indefensible,
 3 │               Shameless, Sordid Hunter Biden;
   │               9 pages                              153
 4 │
   │ Exhibit 640   CNN Politics article entitled
 5 │               Hunter Biden's universe of
   │               legal problems, briefly
 6 │               explained; 11 pages                  153
   │
 7 │ Exhibit 641   The New York Times article
   │               entitled A Timeline of Hunter
 8 │               Biden's Life and Legal Troubles;
   │               11 pages                             154
 9 │
   │ Exhibit 653   Marco Polo file
10 │               BidenLaptopMedia.com; 12 pages       154
   │
11 │ Exhibit 654   Marco Polo Report on the Biden
   │               Laptop; 3 pages                      159
12 │
13 │
14 │
15 │
16 │
   │                 INFORMATION REQUESTED
17 │
   │                      (None)
18 │
19 │
20 │
21 │
22 │
   │              QUESTIONS REFUSED TO ANSWER
23 │
   │                  (Page 152, Line 3)
24 │
25 │
```

6

```
 1          Q.  We'll get into that a little bit later, I just
 2   want to know if you ever saw those articles and you said
 3   no.
 4          Do you know of anybody in your Jewish community
 5   where you live that has refused to do business with you as
 6   a result of the statements Mr. Byrne published in the
 7   article that's the -- attached to your Complaint?
 8          A.  I can't prove a negative, Mr. Murphy.
 9          Q.  Are you actively involved in your Jewish
10   community?
11          A.  Yes.
12          Q.  Okay.  And do you actually go to temple
13   regularly?
14          A.  I go with my wife to High Holy Days and we have
15   Shabbat dinner every Friday night.  We light candles with
16   my son and we usually have a Shabbat dinner with friends at
17   least once a month, whether it's over in Silver Lake or
18   whether it's my wife's other friends.  They're very close
19   like my family.
20          Q.  And are there other activities that your temple
21   has that you go to as a part of your involvement in the
22   Jewish community?
23          A.  We go to a number of events.  Because it's a --
24   also a -- it's called a Gan school which is part of the
25   Chabad community and I'm very close to the -- to the rabbi
```

72

```
 1    there and to his brothers which run six other Chabad

 2    centers here in Los Angeles.

 3        Q.   And how would you describe your relationship with

 4    the people in your Jewish community?  Is it good?  Bad?

 5    Indifferent?

 6            MR. LOWELL:  Objection.  Can -- let me make sure

 7    I understand.  You said how would you describe your

 8    relation?

 9    BY MR. MURPHY:

10        Q.   Relationship with the people in your Jewish

11    community that you're involved with.

12            MR. LOWELL:  I object to the form of the question,

13    I'm sorry.

14    BY MR. MURPHY:

15        Q.   You can go ahead and answer it.

16        A.   Okay.  I am -- how would I describe my

17    relationship with the people in my -- well, number one, I

18    am -- I am Catholic and my wife is Jewish and -- but I

19    honor her faith and I honor my son's faith in that.  And so

20    like many families, I participate fully in what is

21    something that is very important to her, to her family, to

22    her community, which has become my community.

23            And I would say that I can t speak for everyone

24    that I know that is either an acquaintance or has become

25    someone that I know through that community, what they think
```

73

```
 1    about me, but I know what I think about them.  And I have
 2    appreciated their support in the past, but I also think
 3    that it's been a really difficult time with the level of
 4    disinformation and lies.
 5          And, you know, when somebody like Mr. Byrne goes
 6    out and says these things, I don't know when I go to
 7    synagogue with my wife whether someone is looking at me and
 8    questioning whether or not I participated in mass murder.
 9    I don't know.  It's a very, very disconcerting thing.
10    Because they don't all know me personally, but they do read
11    the things that Mr. Byrne writes and they have read the
12    things on social media and they have read the things in
13    other news organizations as it relates to what Mr. Byrne
14    said.  So the level of discomfort is real.  And it's beyond
15    discomfort.  It's -- it's -- it's frightening.  It's
16    frightening for my wife in particular.
17          Q.  Can you give me the names of anybody, anybody in
18    your Jewish community, that read Mr. Byrne's article and
19    discussed it with you?
20          A.  Again, Mr. Murphy, I can't prove a negative.  I
21    don't know who -- I don't -- no one has come up to me
22    and -- that I know their names and -- and -- and affirmed
23    that they absolutely 100 percent believe.  But can I say
24    that I don't feel that some people look at me askance in
25    that community and wonder, just wonder, maybe if this -- if
```

- CONFIDENTIAL TRANSCRIPT -
Instant Court Reporting, Inc.  888-831-9490

```
 1    it could be true?  I think --
 2         Q.  Ever been --
 3         A.  I --
 4         Q.  Have you --
 5         A.  You know, I mean it's kind of like, you know,
 6    it's -- let me just say this:  I understand that you're
 7    doing your job, Mr. Murphy.
 8         Q.  I don't want -- look it, look it, you're going way
 9    beyond in your --
10         A.  I'm answering your question.
11         Q.  No, no.
12         A.  I want to say something really --
13         Q.  We've gone way beyond and I'm going to cut you
14    off.  What I'd like to know --
15         A.  Mr. Murphy, you just said that you're not going to
16    cut me off when I'm going to answer the question.  I'm
17    answering --
18         Q.  You know what, I'm going to cut you off because --
19                   (Simultaneous Cross-Talk)
20              THE STENOGRAPHIC REPORTER:  Gentlemen.
21    BY MR. MURPHY:
22         Q.  You're saying things that I didn't ask.  I didn't
23    ask for any of that.  All I ask, and it's a very, very
24    simple question, very simple, was there anybody from the
25    Jewish community that approached you personally and said
```

75

```
 1   they have read Mr. Byrne's article and they were concerned
 2   about you and they -- there was a -- there was an
 3   indication that you got that had a negative impact on the
 4   relationship with anybody that you had in your Jewish
 5   community.  That's my question.  That's the only question I
 6   have.  It's "yes" or "no."
 7        A.  No, it isn't "yes" or "no," Mr. Murphy.  It's not
 8   even nearly "yes" or "no."  You're asking me whether or not
 9   anybody in the Jewish community that I have been -- that
10   I'm involved in through my wife has a negative opinion of
11   me based upon what Mr. Byrne said.  You keep asking me
12   questions that are not simple, Mr. Murphy.  They're not
13   simple.  And what I'm trying to tell you is that has anyone
14   come up and screamed in my face?  Yes, people have done
15   that.  I came -- I was -- whether or not they were -- I
16   would consider them part of my Jewish community, but I'm
17   accosted all the time.  I'm accosted.  My wife was accosted
18   on the beach the other day by someone wearing a MAGA hat.
19   Do I know --
20        Q.  I'm asking about the Jewish community, not what
21   happens on a beach.
22        A.  Well, I don't know whether the person was Jewish
23   or not because they didn't wear --
24        Q.  I'm not asking even that.  I'm asking about --
25        A.  How do you know whether they're Jewish or not?
```

76

```
 1        Q.   I'm asking about the people in your Jewish

 2   community.

 3            MR. LOWELL:   That's why I'm objecting.

 4   BY MR. MURPHY:

 5        Q.   Let me share something with you.

 6            MR. LOWELL:   I'm sorry, I have to object.  I

 7   don't know what you mean by Jewish community.  Do you mean

 8   has anybody at his synagogue said something to him?  The

 9   Jewish community doesn't exist the way your question

10   exists.

11            MR. MURPHY:   Well, you know what, sir, I'm taking

12   your answers to the interrogatories.  That's what you said

13   in your answer to your -- our interrogatories.  So I'm just

14   using your phraseology.

15            MR. LOWELL:   So we might have to read the

16   interrogatory and the answer.

17            MR. MURPHY:   You said it had a negative impact

18   on your relationship with the people in your Jewish

19   community and you have lost business opportunities.  That's

20   what the answer to the interrogatory says.  So he has to

21   know who his Jewish community is because he signed the

22   verification, and I confirmed is this your statements and

23   he said yes.

24            MR. LOWELL:   Now we understand --

25            MR. MURPHY:   Now I'm asking follow-up questions
```

77

```
1    that pertain to those answers to the interrogatories.

2    BY MR. MURPHY:

3        Q.  I want to share something with you.  I understand

4    the interactions between a Jewish community, a Catholic

5    community, and a Christian community.  I'm Catholic, my

6    wife is Christian, and our daughter is Jewish.  And she

7    went to all of the Jewish activities in a temple in East --

8    in West Los Angeles with her grandparents because she came

9    from a previous marriage.  So I understand all of those

10   relationships.  I understand those.

11           So, all I'm asking is using your terminology and

12   your answer to our interrogatory, on this Jewish community

13   that you mention in your answers to our interrogatories

14   was there anybody that came up to you, actually came up to

15   you and personally said anything negative to you as a

16   result of what Mr. Byrne published?  That's all I want to

17   know.

18           MR. LOWELL:  Objection.

19   BY MR. MURPHY:

20       Q.  And if they are, I want to know who they are.  I

21   want to know who they are.

22           MR. LOWELL:  Okay, objection.  You changed the

23   question.  I think what you're asking is has anybody cited

24   Mr. Byrne's article in the things they say to Mr. Biden.

25   Is that your question?
```

78

```
1              MR. MURPHY:  No, that is not my question.

2              MR. LOWELL:  Say it again then, please.

3              MR. MURPHY:  Well, why don't you not restate my

4    questions and let him answer them and stop coaching.

5    BY MR. MURPHY:

6         Q.  What I want to know is --

7              MR. LOWELL:  I'm not coaching.

8    BY MR. MURPHY:

9         Q.  -- did anybody -- did anybody --

10             MR. LOWELL:  I'm not coaching.  Why don't you

11   rephrase your question.

12   BY MR. MURPHY:

13        Q.  Did anybody, anybody, from your Jewish community

14   in the one you're describing in your answers to the

15   interrogs come up to you and confront you about something

16   that Mr. Byrne had written in his article, anybody?

17        A.  I do not have anybody's name that came up to me

18   in the -- and, again, my Jewish community is larger.  I

19   don't -- again --

20        Q.  Whatever.

21        A.  Understand that I'm saying is that my -- we are

22   very -- it's a small-knit community around here.  And the

23   school that Beau goes to but doesn't attend at the moment

24   but went to and the Chabad rabbis here in Southern

25   Los Angeles did not cite any article to me in their
```

79

```
 1    concerns as it related to myself or my family's position as
 2    it related to what is going on in Israel right now.
 3         Q.  Okay.
 4             MR. LOWELL:  By the way, Mr. Murphy, I object to
 5    your mischaracterizing his answer to the interrogatory as
 6    the premise of your question.
 7             MR. MURPHY:  Good.  Your objection is noted.
 8    BY MR. MURPHY:
 9         Q.  What I'd like to also know is separate and apart
10    from somebody approaching you, are you aware of anybody in
11    your Jewish community who talked about you and the Byrne
12    article and you heard it from some other person where there
13    was gossip going on between other people and you heard
14    about it and it was in connection with negative comments
15    being made about you by Mr. Byrne in his article?  And
16    we're only focusing on Mr. Byrne and his article.
17             MR. LOWELL:  Objection to the compound question.
18    And for the record, his response that you have quoted says,
19    "Given plaintiff's connections to the Jewish community to
20    his wife and child, this likely has caused significant
21    repercussions to plaintiff's economic opportunities."
22    That's not the way --
23             MR. MURPHY:  I would appreciate it if you would
24    stop coaching him.  It's improper.  It's an --
25             MR. LOWELL:  Nothing about what I just did is
```

80

```
 1    coaching --
 2            MR. MURPHY:  It's against the rules --
 3            MR. LOWELL:  -- or improper.
 4            MR. MURPHY:  It's against the rules for you to
 5    coach him and interrupt a question I'm asking him about
 6    something that I already covered with him and I already got
 7    the answer I wanted.
 8            MR. LOWELL:  Okay.
 9            MR. MURPHY:  Now all I'm doing is asking a
10    follow-up question.
11            MR. LOWELL:  Okay, but --
12    BY MR. MURPHY:
13        Q.  Is there anybody -- are you aware of anybody in
14    the Jewish community that was making negative comments
15    about you where it wasn't directed to you but where it came
16    to you in the form of a rumor because of something that
17    Mr. Byrne wrote in his article?
18        A.  I think that your question is incredibly expansive
19    and inartful and does not accurately characterize the way
20    in which we characterize what is the Jewish community in my
21    interrogatories.  And so what I would like to say is this,
22    is that I cannot prove a negative, Mr. Murphy.  I cannot
23    prove a negative.
24        Q.  Okay.
25        A.  And all I know is that if you're asking me if --
```

- CONFIDENTIAL TRANSCRIPT -
Instant Court Reporting, Inc.   888-831-9490

1           REPORTER'S CERTIFICATE

2

3           I, GRACE M. THOMPSON, a Certified Shorthand

4    Reporter licensed by the State of California, do hereby

5    certify:

6           That prior to being examined, the witness named in

7    the foregoing deposition was sworn by me to testify to the

8    truth, the whole truth, and nothing but the truth;

9           That the said deposition, taken down by me in

10   stenotype, was thereafter reduced to printed matter by

11   computer-aided transcription under my direction and

12   supervision;

13          That the foregoing transcript is a true record of

14   the testimony given by the witness and of all objections

15   made at the time of the examination, to the best of my

16   ability. That no review of the transcript was requested.

17          I further certify that I am not in any way

18   interested in the outcome of this action and that I am not

19   related to any of the parties thereto.

20          In witness whereof, I have hereunto subscribed my

21   name this 19th day of August, 2024.

22

23

              *Gracie Thompson*
24            GRACE M. THOMPSON
              C.S.R. No. 8194
25

187