UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:23-cv-09430-SVW-PD                              Date: November 7, 2024

Title: *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order Re: November 7, 2024 Email from Counsel for Defendant**

On November 7, 2024, counsel for Defendant sent the Court an email that seeks ex parte relief.

Applications for ex parte relief must comply with Local Rule 7-19. In light of the deadlines in this action, the ex parte application must include the position of Plaintiff's counsel.

IT IS SO ORDERED.