# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN <br><br> Plaintiff(s), <br><br> v. <br><br> PATRICK M. BYRNE <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:23–cv–09430–SVW–PD <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   11/7/2024

Document No.:   105

Title of Document:   EX PARTE APPLICATION FOR A COURT ORDER FOR EXTENSION OF TIME FOR DEFENDANT PATRICK BYRNE TO FILE THE INFORMATION REQUESTED IN THE COURT'S ORDER OF NOVEMBER 6, 2024

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motions > Extension of Time to File Document

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 8, 2024     By: /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS