

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**UNITED STATED DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT HUNTER BIDEN,

Plaintiff,

vs.

PATRICK M. BYRNE,

Defendant.

Case No.: 2:23-cv-09430-SVW-PD

**ORDER GRANTING EX PARTE APPLICATION FOR A COURT ORDER FOR EXTENSION OF TIME FOR DEFENDANT PATRICK BYRNE TO FILE INFORMATION REQUESTED IN THE COURT'S ORDER OF NOVEMBER 6, 2024**

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

On November 8, 2024, Defendant Patrick Byrne ("Defendant") filed an Ex Parte Application and Declaration of Michael C. Murphy, Esq. in support of the Ex Parte Application to obtain for Defendant a court order granting him an extension of time up to and including November 11, 2024, to file the information requested in the court's order of November 6, 2024, related to his current heart condition and ability to fly to the United States to attend his deposition. Plaintiff Robert Hunter Biden ("Plaintiff") does not oppose this Ex Parte Application.

Having considered the papers submitted by Defendant, and for good cause shown and with no opposition by Plaintiff,

**IT IS HEREBY ORDERED** that Defendant shall have up to and including November 11, 2024, to file with the court the information requested in the court's order of November 6, 2024.

Dated: November 8, 2024

Patricia Donahue
United States Magistrate Judge