UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:23-cv-09430-SVW-PD                           Date:  November 12, 2024

Title:  *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order Re:  Response to Sealed November 11, 2024 Submission by Defendant [Dkt. No. 108]

On November 11, 2024, Defendant filed a sealed, ex parte application. [Dkt. No. 108.]  Plaintiff may file, under seal, a response to that application by 5:00 p.m. on November 12, 2024.  Defendant may file, under seal, any reply by 5:00 p.m. on November 13, after which the matter will be under submission.

IT IS SO ORDERED.