Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN, an individual,

     Plaintiff,

vs.

PATRICK M. BYRNE, an individual,

    Defendant.

Case No.:    2:23-cv-09430-SVW-PD
Judge:    Honorable Stephen V. Wilson
Courtroom:  "10A"

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

[*Filed concurrently with Defendant's Reply; Defendant's Response to Plaintiff's Additional Controverted Facts; Defendant's Response to Plaintiff's Disputed Facts; Declaration of Michael C. Murphy*]

Date:    November 25, 2024
Time:    1:30 p.m.
Courtroom:  "10A"

1

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Patrick Bryne here submits to the court the following evidentiary objections to the evidence cited by Plaintiff Robert Hunter Biden in support of her motion for summary judgment as follows:

### OBJECTION NO. 1

**Material Objected to:**

"Attached hereto as **Exhibit "3"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated March 20, 2022, and which was produced in discovery by Plaintiff and bates labeled as RHB00695." (Declaration of Zachary Hansen, ¶4, lines 20-23.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

### OBJECTION NO. 2

**Material Objected to:**

"**Exhibit "3"**." (Declaration of Zachary Hansen, ¶4, lines 20-23.)

**Grounds for Objection:**

Objection. Irrelevant. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website,

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 3

**Material Objected to:**

"Attached hereto as **Exhibit "4"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated April 7, 2022, and which was produced in discovery by Plaintiff and bates labeled as RHB00696." (Declaration of Zachary Hansen, ¶5, line 24-27)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 4

**Material Objected to:**

"**Exhibit "4"**." (Declaration of Zachary Hansen, ¶5, line 24-27)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

### OBJECTION NO. 5

**Material Objected to:**

"Attached hereto as **Exhibit "5"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated October 20, 2022, and which was produced in discovery by Plaintiff and bates labeled as RHB00697." (Declaration of Zachary Hansen, ¶6, lines 1-4.)

**Grounds for Objection:**

Objection. Misrepresents the evidence because the exhibit displays no social media account name or poster. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

### OBJECTION NO. 6

**Material Objected to:**

"**Exhibit "5"**." (Declaration of Zachary Hansen, ¶6, lines 1-4.)

**Grounds for Objection:**

Objection. Misrepresents the evidence because the exhibit displays no social media account name or poster. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the

4

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## **OBJECTION NO. 7**

### **Material Objected to:**

"Attached hereto as Exhibit "6" is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated December 12, 2022, and which was produced in discovery by Plaintiff and bates labeled as RHB00698." (Declaration of Zachary Hansen, ¶7, lines 5-8.)

### **Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## **OBJECTION NO. 8**

### **Material Objected to:**

"Attached hereto as **Exhibit "7"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated February 10, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00699." (Declaration of Zachary Hansen, ¶8, lines 9-12.)

### **Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 9

**Material Objected to:**

"**Exhibit "7".**" (Declaration of Zachary Hansen, ¶8, lines 9-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 10

**Material Objected to:**

"Attached hereto as **Exhibit "8"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated February 12, 2023, including associated comments, and which was produced in discovery by Plaintiff and bates labeled as RHB00700." (Declaration of Zachary Hansen, ¶9, lines 12-16.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the

6

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1    contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

2    *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

3    1064-1065.)

4

5                          **OBJECTION NO. 11**

6    **Material Objected to:**

7         **"Exhibit "8"."** (Declaration of Zachary Hansen, ¶9, lines 12-16.)

8    **Grounds for Objection:**

9                    Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

10   authenticity. No testimony from any person responsible for creating the internet-based

11   document attesting to how the material was prepared or its accuracy. No personal knowledge of

12   the declarant of who maintains the website, who authored the documents or accuracy of the

13   contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

14   *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

15   1064-1065.)

16

17                          **OBJECTION NO. 12**

18   **Material Objected to:**

19        "Attached hereto as **Exhibit "9"** is a true and correct copy of a screenshot I obtained of

20   Defendant's post on his publicly available X (formerly known as Twitter) account dated

21   February 24, 2023, and which was produced in discovery by Plaintiff and bates labeled as

22   RHB00701." (Declaration of Zachary Hansen, ¶10, lines 17-20.)

23   **Grounds for Objection:**

24                   Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

25   authenticity. No testimony from any person responsible for creating the internet-based

26   document attesting to how the material was prepared or its accuracy. No personal knowledge of

27   the declarant of who maintains the website, who authored the documents or accuracy of the

28   contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 13

**Material Objected to:**

"**Exhibit "9"**." (Declaration of Zachary Hansen, ¶10, lines 17-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 14

**Material Objected to:**

"Attached hereto as **Exhibit "10"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated March 17, 2023, including associated comments, and which was produced in discovery by Plaintiff and bates labeled as RHB00702." (Declaration of Zachary Hansen, ¶11, lines 21-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1064-1065.)

## OBJECTION NO. 15

**Material Objected to:**

"**Exhibit "10"**." (Declaration of Zachary Hansen, ¶11, lines 21-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 16

**Material Objected to:**

"Attached hereto as **Exhibit "11"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated March 28, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00110." (Declaration of Zachary Hansen, ¶12, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

9

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 17

**Material Objected to:**

"**Exhibit "11"**." (Declaration of Zachary Hansen, ¶12, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 18

**Material Objected to:**

"Attached hereto as **Exhibit "12"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated May 12, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00101." (Declaration of Zachary Hansen, ¶13, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

## OBJECTION NO. 19

**Material Objected to:**

"**Exhibit "12".**" (Declaration of Zachary Hansen, ¶13, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 20

**Material Objected to:**

"Attached hereto as **Exhibit "13"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated June 24, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00703." (Declaration of Zachary Hansen, ¶14, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 21

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**Material Objected to:**

"**Exhibit "13"**." (Declaration of Zachary Hansen, ¶14, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 22

**Material Objected to:**

"Attached hereto as **Exhibit "14"** is a true and correct copy of a screenshot I obtained of a publicly available video file of the May 10, 2023 episode of *The Absolute Truth with Emerald Robinson* with the caption "Patrick Byrne Drops Bombshell Allegations Regarding Hunter Biden and Iran" from https://rumble.com/v2nal20-patrick-byrne-drops-bombshell-allegations-regarding-hunter-biden-and-iran.html?e9s=rel_v1_b, and which was produced in discovery by Plaintiff and bates labeled as RHB00186." (Declaration of Zachary Hansen, ¶15, lines 9-15.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 23

### Material Objected to:

"**Exhibit "14"**." (Declaration of Zachary Hansen, ¶15, lines 9-15.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 24

### Material Objected to:

"Attached hereto as **Exhibit "15"** is a true and correct copy of a screenshot I obtained of a publicly available video file of the May 11, 2023 episode of *The Absolute Truth with Emerald Robinson* from https://rumble.com/v2n9tpy-the-absolute-truth-with-emerald-robinson-may-11-2023.html, and which was produced in discovery by Plaintiff and bates labeled as RHB00187." (Declaration of Zachary Hansen, ¶16, lines 16-20.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

13

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 25

**Material Objected to:**

"**Exhibit "15".**" (Declaration of Zachary Hansen, ¶16, lines 16-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 26

**Material Objected to:**

"Attached hereto as **Exhibit "16"** are true and correct copies of relevant portions of a transcript of the publicly available May 11, 2023 episode of *The Absolute Truth with Emerald Robinson*, which was prepared at my direction by Plaintiff's counsel's office, and which was produced in discovery by Plaintiff and bates labeled as RHB00711-RHB00715. I have reviewed the transcript and listened to the foregoing episode and confirm that the transcript is accurate." (Declaration of Zachary Hansen, ¶14, lines 21-26.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-

14

404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 27

**Material Objected to:**

"**Exhibit "16".**" (Declaration of Zachary Hansen, ¶14, lines 21-26.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 28

**Material Objected to:**

"Attached hereto as **Exhibit "17"** are true and correct copies of multiple screenshots I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated May 12, 2023, including associated comments, and which were produced in discovery by Plaintiff and bates labeled as RHB00102-RHB00103, RHB00112-RHB00117." (Declaration of Zachary Hansen, ¶18, lines 1-5.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801; 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 29

**Material Objected to:**

"**Exhibit "17".**" (Declaration of Zachary Hansen, ¶18, lines 1-5.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801; 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 30

**Material Objected to:**

"Attached hereto as **Exhibit "18"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated June 27, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00152." (Declaration of Zachary Hansen, ¶18, lines 6-9.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 31

**Material Objected to:**

"**Exhibit "18".**" (Declaration of Zachary Hansen, ¶18, lines 6-9.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 32

**Material Objected to:**

"Attached hereto as **Exhibit "19"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated June 27, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00153." (Declaration of Zachary Hansen, ¶20, lines 10-13.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the

17

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 33

**Material Objected to:**

"**Exhibit "19"**." (Declaration of Zachary Hansen, ¶20, lines 10-13.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 34

**Material Objected to:**

"Attached hereto as **Exhibit "20"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated June 28, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00157." (Declaration of Zachary Hansen, ¶21, lines 14-17.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

18

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 35

**Material Objected to:**

"**Exhibit "20".**" (Declaration of Zachary Hansen, ¶21, lines 14-17.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 36

**Material Objected to:**

"Attached hereto as **Exhibit "21"** are true and correct copies of multiple screenshots I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated June 29, 2023, including associated comments, and which was produced in discovery by Plaintiff and bates labeled as RHB00105-RHB00106." (Declaration of Zachary Hansen, ¶22, lines 18-22.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 37

**Material Objected to:**

"**Exhibit "21".**" (Declaration of Zachary Hansen, ¶22, lines 18-22.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 38

**Material Objected to:**

"Attached hereto as **Exhibit "22"** is a true and correct copy of a screenshot I obtained of Defendant's posts on his publicly available Telegram account dated July 4, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00156." (Declaration of Zachary Hansen, ¶23, lines 23-26.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

1064-1065.)

**OBJECTION NO. 39**

**Material Objected to:**

  "**Exhibit "22"**." (Declaration of Zachary Hansen, ¶23, lines 23-26.)

**Grounds for Objection:**

    Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 40**

**Material Objected to:**

  "Attached hereto as **Exhibit "23"** is a true and correct copy of a screenshot I obtained of Defendant's posts on his publicly available Telegram account dated July 5, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00161." (Declaration of Zachary Hansen, ¶24, lines 1-4.)

**Grounds for Objection:**

    Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**OBJECTION NO. 41**

**Material Objected to:**

"**Exhibit "23"**." (Declaration of Zachary Hansen, ¶24, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 42**

**Material Objected to:**

"Attached hereto as **Exhibit "24"** is a true and correct copy of a screenshot I obtained of Defendant's posts on his publicly available Telegram account dated July 6, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00162." (Declaration of Zachary Hansen, ¶25, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 43

**Material Objected to:**

"**Exhibit "24".**" (Declaration of Zachary Hansen, ¶25, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 44

**Material Objected to:**

"Attached hereto as **Exhibit "25"** is a true and correct copy of a screenshot I obtained of Defendant's posts on his publicly available Telegram account dated July 22, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00167." (Declaration of Zachary Hansen, ¶26, lines 9-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

///

///

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 45

**Material Objected to:**

"**Exhibit "25**"." (Declaration of Zachary Hansen, ¶26, lines 9-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 46

**Material Objected to:**

"Attached hereto as **Exhibit "26"** is a true and correct copy of a screenshot I obtained of Defendant's posts on his publicly available Telegram account dated July 28, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00168." (Declaration of Zachary Hansen, ¶27, lines 13-16.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

///

///

LAW OFFICES OF MICHAEL C. MURPHY
2625 Towngate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 47

**Material Objected to:**

"**Exhibit "26"**." (Declaration of Zachary Hansen, ¶27, lines 13-16.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 48

**Material Objected to:**

"Attached hereto as **Exhibit "27"** is a true and correct copy of a screenshot I obtained of a publicly available video file of the July 21, 2023 episode of *The Alex Jones Show* from https://rumble.com/v3236py-white-house-witness-patrick-byrne-friday-full-show-072123.html, and which was produced in discovery by Plaintiff and bates labeled as RHB00185." (Declaration of Zachary Hansen, ¶28, lines 17-21.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 49

**Material Objected to:**

"**Exhibit "27".**" (Declaration of Zachary Hansen, ¶28, lines 17-21.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 50

**Material Objected to:**

"Attached hereto as **Exhibit "28"** are true and correct copies of relevant portions of a transcript of the publicly available July 21, 2023 episode of *The Alex Jones Show*, which was prepared at my direction by Plaintiff's counsel's office, and which was produced in discovery by Plaintiff and bates labeled as RHB00722, RHB00743-RHB00749, RHB00756, RHB00765-RHB00767, RHB00770. I have reviewed the transcript and listened to the foregoing episode and confirm that the transcript is accurate." (Declaration of Zachary Hansen, ¶29, lines 22-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1    *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

2    1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 51

**Material Objected to:**

"**Exhibit "28".**" (Declaration of Zachary Hansen, ¶29, lines 22-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 52

**Material Objected to:**

"Attached hereto as **Exhibit "29"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated July 21, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00164." (Declaration of Zachary Hansen, ¶30, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the

27

contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 53

**Material Objected to:**

"**Exhibit "29"**." (Declaration of Zachary Hansen, ¶30, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 54

**Material Objected to:**

"Attached hereto as **Exhibit "30"** is a true and correct copy of a screenshot I obtained of a publicly available video file of the September 8, 2023 episode of *The Courtenay Turner Podcast* titled "Episode 305: Behind the Testimony of 'America's #1 Domestic Extremist w/ Patrick Byrne" from https://courtenayturner.com/ep-305-behind-the-testimony-of-americas-1-domestic-extremist-w-patrick-byrne/, and which was produced in discovery by Plaintiff and bates labeled as RHB00184." (Declaration of Zachary Hansen, ¶31, lines 5-11.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 55

**Material Objected to:**

"**Exhibit "30"**." (Declaration of Zachary Hansen, ¶31, lines 5-11.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 56

**Material Objected to:**

"Attached hereto as **Exhibit "31"** are true and correct copies of relevant portions of a transcript of the publicly available September 8, 2023 episode of *The Courtenay Turner Podcast* titled "Episode 305: Behind the Testimony of 'America's #1 Domestic Extremist w/ Patrick Byrne", which was prepared at my direction by Plaintiff's counsel's office, and which was produced in discovery by Plaintiff and bates labeled as RHB00790-RHB00793, RHB00804-RHB00809, RHB00814, RHB00817-RHB00818, RHB00846. I have reviewed the transcript and listened to the foregoing episode and confirm that the transcript is accurate." (Declaration of Zachary Hansen, ¶32, lines 12-19.)

**Grounds for Objection:**

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 57

**Material Objected to:**

"**Exhibit "31".**" (Declaration of Zachary Hansen, ¶32, lines 12-19.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 58

**Material Objected to:**

"Attached hereto as **Exhibit "32"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated September 17, 2023, and

30

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1  which was produced in discovery by Plaintiff and bates labeled as RHB00169." (Declaration of

2  Zachary Hansen, ¶33, lines 20-23.)

3  **Grounds for Objection:**

4      Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

5  authenticity.  No testimony from any person responsible for creating the internet-based

6  document attesting to how the material was prepared or its accuracy. No personal knowledge of

7  the declarant of who maintains the website, who authored the documents or accuracy of the

8  contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

9  *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

10  1064-1065.)

11

12  **OBJECTION NO. 59**

13  **Material Objected to:**

14      "**Exhibit "32**." (Declaration of Zachary Hansen, ¶33, lines 20-23.)

15  **Grounds for Objection:**

16      Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

17  authenticity.  No testimony from any person responsible for creating the internet-based

18  document attesting to how the material was prepared or its accuracy. No personal knowledge of

19  the declarant of who maintains the website, who authored the documents or accuracy of the

20  contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

21  *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

22  1064-1065.)

23

24  **OBJECTION NO. 60**

25  **Material Objected to:**

26      "Attached hereto as **Exhibit "33"** is a true and correct copy of a screenshot I obtained

27  of Defendant's post on his publicly available X (formerly known as Twitter) account dated

28  October 8, 2023, and which was produced in discovery by Plaintiff and bates labeled as

31

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

1 | RHB00147." (Declaration of Zachary Hansen, ¶34, lines 24-27.)

2 | **Grounds for Objection:**

3 | Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

4 | authenticity. No testimony from any person responsible for creating the internet-based

5 | document attesting to how the material was prepared or its accuracy. No personal knowledge of

6 | the declarant of who maintains the website, who authored the documents or accuracy of the

7 | contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

8 | *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

9 | 1064-1065.)

**OBJECTION NO. 61**

**Material Objected to:**

"**Exhibit "33"**." (Declaration of Zachary Hansen, ¶34, lines 24-27.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

authenticity. No testimony from any person responsible for creating the internet-based

document attesting to how the material was prepared or its accuracy. No personal knowledge of

the declarant of who maintains the website, who authored the documents or accuracy of the

contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

1064-1065.)

**OBJECTION NO. 62**

**Material Objected to:**

"Attached hereto as **Exhibit "34"** is a true and correct copy of a screenshot I obtained

of Defendant's post on his publicly available X (formerly known as Twitter) account dated

October 8, 2023, and which was produced in discovery by Plaintiff and bates labeled as

RHB00146." (Declaration of Zachary Hansen, ¶35, lines 1-4.)

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 63

**Material Objected to:**

"**Exhibit "34"**." (Declaration of Zachary Hansen, ¶35, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801; 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 64

**Material Objected to:**

"Attached hereto as **Exhibit "35"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated October 17, 2023, including associated comments and which was produced in discovery by Plaintiff and bates labeled as RHB00141." (Declaration of Zachary Hansen, ¶36, lines 5-8.)

**Grounds for Objection:**

33

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 65

**Material Objected to:**

"**Exhibit "35**." (Declaration of Zachary Hansen, ¶36, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 66

**Material Objected to:**

"Attached hereto as **Exhibit "36"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated October 17, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00148." (Declaration of Zachary Hansen, ¶37, lines 9-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

34

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 67

**Material Objected to:**

"**Exhibit "36"**." (Declaration of Zachary Hansen, ¶37, lines 9-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801,901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 68

**Material Objected to:**

"Attached hereto as **Exhibit "37"** are true and correct copies of multiple screenshots I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated November 9, 2023, including associated comments and which were produced in discovery by Plaintiff and bates labeled as RHB00120, RHB00123-RHB00124." (Declaration of Zachary Hansen, ¶38, lines 13-17.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 69

**Material Objected to:**

"**Exhibit "37"**." (Declaration of Zachary Hansen, ¶38, lines 13-17.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 70

**Material Objected to:**

"Attached hereto as **Exhibit "38"** is a true and correct copy of a screenshot I obtained of a publicly available video file of the November 13, 2023 episode of *The StoneZONE with Roger Stone* with the caption "Sued by Hunter Biden Former Overstock CEO Patrick Byrne Enters the StoneZone" from https://rumble.com/v3viewv-sued-by-hunter-biden-former-overstock-ceo-patrick-byrne-joins-roger-stone-i.html, and which was produced in discovery by Plaintiff and bates labeled as RHB00183." (Declaration of Zachary Hansen, ¶39, lines 18-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002)

36

216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 71

**Material Objected to:**

"**Exhibit "38".**" (Declaration of Zachary Hansen, ¶39, lines 18-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 72

**Material Objected to:**

"Attached hereto as **Exhibit "39"** are true and correct copies of relevant portions of a transcript of the publicly available November 13, 2023 episode of *The StoneZONE with Roger Stone*, which was prepared at my direction by Plaintiff's counsel's office, and which was produced in discovery by Plaintiff and bates labeled as RHB00847-RHB00864. I have reviewed the transcript and listened to the foregoing episode and confirm that the transcript is accurate." (Declaration of Zachary Hansen, ¶40, lines 1-6.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9ᵗʰ Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 73

**Material Objected to:**

"**Exhibit "39".**" (Declaration of Zachary Hansen, ¶40, lines 1-6.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9ᵗʰ Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 74

**Material Objected to:**

"Attached hereto as **Exhibit "40"** are true and correct copies of multiple screenshots I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated November 13, 2023, including associated comments and which were produced in discovery by Plaintiff and bates labeled as RHB00108, RHB00131-RHB00132." (Declaration of Zachary Hansen, ¶41, lines 7-11.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Hearsay. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

38

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1    the declarant of who maintains the website, who authored the documents or accuracy of the

2    contents.  (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-

3    631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d

4    1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-

5    413.)

## OBJECTION NO. 75

**Material Objected to:**

8         "**Exhibit "40".**" (Declaration of Zachary Hansen, ¶41, lines 7-11.)

**Grounds for Objection:**

10        Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

authenticity.  No testimony from any person responsible for creating the internet-based

document attesting to how the material was prepared or its accuracy. No personal knowledge of

the declarant of who maintains the website, who authored the documents or accuracy of the

contents..  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 76

**Material Objected to:**

20        "Attached hereto as **Exhibit "41"** is a true and correct copy of a screenshot I obtained

from Amazon.com of Defendant's book "*Danger Close: Domestic Extremist #1 Comes Clean*"

for sale and which was produced in discovery by Plaintiff and bates labeled as RHB00709. I

purchased Defendant's book "*Danger Close: Domestic Extremist #1 Comes Clean*" from

Amazon.com and can confirm based on my personal review of this book, that the same

defamatory statements that Defendant published in the June 27, 2023 Capitol Times Magazine

article about Plaintiff, and which form the basis of this lawsuit, are also contained in

Defendant's book "*Danger Close: Domestic Extremist #1 Comes Clean*"." (Declaration of

Zachary Hansen, ¶42, lines 12-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Best Evidence Rule. Hearsay. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 801, 901; 1002; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 77

**Material Objected to:**

"**Exhibit "41".**" (Declaration of Zachary Hansen, ¶42, lines 12-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Best Evidence Rule. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901, 1002; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 78

**Material Objected to:**

"Attached hereto as **Exhibit "42"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated April 25, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00107." (Declaration of Zachary Hansen, ¶43, lines 21-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 79

**Material Objected to:**

"**Exhibit "42"**." (Declaration of Zachary Hansen, ¶43, lines 21-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 80

**Material Objected to:**

"Attached hereto as **Exhibit "43"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Truth Social account dated February 13, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00170." (Declaration of Zachary Hansen, ¶44, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 81

**Material Objected to:**

"**Exhibit "43".**" (Declaration of Zachary Hansen, ¶44, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 82

**Material Objected to:**

"Attached hereto as **Exhibit "44"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X Truth Social account dated February 22, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00172." (Declaration of Zachary Hansen, ¶45, lines 1-4.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 83

### Material Objected to:

"**Exhibit "44"**." (Declaration of Zachary Hansen, ¶45, lines 1-4.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 84

### Material Objected to:

"Attached hereto as **Exhibit "45"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Truth Social account from 2024 (exact date unknown), and which was produced in discovery by Plaintiff and bates labeled as RHB00174." (Declaration of Zachary Hansen, ¶46, lines 5-8.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

43

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1

2

**OBJECTION NO. 85**

3

**Material Objected to:**

4

"**Exhibit "45"**." (Declaration of Zachary Hansen, ¶46, lines 5-8.)

5

**Grounds for Objection:**

6

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

7

authenticity. No testimony from any person responsible for creating the internet-based

8

document attesting to how the material was prepared or its accuracy. No personal knowledge of

9

the declarant of who maintains the website, who authored the documents or accuracy of the

10

contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

11

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

12

1064-1065.)

13

14

**OBJECTION NO. 86**

15

**Material Objected to:**

16

"Attached hereto as **Exhibit "46"** is a true and correct copy of a screenshot I obtained

17

of Defendant's post on his publicly available Truth Social account from 2024 (exact date

18

unknown), and which was produced in discovery by Plaintiff and bates labeled as RHB00176 ."

19

(Declaration of Zachary Hansen, ¶47, lines 9-12.)

20

**Grounds for Objection:**

21

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

22

authenticity. No testimony from any person responsible for creating the internet-based

23

document attesting to how the material was prepared or its accuracy. No personal knowledge of

24

the declarant of who maintains the website, who authored the documents or accuracy of the

25

contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

26

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

27

1064-1065.)

28

**OBJECTION NO. 87**

44

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**Material Objected to:**

"**Exhibit "46".**" (Declaration of Zachary Hansen, ¶47, lines 9-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 88**

**Material Objected to:**

"Attached hereto as **Exhibit "47"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Truth Social account from 2024 (exact date unknown), and which was produced in discovery by Plaintiff and bates labeled as RHB00177." (Declaration of Zachary Hansen, ¶48, lines 13-16.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 89**

**Material Objected to:**

"**Exhibit "47".**" (Declaration of Zachary Hansen, ¶48, lines 13-16.)

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-106.)

**OBJECTION NO. 90**

**Material Objected to:**

"Attached hereto as **Exhibit "48"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated July 22, 2024, including associated comments and which was produced in discovery by Plaintiff and bates labeled as RHB00138." (Declaration of Zachary Hansen, ¶49, lines 17-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404*United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 91**

**Material Objected to:**

"**Exhibit "48".**" (Declaration of Zachary Hansen, ¶49, lines 17-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 92

### Material Objected to:

"Attached hereto as **Exhibit "49"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated June 5, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00704." (Declaration of Zachary Hansen, ¶50, lines 21-24.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 93

### Material Objected to:

"**Exhibit "49"**." (Declaration of Zachary Hansen, ¶50, lines 21-24.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of

47

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 94

**Material Objected to:**

"Attached hereto as **Exhibit "50"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available Telegram account dated October 7, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00705." (Declaration of Zachary Hansen, ¶51, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 95

**Material Objected to:**

"**Exhibit "50"**." (Declaration of Zachary Hansen, ¶51, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

48

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 96

**Material Objected to:**

"Attached hereto as **Exhibit "54"** is a true and correct copy of a transcript prepared at my direction by Plaintiff's counsel's office of the audio recording produced by Defendant in discovery titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-15-10-07-25". I have reviewed the transcript and listened to the foregoing recording and confirm that the transcript is accurate. Because Defendant designated this exhibit as confidential under the Protective Order (Dkt #63), this is being filed in redacted form in the version filed with the Court's ECF system, but an unredacted copy is being provided to the Court via email and submission of the paper copy." (Declaration of Zachary Hansen, ¶55, lines 17-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 97

**Material Objected to:**

"Attached hereto as **Exhibit "55"** is a true and correct copy of a transcript prepared at my direction by Plaintiff's counsel's office of the audio recording produced by Defendant in

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

discovery titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-08-46-17". I have

reviewed the transcript and listened to the foregoing recording and confirm that the transcript is

accurate. Because Defendant designated this exhibit as confidential under the Protective Order

(Dkt #63), this is being filed in redacted form in the version filed with the Court's ECF system,

but an unredacted copy is being provided to the Court via email and submission of the paper

copy." (Declaration of Zachary Hansen, ¶56, lines 1-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

authenticity.  No testimony from any person responsible for creating the internet-based

document attesting to how the material was prepared or its accuracy. No personal knowledge of

the declarant of who maintains the website, who authored the documents or accuracy of the

contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness

of the transcription, despite obvious spelling errors, and gaps in the transcription.  (FRE§§ 401-

404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

*Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)


# OBJECTION NO. 98

**Material Objected to:**

"Attached hereto as **Exhibit "56"** is a true and correct copy of a transcript prepared at

my direction by Plaintiff's counsel's office of the audio recording produced by Defendant in

discovery titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-14-43-38". I have

reviewed the transcript and listened to the foregoing recording and confirm that the transcript is

accurate. Because Defendant designated this exhibit as confidential under the Protective Order

(Dkt #63), this is being filed in redacted form in the version filed with the Court's ECF system,

but an unredacted copy is being provided to the Court via email and submission of the paper

copy." (Declaration of Zachary Hansen, ¶57, lines 9-16.)

**Grounds for Objection:**

1  Objection. Irrelevant. Improper character evidence. Lacks foundation. Lacks

2  authenticity. No testimony from any person responsible for creating the internet-based

3  document attesting to how the material was prepared or its accuracy. No personal knowledge

4  of the declarant of who maintains the website, who authored the documents or accuracy of the

5  contents. No admissible testimony or evidence of transcriber as to the accuracy or correctness

6  of the transcription, despite obvious spelling errors, and gaps in the transcription. (FRE§§ 401-

7  404, 901; 901(a)-(b) and 104(b); *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631;

8  *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060,

9  1064-1065; See *Snyder v CitiSteel USA Inc.* (D. Del. 2007) 508 F.Supp.2d 407, 412-413.)

## OBJECTION NO. 99

### Material Objected to:

"Attached hereto as **Exhibit "58"** is a true and correct copy of a screenshot I obtained

from Amazon.com of Defendant's book *"The Deep Rig: How Election Fraud Cost Donald J.*

*Trump the White House, By a Man Who did not Vote for Him: (or what to send friends who*

*ask, "Why do you doubt the integrity of the Election 2020?")*" for sale and which was produced

in discovery by Plaintiff and bates labeled as RHB00710." (Declaration of Zachary Hansen,

¶59, lines 23-28.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

foundation. Lacks authenticity. No testimony from any person responsible for creating the

internet-based document attesting to how the material was prepared or its accuracy. No

personal knowledge of the declarant of who maintains the website, who authored the

documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 100

### Material Objected to:

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

51

1  **"Exhibit "58"."** (Declaration of Zachary Hansen, ¶59, lines 23-28.)

2  **Grounds for Objection:**

3          Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

4  foundation. Lacks authenticity.  No testimony from any person responsible for creating the

5  internet-based document attesting to how the material was prepared or its accuracy. No

6  personal knowledge of the declarant of who maintains the website, who authored the

7  documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

8  2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

9  2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 101**

12  **Material Objected to:**

13          "Attached hereto as **Exhibit "59"** is a true and correct copy of a screenshot I obtained

14  of Defendant's post on his publicly available X (formerly known as Twitter) account dated

15  April 17, 2023, and which was produced in discovery by Plaintiff and bates labeled as

16  RHB00716." (Declaration of Zachary Hansen, ¶60, lines 1-4.)

17  **Grounds for Objection:**

18          Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

19  foundation. Lacks authenticity.  No testimony from any person responsible for creating the

20  internet-based document attesting to how the material was prepared or its accuracy. No

21  personal knowledge of the declarant of who maintains the website, who authored the

22  documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

23  2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

24  2002) 216 F.Supp.2d 1060, 1064-1065.)

**OBJECTION NO. 102**

26  **Material Objected to:**

27          **"Exhibit "59"."** (Declaration of Zachary Hansen, ¶60, lines 1-4.)

28  ///

52

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 103

**Material Objected to:**

"Attached hereto as **Exhibit "60"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated April 8, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00717." (Declaration of Zachary Hansen, ¶61, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 104

**Material Objected to:**

"**Exhibit "60".**" (Declaration of Zachary Hansen, ¶61, lines 5-8.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

### OBJECTION NO. 105

### Material Objected to:

"Attached hereto as **Exhibit "61"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated January 5, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00718." (Declaration of Zachary Hansen, ¶62, lines 9-12.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

### OBJECTION NO. 106

### Material Objected to:

"**Exhibit "61"**." (Declaration of Zachary Hansen, ¶62, lines 9-12.)

### Grounds for Objection:

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No

54

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 107

**Material Objected to:**

"Attached hereto as **Exhibit "62"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated June 25, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00719." (Declaration of Zachary Hansen, ¶63, lines 13-16.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 108

**Material Objected to:**

"**Exhibit "62".**" (Declaration of Zachary Hansen, ¶63, lines 13-16.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 109

**Material Objected to:**

"Attached hereto as **Exhibit "63"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated May 10, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00720." (Declaration of Zachary Hansen, ¶64, lines 17-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 110

**Material Objected to:**

"**Exhibit "63"**." (Declaration of Zachary Hansen, ¶64, lines 17-20.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 111

**Material Objected to:**

"Attached hereto as **Exhibit "64"** is a true and correct copy of a screenshot I obtained of Defendant's post on his publicly available X (formerly known as Twitter) account dated January 7, 2023, and which was produced in discovery by Plaintiff and bates labeled as RHB00721." (Declaration of Zachary Hansen, ¶65, lines 21-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 112

**Material Objected to:**

"**Exhibit "64"**." (Declaration of Zachary Hansen, ¶65, lines 21-24.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Lacks foundation. Lacks authenticity. No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 113

**Material Objected to:**

"Attached hereto as **Exhibit "65"** is a true and correct copy of a screenshot I obtained

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

of Defendant's post on his publicly available X (formerly known as Twitter) account dated October 26, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00706." (Declaration of Zachary Hansen, ¶66, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Hearsay. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents.  (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 114

**Material Objected to:**

**"Exhibit "65"."** (Declaration of Zachary Hansen, ¶66, lines 25-28.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. First Amendment. Hearsay. Lacks foundation. Lacks authenticity.  No testimony from any person responsible for creating the internet-based document attesting to how the material was prepared or its accuracy. No personal knowledge of the declarant of who maintains the website, who authored the documents or accuracy of the contents. (FRE§§ 401-404, 801, 901; *United States v Tank* (9th Cir. 2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA 2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 115

**Material Objected to:**

"Attached hereto as **Exhibit "66"** is a true and correct copy of a screenshot I obtained of Defendant's publicly available X (formerly known as Twitter) account on October 30, 2024, and which was produced in discovery by Plaintiff and bates labeled as RHB00707."

1   (Declaration of Zachary Hansen, ¶67, lines 1-4.)

2   **Grounds for Objection:**

3         Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

4   foundation. Lacks authenticity.  No testimony from any person responsible for creating the

5   internet-based document attesting to how the material was prepared or its accuracy. No

6   personal knowledge of the declarant of who maintains the website, who authored the

7   documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

8   2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

9   2002) 216 F.Supp.2d 1060, 1064-1065.)

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## OBJECTION NO. 116

**Material Objected to:**

        "**Exhibit "66"**." (Declaration of Zachary Hansen, ¶67, lines 1-4.)

**Grounds for Objection:**

        Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

foundation. Lacks authenticity.  No testimony from any person responsible for creating the

internet-based document attesting to how the material was prepared or its accuracy. No

personal knowledge of the declarant of who maintains the website, who authored the

documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

2002) 216 F.Supp.2d 1060, 1064-1065.)

## OBJECTION NO. 117

**Material Objected to:**

        "Attached hereto as **Exhibit "67"** is a true and correct copy of a screenshot I obtained

of the website https://enemywithindocuseries.com/ which advertises Defendant's mini-series

"The Enemy Within", and which was produced in discovery by Plaintiff and bates labeled as

RHB00708." (Declaration of Zachary Hansen, ¶68, lines 5-8.)

59

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1  **Grounds for Objection:**

2      Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

3  foundation. Lacks authenticity. No testimony from any person responsible for creating the

4  internet-based document attesting to how the material was prepared or its accuracy. No

5  personal knowledge of the declarant of who maintains the website, who authored the

6  documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

7  2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

8  2002) 216 F.Supp.2d 1060, 1064-1065.)

9                          **OBJECTION NO. 118**

10  **Material Objected to:**

11      "**Exhibit "67".**" (Declaration of Zachary Hansen, ¶68, lines 5-8.)

12  **Grounds for Objection:**

13      Objection. Irrelevant. Improper character evidence. First Amendment. Lacks

14  foundation. Lacks authenticity. No testimony from any person responsible for creating the

15  internet-based document attesting to how the material was prepared or its accuracy. No

16  personal knowledge of the declarant of who maintains the website, who authored the

17  documents or accuracy of the contents. (FRE§§ 401-404, 901; *United States v Tank* (9th Cir.

18  2000) 200 F.3d 627, 630-631; *Wady v Provident Life & Accidents Ins. Co. of America* (CD CA

19  2002) 216 F.Supp.2d 1060, 1064-1065.)

20

21                          **OBJECTION NO. 119**

22  **Material Objected to:**

23      "Attached hereto as **Exhibit "68"** is a true and correct copy of an email chain between

24  Defendant's counsel of record and myself, with Plaintiff's other counsel of record copied

25  thereon, between September 6, 2024 and September 11, 2024. In this email chain, my meet and

26  confer discussions with Defendant's counsel of record regarding the scheduling of Defendant's

27  deposition and the location are set forth. This includes a detailed summary of my meet and

28  confer conference call with Defendant's counsel of record, Michael Murphy, on September 2,

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD

1  2024, in which he offered to find a location for Defendant's deposition to take place in Florida,

2  USA. Then on September 11, 2024, when Defendant's attorney of record stated any in-person

3  deposition of Defendant would have to be in Dubai or via zoom from Dubai, which Plaintiff

4  had an issue with because of the time it takes to travel to Dubai and, upon legal research, the

5  legality of a deposition in Dubai and lack of legal authority authorizing a deposition to occur in

6  Dubai for use in a District Court case in the United States. Since September 11, 2024, the

7  scheduling of Defendant's deposition and the location thereof has been the subject of two

8  different Informal Discovery Conferences on September 18, 2024, and October 4, 2024. (See

9  Docket #67, 79.) This issue was also the subject of a discovery motion that was filed on

10  October 9, 2024, and which the Court ruled on October 30, 2024, that Defendant would be

11  required to return to the United States for his deposition before trial and was required to inform

12  Plaintiff's counsel by November 4, 2024, what federal district he will choose to appear for his

13  deposition in. (See Docket #87.) Defendant's deposition has not yet occurred due to the

14  foregoing discovery disputes." (Declaration of Zachary Hansen, ¶69 page 13, lines 9-28

15  through page 14,lines 1-2.)

16  **Grounds for Objection:**

17      Objection. Irrelevant. Improper character evidence. Rule of Completeness.

18  (FRE§§ 106, 401-404.)

19  **OBJECTION NO. 120**

20  **Material Objected to:**

21      "In discovery motions in this litigation, Defendant gave wild and differing claims about

22  why he was residing in Dubai.  First, Defendant's counsel said he was informed by an

23  unidentified DEA agent that the Venezuelan government placed a $25 million bounty on him

24  and he did not want to return to the United States due to safety issues.  (See Docket #67.)  Then

25  Defendant claimed in a declaration that he was in Ghana cooperating with an official with the

26  Ghanian Ministry of Security who informed Defendant that criminals in West Africa were

27  cooperating to get him in a position where he could be kidnapped.  (See Docket #76.)."

28  (Declaration of Zachary Hansen, ¶70, lines 3-10.)

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Rule of Completeness. (FRE§§ 106, 401-404.)

## OBJECTION NO. 121

**Material Objected to:**

"Attached hereto as **Exhibit "69"** is a true and correct copy of an email that Defendant's counsel of record, Michael Murphy, sent to me on August 17, 2024." (Declaration of Zachary Hansen, ¶71, lines 11-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Rule of Completeness. (FRE§§ 106, 401-404.)

## OBJECTION NO. 122

**Material Objected to:**

"**Exhibit "69"**." (Declaration of Zachary Hansen, ¶71, lines 11-12.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Rule of Completeness. (FRE§§ 106, 401-404.)

## OBJECTION NO. 123

**Material Objected to:**

"Attached hereto as Exhibit "70" is a true and correct copy of an email that Defendant's counsel of record, Michael Murphy, sent to me on September 30, 2024." (Declaration of Zachary Hansen, ¶72, lines 13-15.)

**Grounds for Objection:**

Objection. Irrelevant. Improper character evidence. Rule of Completeness. (FRE§§ 106, 401-404.)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. 2:23-cv-09430-SVW-PD

1

### OBJECTION NO. 124

2  **Material Objected to:**

3    "**Exhibit "70".**" (Declaration of Zachary Hansen, ¶72, lines 13-15.)

4  **Grounds for Objection:**

5        Objection. Irrelevant. Improper character evidence. Rule of Completeness.

6  (FRE§§ 106, 401-404.)

7

8  Dated: November 12, 2024          LAW OFFICES OF MICHAEL C. MURPHY

9

10                                    By:  /s/ Michael C. Murphy, Esq.

11                                    _____

12                                         Michael C. Murphy, Esq.
                                           Michael C. Murphy, Jr., Esq.
13                                         Attorneys for Defendant,
                                           Patrick Byrne
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION AND EXHIBITS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. 2:23-cv-09430-SVW-PD