# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ROBERT HUNTER BIDEN <br><br> Plaintiff(s), <br><br> v. <br><br> PATRICK M. BYRNE <br><br> Defendant(s). | 2:23–cv–09430–SVW–PD <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/13/2024__

Document No.:  __119__

Title of Document:  __120__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

Missing attorney / filer's information – case name, number, etc

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 15, 2024           By:  */s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS