Michael C. Murphy, Esq. (S.B. No. 104872)
  Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
  Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.: 2:23-cv-09430-SVW-PD<br>Judge: Honorable Stephen V. Wilson<br>Courtroom: "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT PATRICK BYRNE'S MOTION IN LIMINE NO. 7 TO PRECLUDE WITNESSES AND EVIDENCE NOT DISCLOSED PURSUANT TO RULE 26(f);**<br><br>[*Filed concurrently with the Notice of Motion and Motion for Summary Judgment; Defendant's Statement of Uncontroverted Facts; Request for Judicial Notice; Proposed Judgment*]<br><br>Date: November 25, 2024<br>Time: 3:00 p.m.<br>Courtroom: "10A" |

---

**SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 7**
Case No.: 2:23-cv-09430-SVW-PD

I, Michael C. Murphy, Esq., declares as follows:

1. I am an attorney duly authorized and licensed to practice law before this Court and all the state courts located throughout the State of California. I am an attorney with the Law Offices of Michael C. Murphy, attorneys of record for Defendant Patrick Byrne. This Declaration is executed in support of Defendant's Motion in Limine No. 7 to Preclude Witnesses and Evidence Not Disclosed Pursuant to Rule 26(f). I have personal knowledge of the facts stated in this Declaration and if called upon to testify, I would competently do so.

2. On November 18, 2024, Mr. Zachary Hansen, Esq. one of Plaintiff Robert Hunter Biden ("Plaintiff") counsel in this case sent me an e-mail. Attached to it are 543 pages of documents bate stamped RHB00869 to RHB01412 that were never previously produced in discovery, produced past the discovery cut off, not disclosed in Plaintiff's Rule 26f disclosures and are not contained in the Joint Exhibit list that were filed with the court.

3. Accordingly, Defendant respectfully requests that the court grant Defendant's Motion in Limine No. 7 and preclude Plaintiff from referring, mentioning, or using in any manner any of the documents contained in bate stamp numbers RHB00869 to RHB01412 during the trial of this case.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration was executed on November 19, 2024, at Westlake Village, CA.

By: /s/ Michael C. Murphy, Esq.

.

2

SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 7
Case No.: 2:23-cv-09430-SVW-PD

# PROOF OF SERVICE

# UNITED STATEMENTS OF AMERICA

I am employed and am a resident of the County of Ventura, State of California.

I am over the age of 18 and not a party to the within action. My business name and address is as follows:

Law Offices of Michael C. Murphy
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

On November 19, 2024, I served the foregoing document(s) on Opposing Counsel in this action described as follows:

1. **SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 7 TO PRECLUDER WITNESSES AND EVIDENCE NOT DISCLOSED PURSUANT TO RULE 26F.**

\_\_\_\_\_ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

\_\_\_\_\_ by placing a copy of the original enclosed in sealed envelopes addressed as follows ("U.S. Mail"):

__X__ by placing copies of the original through electronic transmission ("e-mail") to all parties appearing on the electronic service list as follows:

\_\_\_\_\_ by placing copies of the original through facsimile transmission ("fax") to all parties appearing on the service list as follows:

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

| | |
|---|---|
| Paul B. Salvaty, Esq.<br>Winston & Strawn LLP<br>333 S. Grand Ave. 38th Floor<br>Los Angeles, CA 90071-1543<br>Tel: (213) 615-1700<br>Fax: (213) 615-1750<br>Email: PSalvaty@winston.com<br>Email: gaellis@winston.com<br><br>Abbe David Lowell, Esq.<br>1901 L St., N.W.<br>Washington, D.C. 20036-3508<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>Email: AbbeLowellPublicOutreach@winston.com<br><br>Bryan M. Sullivan, Esq.<br>Zachary C. Hansen, Esq.<br>Early Sullivan Wright Gizer & McRae, LLP<br>6420 Wilshire Blvd., Suite 17th Fl.<br>Los Angeles, CA 90048<br>Tel: (323) 301-4660<br>Fax: (323) 301-4676<br>Email: rclaudat@earlysullivan.com<br>Email: zhansen@earlysullivan.com<br>Email: bsullivan@earlysullivan.com | **Attorneys for Plaintiff**<br>ROBERT HUNTER BIDEN |

The sender's name and email address are as follows:
Name: Michael C. Murphy, Esq.
Email: Michael.jr@murphlaw.net.

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

\_\_X\_\_ (Federal) I declare that I am employed in the office as a member of the bar of this court at whose direction the service was made.

Executed on November 19, 2024 at Westlake Village, California.

By: /s/ Michael C. Murphy, Esq..