Michael C. Murphy, Esq. (S.B. No. 104872)
   Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
   Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.:    2:23-cv-09430-SVW-PD<br>Judge:    Honorable Stephen V. Wilson<br>Courtroom:  "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT PATRICK BYRNE'S MOTION IN LIMINE NO. 7 TO PRECLUDE WITNESSES AND EVIDENCE NOT DISCLOSED PURSUANT TO RULE 26(f);**<br><br>*[Filed concurrently with the Notice of Motion and Motion for Summary Judgment; Defendant's Statement of Uncontroverted Facts; Request for Judicial Notice; Proposed Judgment]*<br><br>Date:     November 25, 2024<br>Time:     3:00 p.m.<br>Courtroom:  "10A" |

1

SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 7
Case No.: 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

I, Michael C. Murphy, Esq., declares as follows:

1.      I am an attorney duly authorized and licensed to practice law before this Court and all the state courts located throughout the State of California. I am an attorney with the Law Offices of Michael C. Murphy, attorneys of record for Defendant Patrick Byrne. This Declaration is executed in support of Defendant's Motion in Limine No. 7 to Preclude Witnesses and Evidence Not Disclosed Pursuant to Rule 26(f). I have personal knowledge of the facts stated in this Declaration and if called upon to testify, I would competently do so.

2.      On November 1, 2024, Mr. Zachary Hansen, Esq. one of Plaintiff Robert Hunter Biden ("Plaintiff") counsel in this case sent me an e-mail. Attached to it are 359 pages of documents bate stamped RHB00509 to RHB00868 that were never previously produced in discovery and not disclosed in Plaintiff's Rule 26f disclosures prior to sending them to us.

3.      On November 19, 2024, Mr. Zachary Hansen, Esq. one of Plaintiff Robert Hunter Biden ("Plaintiff") counsel in this case sent me an e-mail. Attached to it are three pages of documents bate stamped RHB01413 to RHB01416 that were never previously produced in discovery, not contained on the joint exhibit list and not disclosed in Plaintiff's Rule 26f disclosures prior to sending them to us.

4.      Plaintiff has attempted after the discovery cut off to provide this week a late Rule 26f disclosure statement. However, that statement does not resolve the prejudice the Defendant has sustained by this late production of documents.

5.      Accordingly, Defendant respectfully requests that the court grant Defendant's Motion in Limine No. 7 and preclude Plaintiff from referring, mentioning, or using in any manner any of the documents contained in bate stamp numbers RHB00509 to RHB00868 and RHB014120 to RHB01416 during the trial of this case.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration was executed on

SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 7
Case No.: 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

November 20, 2024, at Westlake Village, CA.

By:  /s/ Michael C. Murphy, Esq.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

3

SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 7
Case No.: 2:23-cv-09430-SVW-PD

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

## PROOF OF SERVICE

## UNITED STATEMENTS OF AMERICA

I am employed and am a resident of the County of Ventura, State of California.

I am over the age of 18 and not a party to the within action.  My business name and address is as follows:

Law Offices of Michael C. Murphy<br>2625 Townsgate Road, Suite 330<br>Westlake Village, CA 91361

On November 20, 2024, I served the foregoing document(s) on Opposing Counsel in this action described as follows:

**1. SUPPLEMENTAL DECLARATION OF MICHAEL C. MURPHY, ESQ. IN SUPPORT OF DEFENDANT PATRICK BYRNE'S MOTION IN LIMINE NO. 7 TO PRECLUDE WITNESSES AND EVIDENCE NOT DISCLOSED PURSUANT TO RULE 26F.**

_____ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_____ by placing a copy of the original enclosed in sealed envelopes addressed as follows ("U.S. Mail"):

___X___ by placing copies of the original through electronic transmission ("e-mail") to all parties appearing on the electronic service list as follows:

_____ by placing copies of the original through facsimile transmission ("fax") to all parties appearing on the service list as follows:

1

**PROOF OF SERVICE**

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

1  Paul B. Salvaty, Esq.

**Attorneys for Plaintiff**
ROBERT HUNTER BIDEN

2  Winston & Strawn LLP

3  333 S. Grand Ave. 38th Floor
   Los Angeles, CA 90071-1543

4  Tel: (213) 615-1700

5  Fax: (213) 615-1750
   Email: PSalvaty@winston.com

6  Email: gaellis@winston.com

7  Abbe David Lowell, Esq.

8  1901 L St., N.W.

9  Washington, D.C. 20036-3508

10  Tel: (202) 282-5000
    Fax: (202) 282-5100

11  Email:

12  AbbeLowellPublicOutreach@winston.com

13  Bryan M. Sullivan, Esq.
    Zachary C. Hansen, Esq.

14  Early Sullivan Wright Gizer & McRae, LLP

15  6420 Wilshire Blvd., Suite 17th Fl.
    Los Angeles, CA 90048

16  Tel: (323) 301-4660

17  Fax: (323) 301-4676
    Email: rclaudat@earlysullivan.com

18  Email: zhansen@earlysullivan.com

19  Email: bsullivan@earlysullivan.com

20

21

22  The sender's name and email address are as follows:
    Name:  Michael C. Murphy, Esq.

23  Email:  Michael.jr@murphlaw.net.

24

25  _____ (State) I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

26  __X__ (Federal) I declare that I am employed in the office as a member of the bar of this court at whose direction the service was made.

27

28

2

**PROOF OF SERVICE**

Executed on November 20, 2024 at Westlake Village, California.

By: /s/ Michael C. Murphy, Esq.

_____

**PROOF OF SERVICE**

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361