PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR NOVEMBER 25, 2024 FINAL PRETRIAL CONFERENCE; DECLARATION OF ABBE D. LOWELL; [PROPOSED] ORDER**<br><br>Date: November 25, 2024<br>Time: 3:00 P.M.<br>Place: Ctrm. 10A<br><br>Judge: Hon. Stephen V. Wilson |

5794292.1



**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR NOVEMBER 25, 2024 FINAL PRETRIAL CONFERENCE; DECLARATION OF ABBE D. LOWELL; [PROPOSED] ORDER**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,** Plaintiff Robert Hunter Biden ("Plaintiff") hereby respectfully requests permission from this Court for his Counsel, Abbe D. Lowell, to appear remotely by way of videoconference (e.g. Zoom) for the Final Pretrial Conference scheduled in this case for November 25, 2024 at 3:00 p.m. Good cause exists to grant this request because Mr. Lowell has been involved in the disposition of the dispute regarding Defendant's deposition scheduling and his participation would be helpful if the Court has specific questions on that issue. (*See* Declaration of Abbe D. Lowell, at ¶2.)  Mr. Lowell will be out of the state of California on November 25, 2024, and given Mr. Lowell's limited participation in the Final Pretrial Conference, it did not make sense for Plaintiff to undertake the expense for Mr. Lowell to travel to California to appear in person for this Final Pretrial Conference. (*See* Declaration of Abbe D. Lowell, at ¶3.)  Additionally, Mr. Lowell's co-counsel, Bryan M. Sullivan and Zachary C. Hansen, will be appearing in person for the Final Pretrial Conference, so Plaintiff will already have two other attorneys present for this hearing. (*Id*.)  Accordingly, Defendants respectfully request that the Court grant this request for Mr. Lowell to appear remotely by videoconference at the November 25, 2024 Final Pretrial Conference in this matter.

Dated:  November 21, 2024

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By:  */s/ Zachary C. Hansen*

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.

5794292.1

2

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR NOVEMBER 25, 2024 FINAL PRETRIAL CONFERENCE; DECLARATION OF ABBE D. LOWELL; [PROPOSED] ORDER**

Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice* forthcoming)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorney for Plaintiff*
*Robert Hunter Biden*



5794292.1

3

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR NOVEMBER 25, 2024 FINAL PRETRIAL CONFERENCE; DECLARATION OF ABBE D. LOWELL; [PROPOSED] ORDER**

## DECLARATION OF ABBE D. LOWELL

I, Abbe D. Lowell, declare and state as follows:

1. I am counsel of record for Plaintiff Robert Hunter Biden ("Plaintiff") in the above-entitled action and am over the age of 18. I hereby submit this declaration in support of Plaintiff's Request for Counsel to Appear Remotely for November 25, 2024 Final Pretrial Conference. If called as a witness, I would and could testify to the matters contained herein.

2. I have been involved in disposition of the dispute regarding Defendant's deposition scheduling and I believe my participation in the Final Pretrial Conference would be helpful if the Court has specific questions on that issue.

3. I primarily live and work in Washington, D.C. and thus I will be out of the state of California on November 25, 2024. As such, given my limited participation in the Final Pretrial Conference, my co-counsel and I decided it did not make sense to make our client incur the cost of me traveling to California for the Final pretrial Conference. Additionally, my co-counsel, Bryan M. Sullivan and Zachary C. Hansen, will be appearing in person for the Final Pretrial Conference, so Plaintiff will already have two other attorneys present for this hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of November, 2024, at Washington, D.C.

                                                                */s/ Abbe D. Lowell*
                                                                  Abbe D. Lowell

5794292.1

4

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR NOVEMBER 25, 2024 FINAL PRETRIAL CONFERENCE; DECLARATION OF ABBE D. LOWELL; [PROPOSED] ORDER**

## [PROPOSED] ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Request for Counsel to Appear Remotely for the November 25, 2024 Final Pretrial Conference ("Request") in this case, and finding good cause therefor, hereby orders as follows:

1. The Request is Granted
2. Plaintiff's Counsel, Mr. Abbe D. Lowell, may appear remotely for the November 25, 2024 Final Pretrial Conference 3:00 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

**OR**

1. _____
_____
_____
_____.

Dated: _____    _____

Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE

5794292.1

5

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR NOVEMBER 25, 2024 FINAL PRETRIAL CONFERENCE; DECLARATION OF ABBE D. LOWELL; [PROPOSED] ORDER**