UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:23-cv-9430-SVW-PDx                                    Date:  November 21, 2024

Title   *Robert Hunter Biden v. Patrick M. Byrne*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Leah Krivitsky for Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| N/A | N/A |

**Proceedings (In Chambers):   ORDER RE NOVEMBER 21, 2024 REQUEST FOR INFORMAL DISCOVERY CONFERENCE**

On November 21, 2024, Plaintiff sent an email requesting an informal discovery conference with the Magistrate Judge, and Defendant responded. The Civil Trial Preparation Order in this case states that "[a]ny discovery disputes that are not resolved three (3) weeks prior to the scheduled trial date should be brought promptly and directly to the attention of" Judge Wilson.  [Dkt. No. 39 at ¶ 3.]  The scheduled trial date is December 10, 2024.  Three weeks prior to that date was November 19, 2024.  Accordingly, the request for an informal discovery conference with the Magistrate Judge is denied as untimely.

IT IS SO ORDERED.