PAUL B. SALVATY (State Bar No. 171507)
*PSalvaty@winston.com*
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL
*AbbeLowellPublicOutreach@winston.com*
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Bryan M. Sullivan, State Bar Number 209743
  *bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
  *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**JOINT NOTICE OF CONFIRMATION OF DEFENDANT'S DEPOSITION DATES AND REQUEST TO MODIFY THE COURT'S NOVEMBER 25, 2024 ORDER**<br><br>Judge: Hon. Stephen V. Wilson |

5794985.1

**JOINT NOTICE OF CONFIRMATION OF DEFENDANT'S DEPOSITION DATES AND REQUEST TO MODIFY THE COURT'S NOVEMBER 25, 2024 ORDER**

**TO THE HONORABLE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, in compliance with the Court's order on the record at the November 25, 2024 Final Pretrial Conference, the Parties have agreed to conduct Defendant Patrick M. Byrne's ("Defendant") deposition via videoconferencing on Friday December 13, 2024, to begin at 9:30 A.M. EST and to continue for three and a half hours of real time. Then, on December 14, 2024, the deposition will resume at 9:30 A.M. EST and will continue for an additional three and a half hours of real time. If any additional time is needed to complete the seven (7) hours of deposition testimony that Plaintiff is entitled to under Federal Rule of Civil Procedure 30, the Parties agree to complete the deposition on Sunday, December 15, 2024, commencing at 9:30 A.M. EST.

Moreover, in the Court's November 25, 2024 Order (Dkt. No. 158), the Court ordered the deposition of Defendant to occur within two weeks of the November 25 hearing date. However, on the record, the Court ordered the Parties to conduct Defendant's deposition within three weeks of the November 25 hearing date. (*See* Dkt. No. 161, at 13:22-23.) Considering the Parties' foregoing agreement to conduct Defendant's deposition on December 13 and 14 was based on the Court's oral order at the hearing of conducting the deposition in three weeks, the Parties respectfully request that the Court modify its November 25, 2024 Order to state that the deposition must occur within *three weeks* of the November 25 hearing date and request that the Court approve of the Partis' agreement with respect to Defendant's deposition, as set forth herein.

In addition, the Court previously ordered that the mediation in this case occur by December 9, 2024, but, in light of the rescheduling of the trial date and the scheduling of Defendant's deposition, the Parties request that such deadline be extended to January 31, 2025.

The Parties reserve all rights in connection with the deposition.

5794985.1

2

**JOINT NOTICE OF CONFIRMATION OF DEFENDANT'S DEPOSITION DATES AND REQUEST TO MODIFY THE COURT'S NOVEMBER 25, 2024 ORDER**

Dated: November 27, 2024

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By: */s/ Zachary C. Hansen*

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice* forthcoming)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorney for Plaintiff*
*Robert Hunter Biden*

5794985.1

3

**JOINT NOTICE OF CONFIRMATION OF DEFENDANT'S DEPOSITION DATES AND REQUEST TO MODIFY THE COURT'S NOVEMBER 25, 2024 ORDER**

| | |
|---|---|
| Dated: November 27, 2024 | LAW OFFICES OF MICHAEL C. MURPHY |
| | By:    */s/ Michael C. Murphy* <br> Michael C. Murphy, Esq. <br> Michael C. Murphy, Jr., Esq. |
| | *Attorneys for Defendant* <br> *Patrick Byrne* |



5794985.1

4

**JOINT NOTICE OF CONFIRMATION OF DEFENDANT'S DEPOSITION DATES AND REQUEST TO MODIFY THE COURT'S NOVEMBER 25, 2024 ORDER**