PAUL B. SALVATY (State Bar No. 171507)
*PSalvaty@winston.com*
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL
*AbbeLowellPublicOutreach@winston.com*
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Bryan M. Sullivan, State Bar Number 209743
 *bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
 *zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**JOINT STIPULATION RE: DEFENDANT'S DEPOSITION DATES AND MEDIATION DEADLINE**<br><br>*[[Proposed] Order filed and served concurrently herewith]*<br><br>Judge:  Hon. Stephen V. Wilson<br>Ctrm.   10A |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

## **JOINT STIPULATION**

Plaintiff Robert Hunter Biden ("Plaintiff") and Defendant Patrick M. Byrne ("Defendant") (collectively the "Parties"), hereby stipulate as follows:

WHEREAS, in the Court's November 25, 2024 Order (Dkt. No. 158), the Court ordered the deposition of Defendant to occur within two weeks of the November 25 hearing date.  However, on the record, the Court ordered the Parties to conduct Defendant's deposition within three weeks of the November 25 hearing date (*see* Dkt. No. 161, at 13:22-23);

WHEREAS, it is the mutual understanding of the Parties that the Court's Order was to conduct Defendant's deposition within three weeks of the November 25 hearing date;

WHEREAS, the Parties have agreed to conduct Defendant's deposition via videoconferencing on Friday December 13, 2024, to begin at 9:30 A.M. EST and to continue for three and a half hours of real time. Then, on December 14, 2024, the deposition will resume at 9:30 A.M. EST and will continue for an additional three and a half hours of real time.  If any additional time is needed to complete the seven (7) hours of deposition testimony that Plaintiff is entitled to under Federal Rule of Civil Procedure 30, the Parties have agreed to complete Defendant's deposition on Sunday, December 15, 2024, commencing at 9:30 A.M. EST;

FURTHERMORE, on November 19, 2024, the Court ordered that the mediation in this case occur by December 9, 2024 (*see* Dkt. No. 138);

WHEREAS, subsequent to the Court's November 19, 2024 Order (Dkt. No. 138), the Court continued trial to March 4, 2025, and the Parties agreed to conduct Defendant's deposition after December 9, 2024;

WHEREAS, the Parties agree that for the mediation to be productive, the deposition of Defendant on December 13-15, 2024, should precede any such mediation.

///

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW

1    **NOW THEREFORE**, it is hereby stipulated and agreed by and between the

2    Parties, by and through their respective counsel of record, that:

3        1.    Defendant's deposition must occur within three (3) weeks of the

4    November 25, 2024 hearing date; and

5        2.    The deadline to complete the Court-ordered mediation before a neutral

6    from the Court's ADR Panel is continued until January 31, 2025.

7
     Dated:  December 5, 2024                    EARLY SULLIVAN WRIGHT
8                                                GIZER & MCRAE LLP

9

10                                    By:    */s/ Zachary C. Hansen* _____

11                                           BRYAN M. SULLIVAN (State Bar No.
12                                           209743)
                                             bsullivan@earlysullivan.com
13                                           ZACHARY C. HANSEN (State Bar No.
                                             325128)
14                                           zhansen@earlysullivan.com
                                             EARLY SULLIVAN WRIGHT GIZER
15                                           & McRAE LLP
                                             6420 Wilshire Boulevard, 17th Fl.
16                                           Los Angeles, California 90048
                                             Telephone: (323) 301-4660
17                                           Facsimile: (323) 301-4676

18                                           PAUL B. SALVATY (State Bar No.
19                                           171507)
                                             PSalvaty@winston.com
20                                           WINSTON & STRAWN LLP
                                             333 S. Grand Ave., 38th Fl.
21                                           Los Angeles, CA 90071-1543
                                             Telephone:  (213) 615-1700
22                                           Facsimile:  (213) 615-1750

23                                           ABBE DAVID LOWELL (*pro hac vice*
                                             forthcoming)
24                                           AbbeLowellPublicOutreach@winston.
                                             com
25                                           WINSTON & STRAWN LLP
                                             1901 L St., N.W.
26                                           Washington, D.C. 20036-3508
                                             Telephone:  (202) 282-5000
27                                           Facsimile:  (202) 282-5100

28                                           *Attorney for Plaintiff*
                                             *Robert Hunter Biden*

1
2    Dated:  December 5, 2024                LAW OFFICES OF MICHAEL C. MURPHY
3
4                                            By:  _____/s/ Michael C. Murphy_____
5                                                 Michael C. Murphy, Esq.
                                                  Michael C. Murphy, Jr., Esq.
6
7                                                 *Attorneys for Defendant*
8                                                 *Patrick Byrne*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1

**CERTIFICATE OF SERVICE**

2            I, Robie Ann Atienza-Jones, hereby certify that on this 5th day of December,

3  2024, a copy of the foregoing **JOINT STIPULATION RE: DEFENDANT'S**

4  **DEPOSITION DATES AND MEDIATION DEADLINE** was served via email, on

5  the following:

6

7  Paul B. Salvaty, Esq.
WINSTON & STRAWN LLP

8  333 S. Grand Ave. 38th Floor
Los Angeles, CA 90071-1543

9  Tel: (213) 615-1700
Fax: (213) 615-1750

10  *Email: psalvaty@winston.com*

11  Abbe David Lowell, Esq.
1901 L St., N.W.

12  Washington, D.C. 20036-3508
Tel: (202) 282-5000

13  Fax: (202) 282-5100
*Email:*

14  *abbelowellpublicoutreach@winston.com*

15  *Attorneys for Plaintiff*
*Robert Hunter Biden*

Michael C. Murphy, Esq.
Michael C. Murphy, Jr. Esq.
Carmen R. Selame, Esq.
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506
*Email:        michael@murphlaw.net;*
*Michael.jr@murphlaw.net;*
*Carmen@murphlaw.net*

*Attorneys for Defendant*
*Patrick Byrne*

16

17

18

19     */s/ Robie Ann Atienza-Jones*

20  ROBIE ANN ATIENZA-JONES
An employee of EARLY SULLIVAN

21  WRIGHT GIZER & MCRAE LLP

22

23

24

25

26

27

28