# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**ORDER ON JOINT STIPULATION RE: DEFENDANT'S DEPOSITION DATES AND MEDIATION DEADLINE**<br><br>[*Joint Stipulation filed and served concurrently herewith*]<br><br>Judge: Hon. Stephen V. Wilson<br>Ctrm.: 10A |

5795468.1

[PROPOSED] ORDER

## ORDER

The Court, having considered the Parties' Joint Stipulation re: Defendant's Deposition and Mediation Dates, and good cause appearing therefore, the Court rules as follows:

1. The November 25, 2024 Order (Dkt. No. 158) is hereby modified to state that Defendant's deposition must occur within *three weeks* of the November 25, 2024 hearing date; and

2. The deadline to complete the Court-ordered mediation before a neutral from the Court's ADR Panel is hereby extended to January 31, 2025.

**IT IS SO ORDERED.**

DATED: December 12, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE