Bryan M. Sullivan (SBN 209743)
Zachary C. Hansen (SBN 325128)
6420 Wilshire Blvd., 17th Fl., Los Angeles, CA 90048
(323) 301-4660
Attorneys for Plaintiff Robert Hunter Biden

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Robert Hunter Biden | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23-cv-09430-SVW-PD |
| v. | |
| Patrick M. Byrne | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[x] The parties stipulate that ___Hon. Dennis Landin___ may serve as the Panel Mediator in the above-captioned case. ___Zachary Hansen___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD before 1/31/25___ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: January 3, 2025        /s/ Bryan M. Sullivan
                              Attorney For Plaintiff   Robert Hunter Biden

Dated: January 3, 2025        /s/ Zachary C. Hansen
                              Attorney For Plaintiff   Robert Hunter Biden

Dated: January 5, 2025        /s/ Michael C. Murphy, Esq.
                              Attorney For Defendant   Patrick M. Byrne

Dated: _____        _____
                              Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)        STIPULATION REGARDING SELECTION OF PANEL MEDIATOR