UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-09430-SVW | Date | January 22, 2025 |
| Title | *Robert Hunter Biden v. Patrick M. Byrne* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER VACATING DEFENDANT'S JANUARY 23 DEPOSITION AND SCHEDULING A STATUS CONFERENCE FOR JANUARY 27, 2025.

On January 15, 2024, Plaintiff Hunter Biden filed an *ex parte* application for an order compelling production of documents and information from Defendant Patrick Byrne. ECF No. 174. Specifically, Plaintiff requested that the Court compel Defendant to produce documents and information that Plaintiff requested Defendant produce in a December 27, 2024 letter.

Due to the wildfires affecting Southern California, the Court has not been able to promptly address Plaintiff's *ex parte* request. Given that Defendant's deposition is scheduled for January 23,—i.e., tomorrow—the Court finds that addressing Plaintiff's *ex parte* request would be futile. After all, even if the Court found it appropriate to compel Defendant to produce information and documents, Plaintiff would not receive that information in time for Defendant's deposition.

The Court therefore orders the parties to vacate Defendant's deposition. The Court schedules a

| | : | |
|---|---|---|
| Initials of Preparer | | PMC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-09430-SVW | Date | January 22, 2025 |
|---|---|---|---|
| Title | Robert Hunter Biden v. Patrick M. Byrne | | |

status conference for January 27, 2025, at 3:00 p.m. In that conference, the Court will address the matters in Plaintiff's *ex parte* request and reschedule Defendant's deposition.

**IT IS SO ORDERED.**

| | |
|---|---|
| Initials of Preparer | PMC |