PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR JANUARY 27, 2025 STATUS CONFERENCE; DECLARATION OF ABBE D. LOWELL**<br><br>[*[Proposed] Order filed and served concurrently herewith*]<br><br>Date: January 27, 2025<br>Time: 3:00 p.m.<br>Ctrm.: 10A<br><br>Judge:  Hon. Stephen V. Wilson |

5800299.2

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR JANUARY 27, 2025 STATUS CONFERENCE; DECLARATION OF ABBE D. LOWELL**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Robert Hunter Biden ("Plaintiff") hereby respectfully requests permission from this Court for his Counsel, Abbe D. Lowell, to appear remotely by way of videoconference (e.g. Zoom) for the Status Conference scheduled in this case for January 27, 2025 at 3:00 p.m. Plaintiff understands the Court's standing order requires a request to appear remotely for a proceeding to be filed seven (7) days prior to the hearing, but here, because the Status Conference was scheduled for less than seven (7) days from the Court's Minute Order scheduling that conference (Dkt. No. 178), Plaintiff filed this request as soon as possible and respectfully requests the Court grants this request.

Good cause exists to grant this request because Mr. Lowell has been involved in the disposition of the current discovery dispute that formed the basis of Plaintiff's January 14, 2025 *Ex Parte* Application, Mr. Lowell was the person who took Defendant's first deposition, and he has also been the direct subject of some of Defendant's recent allegations and his participation in the status conference is, therefore, necessary. (*See* Declaration of Abbe D. Lowell, at ¶2.) Mr. Lowell is unable to be in the State of California on January 27, 2025, due to prior commitments (he teaches a large class at Georgetown Law Center in Washington, D.C. on Mondays), but Mr. Lowell's co-counsel, Bryan M. Sullivan, will be appearing in person for the Status Conference, so Plaintiff will have another attorney present for this hearing. (*See* Declaration of Abbe D. Lowell, at ¶3.)

///
///
///
///
///
///



5800299.2

2

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR JANUARY 27, 2025 STATUS CONFERENCE; DECLARATION OF ABBE D. LOWELL**

Accordingly, Plaintiff respectfully requests that the Court grant this request for Mr. Lowell to appear remotely by videoconference at the January 27, 2025 Status Conference in this matter.

Dated: January 23, 2025

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By: /s/ *Zachary C. Hansen*

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice* forthcoming)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorney for Plaintiff Robert Hunter Biden*

5800299.2

3

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR JANUARY 27, 2025 STATUS CONFERENCE; DECLARATION OF ABBE D. LOWELL**

# DECLARATION OF ABBE D. LOWELL

I, Abbe D. Lowell, declare and state as follows:

1. I am counsel of record for Plaintiff Robert Hunter Biden ("Plaintiff") in the above-entitled action and am over the age of 18. I hereby submit this declaration in support of Plaintiff's Request for Counsel to Appear Remotely for January 27, 2025 Status Conference. If called as a witness, I would and could testify to the matters contained herein.

2. I have involved in the disposition of the current discovery dispute that formed the basis of Plaintiff's January 14, 2025 *Ex Parte* Application, I was the person who took Defendant's first deposition, and I have also been the direct subject of some of Defendant's recent allegations and my participation in the status conference is, therefore, necessary.

3. I am unable to be in the State of California on January 27, 2025, due to prior commitments (I teach a large class at Georgetown Law Center in Washington, D.C. on Mondays), but my co-counsel, Bryan M. Sullivan, will be appearing in person for the Status Conference, so Plaintiff will have another attorney present for this hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 23rd day of January, 2025, at Washington, D.C.

                                                  */s/ Abbe D. Lowell*
                                                        Abbe D. Lowell