# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>Plaintiff(s)<br>v.<br><br>PATRICK M. BYRNE<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-cv-09430-SVW-PD<br><br>**MEDIATION REPORT** |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): 1/16/2025 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3. Did the case settle?

    ☐ Yes, fully, on _____ (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: January 23, 2025

_____
Signature of Mediator

Hon. Dennis Landín
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*