

| | |
|---|---|
| 1<br>2<br>3<br>4 | PAUL B. SALVATY (State Bar No. 171507)<br>PSalvaty@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Ave., 38th Fl.<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 |
| 5<br>6<br>7<br>8 | ABBE DAVID LOWELL<br>AbbeLowellPublicOutreach@winston.com<br>WINSTON & STRAWN LLP<br>1901 L St., N.W.<br>Washington, D.C. 20036-3508<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100 |
| 9<br>10<br>11<br>12<br>13 | Bryan M. Sullivan, State Bar Number 209743<br>  bsullivan@earlysullivan.com<br>Zachary C. Hansen, State Bar Number 325128<br>  zhansen@earlysullivan.com<br>EARLY SULLIVAN WRIGHT<br>  GIZER & McRAE LLP<br>6420 Wilshire Boulevard, 17th Floor<br>Los Angeles, California 90048<br>Telephone:  (323) 301-4660<br>Facsimile:  (323) 301-4676 |
| 14<br>15 | Attorneys for PLAINTIFF<br>ROBERT HUNTER BIDEN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>                      Plaintiff,<br><br>         vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>                      Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 FINAL PRE-TRIAL CONFERENCE; DECLARATION OF BRYAN M. SULLIVAN**<br><br>[*[Proposed] Order filed and served concurrently herewith*]<br><br>Date:   February 24, 2025<br>Time:   1:30 P.M.<br>Ctrm.:   10A<br><br>Judge: Hon. Stephen V. Wilson |

5802142.1

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 STATUS CONFERENCE; DECLARATION OF BRYAN M. SULLIVAN**

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,** Plaintiff Robert Hunter Biden ("Plaintiff") hereby respectfully requests permission from this Court for his Counsel, Bryan M. Sullivan, Esq., to appear remotely by way of videoconference (e.g. Zoom) for the Final Pre-Trial Conference scheduled in this case for February 24, 2025 at 1:30 p.m. (the "Conference").  Good cause exists to grant this request because Mr. Sullivan along with Zachary Hansen, Esq., will be trial counsel on the case and has been involved in all aspects of the case. (*See* Declaration of Bryan M. Sullivan, at ¶2.)  However, at this time, Mr. Sullivan is unable to be in the State of California on February 24, 2025, due to the fact that he resides in Virginia and has family/child care obligations that prevent him from traveling to California and attending the Conference in person at that time.  Mr. Hansen, who will be trial counsel with Mr. Sullivan on the case and also has been involved in all aspects of the case will be appearing in person for the Conference, so Plaintiff will have another attorney present in person for this hearing. (*See* Declaration of Bryan M. Sullivan, at ¶3.)   Accordingly, Plaintiff respectfully requests that the Court grant this request for Mr. Sullivan to appear remotely by videoconference at the February 24, 2025 Conference in this matter.

Dated:  February 11, 2025         EARLY SULLIVAN WRIGHT
                                  GIZER & MCRAE LLP


                                  By:  */s/ Zachary C. Hansen*

                                  BRYAN M. SULLIVAN (State Bar No. 209743)
                                  bsullivan@earlysullivan.com
                                  ZACHARY C. HANSEN (State Bar No. 325128)
                                  zhansen@earlysullivan.com
                                  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
                                  6420 Wilshire Boulevard, 17th Fl.
                                  Los Angeles, California 90048
                                  Telephone: (323) 301-4660
                                  Facsimile: (323) 301-4676



PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL (*pro hac vice* forthcoming)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, D.C. 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorney for Plaintiff*
*Robert Hunter Biden*



5802142.1

3

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 STATUS CONFERENCE; DECLARATION OF BRYAN M. SULLIVAN**

# DECLARATION OF BRYAN M. SULLIVAN

I, Bryan M. Sullivan, declare and state as follows:

1. I am counsel of record for Plaintiff Robert Hunter Biden ("Plaintiff") in the above-entitled action and am over the age of 18. I hereby submit this declaration in support of Plaintiff's Request for Counsel to Appear Remotely for February 24, 2025 Final Pre-Trial Conference. If called as a witness, I would and could testify to the matters contained herein.

2. I have been involved in all aspects of this case and will be trial counsel for this with my colleague Zachary Hansen, Esq., and my participation in the Final Pre-Trial Conference is, therefore, necessary.

3. I am unable to be in the State of California on February 24, 2025, I reside in Virginia and have family/child care obligations that week that prevent me from traveling to California and attending the Conference in person. However, my colleague, Mr. Hansen, who will be trial counsel on this case will be appearing in person for the Status Conference, so Plaintiff will have another attorney present for this hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th of February, 2025, at Roanoke, Virginia.

                                               */s/ Bryan M. Sullivan*
                                                   Bryan M. Sullivan

5802142.1    4

**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 STATUS CONFERENCE; DECLARATION OF BRYAN M. SULLIVAN**