1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ROBERT HUNTER BIDEN, an individual,

        Plaintiff,

   vs.

PATRICK M. BYRNE, an individual,

        Defendant.

Case No. 2:23-cv-09430-SVW-PD

**ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 FINAL PRE-TRIAL CONFERENCE**

[*Request to Appear Remotely; and Declaration of Bryan M. Sullivan filed and served concurrently herewith*]

Date:  February 24, 2025
Time:  1:30 P.M.
Ctrm.: 10A

Judge: Hon. Stephen V. Wilson



EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5802144.1

**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 FINAL PRE-TRIAL CONFERENCE**

## **ORDER**

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Request for Counsel to Appear Remotely for the February 24, 2025 Final Pre-Trial Conference ("Request") in this case, and finding good cause therefor, hereby orders as follows:

1.  The Request is Granted

2.  Plaintiff's Counsel, Mr. Bryan M. Sullivan, may appear remotely for the February 24, 2025 Status Conference at 1:30 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

Dated: February 13, 2025

Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE

5802144.1

2

[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL
TO APPEAR REMOTELY FOR FEBRUARY 24, 2025 FINAL PRE-TRIAL CONFERENCE

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW