

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR MARCH 17, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION TO COMPEL COMPLIANCE WITH *TOUHY* REQUEST**<br><br>[*Request to Appear Remotely; and Declaration of Bryan M. Sullivan filed and served concurrently herewith*]<br><br>Date: March 17, 2025<br>Time: 1:30 P.M.<br>Crtrm.: 10A |

5803658.1

[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR MARCH 17, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION TO COMPEL COMPLIANCE WITH *TOUHY* REQUEST

## ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Request for Counsel to Appear Remotely for the March 17, 2025 Hearing on Plaintiff Robert Hunter Biden's Motion to Compel Compliance with *Touhy* Request ("Request") in this case, and finding good cause therefor, hereby orders as follows:

1. The Request is Granted
2. Plaintiff's Counsel, Bryan M. Sullivan, Esq., may appear remotely for the March 17, 2025 Hearing at 1:30 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

Dated: March 5, 2025

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE

5803658.1

2

[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR MARCH 17, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION TO COMPEL COMPLIANCE WITH *TOUHY* REQUEST