YAAKOV M. ROTH
Acting Assistant Attorney General
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Federal Programs Branch
SAMUEL BEAN (MD)
Trial Attorney
    1100 L Street NW
    Washington, D.C. 20005
    Telephone: (202) 455-9619
    E-mail: Samuel.B.Bean2@usdoj.gov
Attorneys for Non-Party Department of Justice
Attorneys for Non-Party Department of Justice

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK M. BYRNE,<br><br>    Defendants. | Case No. 2:23-cv-9430-SVW-PD<br><br>**NON-PARTY DEPARTMENT OF JUSTICE'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR MARCH 17, 2025 HEARING ON PLAINTIFF HUNTER BIDEN'S MOTION TO COMPEL COMPLIANCE WITH TOUHY REQUEST: DECLARATION OF SAMUEL BEAN**<br><br>[[*Proposed*] Order filed and served concurrently herewith]<br><br>Hearing Date:    March 17, 2025<br>Hearing Time:    1:30 p.m.<br>Ctrm:    10A<br>Hon.    Stephen V. Wilson |

1   TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS
2   OF RECORD, Non-Party Department of Justice hereby respectfully requests permission
3   from this Court for Counsel, Samuel Bean, to appear remotely by way of
4   videoconference (e.g. Zoom) for the hearing on Plaintiff's Motion to Compel
5   Compliance With Touhy Request scheduled in this case for March 17, 2025 at 1:30 p.m.
6   (the "Hearing").  Good cause exists to grant this request because Mr. Bean is unable to
7   be in the State of California on March 17, 2025, due to the fact that he resides in
8   Washington, D.C. and has family/childcare obligations, that prevent him from traveling
9   to California and attending the Hearing in person on that date.  Accordingly, Non-Party
10  Department of Justice respectfully requests that the Court grant this request for Mr. Bean
11  to appear remotely by videoconference at the hearing.
12  Dated: March 10, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

/s/ Samuel Bean
SAMUEL BEAN
Trial Attorney

Attorney for Defendant

# DECLARATION OF SAMUEL BEAN

I, Samuel Bean, declare and state as follows:

1. I am a trial attorney for the Department of Justice, Civil Division, Federal Programs Branch, assigned to handle the above-entitled matter and am over the age of 18. I hereby submit this declaration in support of Non-Party Department of Justice's Request for Counsel to Appear Remotely for the hearing on Plaintiff's Motion to Compel Compliance with the Touhy Request scheduled in this case for March 17, 2025 at 1:30 p.m. (the "Hearing"). If called as a witness, I would and could testify to the matters contained herein.

2. I have been involved in all aspects of this matter since my assignment on January 24, 2025 and my participation in the Hearing for the limited purpose of responding to the motion is, therefore, necessary.

3. I am unable to be in the State of California on March 17, 2025 because I reside in Washington, D.C. and have family/child-care obligations that week, including a family member's birthday party, that prevent me from traveling to California and attending the Hearing in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 7th day of March, 2025, at Washington, D.C.

                                                         */s/ Samuel Bean*
                                                         SAMUEL BEAN