YAAKOV M. ROTH
Acting Assistant Attorney General
JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Federal Programs Branch
SAMUEL BEAN (MD)
Trial Attorney
    1100 L Street NW
    Washington, D.C. 20005
    Telephone: (202) 455-9619
    E-mail: Samuel.B.Bean2@usdoj.gov
    Attorneys for Non-Party Department of Justice
Attorneys for Non-Party Department of Justice

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK M. BYRNE,<br><br>    Defendants. | Case No. 2:23-cv-9430-SVW-PD<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY DEPARTMENT OF JUSTICE'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR MARCH 17, 2025 HEARING ON PLAINTIFF HUNTER BIDEN'S MOTION TO COMPEL COMPLIANCE WITH TOUHY REQUEST: DECLARATION OF SAMUEL BEAN**<br><br>[*Request to Appear Remotely; and Declaration of Samuel Bean filed and served concurrently herewith*]<br><br>Hearing Date:  March 17, 2025<br>Hearing Time:  1:30 p.m.<br>Ctrm:  10A<br>Hon.  Stephen V. Wilson |

## **[PROPOSED] ORDER**

This Court, having read and considered Non-Party Department Of Justice's Request for Counsel to Appear Remotely for the March 17, 2025 Hearing on Plaintiff Robert Hunter Biden's Motion to Compel Compliance with the Touhy Request in this case, and finding good cause therefore, hereby orders as follows:

1. The Request is Granted,
2. Non-Party Department of Justice's Counsel, Samuel Bean, may appear remotely for the March 17, 2025 Hearing at 1:30 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

**OR**

1. _____.

Dated: _____   _____

Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE