UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK M. BYRNE,<br><br>　　　　Defendants. | Case No. 2:23-cv-9430-SVW-PD<br><br>**ORDER GRANTING NON-PARTY DEPARTMENT OF JUSTICE'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR MARCH 17, 2025 HEARING ON PLAINTIFF HUNTER BIDEN'S MOTION TO COMPEL COMPLIANCE WITH TOUHY REQUEST: DECLARATION OF SAMUEL BEAN**<br><br>[*Request to Appear Remotely; and Declaration of Samuel Bean filed and served concurrently herewith*]<br><br>Hearing Date:　March 17, 2025<br>Hearing Time:　1:30 p.m.<br>Ctrm:　　　　　10A<br>Hon.　　　　　Stephen V. Wilson |

## ORDER

This Court, having read and considered Non-Party Department Of Justice's Request for Counsel to Appear Remotely for the March 17, 2025 Hearing on Plaintiff Robert Hunter Biden's Motion to Compel Compliance with the Touhy Request in this case, and finding good cause therefore, hereby orders as follows:

1. The Request is Granted,
2. Non-Party Department of Justice's Counsel, Samuel Bean, may appear remotely for the March 17, 2025 Hearing at 1:30 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

Dated: March 12, 2025

Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE