UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-09430-SVW-PD | Date | March 17, 2025 |
|---|---|---|---|
| Title | Robert Hunter Biden v. Patrick M. Byrne | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Richard A. Harpootlian  
Zachary Hansen

Attorneys Present for Defendants:  
Michael C. Murphy

**Proceedings:** ZOOM-[206] EX PARTE APPLICATION for Order to Reopen Plaintiff's Deposition re Pretrial Conference filed by Defendant;
[208] EX PARTE APPLICATION Re: David Smith Deposition re Pretrial Conference filed by Defendant

The defendant is allowed is fourteen days to submit their questions to the Justice Department. The Justice Department shall respond within ten days.

Objections to the questions are due by next Monday.

The Court defers ruling on the applictions.

: 30

Initials of Preparer PMC