Name and address:

Bryan M. Sullivan (SBN 209743), bsullivan@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90048
Tel: (323) 301-4660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN,

Plaintiff(s),

v.

PATRICK M. BYRNE, an individual,

Defendant(s),

CASE NUMBER

23-cv-09430-SVW-PD

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.  **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.**  (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Barber, Phillip D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

check here if federal government attorney ☐

Richard A. Harpootlian, P.A.
*Firm/Agency Name*

1410 Laurel Street

*Street Address*

803-252-4848
*Telephone Number*

803-252-4810
*Fax Number*

Columbia, SC  29201
*City, State, Zip Code*

pdb@harpootlianlaw.com
*E-mail Address*

**I have been retained to represent the following parties:**

Robert Hunter Biden      ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

_____         ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of South Carolina | 05/22/2018 | Yes |
| DC Bar - Court of Appeals | 05/13/2016 | Yes |
| Virginia State Bar | 10/16/2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated March 20, 2025

Phillip D. Barber
*Applicant's Name (please type or print)*

/s/ Phillip D. Barber
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Sullivan, Bryan M.

*Designee's Name (Last Name, First Name & Middle Initial)*

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

*Firm/Agency Name*

6420 Wilshire Boulevard, 17th Floor

*Street Address*

Los Angeles, CA 90048

*City, State, Zip Code*

(323) 301-4660

*Telephone Number*

(323) 301-4676

*Fax Number*

bsullivan@earlysullivan.com

*Email Address*

209743

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  March 20, 2025

Bryan M. Sullivan

*Designee's Name (please type or print)*

/s/ Bryan M. Sullivan

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Phillip Donald Barber (Phillip Donald Barber) was duly sworn and admitted as an attorney in this state on May 22, 2018 and is currently a regular member of the South Carolina Bar in good standing.

_Patricia A. Howard_
CLERK

Columbia, South Carolina

February 28, 2025

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Phillip Donald Barber

*was duly qualified and admitted on May 13, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 28, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT PHILLIP DONALD LAYTON BARBER IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. PHILLIP DONALD LAYTON BARBER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 16, 2014, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued March 11, 2025

DaVida M. Davis
Director of Regulatory Compliance