Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
 bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
 zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT PATRICK M. BYRNE'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Plaintiff's Supplement To His Opposition To Defendant Patrick M. Byrne's Motion For Summary Judgment; and Additional Separate Statement Of Controverted Facts filed and served concurrently herewith*]<br><br>Date: July 21, 2025<br>Time: 1:30 P.M.<br>Crtrm.: 10A<br><br>Judge: Hon. Stephen V. Wilson |

5811198.1

**DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF PLAINTIFF'S SUPPLEMENT TO OPPOSITION TO SUMMARY JUDGMENT MOTION**

# DECLARATION OF ZACHARY C. HANSEN

I, Zachary C. Hansen, declare and state as follows:

1. I am an Attorney within the law firm of Early Sullivan Wright Gizer & McRae LLP, attorneys of record for Plaintiff Robert Hunter Biden ("Plaintiff") herein. I submit this declaration in support of Plaintiff's Supplement To His Opposition To Defendant Patrick M. Byrne's Motion For Summary Judgment. If called as a witness, I would and could testify to the matters contained herein.

2. True and correct copies of relevant portions of the transcript of the February 24, 2025 Final Pre-trial Conference in this case are attached hereto as **Exhibit "A"**.

3. True and correct copies of relevant portions of Defendant's deposition testimony from February 4, 2025, are attached hereto as **Exhibit "B"**.

4. True and correct copies of relevant portions of Special Agent David Smith's deposition testimony from April 21, 2025, are attached hereto as **Exhibit "C"**.

5. True and correct copies of relevant portions of John Moynihan's deposition testimony from February 14, 2025, are attached hereto as **Exhibit "D"**.

6. True and correct copies of relevant portions of Defendant's deposition testimony from December 14, 2024, are attached hereto as Exhibit **"E"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of May, 2025, at Summit, New Jersey.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Zachary C. Hansen*
　　　　　　　　　　　　　　　　　　　　　　　Zachary C. Hansen



5811198.1

1

**DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF PLAINTIFF'S SUPPLEMENT TO OPPOSITION TO SUMMARY JUDGMENT MOTION**

# CERTIFICATE OF SERVICE

I, Robie Ann Atienza-Jones, hereby certify that on this 20th day of May, 2025, a copy of the foregoing **DECLARATION OF ZACHARY C. HANSEN IN SUPPORT OF SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT PATRICK M. BYRNE'S MOTION FOR SUMMARY JUDGMENT** was served via email or by certified mail, as indicated, on the following:

| | |
|---|---|
| Richard A. Harpootlian<br>Phillip Barber<br>RICHARD A. HARPOOTLIAN, PA<br>1410 Laurel Street<br>Columbia, South Carolina 29201<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>Email: rah@harpootlianlaw.com;<br>pdb@harpootlianlaw.com<br><br>*Attorneys for Plaintiff*<br>*Robert Hunter Biden* | Michael C. Murphy, Esq.<br>Michael C. Murphy, Jr. Esq.<br>Carmen R. Selame, Esq.<br>LAW OFFICES OF MICHAEL C. MURPHY<br>2625 Townsgate Road, Suite 330<br>Westlake Village, CA 91361<br>Tel.: 818-558-3718<br>Fax: 805-367-4506<br>Email: michael@murphlaw.net;<br>Michael.jr@murphlaw.net;<br>carmen@murphlaw.net<br><br>*Attorneys for Defendant*<br>*Patrick Byrne* |

                            */s/ Robie Ann Atienza-Jones*
                            ROBIE ANN ATIENZA-JONES
                            An employee of EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP