# EXHIBIT C

**In the Matter Of:**

ROBERT HUNTER BIDEN vs PATRICK M. BYRNE

2:23-cv-09430-SVW-PD

**SPECIAL AGENT DAVID SMITH**

*April 21, 2025*



800.211.DEPO (3376)
EsquireSolutions.com

1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3    ROBERT HUNTER BIDEN, an

4    individual,

5              Plaintiff,

6    vs.                          Case No.

7    PATRICK M. BYRNE, an         2:23-cv-09430-SVW-PD

8    individual,

9              Defendant.

10   _____/

11

12      The Deposition of FBI SPECIAL AGENT DAVID SMITH

13              10:00 a.m. - 10:11 a.m.

14                 April 21, 2025

15

16

17

18

19

20

21

22

23   REPORTED BY:

24   STEVEN POULAKOS, RPR

25   JOB NO:   J12703813



1

2

3

4

5

6

7

8                    The deposition of FBI SPECIAL AGENT DAVID

9    SMITH was held on Monday, April 21, 2025, commencing at

10   10:00 a.m., at the Law Offices of The U.S. Department

11   of Justice, 1100 L Street, N.W., Washington, D.C.

12   20005, before Steven Poulakos, Notary Public.

13

14

15

16

17

18

19

20   REPORTED BY:  Steven Poulakos, RPR

21

22

23

24

25



800.211.DEPO (3376)
EsquireSolutions.com

SPECIAL AGENT DAVID SMITH                                              April 21, 2025
ROBERT HUNTER BIDEN vs PATRICK M. BYRNE                                           3

```
1   APPEARANCES:

2        ON BEHALF OF THE DEPONENT:

3        JACQUELINE COLEMAN SNEAD, ESQUIRE

4            U.S. Department of Justice

5            1100 L Street, N.W.

6            Washington, D.C.  20005

7            Telephone:  202.514.3418

8            Email:  jacqueline.snead@usdoj.gov

9

10

11

12

13

14   ALSO PRESENT:  POOJA PATEL

15

16

17

18

19

20

21

22

23

24

25
```



SPECIAL AGENT DAVID SMITH                                April 21, 2025
ROBERT HUNTER BIDEN vs PATRICK M. BYRNE                            4

         FBI SPECIAL AGENT DAVID SMITH

2   DEPOSITION QUESTIONS                              PAGE

3   PLAINTIFF'S RULE 31 QUESTIONS                       5

4   DEFENDANT'S RULE 31 CROSS-EXAMINATION QUESTIONS     11

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                    P R O C E E D I N G S

 2                         - - -

 3

 4   Whereupon,

 5              FBI SPECIAL AGENT DAVID SMITH,

 6   called as a witness, having been first duly sworn to

 7   tell the truth, the whole truth, and nothing but the

 8   truth, was examined and testified as follows:

 9        PLAINTIFF'S RULE 31 DEPOSITION QUESTIONS

10      Q       Please state your name.

11      A       Dave Smith.

12      Q       Do you reside in California?

13      A       No.

14      Q       How are you employed?

15      A       With the United States government.

16      Q       Is your employment located in California?

17      A       No.

18      Q       How long have you been employed with that

19   entity?

20      A       Twelve years.

21      Q       Mr. Byrne testified in this action that in

22   late 2021 or early 2022 you met with him and John

23   Moynihan at a parking lot at Reagan National Airport

24   where Mr. Byrne played you an audio recording in which

25   there was a conversation between someone and Mr. Byrne
```



1  in which it was stated that Mr. Robert Hunter Biden,

2  through an intermediary, had approached the Iranian

3  government with an offer to have his father, President

4  Joe Biden, unfreeze $8 billion in Iranian funds in

5  South Korea in return for the Iranians paying the

6  Biden's 10 percent of those funds which would go into a

7  numbered account for his family.  Is that accurate?

8          MS. SNEAD:  This is Jacqueline Coleman

9  Snead.  I'm an attorney with the Department of Justice.

10  I'm here appearing on behalf of Special Agent Smith.

11  Special Agent Smith is appearing pursuant to a

12  subpoena.  The Department has authorized certain of his

13  testimony.  I am here to ensure that he complies with

14  the authorization.

15          The Department of Justice objects to this

16  question on the grounds that the information sought is

17  subject to the law enforcement privilege and/or may

18  implicate classified information to which the parties

19  are not entitled.

20          Subject to this objection, Special Agent

21  Smith may respond.

22      A    No.

23      Q    Mr. Byrne testified in this action that he

24  gave you in the car a copy of the recording that Mr.

25  Byrne claims to have played for you as described in



1   Question Number 6.  Is that accurate?

2              MS. SNEAD:  The Department of Justice

3   objects to the question on the grounds that information

4   sought is subject to the law enforcement privilege

5   and/or may implicate classified information to which

6   the parties are not entitled.

7              Subject to that objection, Special Agent

8   Smith may respond.

9       A       I do not recall.

10      Q       Did Mr. Byrne give you the recording via

11  AirDrop or through another medium such as the messaging

12  application "Signal"?

13             MS. SNEAD:  The Department objects to this

14  question on the grounds that the information sought is

15  subject to the law enforcement privilege and/or may

16  implement classified information to which the parties

17  are not entitled.

18             Subject to this objection, Special Agent

19  Smith may respond.

20      A       I do not recall.

21      Q       Mr. Byrne testified in this action that you

22  told him to delete the recording and not keep a copy of

23  it.  Is that accurate?

24             MS. SNEAD:  The Department objects to this

25  question on the grounds that the information sought is



1   subject to the law enforcement privilege and/or it may

2   implicate classified information to which the parties

3   are not entitled.

4                Subject to that objection, Special Agent

5   Smith may respond.

6        A     No.

7        Q     Mr. Byrne testified in this action that you

8   confirmed, through various actions by various

9   government agencies, the identity of the voice on the

10  voicemails played on the recording and communicated

11  that to Mr. Byrne either directly or through Mr.

12  Moynihan.  Is that accurate?

13               MS. SNEAD:  The Department objects to this

14  question on the grounds that the information sought is

15  subject to the law enforcement privilege and/or it may

16  implicate classified information to which the parties

17  are not entitled.

18               Subject to this objection, Special Agent

19  Smith may respond.

20       A     No.

21       Q     Mr. Byrne testified in the action that you

22  confirmed the voice on the voicemails played on the

23  recording was identified as the son of a high-ranking

24  official with the Pakistani Minister of Defense and

25  communicated that to Mr. Byrne either directly or



1    through Mr. Moynihan.  Is that accurate?

2                    MS. SNEAD:  The Department objects to this

3    question on the ground that the information sought is

4    subject to the law enforcement privilege and/or may

5    implicate classified information to which the parties

6    are not entitled.

7                    Subject to that objection, Special Agent

8    Smith may respond.

9         A    No.

10        Q    Mr. Byrne testified in this action that you

11   confirmed the voice on the voicemails played on the

12   recording was identified as someone who had close ties

13   to Mr. Hunter Biden and communicated that to Mr. Byrne

14   either directly or through Mr. Moynihan.  Is that

15   accurate?

16                   MS. SNEAD:  The Department objects to this

17   question on the grounds that the information sought is

18   subject to the law enforcement privilege and/or may

19   implicate classified information to which the parties

20   are not entitled.

21                   Subject that objection, Special Agent Smith

22   may respond.

23        A    No.

24        Q    Mr. Byrne testified in this action that you

25   confirmed the voice on the voicemail played on the



```
 1   recording was identified as someone who acted as a

 2   proxy for Hunter Biden and communicated that to Mr.

 3   Byrne either directly or through Mr. Moynihan.  Is that

 4   accurate?

 5              MS. SNEAD:  The Department objects to this

 6   question on the grounds that the information sought is

 7   subject to the law enforcement privilege and/or may

 8   implicate classified information to which the parties

 9   are not entitled.

10              Subject to that objection, Special Agent

11   Smith, you may respond.

12      A    No.

13      Q    Mr. Byrne testified in this action that you

14   described to Mr. Byrne a letter that FBI Director

15   Christopher Wray sent out to every FBI agent in the

16   bureau saying not to have any contact with Mr. Byrne.

17   Is that accurate?

18              MS. SNEAD:  The Department objects to this

19   question on the grounds that the information sought is

20   subject to the law enforcement privilege and/or may

21   implicate classified information to which the parties

22   are not entitled.

23              Subject to that objection, Special Agent

24   Smith may respond.

25      A    No.
```



SPECIAL AGENT DAVID SMITH                                    April 21, 2025
ROBERT HUNTER BIDEN vs PATRICK M. BYRNE                              11

```
 1        DEFENDANT'S RULE 31 CROSS-EXAMINATION QUESTIONS

 2        Q       Mr. Byrne testified in this action that he

 3   provided to you a recording that involved Hunter Biden

 4   and Iranian Officials.  Do you recall receiving any

 5   recording from Mr. Byrne related to or involving Hunter

 6   Biden and Iranian Officials?

 7        A       No.

 8        Q       If Mr. Byrne provided any recordings to

 9   you, did you ask him to delete the recordings from any

10   device still in his possession?

11        A       No.

12        Q       Is it common practice for the FBI to advise

13   informants to retain copies of sensitive information or

14   evidence related to national security matters?

15             MS. SNEAD:  The Department of Justice

16   objects to Defendant's proposed cross-examination

17   question 3 because it seeks the FBI's law enforcement

18   method and, therefore, is protected by privilege from

19   disclosure.

20             Accordingly, I am instructing Special Agent

21   Smith not to respond to Question Number 3.

22        Q       Did the National Security Agency confirm

23   the voice identification of the individual on the three

24   voicemails including the recording provided to you by

25   Mr. Byrne?
```



SPECIAL AGENT DAVID SMITH                                    April 21, 2025
ROBERT HUNTER BIDEN vs PATRICK M. BYRNE                              12

 1              MS. SNEAD:  The Department of Justice lacks

 2    authority to authorize the disclosure of official

 3    information belonging to another federal agency.

 4              Moreover, Special Agent Smith, as an

 5    employee of the Department of Justice, is not a proper

 6    witness to testify about the National Security Agency.

 7              Accordingly, Special Agent Smith is not

 8    authorized to respond to this question and I'm

 9    instructing him not to answer.

10        Q    Did the National Security Agency confirm

11    that the identified has or had a relationship or

12    connection with Hunter Biden?

13              MS. SNEAD:  The Department of Justice lacks

14    authority to authorize the disclosure of official

15    information belonging to another federal agency.

16              Moreover, Special Agent Smith, as an

17    employee of the Department of Justice, is not a proper

18    witness to testify about the national Security Agency.

19              Accordingly, Special Agent Smith is not

20    authorized to respond to Defendant's proposed

21    cross-examination Question Number 5 and I'm instructing

22    him not to answer.

23        Q    Did the National Security Agency confirm

24    that the identified individual acted as a proxy for

25    Hunter Biden?



SPECIAL AGENT DAVID SMITH                                    April 21, 2025
ROBERT HUNTER BIDEN vs PATRICK M. BYRNE                                13

1              MS. SNEAD:  The Department of Justice lacks

2      authority to authorize the disclosure of official

3      information belonging to another federal agency.

4              Moreover, Special Agent Smith, as an

5      employee of the Department of Justice, is not a proper

6      witness to testify about the National Security Agency.

7              Accordingly, Special Agent Smith is not

8      authorized to respond to Defendant's proposed

9      cross-examination Question 6 and I'm instructing him

10     not to answer.

11              (Deposition was concluded at 10:11 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SPECIAL AGENT DAVID SMITH                                     April 21, 2025
ROBERT HUNTER BIDEN vs PATRICK M. BYRNE                                  14

1                    CERTIFICATE OF DEPONENT

2              I hereby certify that I have read and

3    examined the foregoing transcript, and the same is a

4    true and accurate record of the testimony given by me.

5

6              Any additions or corrections that I feel

7    are necessary will be made on the Errata Sheet.

8

9

10             _____

11             FBI Special Agent David Smith

12

13

14             _____

15                          Date

16

17   (If needed, make additional copies of the Errata Sheet

18   on the next page or use a blank piece of paper.)

19

20

21

22

23

24

25



1                          ERRATA SHEET

2    Case:  Robert Hunter Biden V Patrick M. Byrne

3    Witness:  FBI Special Agent David Smith

4    Date:    04/21/2025

5    PAGE/LINE          SHOULD READ          REASON FOR CHANGE

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____



1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Steven Poulakos, registered

3    Professional Reporter, the officer before whom the

4    foregoing proceedings were taken, do hereby certify

5    that the foregoing transcript is a true and correct

6    record of the proceedings; that said proceedings were

7    taken by me stenographically and thereafter reduced to

8    typewriting under my supervision; and that I am neither

9    counsel for, related to, nor employed by any of the

10   parties to this case and have no interest, financial or

11   otherwise, in its outcome.

12             IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 21st day of

14   April 2025.

15   My commission expires:

16   August 14, 2029

17

18

19

20

21   --------------------------

22   NOTARY PUBLIC IN AND FOR

23   THE DISTRICT OF COLUMBIA

24

25

**$**

**$8**
6:4

**1**

**10**
6:6

**2**

**2021**
5:22

**2022**
5:22

**3**

**3**
11:17,21

**31**
11:1

**5**

**5**
12:21

**6**

**6**
7:1 13:9

**A**

**account**
6:7

**accurate**
6:7 7:1,
23 8:12
9:1,15
10:4,17

**acted**
10:1
12:24

**action**
5:21 6:23
7:21 8:7,
21 9:10,
24 10:13
11:2

**actions**
8:8

**advise**
11:12

**agencies**
8:9

**agency**
11:22
12:3,6,
10,15,18,
23 13:3,6

**agent**
6:10,11,
20 7:7,18
8:4,18
9:7,21
10:10,15,
23 11:20
12:4,7,
16,19
13:4,7

**Airdrop**
7:11

**Airport**
5:23

**and/or**
6:17 7:5,
15 8:1,15

**9:4,18
10:7,20**

**appearing**
6:10,11

**application**
7:12

**approached**
6:2

**attorney**
6:9

**audio**
5:24

**authority**
12:2,14
13:2

**authorization**
6:14

**authorize**
12:2,14
13:2

**authorized**
6:12
12:8,20
13:8

**B**

**behalf**
6:10

**belonging**
12:3,15
13:3

**Biden**
6:1,4
9:13 10:2
11:3,6
12:12,25

**Biden's**
6:6

**billion**
6:4

**bureau**
10:16

**Byrne**
5:21,24,
25 6:23,
25 7:10,
21 8:7,
11,21,25
9:10,13,
24 10:3,
13,14,16
11:2,5,8,
25

**C**

**California**
5:12,16

**car**
6:24

**Christopher**
10:15

**claims**
6:25

**classified**
6:18 7:5,
16 8:2,16
9:5,19
10:8,21

**close**
9:12

**Coleman**
6:8

**common**
11:12

**communicated**
8:10,25
9:13 10:2

**complies**
6:13

**confirm**
11:22
12:10,23

**confirmed**
8:8,22
9:11,25

**connection**
12:12

**contact**
10:16

**conversation**
5:25

**copies**
11:13

**copy**
6:24 7:22

**cross-examination**
11:1,16
12:21
13:9

**D**

**Dave**
5:11

**Defendant's**
11:1,16
12:20
13:8

**Defense**
8:24

**delete**
7:22 11:9

**Department**
6:9,12,15
7:2,13,24



8:13 9:2,
16 10:5,
18 11:15
12:1,5,
13,17
13:1,5

**device**
11:10

**directly**
8:11,25
9:14 10:3

**Director**
10:14

**disclosure**
11:19
12:2,14
13:2

_____

**E**

**early**
5:22

**employed**
5:14,18

**employee**
12:5,17
13:5

**employment**
5:16

**enforcement**
6:17 7:4,
15 8:1,15
9:4,18
10:7,20
11:17

**ensure**
6:13

**entitled**
6:19 7:6,
17 8:3,17
9:6,20

10:9,22

**entity**
5:19

**evidence**
11:14

_____

**F**

**family**
6:7

**father**
6:3

**FBI**
10:14,15
11:12

**FBI's**
11:17

**federal**
12:3,15
13:3

**funds**
6:4,6

_____

**G**

**gave**
6:24

**give**
7:10

**government**
5:15 6:3
8:9

**ground**
9:3

**grounds**
6:16 7:3,
14,25
8:14 9:17
10:6,19

_____

**H**

**high-ranking**
8:23

**Hunter**
6:1 9:13
10:2
11:3,5
12:12,25

_____

**I**

**identification**
11:23

**identified**
8:23 9:12
10:1
12:11,24

**identity**
8:9

**implement**
7:16

**implicate**
6:18 7:5
8:2,16
9:5,19
10:8,21

**including**
11:24

**individual**
11:23
12:24

**informants**
11:13

**information**
6:16,18
7:3,5,14,
16,25

8:2,14,16
9:3,5,17,
19 10:6,
8,19,21
11:13
12:3,15
13:3

**instructing**
11:20
12:9,21
13:9

**intermediary**
6:2

**involved**
11:3

**involving**
11:5

**Iranian**
6:2,4
11:4,6

**Iranians**
6:5

_____

**J**

**Jacqueline**
6:8

**Joe**
6:4

**John**
5:22

**Justice**
6:9,15
7:2 11:15
12:1,5,
13,17
13:1,5

_____

**K**

**Korea**
6:5

_____

**L**

**lacks**
12:1,13
13:1

**late**
5:22

**law**
6:17 7:4,
15 8:1,15
9:4,18
10:7,20
11:17

**letter**
10:14

**located**
5:16

**long**
5:18

**lot**
5:23

_____

**M**

**matters**
11:14

**medium**
7:11

**messaging**
7:11

**met**
5:22

**method**
11:18



Minister
   8:24

Moynihan
   5:23 8:12
   9:1,14
   10:3

―――――――――

          N

national
   5:23
   11:14,22
   12:6,10,
   18,23
   13:6

Number
   7:1 11:21
   12:21

numbered
   6:7

―――――――――

          O

objection
   6:20 7:7,
   18 8:4,18
   9:7,21
   10:10,23

objects
   6:15 7:3,
   13,24
   8:13 9:2,
   16 10:5,
   18 11:16

offer
   6:3

official
   8:24
   12:2,14
   13:2

Officials
   11:4,6

―――――――――

          P

Pakistani
   8:24

parking
   5:23

parties
   6:18 7:6,
   16 8:2,16
   9:5,19
   10:8,21

paying
   6:5

percent
   6:6

played
   5:24 6:25
   8:10,22
   9:11,25

possession
   11:10

practice
   11:12

President
   6:3

privilege
   6:17 7:4,
   15 8:1,15
   9:4,18
   10:7,20
   11:18

proper
   12:5,17
   13:5

proposed
   11:16
   12:20
   13:8

protected
   11:18

provided
   11:3,8,24

proxy
   10:2
   12:24

pursuant
   6:11

―――――――――

          Q

question
   6:16 7:1,
   3,14,25
   8:14 9:3,
   17 10:6,
   19 11:17,
   21 12:8,
   21 13:9

QUESTIONS
   11:1

―――――――――

          R

Reagan
   5:23

recall
   7:9,20
   11:4

receiving
   11:4

recording
   5:24 6:24
   7:10,22
   8:10,23
   9:12 10:1
   11:3,5,24

recordings
   11:8,9

related
   11:5,14

relationshi
p
   12:11

reside
   5:12

respond
   6:21 7:8,
   19 8:5,19
   9:8,22
   10:11,24
   11:21
   12:8,20
   13:8

retain
   11:13

return
   6:5

Robert
   6:1

RULE
   11:1

―――――――――

          S

security
   11:14,22
   12:6,10,
   18,23
   13:6

seeks
   11:17

sensitive
   11:13

Signal
   7:12

Smith
   5:11
   6:10,11,
   21 7:8,19
   8:5,19
   9:8,21

10:11,24
   11:21
   12:4,7,
   16,19
   13:4,7

Snead
   6:8,9
   7:2,13,24
   8:13 9:2,
   16 10:5,
   18 11:15
   12:1,13
   13:1

son
   8:23

sought
   6:16 7:4,
   14,25
   8:14 9:3,
   17 10:6,
   19

South
   6:5

Special
   6:10,11,
   20 7:7,18
   8:4,18
   9:7,21
   10:10,23
   11:20
   12:4,7,
   16,19
   13:4,7

state
   5:10

stated
   6:1

States
   5:15

subject
   6:17,20
   7:4,7,15,
   18 8:1,4,



15,18
9:4,7,18,
21 10:7,
10,20,23

**subpoena**
6:12

_____

**T**
_____

**testified**
5:21 6:23
7:21 8:7,
21 9:10,
24 10:13
11:2

**testify**
12:6,18
13:6

**testimony**
6:13

**ties**
9:12

**told**
7:22

**Twelve**
5:20

_____

**U**
_____

**unfreeze**
6:4

**United**
5:15

_____

**V**
_____

**voice**
8:9,22
9:11,25
11:23

**voicemail**
9:25

**voicemails**
8:10,22
9:11
11:24

_____

**W**
_____

**Wray**
10:15

_____

**Y**
_____

**years**
5:20

