**Highly Confidential Filed Under Seal Pursuant To The Stipulated Protective Order**

# EXHIBIT D