# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S MOTION IN *LIMINE* NO. 2 TO EXCLUDE EVIDENCE OF THE SO-CALLED "LAPTOP" AND ANY OF ITS PURPORTED CONTENTS**<br><br>[*Memorandum of Points and Authorities; Declaration of Zachary C. Hansen served concurrently herewith*]<br><br>Date:   July 21, 2025<br>Time:  3:00 p.m.<br>Ctrm.:  10A<br><br>Complaint Filed:   November 8, 2023<br>Trial Date:          July 29, 2025 |

**[PROPOSED] ORDER**

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Motion in *Limine* No. 2 to preclude Defendant Patrick M. Byrne ("Defendant"), his attorneys, and witnesses from referring to, testifying about, or otherwise offering any evidence or argument at trial referring or relating to the so-called "laptop" attributed to Plaintiff or any of its purported contents, and finding good cause therefor, hereby orders as follows:

1. The Motion is Granted;

2. Defendant, his attorneys, and witnesses are precluded from referring to, testifying about, or otherwise offering any evidence or argument at trial referring or relating to the so-called "laptop" attributed to Plaintiff or any of its purported contents for any reason, including testimony from those witnesses designated by Defendant as providing testimony related to the same.

**OR**

1. _____.

Dated: _____   _____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE