# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S MOTION IN *LIMINE* NO. 3 TO EXCLUDE EVIDENCE THAT PLAINTIFF IS A PUBLIC FIGURE**<br><br>[*Memorandum of Points and Authorities; Declaration of Zachary C. Hansen served concurrently herewith*]<br><br>Date: July 21, 2025<br>Time: 3:00 p.m.<br>Ctrm.: 10A<br><br>Complaint Filed: November 8, 2023<br>Trial Date: July 29, 2025 |

## [PROPOSED] ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Motion in *Limine* No. 3 to preclude Defendant Patrick M. Byrne ("Defendant"), his attorneys, and witnesses from referring to, testifying about, or otherwise offering any evidence or argument at trial referring or relating to Plaintiff being a public figure, and finding good cause therefor, hereby orders as follows:

1. The Motion is Granted;
2. Defendant, his attorneys, and witnesses are precluded from referring to, testifying about, or otherwise offering any evidence or argument at trial referring or relating to Plaintiff being a public figure.

**OR**

1. _____.

Dated: _____    _____
                              Hon. Stephen V. Wilson
                              UNITED STATES DISTRICT COURT JUDGE