Michael C. Murphy, Esq. (S.B. No. 104872)
   Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
   Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.:   2:23-cv-09430-SVW-PD<br>Judge:    Honorable Stephen V. Wilson<br>Courtroom:  "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**DEFENDANT'S SUR REPLY IN SUPPORT OF HIS MOTION IN LIMINE NO. 6 TO EXCLUDE TESTIMONY OR EVIDENCE OF DEFENDANT'S FINANCIAL CONDITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:      July 21, 2025<br>Time:      3:00 p.m.<br>Courtroom:  "10A" |

1.

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

Defendant Patrick Byrne hereby files his sur reply in support his motion in limine to prevent Plaintiff from introducing any evidence of Defendant's financial condition.

MEMORANDUM OF POINTS AND AUTHORITIES

## I.      **INTRODUCTION**

Plaintiff has once again filed a nearly-identical "supplemental" brief to oppose Defendant's motion. The only "substantive" change is the fact that the parties have both requested bifurcation of the liability and damages phases of trial. However, Plaintiff maintains, contrary to the law, that evidence of Defendant's financial condition is relevant. Plaintiff ignores the fact that Defendant only conceded that point on the issue of punitive damages. Defendant maintained, and still maintains that by law, this evidence is absolutely irrelevant to the issues of liability and actual malice of defamation. Presenting such evidence during Plaintiff's case in chief *before* the jury has made a finding of liability is incredibly prejudicial. To save the Court time, Defendant incorporates all his arguments in the moving and reply papers as if fully set forth herein.

Defendant therefore respectfully requests that the Court grant this motion.

## II.      **LEGAL ARGUMENT**

### A. **Defendant's Motion Should be Granted.**

Defendant incorporates all his arguments in his moving and reply papers. Defendant further incorporates his arguments from his Sur Reply In Support of Motion in Limine No. 5 because Plaintiff has filed a substantially identical brief to briefs he filed before without permission of the Court.

## III.      **CONCLUSION**

Based on the foregoing, Defendant respectfully requests that this Court grant this Motion. Plaintiff concedes in his most recent version of his memorandum of contentions and facts that there should be a bifurcation of liability from punitive

2.

damages. Plaintiff should be held to his concessions and not be allowed to change his mind during the jury trial of this case.

Dated: July 7, 2025          LAW OFFICES OF MICHAEL C. MURPHY

                                        By:  /s/  Michael C. Murphy, Esq.

                                        _____
                                        Michael C. Murphy, Esq.
                                        Michael C. Murphy, Jr., Esq.
                                        Attorneys for Defendant, Patrick Byrne

**DEFENDANT'S SUR REPLY IN SUPPORT OF HIS MOTION IN LIMINE NO. 6; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**