Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No.:   2:23-cv-09430-SVW-PD<br>Judge:   Honorable Stephen V. Wilson<br>Courtroom:   "10A"<br><br>Complaint Filed: November 8, 2023<br><br>**DEFENDANT'S SUR REPLY IN SUPPORT OF HIS MOTION IN LIMINE NO. 7 TO PRECLUDE WITNESSES AND EVIDENCE NOT DISCLOSED PURSUANT TO RULE 26(f); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:   July 21, 2025<br>Time:   3:00 p.m.<br>Courtroom:   "10A" |

1.

**DEFENDANT'S SUR REPLY IN SUPPORT OF HIS MOTION IN LIMINE NO. 7; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:**

Defendant Patrick Byrne hereby submits his sur reply in support of his motion to prevent Plaintiff from offering undisclosed evidence or witness testimony.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

This is the third "supplemental" brief Plaintiff has filed in opposition to a motion in limine that is substantially identical to an opposition Plaintiff previously filed. Plaintiff only deleted paragraphs related to the deposition of Defendant, but incorporated no new facts, law, or argument justifying the filing of this brief. To save the Court time, Defendant incorporates his facts, evidence, and argument from his moving and reply papers, and from his Sur Replies In Support Of Motions In Limine Nos. 5-6.

Defendant respectfully requests that the Court grant this motion in limine.

### II. LEGAL ARGUMENT

A. **Defendant's Motion Should be Granted.**

Defendant incorporates his facts, evidence, and argument from his moving and reply papers, and from his Sur Replies In Support Of Motions In Limine Nos. 5-6.

### III. CONCLUSION

Based on the foregoing, Defendant respectfully requests that this Court grant this Motion. Plaintiff should not be permitted to change his mind during the jury trial of this case and try to introduce documentary or witness testimony that has not been properly disclosed in his Rule 26a disclosure statements.

/ / /

/ / /

/ / /

/ / /

Dated: July 7, 2025        LAW OFFICES OF MICHAEL C. MURPHY

By: /s/ Michael C. Murphy, Esq.

_____
Michael C. Murphy, Esq.
Michael C. Murphy, Jr., Esq.
Attorneys for Defendant, Patrick Byrne

LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361

3.
**DEFENDANT'S SUR REPLY IN SUPPORT OF HIS MOTION IN LIMINE NO. 7; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**