Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S TRIAL WITNESS LIST**<br><br>**Pretrial Conference:** July 21, 2025<br>**Time:** 3:00 p.m.<br><br>**Jury Trial** July 29. 2025<br>**Time:** 9:00 a.m.<br><br>Judge:  Hon. Stephen V. Wilson, Ctrm. 10A |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

5792479.3

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16-5, Plaintiff Robert Hunter Biden ("Plaintiff") hereby submit the following proposed Trial Witness List.[1] Plaintiff expressly reserves the right to amend the Trial Witness List to add witnesses identified as a result of any additional discovery and as may be necessary for impeachment, rebuttal, or otherwise based upon the evidence adduced at trial.

*Indicated that witness will be called only if need arises.

**Case Title**: _Robert Hunter Biden v. Patrick M. Byrne_

**Case No**: 2:23-cv-09430-SVW-PD

## PLAINTIFF'S WITNESS LIST

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Plaintiff Robert Hunter Biden, c/o Early Sullivan Wright Gizer & McRae LLP, 6420 Wilshire Blvd., 17th Fl., Los Angeles, CA 90048; (323) 301-4660 | Mr. Biden is the plaintiff in this action and has knowledge concerning the defamatory statements made by the Defendant, including the falsity of those statements and evidence supporting the same. This includes a timeline of harassment and malice from Defendant directed at Mr. Biden and his family before and after | | | |

[1] Plaintiff's counsel attempted to meet and confer with Defendant's counsel in an effort to submit a joint witness list, as required by the Local Rules, however Defendant's counsel refused to engage in that process without first receiving a draft of Plaintiff's proposed jury instructions and verdict form, which is irrelevant to the preparation of the witness list and are not due to be filed until two days before the Final Pretrial Conference. Having waited over a week for Defendant's compliance, Plaintiff filed his own list to avoid further delay.

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | Defendant published his defamatory statements. Mr. Biden will testify about the impact Defendant's defamatory those statements have had on his day-to-day life and his family's lives.   Mr. Biden will also testify about his own personal history.  Mr. Biden will testify about the impact Defendant's defamatory statements have had on his and his family's social life, particularly within the Jewish community.  This witness will testify live. Plaintiff will also be cross-examined. | 5 hours | | |
| Patrick M. Byrne, c/o Law Offices of Michael C. Murphy, 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361; (818) 558-3718 | Mr. Byrne is the defendant in this matter and has knowledge about the defamatory statements he made about Plaintiff, including the evidentiary basis (or lack thereof), the falsity of those statements, what processes he went through to verify his defamatory statements before he made them, and what he relied upon in making such defamatory statements.  Mr. Byrne has | | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | knowledge of his own political biases, his actual malice toward Plaintiff and his family, his affiliations with right-wing groups and people, and his general motivations behind making the defamatory statements. Mr. Byrne will also have knowledge about the publication of the defamatory statements and the republication of the same statements in various interviews, social media posts, books, and visual productions. Mr. Byrne will also have knowledge about the evidence he claims supports his defenses in this action. This witness is expected to testify live, however if he refuses to appear at trial, his testimony will be presented via designated deposition transcripts. | 7 hours | | |
| David Smith, c/o Samuel Bean, Esq., U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, N.W., Washington, | Mr. Smith was identified by Defendant as a possible witness and the person who verified the voicemails Defendant claims supports his defenses in this matter. Mr. Smith has information about Defendant's claims | 1 hour | | |

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| DC 20005, (202) 455-9619 | regarding the validity of the sources he relied upon in making his defamatory statements, the lack of evidentiary support thereof, and facts supporting Plaintiff's claims.  This witness's testimony will be presented by designated portions of his deposition transcript. | | | |
| John F. Moynihan, c/o Brian Della Rocca, Esq., Della Rocca Law LLC, 9801 Washington Blvd., Ste. 710, Gaithersburg, Maryland 20878, (240) 455-5090. | Mr. Moynihan has information about Defendant's claims regarding the validity of the sources he relied upon in making his defamatory statements, the lack of evidentiary support thereof, and facts supporting Plaintiff's claims. This witness's testimony will be presented by designated portions of his deposition transcript | 1 hour | | |
| *Melissa Cohen-Biden, c/o Early Sullivan Wright Gizer & McRae LLP, 6420 Wilshire Blvd., 17th Fl., Los Angeles, CA 90048; (323) | Mrs. Cohen-Biden is the wife of the Plaintiff, Mr. Biden.  Mrs. Cohen-Biden has knowledge concerning the statements made by the Defendant, including the falsity of those statements and evidence supporting the same.  If called, Mrs. | | | |

5792479.3

4

**PLAINTIFF ROBERT HUNTER BIDEN'S TRIAL WITNESS LIST**

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP ATTORNEYS AT LAW

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 301-4660 | Cohen-Biden will testify about her knowledge of the statements made by Defendant about Mr. Biden, including a timeline of harassment and malice from Defendant directed at Mr. Biden and his family, both before the statements were published and after. Mrs. Cohen-Biden will testify about how Defendant's statements impacted her husband's mental health and caused him emotional distress. Mrs. Cohen-Biden will testify about the impact Defendant's statements have had on her husband's and her family's social life, particularly within the Jewish community. If called, this witness will testify live. | 3 hours | | |

///

///

///

///

///

///


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5792479.3

5

**PLAINTIFF ROBERT HUNTER BIDEN'S TRIAL WITNESS LIST**

Pursuant to <u>Local Rule</u> 16-8.2, Plaintiff reserves the right to amend the Trial Witness List prior to and at the final Pretrial Conference of this case.

Dated: July 9, 2025

EARLY SULLIVAN WRIGHT
GIZER & MCRAE LLP


By:  */s/ Zachary C. Hansen*
BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676


Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

*Attorneys for Plaintiff*
*Robert Hunter Biden*

