1  Richard A. Harpootlian, *pro hac vice*
   rah@harpootlianlaw.com
2  Phillip Barber, *pro hac vice*
   pdb@harpootlianlaw.com
3  RICHARD A. HARPOOTLIAN, PA
   1410 Laurel Street
4  Columbia, South Carolina 29201
   Telephone: (803) 252-4848
5  Facsimile: (803) 252-4810

6  BRYAN M. SULLIVAN (SBN 209743)
   bsullivan@earlysullivan.com
7  ZACHARY C. HANSEN (SBN 325128)
   zhansen@earlysullivan.com
8  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
   6420 Wilshire Boulevard, 17th Fl.
9  Los Angeles, California 90048
   Telephone: (323) 301-4660
10 Facsimile: (323) 301-4676

11 Attorneys for PLAINTIFF
   ROBERT HUNTER BIDEN
12

13                 UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15                      WESTERN DIVISION

16 ROBERT HUNTER BIDEN, an           **Case No. 2:23-cv-09430-SVW-PD**
   individual,
17                                    *Hon. Stephen V. Wilson*

18      Plaintiff,                   **PLAINTIFF ROBERT HUNTER
                                     BIDEN'S RESPONSE TO
19      vs.                          DEFENDANT'S OBJECTION AND
                                     REQUEST FOR A CONTINUANCE
20 PATRICK M. BYRNE, an individual,  OF THE PRETRIAL CONFERENCE
                                     AND TRIAL DATES**
21      Defendant.
                                     Date:    July 21, 2025
22                                   Time:    3:00 p.m.
                                     Ctrm.:   10A
23
                                     Complaint Filed:   November 8, 2023
24                                   Trial Date:        July 29, 2025

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2   Plaintiff Robert Hunter Biden ("Plaintiff") hereby responds to Defendant Patrick

3   M. Byrne's ("Defendant") frivolous and baseless objection to Plaintiff's purported

4   violations of Pretrial Local Rule 16 and request for a continuance of the pretrial

5   conference and trial dates.  There is simply no valid basis for the Court to entertain

6   Defendant's filing, nor is there any basis to continue the trial or pretrial conference dates

7   for a third time.

8   Defendant's argument that Plaintiff's change in his damages theory by no longer

9   claiming any economic, reputational, or emotional distress damages prejudiced

10   Defendant's preparation of the case for trial is plainly absurd.  Paring down and

11   streamlining a case does not and cannot prejudice Defendant.  If anything, it benefits

12   Defendant in that there is less to prepare for in going to trial.

13   Further, Defendant has had sufficient time to address the streamlining of the case

14   as follows: (i) Defendant has known since November 2024 when Plaintiff initially filed

15   his opposition to Defendant's Motion for Summary Judgment and in the initially filed

16   Statement of Contentions of Fact and Law that Plaintiff was conceding being a public

17   figure; and (ii) Defendant has known for nearly a month that Plaintiff was not going to

18   seek economic, reputational, or emotional distress damages.  Defendant is still claiming

19   that his defamatory statements are true and Plaintiff still has to prove actual malice, so

20   nothing has changed on those remaining material issues.

21   Defendant's complaints about delays in filing the pretrial documents are likewise

22   without merit as they were *de minimis* and nonprejudicial.  Prior to both previous trial

23   dates, Defendant's counsel delayed the filing of joint documents such that they were

24   not filed in accordance with the deadlines in the Local Rules, but nevertheless were

25   ultimately filed and the parties were prepared for trial at that time.  Most recently, when

26   Plaintiff's counsel initially sent Defendant's counsel the joint witness list and exhibit

27   list, Defendant's counsel claimed he was unable to insert his portions of those

28   documents until he saw the proposed jury instructions and verdict forms, which were

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION AND REQUEST FOR A CONTINUANCE OF THE PRETRIAL CONFERENCE AND TRIAL DATES**

1   not due to be filed until two weeks later.  Moreover, all such documents were previously

2   jointly prepared ahead of the two prior trial dates so Defendant's argument lacks any

3   validity or common sense.

4           Simply put, this is a side-show that Defendant and his counsel are attempting to

5   perform in the Court for the sole purpose of muddying the waters, delaying trial, and

6   delaying justice.  The Court should not entertain Defendant's filing or any of the

7   frivolous and frankly ridiculous arguments made therein, and the pretrial conference

8   and trial dates should remain set as they currently are.

9

10  Dated:  July 15, 2025                          EARLY SULLIVAN WRIGHT
                                                     GIZER & MCRAE LLP

11

                                          By:   */s/ Zachary C. Hansen*
12

13                                              BRYAN M. SULLIVAN (State Bar No.
                                                209743)
14                                              bsullivan@earlysullivan.com
                                                ZACHARY C. HANSEN (State Bar No.
15                                              325128)
                                                zhansen@earlysullivan.com
16                                              EARLY SULLIVAN WRIGHT GIZER
                                                & McRAE LLP
17                                              6420 Wilshire Boulevard, 17th Fl.
                                                Los Angeles, California 90048
18                                              Telephone: (323) 301-4660
                                                Facsimile: (323) 301-4676
19
                                                Richard A. Harpootlian, *pro hac vice*
20                                              rah@harpootlianlaw.com
                                                Phillip Barber, *pro hac vice*
21                                              pdb@harpootlianlaw.com
                                                RICHARD A. HARPOOTLIAN, PA
22                                              1410 Laurel Street
                                                Columbia, South Carolina 29201
23                                              Telephone: (803) 252-4848
                                                Facsimile: (803) 252-4810
24
                                                *Attorneys for Plaintiff*
25                                              *Robert Hunter Biden*

26

27

28

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION AND REQUEST FOR A CONTINUANCE OF THE PRETRIAL CONFERENCE AND TRIAL DATES**