Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
 bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
 zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>            Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**AMENDED JOINT TRIAL EXHIBIT LIST**<br><br>**Pretrial Conference:** July 21, 2025<br>**Time:** 3:00 p.m.<br><br>**Jury Trial** July 29. 2025<br>**Time:** 9:00 a.m.<br><br>Judge:  Hon. Stephen V. Wilson, Ctrm. 10A |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

5801098.1

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16-2.3, Plaintiff Robert Hunter Biden ("Plaintiff") and Defendant Patrick Byrne ("Defendant") set forth the following proposed exhibits for trial. Plaintiff and Defendant expressly reserve the right to further amend the Joint Trial Exhibit List to add documents obtained as a result of any additional discovery and as may be necessary for impeachment, rebuttal, or otherwise based upon the evidence adduced at trial.

**Case Title**: _Robert Hunter Biden v. Patrick M. Byrne_

**Case No**: 2:23-cv-09430-SVW-PD

| **Ex. No.** | **Description** | **Date Identified** | **Date Admitted** |
|---|---|---|---|
| 1. | Capitol Times Magazine, Issue 1, published on June 27, 2023 (RHB00001-99) | | |
| 2. | Telegram post by Defendant Patrick Byrne on March 20, 2022, including associated comments (RHB00695) | | |
| 3. | Telegram post by Defendant Patrick Byrne on April 7, 2022, including associated comments (RHB00696) | | |
| 4. | Telegram post by Defendant Patrick Byrne on October 20, 2022 reposting post from Qtime Network, including associated comments (RHB00697) | | |
| 5. | Telegram post by Defendant Patrick Byrne on December 12, 2022, including associated comments (RHB00698) | | |
| 6. | X post by Defendant Patrick Byrne on | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | January 5, 2023, including associated comments (RHB00718) | | |
| 7. | X post by Defendant Patrick Byrne on January 7, 2023, including associated comments (RHB00721) | | |
| 8. | X post by Defendant Patrick Byrne on February 10, 2023, including associated comments (RHB00699) | | |
| 9. | X post by Defendant Patrick Byrne on February 12 2023, including associated comments (RHB00700) | | |
| 10. | X post by Defendant Patrick Byrne on February 24, 2023, including associated comments (RHB00701) | | |
| 11. | X post by Defendant Patrick Byrne on March 17, 2023, including associated comments (RHB00100, RHB00702) | | |
| 12. | X post by Defendant Patrick Byrne on March 28, 2023 (RHB00110, 150) | | |
| 13. | X post by Defendant Patrick Byrne on April 17, 2023, including associated comments (RHB00716) | | |
| 14. | X post by Defendant Patrick Byrne on May 10, 2023, including associated comments (RHB00720) | | |

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 15. | Screenshot of link to Defendant Patrick Byrne's May 10, 2023 interview on *The Absolute Truth with Emerald Robinson* (RHB00186) | | |
| 16. | Screenshot of link to Defendant Patrick Byrne's May 11, 2023 interview on *The Absolute Truth with Emerald Robinson* (RHB00187) | | |
| 17. | Transcript of Defendant Patrick Byrne's May 11, 2023 interview on *The Absolute Truth with Emerald Robinson* (RHB00711-RHB00715) | | |
| 18. | Certified Transcript of Defendant Patrick Byrne's May 11, 2023 interview on *The Absolute Truth with Emerald Robinson* | | |
| 19. | X post by Defendant Patrick Byrne on May 12, 2023, including associated comments (RHB00101, 104) | | |
| 20. | X post by Defendant Patrick Byrne on May 12, 2023, including associated comments (RHB00102-103, 112-117, 119) | | |
| 21. | Telegram post by Defendant Patrick Byrne on June 24, 2023, including associated comments (RHB00703) | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 22. | X post by Defendant Patrick Byrne on June 25, 2023, including associated comments (RHB00719) | | |
| 23. | Telegram post by Defendant Patrick Byrne on June 27, 2023, including associated comments (RHB00151-152) | | |
| 24. | Telegram post by Defendant Patrick Byrne on June 27, 2023, including associated comments (RHB00153-155) | | |
| 25. | Telegram post by Defendant Patrick Byrne on June 28, 2023, including associated comments (RHB00157) | | |
| 26. | X post by Defendant Patrick Byrne on June 29, 2023, including associated comments (RHB00105-106) | | |
| 27. | Telegram posts by Defendant Patrick Byrne on July 4, 2023, including associated comments (RHB00156) | | |
| 28. | Telegram post by Defendant Patrick Byrne on July 5, 2023, including associated comments (RHB00158-161) | | |
| 29. | Telegram post by Defendant Patrick Byrne on July 6, 2023, including associated comments (RHB00162) | | |
| 30. | Telegram post by Defendant Patrick Byrne | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | on July 21, 2023, including associated comments (RHB00163-164) | | |
| 31. | Screenshot of link to Defendant Patrick Byrne's July 21, 2023 interview with Alex Jones on *The Alex Jones Show* (RHB00185) | | |
| 32. | Transcript of Defendant Patrick Byrne's July 21, 2023 interview with Alex Jones on *The Alex Jones Show* (RHB00722-RHB00789) | | |
| 33. | Certified Transcript of Defendant Patrick Byrne's July 21, 2023 interview with Alex Jones on *The Alex Jones Show* | | |
| 34. | Telegram post by Defendant Patrick Byrne on July 22, 2023, including associated comments (RHB00167) | | |
| 35. | Telegram post by Defendant Patrick Byrne on July 28, 2023, including associated comments (RHB00168) | | |
| 36. | Screenshot of link to Defendant Patrick Byrne's September 8, 2023 interview on *The Courtenay Turner Podcast*, Episode 305: *Behind the Testimony of America's #1 Domestic Extremist w/ Patrick Byrne* (RHB00184) | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 37. | Transcript of Defendant Patrick Byrne's September 8, 2023 interview on *The Courtenay Turner Podcast*, Episode 305: *Behind the Testimony of America's #1 Domestic Extremist w/ Patrick Byrne* (RHB00790-RHB00846) | | |
| 38. | Certified Transcript of Defendant Patrick Byrne's September 8, 2023 interview on *The Courtenay Turner Podcast*, Episode 305: *Behind the Testimony of America's #1 Domestic Extremist w/ Patrick Byrne* | | |
| 39. | Telegram post by Defendant Patrick Byrne on September 17, 2023, including associated comments (RHB00169) | | |
| 40. | X post by Defendant Patrick Byrne on October 8, 2023 (RHB00147; Pg. 3 of Exhibit B to Plaintiff's Complaint) | | |
| 41. | X post by Defendant Patrick Byrne on October 8, 2023, including associated comments (RHB00146; Pg. 2 of Exhibit B to Plaintiff's Complaint) | | |
| 42. | X post by Rep. Eric Swalwell on October 8, 2023, including associated comments (RHB00143-145) | | |
| 43. | X post by @AzPinkLady on October 11, | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 2023, including associated comments (RHB00125-126) | | |
| 44. | X post by @AzPinkLady on October 11, 2023, including associated comments (RHB00128) | | |
| 45. | X post by Defendant Patrick Byrne on October 17, 2023, including associated comments (RHB00141-142) | | |
| 46. | X post by Defendant Patrick Byrne on October 17, 2023, including associated comments (RHB00148) | | |
| 47. | X post by Defendant Patrick Byrne on October 23, 2023, including associated comments (RHB00109) | | |
| 48. | October 26, 2023 Demand for Retraction Letter to Defendant Patrick Byrne, sent by Plaintiff's counsel of record (RHB00404-406) | | |
| 49. | X post by Defendant Patrick Byrne on November 9, 2023, including associated comments (RHB00124, 149) | | |
| 50. | X post by Defendant Patrick Byrne on November 9, 2023, including associated comments (RHB00102-103, 112-117, 119) | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 51. | Truth Social post by @RickRichGuillot on November 9, 2023, including associated comments (RHB00171) | | |
| 52. | X post by Defendant Patrick Byrne on November 10, 2023, including associated comments (RHB00118, 137) | | |
| 53. | X post by Defendant Patrick Byrne on November 13, 2023, including associated comments (RHB00108, 132) | | |
| 54. | Screenshot of link to Defendant Patrick Byrne's November 13, 2023 interview with Roger Stone on his podcast *The StoneZONE with Roger Stone*, titled "*Sued by Hunter Biden Former Overstock CEO Patrick Byrne Enters the StoneZONE*" (RHB00183) | | |
| 55. | Transcript of Defendant Patrick Byrne's November 13, 2023 interview with Roger Stone on his podcast *The StoneZONE with Roger Stone*, titled "*Sued by Hunter Biden Former Overstock CEO Patrick Byrne Enters the StoneZONE*" (RHB00847-RHB00864) | | |
| 56. | Certified Transcript of Defendant Patrick Byrne's November 13, 2023 interview | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | with Roger Stone on his podcast *The StoneZONE with Roger Stone*, titled "*Sued by Hunter Biden Former Overstock CEO Patrick Byrne Enters the StoneZONE*" | | |
| 57. | X post by @AzPinkLady on November 14, 2023, including associated comments (RHB00129-131) | | |
| 58. | Telegram post by Defendant Patrick Byrne on December 5, 2023, including associated comments (RHB00166) | | |
| 59. | Transcript from George Berges' January 9, 2024 Congressional Transcribed Interview with the House Committee on Oversight and Accountability and House Committee on the Judiciary (RHB00266-403) | | |
| 60. | January 9, 2024 Letter to Rep James Comer, Chairman of the House Committee on Oversight and Accountability, and Rep. Jim Jordan, Chairman of the House Committee on the Judiciary, from William Pittard, counsel for George Berges (RHB00407-410) | | |
| 61. | X post by @AzPinkLady on January 11, 2024 (RHB00134) | | |
| 62. | X post by @AzPinkLady on January 11, | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 2024 (RHB00135) | | |
| 63. | X post by Senator mark Kelly on January 11, 2024, including associated comments (RHB00136) | | |
| 64. | Telegram post by Scott Adams on February 4, 2024, including associated comments (RHB00165) | | |
| 65. | Truth Social post by Defendant Patrick Byrne on February 13, 2024, including associated comments (RHB00170) | | |
| 66. | Truth Social post by Defendant Patrick Byrne on February 22, 2024, including associated comments (RHB00172) | | |
| 67. | Text Thread between Defendant Patrick Byrne and Anil Anwar between March 16, 2024 to April 16, 2024 (Byrne_0000021) | | |
| 68. | April 1, 2024 Affidavit of John Moynihan (Byrne_000001-3) | | |
| 69. | X post by Defendant Patrick Byrne on April 8, 2024, including associated comments (RHB00717) | | |
| 70. | X post by Defendant Patrick Byrne on April 25, 2024 (RHB00107) | | |
| 71. | X post by @AzPinkLady on April 25, 2024, including associated comments | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (RHB00127) | | |
| 72. | Telegram post by Defendant Patrick Byrne on June 5, 2024, including associated comments (RHB00704) | | |
| 73. | X post by @AzPinkLady on June 30, 2024 (RHB00133) | | |
| 74. | X post by Defendant Patrick Byrne on July 22, 2024, including associated comments (RHB00138-140) | | |
| 75. | August 9, 2024, Defendant Patrick Byrne's verified Further Responses to Plaintiff's Interrogatories, Set One | | |
| 76. | September 5, 2024, Defendant Patrick Byrne's Responses to Plaintiff's Interrogatories, Set Two | | |
| 77. | September 5, 2024, Defendant Patrick Byrne's Responses to Plaintiff's Interrogatories, Set Three | | |
| 78. | September 9, 2024, emails between Plaintiff's counsel of record and Jared Roberts, attorney for Ret. Lt. Gen. Michael Flynn (RHB00506-508) | | |
| 79. | September 17, 2024, Defendant Patrick Byrne's Further Responses to Plaintiff's Requests for Production of Documents, | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Set One | | |
| 80. | September 19, 2024, Defendant Patrick Byrne's verified Further Responses to Plaintiff's Requests for Admissions, Set One | | |
| 81. | September 19, 2024, Defendant Patrick Byrne's Further Responses to Plaintiff's Requests Admissions, Set Two | | |
| 82. | September 19, 2024 Letter to Capitol Times Media LLC from Plaintiff's counsel of record (RHB00445-505) | | |
| 83. | Telegram post by Defendant Patrick Byrne on October 7, 2024, including associated comments (RHB00705) | | |
| 84. | October 10, 2024, Defendant Patrick Byrne's Further Responses to Plaintiff's Requests for Production of Documents, Set Three | | |
| 85. | October 10, 2024, Defendant Patrick Byrne's Further Responses to Plaintiff's Requests for Production of Documents, Set Four | | |
| 86. | X post by Defendant Patrick Byrne on October 26, 2024, including associated comments (RHB00706) | | |

**AMENDED JOINT TRIAL EXHIBIT LIST**

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 87. | October 29, 2024 Screenshot of Defendant Patrick Byrne's X Profile (RHB00707) | | |
| 88. | October 29, 2024 Screenshot of website enemywithindocuseries.com (RHB00708) | | |
| 89. | October 29, 2024 Screenshot of Defendant Patrick Byrne's book, *The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him: (or what to send friends who ask "Why do you doubt the integrity of Election 2020"*, for sale on Amazon.com (RHB00710) | | |
| 90. | October 29, 2024 Screenshot of Defendant Patrick Byrne's book, *Danger Close: Domestic Extremist #1 Comes Clean*, for sale on Amazon.com (RHB00709) | | |
| 91. | Defendant Patrick Byrne's book, including audio version, *Danger Close: Domestic Extremist #1 Comes Clean*, published on February 15, 2024 (RHB00509-RHB00694) | | |
| 92. | Truth Social post by @TXFreedom4Ever in 2023 (exact date unknown), including associated comments (RHB00173) | | |
| 93. | Truth Social post by @DEFCONMarine | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | in 2023 (exact date unknown), including associated comments (RHB00178) |  |  |
| 94. | Truth Social post by @RealRogerStone in 2023 (exact date unknown), including associated comments (RHB00179) |  |  |
| 95. | Truth Social post by @AgnesBenko in 2023 (exact date unknown), including associated comments (RHB00180) |  |  |
| 96. | Truth Social post by @cziggy218 in 2023 (exact date unknown), including associated comments (RHB00181) |  |  |
| 97. | Truth Social post by @nancydunks in 2023 (exact date unknown), including associated comments (RHB00182) |  |  |
| 98. | Truth Social post by Defendant Patrick Byrne in 2024 (exact date unknown), including associated comments (RHB00174) |  |  |
| 99. | Truth Social post by Defendant Patrick Byrne in 2024 (exact date unknown), including associated comments (RHB00176) |  |  |
| 100 | Truth Social post by Defendant Patrick Byrne in 2024 (exact date unknown), including associated comments |  |  |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (RHB00170) | | |
| 101 | Truth Social post by Defendant Patrick Byrne in 2024 (exact date unknown), including associated comments (RHB00175) | | |
| 102 | Remittance Advance Invoice from Simon & Schuster UK Ltd., dated September 4, 2021 (RHB00411) | | |
| 103 | Royalty Statements from Simon & Schuster from March 2020 through September 2024 (RHB00412-443) | | |
| 104 | Royalty Ledger from Book/Lab Literary Agency (date unknown) (RHB00444) | | |
| 105 | Hunter Biden *Beautiful Things* Press Kit (RHB00189-265) | | |
| 106 | Audio Recording produced by Defendant in Discovery on August 27, 2024 titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-15-10-07-25" | | |
| 107 | Certified Transcript of Audio Recording produced by Defendant in Discovery on August 27, 2024 titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-15-10-07-25" (RHB01413-1414) | | |
| 108 | Audio Recording produced by Defendant | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | in Discovery on August 27, 2024 titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-08-46-17" | | |
| 109 | Certified Transcript of Audio Recording produced by Defendant in Discovery on August 27, 2024 titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-08-46-17" (RHB01415-1416) | | |
| 110 | Audio Recording produced by Defendant in Discovery on August 27, 2024 titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-14-43-38" | | |
| 111 | Certified Transcript of Audio Recording produced by Defendant in Discovery on August 27, 2024 titled "HIGHLY CONFIDENTIAL – AUDIO-2021-08-24-14-43-38" (RHB01417-1418) | | |
| 112 | Defendant's passport photographs produced by Defendant in discovery on November 4, 2024 (Byrne_0000024-Byrne_0000045) | | |
| 113 | Defendant's "medical notes" provided by Defendant via email on November 4, 2024 | | |
| 114 | Defendant's American Express recorded from July 2023, produced by Defendant in | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | discovery on January 17, 2025 as (Byrne_0000046-Byrne_0000047) | | |
| 115 | Defendant Patrick Byrne's responses to Rule 26 Initial Disclosures, | | |
| 116 | Defendant Patrick Byrne's responses to Special Interrogatories | | |
| 117 | Certified copy of the Order After Trial, *Nazerali v. Mitchell, et al.* No. S-116979 | | |
| 118 | Certified copy of Reasons for Judgment, *Nazerali v. Mitchell, et al.* No. S-116979 | | |
| 119 | IRS Amended 990 Form for The American Project for 2021 | | |
| 120 | IRS 990 Form for The American Project for 2021 | | |
| 121 | IRS 990 Form for The American Project for 2022 | | |
| 122 | US Securities and Exchange Commission Form 4 for Overstock.com, Inc., 9/18/2019 | | |
| 123 | X post by Defendant Patrick Byrne on January 10, re Com Glover and January 6 crowd | | |
| 124 | Substack post by Defendant Patrick Byrne on January 10, re Comm. Glover and January 6 crowd | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 125 | X post by Defendant Patrick Byrne on January 15 re we are undefeated | | |
| 126 | X post by Defendant Patrick Byrne on January 22 re greatest patriots of our time | | |
| 127 | X post by Defendant Patrick Byrne on January 25 re January 6 | | |
| 128 | X post by Defendant Patrick Byrne on January 28 re 2020 election | | |
| 129 | X repost by Defendant Patrick Byrne on February 5 re government | | |
| 130 | X post by Defendant Patrick Byrne on March 11 re rigging of Election 2020 | | |
| 131 | X repost of Jake Lang's January Political Prisoner post by Defendant Patrick Byrne | | |
| 132 | "The Enemy Within" Docuseries by Patrick Byrne (2024). | | |
| 133 | "The Deep Rig" Documentary by Patrick Byrne (2021). | | |
| 134 | *US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation v. Patrick Byrne* Complaint Civil Action No. 1:21-cv--02131 | | |
| 135 | *US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting* | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | *Systems Corporation v. Patrick Byrne* Notice of Appeal Civil Action No. 1:21-cv--02131 | | |
| 600. | Defendant Patrick Byrne's Notice of Taking of Deposition of Plaintiff Robert Hunter Biden (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 601. | Plaintiff's Objections to Defendant's Amended Notice of Deposition of Plaintiff Robert Hunter Biden (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 602. | Plaintiff Robert Hunter Biden's Rule 26 Supplemental Disclosures (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 603. | Plaintiff Robert Hunter Biden's Responses to Defendant Patrick M. Byrne's First Set of Interrogatories (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 604. | Stipulation for Protective Order and Order (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 605. | Complaint for Damages for Defamation (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 606. | Affidavit dated April 1, 2024 (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 607. | U.S. Senate Committee on Finance Majority Staff Report (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 608. | The Government's Motions In Limine (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 609. | New York Post article entitled Smoking-gun email reveals how Hunter Biden introduced Ukrainian businessman to VP dad (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 610. | Independent article entitled Not many people are buying Hunter Biden's new book (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 611. | New York Post article entitled Hunter Biden's drug- and sex-fueled memoir is a | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | big fat flop (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 612. | Screenshot of an Amazon page for the book Laptop from Hell: Hunter Biden, Big Tech, and the Dirty Secrets the President Tried to Hide (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 613. | National Security article entitled Analysis of Hunter Biden's hard drive show he, his firm took in about $11 million from 2013 to 2018, spent it fast (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 614. | Article entitled The Sordid Saga of Hunter Biden's Laptop (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 615. | Article entitled Republican Claims About Hunter Biden Offenses (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 616. | The Irish Times article entitled Hunter Biden, the 'big guy' and whether allegations of corruption represent a | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | scandal or a smear (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 617. | CBC News article entitled The scandals swirling around Hunter Biden - what we know, what we don't, and what's next (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 618. | Press Release entitled Comer, Greene Renew Request to DOJ on Mishandling of Hunter Biden Victims' Rights (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 619. | Article entitled Hunter Biden's universe of legal problems, briefly explained (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 620. | Indictment for Case No. 23-00061-MN (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 621. | New York Post article entitled Biden has a secret, illegal deal with Iran that gives mullahs everything they want (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 622. | Fox News article entitled Hunter Biden took thousands from daughter's college fund for 'hookers and drugs': report (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 623. | Indictment for Case No. 2:23-cr-00599-MCS (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 624. | National Review article entitled The Indefensible, Shameless, Sordid Hunter Biden (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 625. | CNN Politics article entitled Hunter Biden's universe of legal problems, briefly explained (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 626. | The New York Times article entitled A Timeline of Hunter Biden's Life and Legal Troubles (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 627. | Marco Polo file BidenLaptopMedia.com (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |



| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 628. | Marco Polo Report on the Biden Laptop (Deposition of Robert Hunter Biden taken on 08/16/2024) | | |
| 629. | Defendant's Document Production (Byrne_000001-Byrne_000009) served on 08/27/2024 | | |
| 630. | Defendant's Document Production (Byrne_000010-Byrne_000020) served on 10/15/2024 | | |
| 631. | Defendant's Document Production (Byrne_000021) served on 10/15/2024 | | |
| 632. | Defendant's Document Production (Byrne_000022-Byrne_000023) served on 10/16/2024 | | |
| 633 | Passport Pages for Byrne (Byrne 24 to 25) | | |
| 634 | Tapes 2021 | | |
| 635 | Affidavit of Moynihan (Byrne 1-3) | | |
| 635 | Byrne Amex Travel Documents (Byrne 10-20) | | |
| 636 | Assistant Secretary of State Letter 8/26/11 (Byrne 4) | | |
| 637 | Airline Itinerary Documents (Byrne 7-9) | | |



| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | | | |
| 638 | Complaint in Biden v. Ziegler Case No.: 2.23-cv-07591 (Rule 26f Disc 9/30/24) | | |
| 639 | Complaint in Biden v. Giuliana Case No.: 2.23-cv-8032 (Rule 26f Disc 9/30/24 | | |
| 640 | Complaint Issac v. Biden Case No.: 822C-10-012-CAK (Rule 26f Disc 9/30/24) | | |
| 641 | US Senate Report on Corruption (Exh 620 Biden Deposition) Rule 26f Disc 9/30/24 | | |
| 642 | Motions in Limine Patrick Ho Case (Exh 621 Biden Deposition) Rule 26f Discl 9/30/24 | | |
| 643 | Book Laptop from Hell by Miranda Devine; Rule 26f Discl 9/30/24 | | |
| 644 | Gun Case Indictment- Exh 633 to Biden Deposition; Rule 26f Disc 9/30/24 | | |
| 645 | Tax Case Indictment -Exh 638 to Biden Deposition; Rule 26f Disc 9/30/24 | | |
| 646 | Jury Verdict Gun Case; Rule 26f Discl 9/3024 | | |
| 647 | Dr. Nathan E. Lavin MD Report dated October 29, 2024, produced to plaintiff's | | |

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | counsel per stipulation and order for IME; Rule 26f Discl 9/30/24 | | |
| 648 | Report on The Biden Laptop published by Marco Polo; Rule 26f Discl 9/30/24 | | |
| 649 | Patrick Ho Sanction; Rule 26f Discl 9/30/24 | | |
| 650 | Article: Hunter Biden took Daughter's College Money-Exh 635 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 651 | Article on Hunter Biden's Lawsuit; Rule 26f Disc 9/30/24 | | |
| 652 | Article on Hunter Biden Art Sales; Rule 26f Discl dated 9/30/24 | | |
| 653 | Press Kit-Exh 609 to Deposition of Biden; Rule 26f Discl 9/30/24 | | |
| 654 | Press Kit-Exh 610 to Biden Deposition; Rule 26f Discl 9/3024 | | |
| 655 | Podcasts-Exh 611 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 656 | International Press-Exh 612 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 657 | NY Post Article on Burisma; Exh 622 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 658 | Article on Biden's book sales; Exh 623 to Biden Deposition; Rule 26f Discl 9/30/24 | | |

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 659 | Article on Biden's Book; Exh 624 Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 660 | Laptop from Hell Screen Shot; Exh 625 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 661 | Analysis of Biden laptop and payments; Exh 626 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 662 | Biden Laptop Article, Exh. 627 to Biden Deposition; Rule 26f Discl. 9/30/24 | | |
| 663 | Scandal Article; Exh 629 to Biden Deposition; Rule 26f Dlscl 9/30/24 | | |
| 664 | Scandal Article; Exh 630 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 665 | Article on Biden's Legal Problems; Exh 632 to Biden Deposition; Rule 26f Disclosure | | |
| 666 | Article on Shameless Biden; Exh. 639 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 667 | Article on Biden Legal Problems; Exh. 640 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 668 | Marco Polo Pub on Biden File; Rule 26 Discl 9/30/24 | | |

5801098.1

**AMENDED JOINT TRIAL EXHIBIT LIST**

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 669 | Marco Polo Report on Biden; Exh 654 to Biden Deposition; Rule 26f Discl 9/30/24 | | |
| 670 | Article on Biden Law License Suspended; Rule 26f Discl 9/30/24 | | |
| 671 | Article on Romanian Influence Peddling by Biden; Rule 26f Discl 9/30/24 | | |

The Parties reserve the right to request that the court permit the List of Exhibits to be amended to allow for additional exhibits to be included in the list pursuant to Federal Rule of Civil Procedure Section 16(e). The Parties also reserve pursuant to the right to pursuant to Federal Rule of Civil Procedure 16-2.3 to use impeachment exhibits that are not included on the Joint Exhibit List during the trial of this case. The parties have not stipulated to the authenticity or admissibility of these trial exhibits as of the filing of this Joint Exhibit List.

Dated:  July 16, 2025

EARLY SULLIVAN WRIGHT
GIZER & MCRAE LLP


By:    /s/ Zachary C. Hansen

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

*Attorneys for Plaintiff*
*Robert Hunter Biden*

Dated:  July 16, 2025                    LAW OFFICES OF MICHAEL C. MURPHY

By:       /s/ Michael C. Murphy
          Michael C. Murphy, Esq.
          Michael C. Murphy, Jr., Esq.

          *Attorneys for Defendant*
          *Patrick Byrne*

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW