Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>    Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**AMENDED JOINT WITNESS LIST**<br><br>**Pretrial Conference:** July 21, 2025<br>**Time:** 3:00 p.m.<br><br>**Jury Trial:** July 29, 2025<br>**Time:** 9:00 a.m.<br><br>Judge: Hon. Stephen V. Wilson, Ctrm. 10A |

5814572.2

**AMENDED JOINT WITNESS LIST**

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16-5, Plaintiff Robert Hunter Biden ("Plaintiff") and Defendant Patrick Byrne ("Defendant") hereby submit the following proposed Joint Witness List. Plaintiff and Defendant expressly reserve the right to amend the Joint Witness List to add witnesses identified as a result of any additional discovery and as may be necessary for impeachment, rebuttal, or otherwise based upon the evidence adduced at trial.

*Indicated that witness will be called only if need arises.

**Case Title**: <u>Robert Hunter Biden v. Patrick M. Byrne</u>

**Case No**: <u>2:23-cv-09430-SVW-PD</u>

## PLAINTIFF'S WITNESS LIST

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Plaintiff Robert Hunter Biden, c/o Early Sullivan Wright Gizer & McRae LLP, 6420 Wilshire Blvd., 17th Fl., Los Angeles, CA 90048; (323) 301-4660 | Mr. Biden is the plaintiff in this action and has knowledge concerning the defamatory statements made by the Defendant, including the falsity of those statements and evidence supporting the same. This includes a timeline of harassment and malice from Defendant directed at Mr. Biden and his family before and after Defendant published his defamatory statements. Mr. Biden will testify about the impact Defendant's defamatory those statements have had on his day-to-day life and his | 3 hours | 8.00 | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | family's lives. Mr. Biden will also testify about his own personal history. Mr. Biden will testify about the impact Defendant's defamatory statements have had on his and his family's social life, particularly within the Jewish community. This witness will testify live. Plaintiff will also be cross-examined. | | | |
| Patrick M. Byrne, c/o Law Offices of Michael C. Murphy, 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361; (818) 558-3718 | Mr. Byrne is the defendant in this matter and has knowledge about the defamatory statements he made about Plaintiff, including the evidentiary basis (or lack thereof), the falsity of those statements, what processes he went through to verify his defamatory statements before he made them, and what he relied upon in making such defamatory statements. Mr. Byrne has knowledge of his own political biases, his actual malice toward Plaintiff and his family, his affiliations with right-wing groups and people, and his general motivations behind making | 7 hours | 8.00 | |

5814572.2

2

**AMENDED JOINT WITNESS LIST**

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | the defamatory statements. Mr. Byrne will also have knowledge about the publication of the defamatory statements and the republication of the same statements in various interviews, social media posts, books, and visual productions. Mr. Byrne will also have knowledge about the evidence he claims supports his defenses in this action. This witness is expected to testify live, however if he refuses to appear at trial, his testimony will be presented via designated deposition transcripts. | | | |
| David Smith, c/o Samuel Bean, Esq., U.S. Department of Justice, Civil Division, Federal Programs Branch, 1100 L Street, N.W., Washington, DC 20005, (202) 455-9619 | Mr. Smith was identified by Defendant as a possible witness and the person who verified the voicemails Defendant claims supports his defenses in this matter. Mr. Smith has information about Defendant's claims regarding the validity of the sources he relied upon in making his defamatory statements, the lack of evidentiary support thereof, and facts supporting Plaintiff's claims. This | 1 hour | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | witness's testimony will be presented by designated portions of his deposition transcript. | | | |
| John F. Moynihan, c/o Brian Della Rocca, Esq., Della Rocca Law LLC, 9801 Washington Blvd., Ste. 710, Gaithersburg, Maryland 20878, (240) 455-5090. | Mr. Moynihan has information about Defendant's claims regarding the validity of the sources he relied upon in making his defamatory statements, the lack of evidentiary support thereof, and facts supporting Plaintiff's claims. This witness's testimony will be presented by designated portions of his deposition transcript | 1 hour | 4.00 | |
| *Melissa Cohen-Biden, c/o Early Sullivan Wright Gizer & McRae LLP, 6420 Wilshire Blvd., 17th Fl., Los Angeles, CA 90048; (323) 301-4660 | Mrs. Cohen-Biden is the wife of the Plaintiff, Mr. Biden. Mrs. Cohen-Biden has knowledge concerning the statements made by the Defendant, including the falsity of those statements and evidence supporting the same. If called, Mrs. Cohen-Biden will testify about her knowledge of the statements made by Defendant about Mr. Biden, including a timeline of harassment and malice from Defendant directed at | 2 hours | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
|  | Mr. Biden and his family, both before the statements were published and after. Mrs. Cohen-Biden will testify about how Defendant's statements impacted her husband's mental health and caused him emotional distress. Mrs. Cohen-Biden will testify about the impact Defendant's statements have had on her husband's and her family's social life, particularly within the Jewish community. If called, this witness will testify live. |  |  |  |

### DEFENDANT'S WITNESS LIST

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Nathan E. Lavid, MD; 65 Pine Ave., Long Beach, CA 90802; (562) 912-4646 | Dr. Lavid conducted an IME of Plaintiff including testing. He will testify that Plaintiff did not suffer from any type of severe or emotional distress and damages from Defendfant's statements | 2.00 | 1 hour |  |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | due to his lack of impairment of doing daily living and his emotional stress is caused by the numerous stressors in his life that have nothing to do with Defendant's statements in this case. . | | | |
| Mr. Garrett Ziegler, 2817 Reed Rd., Suie 2, Bloomington, IL 61704, (309) 306-1391. | Mr. Garrett is involved in the publication and sale of a publication commonly known as the "Report on the Biden Laptop" on or about October 19, 2022 that contains 636 pages of statements that attack the credibility and character of Plaintiff that is irrelevant to show that Plaintiff has a long standing bad reputation and from information he obtained from his laptop. | 2.00 | 1 hour | |
| Mr. Konstantinos "Gus" Dimitrelos; Cyber Forensics, 921 Connie St., Caspar, WY 82604, (307) 439-5440. | Mr. Dimitrelos has knowledge and information regarding the authenticity of the information contained on Plaintiff's laptop and that the information was correctly published throughout the media world throughout the United States that tainted Plaintiff's | 1.00 | 1 hour | |

5814572.2

6

**AMENDED JOINT WITNESS LIST**

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | reputation. | | | |
| Patrick M. Byrne, c/o Law Offices of Michael C. Murphy, 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361; (818) 558-3718 | Mr. Byrne is the defendant in this matter and has knowledge about the statements he made about Plaintiff, including the evidentiary basis, his belief that the information contained in the statements were true and he had no serious doubts the statements were true, what processes he went through to verify his statements before he made them, and what he relied upon in making such statements. Mr. Byrne will also have knowledge about the publication of the statements and the republication of the same statements in various interviews, social media posts, books, and visual productions. Mr. Byrne will also have knowledge about the evidence he claims supports his defenses in this action. | 8.00 | 5 hours | |
| John Moynihan; FJM & Associates, LLC, 48 Kenwood, Worcester, MA | Mr. Moynihan has information about the authentication of the tapes | 4.00 | 1 hour | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 01665; (313) 410-6872 | produced in discovery | | | |

Pursuant to Local Rule 16-8.2, Defendant reserves the right to amend the joint witness list prior to and at the final Pretrial Conference of this case. Simply because a witness is added to this witness list does not mean that there is an agreement that the witness can be called to testify during trial and even on an "as needed" basis.

Dated: July 16, 2025

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

By: */s/ Zachary C. Hansen*
BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

*Attorneys for Plaintiff Robert Hunter Biden*

Dated: July 16, 2025

LAW OFFICES OF MICHAEL C. MURPHY

By:    */s/ Michael C. Murphy*
     Michael C. Murphy, Esq.
     Michael C. Murphy, Jr., Esq.

*Attorneys for Defendant Patrick Byrne*