UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-09430-SVW-PDx | Date: | July 21, 2025 |

Title: Robert Hunter Biden v. Patrick M. Byrne

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Zachary Hansen | Michael Murphy |
| Phillip Barber | Carmen Selame |
| Richard Harpootlian | |

**Proceedings:**   PRETRIAL CONFERENCE (held and completed)

MOTION IN LIMINE (1) to Exclude Reputational Evidence; Declaration of Zachary C. Hansen filed by Plaintiff [230]

MOTION IN LIMINE (2) to Exclude Evidence of the So-Called "Laptop" and Any of its Purported Contents [231]

MOTION IN LIMINE (3) to Exclude Evidence that Plaintiff is a Public Figure [232]

Eighth MOTION IN LIMINE 8 for Evidentiary Sanctions Plaintiff Hunter Biden filed by Defendant [233]

Case called. For the reasons stated on the record, the Court ORDERS the following:

- A Final Pretrial Conference is set for July 28, 2025, at 1:30 p.m.
- An Order regarding the rulings of the Motions (Dkt. [230], [231], [232], [233]) will be issued by the Court
- The Court allots a total of 3 days, excluding jury selection and jury deliberation, for the Jury Trial set on July 29, 2025.
- The Parties are ordered to file their Proposed Voir Dire Questions by Thursday, July 24, 2025.