Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: 818-558-3718
Fax: 805-367-4506

Attorneys for Defendant,
Patrick Byrne

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-09430-SVW-PD<br>Judge: Honorable Stephen V. Wilson<br>Courtroom: "10A"<br><br>**DEFENDANT PATRICK BYRNE'S RESPONSE TO PLAINTIFF ROBERT HUNTER BIDEN'S FINAL RULE 26 PRETRIAL DISCLOSURES**<br><br>Date:　　July 28, 2025<br>Time:　　1:30 p.m.<br>Courtroom:　"10A" |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Patrick Bryne ("Defendant") hereby responds to Plaintiff Hunter Biden's ("Plaintiff") Final Rule 26 Pretrial Disclosures pursuant to FRCP 26(a)(3)(B).

### I.   WITNESSES

Pursuant to Defendant's Notice of Non-Appearance at Trial, Defendant will not testify live, and thus counter designates portions of his testimony in response to Plaintiff's designation of Defendant's testimony.

Defendant plans to cross-examine Plaintiff, and will reserve right to recall him to the stand.

Defendant plans to call Mr. Moynihan to testify live.

Defendant has objected to the testimony of SA Smith, and the Court sustained Defendant's objection to Plaintiff's Question Number 6.

### II.   DEPOSITION DESIGNATIONS

Defendant's counter designations are below in the section title "Defendant Patrick Byrne's Counter Deposition Designations and Objections to Plaintiff's Deposition Designations."

### III.   DAMAGES

Pursuant to the Court's pretrial order, Plaintiff is limited to seeking only nominal damages, and punitive damages if the jury finds Defendant liable for defamation per se.

Dated: July 25, 2025               LAW OFFICES OF MICHAEL C. MURPHY

                                      By:  /s/ Michael C. Murphy, Esq.
                                                       _____
                                                       Michael C. Murphy, Esq.
                                                       Michael C. Murphy, Jr., Esq.
                                                       Attorneys for Defendant,
                                                       Patrick Byrne

## Defendant Patrick Byrne's Counter Deposition Designations and Objections to Plaintiff's Deposition Designations

Defendant Patrick Byrne hereby offers his counter deposition designations and objections to Plaintiff's deposition designations. For brevity, the below list will only include Plaintiff's deposition designations to which Defendant offers counter designations and/or objections:

| Deposition Transcript | Plaintiff's Deposition Designations | Defendant's Counter Deposition Designations and/or Objections |
|---|---|---|
| Patrick Byrne Trans. Vol. I | 23:17-24 | 23-4-15 |
| Patrick Byrne Trans. Vol. I | 24:18-23 | 23:25-24:10 |
| Patrick Byrne Trans. Vol. I | 35:17-36:10 | 34:7-35:15; 36:11-19 |
| Patrick Byrne Trans. Vol. I | 37:2-25 | 38:1-39:8 |
| Patrick Byrne Trans. Vol. I | 69:8-70:1 | 69:5-7 |
| Patrick Byrne Trans. | 76:14-77:12 | 77:13-21 |

4

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FINAL RULE 26 PRETRIAL DISCLOSURES**
Case No. 2:23-cv-09430-SVW-PD

| Deposition Transcript | Plaintiff's Deposition Designations | Defendant's Counter Deposition Designations and/or Objections |
|---|---|---|
| Vol. I | | |
| Patrick Byrne Trans. Vol. I | 84:14-17 | Objection: Relevance |
| Patrick Byrne Trans. Vol. I | 87:7-9 | Objections: Relevance |
| Patrick Byrne Trans. Vol. I | 93:12-94:16 | 94:17-23; 95:6-9 |
| Patrick Byrne Trans. Vol. I | 179:20-22 | 179:12-19 |
| Patrick Byrne Trans. Vol. II | 268:1-18 | 268:9-21 |
| Patrick Byrne Trans. Vol. II | 271:20-272:6 | 272:7-8 |
| Patrick Byrne Trans. Vol. II | 276:21-277:5 | 277:6-13 |
| Patrick | 313:23-314:5 | 314:6-9 |

5

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FINAL RULE 26 PRETRIAL DISCLOSURES**
Case No. 2:23-cv-09430-SVW-PD

| Deposition Transcript | Plaintiff's Deposition Designations | Defendant's Counter Deposition Designations and/or Objections |
|---|---|---|
| Byrne Trans. Vol. II | | |
| Patrick Byrne Trans. Vol. II | 314:18-315:4 | 315:5-8 |
| Patrick Byrne Trans. Vol. II | 447:17-448:5 | 448:6-10 |
| Patrick Byrne Trans. Vol. II | 448:21-449:15 | 449:16 |
| Patrick Byrne Trans. Vol. III | 475:5-7 | Objection: Relevance |
| Patrick Byrne Trans. Vol. III | 488:12-489:16 | 489:17-21 |
| Patrick Byrne Trans. Vol. III | 492:4-13 | 492:14-25 |
| Patrick Byrne Trans. Vol. III | 493:1-9 | 493:10-15 |

6

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FINAL RULE 26 PRETRIAL DISCLOSURES**
Case No. 2:23-cv-09430-SVW-PD

| **Deposition Transcript** | **Plaintiff's Deposition Designations** | **Defendant's Counter Deposition Designations and/or Objections** |
|---|---|---|
| Patrick Byrne Trans. Vol. III | 512:17-19 | 5112:20-513:12 |
| Patrick Byrne Trans. Vol. III | 526:21-25 | 527:1-7 |
| Patrick Byrne Trans. Vol. III | 544:21-545:9 | 545:10-546:18 |
| Patrick Byrne Trans. Vol. III | 548:14-25 | 549:1-8 |
| Patrick Byrne Trans. Vol. III | 554:4-15 | 554:16-555:13 |
| Special Agent David Smith Trans. | 5:10-6:7 | Objections sustained by Court Order: ECF 276, pg. 7-8. |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FINAL RULE 26 PRETRIAL DISCLOSURES**
Case No. 2:23-cv-09430-SVW-PD

Dated: July 25, 2025                LAW OFFICES OF MICHAEL C. MURPHY

                                              By: /s/ Michael C. Murphy, Esq.
                                              _____
                                              Michael C. Murphy, Esq.
                                              Michael C. Murphy, Jr., Esq.
                                              Attorneys for Defendant,
                                              Patrick Byrne

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FINAL RULE 26 PRETRIAL DISCLOSURES**
Case No. 2:23-cv-09430-SVW-PD