AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Robert Hunter Biden | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-09430 |
| Patrick M. Byrne | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick M. Byrne                                                                 .

Date:   07/28/2025

/s/ *Tom Yu*
*Attorney's signature*

Tom Yu | SBN: 306699
*Printed name and bar number*

The Law Offices of Tom Yu
155 North Riverview Drive, Suite 305
Anaheim Hills, CA 92808
*Address*

tyu@tomyulaw.com
*E-mail address*

(844) 998-4033
*Telephone number*

(909) 801-7004
*FAX number*