## UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Robert Hunter Biden,<br>*Plaintiff*<br><br>v.<br><br>Patrick M. Byrne<br>*Defendant* | Case No.: 2:23-cv-09430 |

### [PROPOSED] ORDER GRANTING APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE

The Court, having reviewed the Application of Stefanie Lynn Lambert Junttila to appear in this action pro hac vice as counsel for Patrick M. Byrne, and good cause appearing,

IT IS HEREBY ORDERED that the Application is GRANTED.

DATED: _____        _____

Hon. Stephen V. Wilson

United States District Judge