# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-09430-SVW-PD | Date: | July 29, 2025 |

| | |
|---|---|
| Title: | Robert Hunter Biden v. Patrick M. Byrne |

**Present: The Honorable    STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | Maria Bustillo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Sullivan; Zachary Hansen; Phillip Barber; Richard Harpootlian | Tom Yu; Eric Neff; Stefanie Lambert |

**Proceedings:**   JURY TRIAL (not held/continued) / PRETRIAL CONFERENCE (held and completed)

Case called. For the reasons stated on the record, the Court ORDERS the following:
- The Jury Trial is Continued to **Wednesday, July 30, 2025, at 9:30 a.m.**
- Order to Show Cause hearing set for **Wednesday, July 30, 2025, at 9:30 a.m.**
- **Additional Order to follow.**

2 : 15

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk DTA