1              UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                WESTERN DIVISION

4                   - - -

5   HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

6

7    ROBERT HUNTER BIDEN,         )
                         )
8        Plaintiffs,       )
                         )
9                       )
                         )
10       vs.              ) NO. CV 23-09430-SVW
                         )
11                     )
                         )
12   PATRICK M. BYRNE,         )
                         )
13       Defendant.        )
    ————————————————————————————)
14

15      REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

16                *TRIAL DAY ONE*

17           LOS ANGELES, CALIFORNIA

18           TUESDAY, JULY 29, 2025

19 ————————————————————————————————————————————————————

20             MARIA R. BUSTILLOS
           OFFICIAL COURT REPORTER
21            C.S.R. 12254
          UNITED STATES COURTHOUSE
22          350 WEST 1ST STREET
             SUITE 4455
23       LOS ANGELES, CALIFORNIA 90012
           (213) 894-2739
24          MADAMREPORTER.COM

25

1                          **A P P E A R A N C E S**

2

3

4        **ON BEHALF OF THE PLAINTIFFS,**
         **ROBERT HUNTER BIDEN:**              [!FIRM1]
5                                              BY:  [!ATTORNEY1], ESQ.
                                               [!ADDRESS-A1]
6                                              [!ADDRESS-B1]
                                               [!CITY1], [!STATE1] [!ZIP1]
7                                              [!PHONE NUMBER1]

8
                                               [!FIRM2]
9                                              BY:  [!ATTORNEY2], ESQ.
                                               [!ADDRESS-A2]
10                                             [!ADDRESS-B2]
                                               [!CITY2], [!STATE2] [!ZIP2]
11                                             [!PHONE NUMBER2]

12

13       **ON BEHALF OF THE DEFENDANTS,**
         **PATRICK M. BYRNE:**                 [!FIRM3]
14                                             BY:  [!ATTORNEY3], ESQ.
                                               [!ADDRESS-A3]
15                                             [!ADDRESS-B3]
                                               [!CITY3], [!STATE3] [!ZIP3]
16                                             [!PHONE NUMBER3]

17
                                               [!FIRM4]
18                                             BY:  [!ATTORNEY4], ESQ.
                                               [!ADDRESS-A4]
19                                             [!ADDRESS-B4]
                                               [!CITY4], [!STATE4] [!ZIP4]
20                                             [!PHONE NUMBER4]

21

22

23

24

25

1                    **A P P E A R A N C E S**

2

3

4        **ON BEHALF OF THE PLAINTIFFS,**
         **UNITED STATES OF AMERICA:**         LAW OFFICE OF
5                                              BY:  XXX XXX, ESQ.
                                               XXX XXX XXX XXX
6                                              12TH FLOOR
                                               XXX XXX, CALIFORNIA 90012
7                                              (XXX) XXX-XXXX

8
                                               LAW OFFICES OF
9                                              BY:  XXX XXX
                                               312 XXX XXX XXX
10                                             12TH FLOOR
                                               XXX XXX, CALIFORNIA 90012
11                                             (XXX) XXX-XXXX

12
                                               LAW OFFICES OF
13                                             BY:  XXX XXX
                                               XXX XXX XXX XXX
14                                             12TH FLOOR
                                               LOS ANGELES, CALIFORNIA 90012
15                                             (XXX) XXX-XXXX

16

17       **ON BEHALF OF THE DEFENDANT,**
         **PATRICK M. BYRNE:**                 LAW OFFICES OF
18                                             BY:  XXX X. XXX, ESQ.
                                               XXX XXX XXX
19                                             SUITE XXX
                                               XXX, CALIFORNIA 90012
20                                             (XXX) XXX-XXXX

21

22     ALSO APPEARING:

23

24

25

1                              <u>I N D E X</u>

2

3       JURY TRIAL DAY ONE...............              <u>PAGE</u>
                                                         6

4

5       <u>PLAINTIFF'S WITNESSES:    DIRECT   CROSS   REDIRECT   RECROSS</u>

6                              (None)

7

8

9

10

11

12

13

14

15                              - -

16

17

18

19

20

21

22

23

24

25

1

**E X H I B I T S**

2    PLAINTIFF'S                          RECEIVED       MARKED

3

4                         (None)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

```
 1        LOS ANGELES, CALIFORNIA; TUESDAY, APRIL 10, 2024

 2                            -o0o-

 3    (COURT IN SESSION AT 9:10 A.M.)Tuesday, July 29, 2025;

 4                         trial day one

 5        THE COURTROOM DEPUTY:  Calling item one,

 6    2:23-CV-09430-SVW-PD: Robert Hunter Biden v. Patrick

 7    Byrne.

 8            Counsel, please stand and state your

 9    appearances for the record.

10        MR. HANSEN:  Bryan Sullivan on behalf of

11    plaintiff.

12        MR. BARBER:  Zachary Hansen on behalf of

13    plaintiff.

14        MR. BARBER:  Phillip Barber on behalf of

15    plaintiff.

16        MR. HARPOOTLIAN:  Richard Harpootlian on behalf

17    of plaintiff.

18        MR. NEFF:  Eric Neff on behalf of defendant,

19    Your Honor.

20        MS. LAMBERT:  Good morning, Your Honor.

21    Stefanie Lambert Junttila on behalf of Dr. Byrne.  I

22    filed a pro hac vice for to the Court to consider.

23        MR. YU:  Good morning, Your Honor.  Tom Yu on

24    behalf of defendant.

25            THE COURT:  Well, I mean, you may be seated.
```

```
 1              We have a totally new cast of -- of lawyers who

 2     have appeared for the first time.  I mean, I've never

 3     seen these lawyers.  Mr. Murphy, who is not here -- and

 4     he should be here.  He didn't receive the Court's

 5     permission not to be here.  And I've messaged him and

 6     directed him to be here immediately.  I mean, this is

 7     becoming, well, circus-like.  And it's not the way

 8     things should be.

 9              Who will be questioning the witnesses and

10     arguing from the Defense side?

11              MS. LAMBERT:  Your Honor, if I may, we have

12     divided up each witness, opening argument, and closing

13     argument.  So one attorney will do one witness, and one

14     attorney will open.  One attorney will close.  One

15     attorney will object during the cross of a witness so

16     you won't have the back and forth that I know frustrated

17     the Court yesterday.

18              THE COURT:  I -- I -- you need -- one, two,

19     three, four -- five lawyers?

20              MS. LAMBERT:  Your Honor, there is three

21     lawyers.  This is our trial team.  I have been

22     Dr. Byrne's attorney since day one.  My office --

23              THE COURT:  What is your name?

24              MS. LAMBERT:  My name is Stefanie Lambert, Your

25     Honor.  I filed the pro hac vice.
```

```
 1              THE COURT:  When did you file it?

 2              MS. LAMBERT:  It was filed on Pacer,

 3    Your Honor.

 4              THE COURT:  But -- but we -- we never had a

 5    hearing.  Why was Mr. Murphy representing the defendant

 6    for as long as I have been presiding on this case, which

 7    was at beginning?  He was the lawyer from the outset.

 8    That's over a a two-year period.

 9              MS. LAMBERT:  Sure.  I can possibly alleviate

10    some of the Court's concerns.  I have been working hand

11    in hand with Mr. Murphy.  My office hired Mr. Murphy's

12    office since day one.  We are not seeking a continuance.

13    We are ready for trial.  We don't want to delay --

14              THE COURT:  Are you familiar with all the

15    Court's rulings?

16              MS. LAMBERT:  Correct, Your Honor.  All three

17    attorneys at this table have read all of the Court's

18    rulings, and we're familiar with the entire file.

19              THE COURT:  And, Mr. Yu, have you -- are you --

20    do you know of all the Court's rulings?

21              MR. YU:  I have, Your Honor.  I've reviewed --

22              THE COURT:  When did you first enter this case?

23              MR. YU:  Yesterday, Your Honor.

24              THE COURT:  When?

25              MR. YU:  Yesterday morning.
```

```
 1              THE COURT:  Well, how could you have you read

 2    and digested every aspect of the case?

 3              MR. YU:  Well, just to be fully transparent --

 4              THE COURT:  Take the lectern.  Take the

 5    lectern.

 6              MR. YU:  Absolutely, Your Honor.  I've -- I've

 7    read all the Court's rulings as far as the -- there's --

 8    there was a lot of -- there's a lot of rulings to go

 9    through, yes.  I am --

10              THE COURT:  The Court has spent days and many

11    hearings and four pretrial conferences trying to make

12    rulings on so many different motions and motions in

13    limine.  You did appear, I remember, in another case

14    before me less than a year ago.  But notwithstanding

15    that you, I thought, represented your client well in

16    that case, the -- you have to understand all rulings of

17    the Court, and some of rulings were -- I wouldn't say

18    complex, but they were -- they -- they limited a lot of

19    what the Defense intended to do.

20              I mean, defendant Byrne is not here.  Who --

21    who is the lead lawyer in the case?  Is there a lead

22    lawyer, or is this, you know, a politburo?

23              MS. LAMBERT:  Your Honor, if you -- if's okay

24    for me to address the Court from here?  I can go to the

25    lectern.  We intend to work as a team.  I have been
```

1    Dr. Byrne's attorney for several years now, and I have

2    been on this case with Michael Murphy, working with him

3    every step of the way since day one.

4         THE COURT:  Why haven't you informed the Court

5    until recently about your being -- your -- your being

6    co-counsel for years?  Why -- why in -- why the secret?

7    Why operate incognito?

8         MS. LAMBERT:  There's no secret, Your Honor.

9    Mr. Murphy was to try the case.  That's what he was

10   hired to do.  There has been a breakdown between

11   Mr. Murphy and Dr. Byrne that I don't want to go into,

12   client confidential information.  But the -- the pro hac

13   should have been filed earlier, but Mr. Murphy said that

14   there were filing complications and he wasn't going to

15   get it on Pacer.  I wasn't quite sure what he was trying

16   to explain.

17        THE COURT:  Who said -- who said that?

18        MS. LAMBERT:  Mr. Murphy.  I asked that he

19   bring it to the Court yesterday and -- and hand it to

20   the Court.

21        THE COURT:  Well, has Mr. Murphy -- there was

22   no motion before me to have Mr. Murphy replaced, and he

23   didn't seek the Court's permission at the morning of

24   trial to withdraw.  So what is Mr. Murphy's status now?

25        MS. LAMBERT:  The status is -- and I've been

```
 1    copied on communications where I don't want go into the

 2    substance --

 3            THE COURT:  Take the lectern.

 4            MS. LAMBERT:  Yes, Judge.

 5            Your Honor, I've been copied on communications,

 6    and I don't want to go into the substance of

 7    attorney-client information.  But it was very clear that

 8    there was a -- a permanent breakdown of communication

 9    and the attorney-client relationship between Dr. Byrne

10    and Mr. Murphy.  And Dr. Byrne has fired Mr. Murphy in

11    writing.  And I have read that.

12            THE COURT:  You call him Dr. Byrne?

13            MS. LAMBERT:  That's correct, Your Honor.

14            THE COURT:  Is that how you intend to call him

15    at the trial?

16            MS. LAMBERT:  With the Court's permission.

17            THE COURT:  No.  Call him by his name.

18            MS. LAMBERT:  Okay.

19            THE COURT:  The Court does recognize that means

20    of identifying a person when they're a medical doctor.

21    Likewise, the Court recognizes that type of description

22    if someone is actively a senator or a governor or

23    something else or a priest or a minister or a rabbi.

24    But otherwise, the Court prefers that -- that people be

25    identified by their names.
```

```
 1              MS. LAMBERT:  Yes, Your Honor.
 2              THE COURT:  I mean, this is very upsetting to
 3    the Court, I must say.  This is not the way things
 4    should be.  One second.  I'll give you a chance.  Be
 5    seated for a moment.
 6              MR. BARBER:  Yes, Judge.  I just have the right
 7    information.  I'm sorry.
 8              THE COURT:  And so you're saying that --
 9    that -- in terms of -- of -- of examining or
10    cross-examining the plaintiff, how do you, -- without
11    telling me line and verse, in light of my prior rulings,
12    who's going to cross-examine the plaintiff?
13              MS. LAMBERT:  Your Honor, one of the
14    attorneys -- I'm prepared to cross-examine.
15              THE COURT:  I didn't ask you who's prepared.
16    Who is going to do it?  You don't seem to know at this
17    point.
18              MS. LAMBERT:  We're all prepared.  Mr. Yu
19    would -- would like to do it.  It is his preference.
20              THE COURT:  Well, this -- this sounds like a
21    carnival.
22              Take the lectern, Mr. Yu.
23              MS. LAMBERT:  We're -- we're all prepared --
24              THE COURT:  Sit down, please.
25              Now, how, just generally, do you intend to
```

1    cross-examine the plaintiff in light of my rulings?  A

2    lot of my rulings concern that.  What areas do you

3    intend to get into?

4            MR. YU:  Well, I think, first, Your Honor, we

5    are seeking to --

6            THE COURT:  I'm only asking you that because I

7    want to make sure that you understand all these rulings.

8    You got into the case yesterday.  And I don't want this

9    to become mayhem.

10            MR. YU:  I understand.

11            THE COURT:  So tell me how you intend to do it.

12            MR. YU:  Sure.  The Court wants kind of the

13    subject area, matters that I intend to get into?

14            THE COURT:  Well, I mean, what areas?  For

15    example, I've already ruled -- I'll give you the broad

16    strokes --

17            MR. YU:  Sure.

18            THE COURT:  -- that -- that the articles --

19    newspaper articles and the Ziegler report are -- you

20    can't use those because you would be cross-examining him

21    and inferring to the jury that there is some truth in

22    those reports, and there is no evidence of any of that

23    being truthful.

24            And you can, I said, cross-examine him with his

25    prior conviction.  You could ask him if he -- he made

```
1    any specific statements that a reasonable jury could --

2    could accept as a prior act of corruption because a

3    prior act of corruption is -- is some indicia of

4    veracity, of truthfulness.  But you can't just float

5    innuendo.  You have to ask the questions, and you'll be

6    stuck with the answer in a way that doesn't allow

7    innuendo but is specific.

8            Do you intend to get into that?

9            MR. YU:  Well, my -- my first intention,

10   Your Honor, is to get into the representation prong

11   of -- of this case.

12           THE COURT:  What representation?  Meaning what?

13           MR. YU:  Well, I mean, the plaintiff is seeking

14   damages that purport he caused harm to his reputation.

15           THE COURT:  See, already, you have not -- you

16   have indicated to me you don't understand the rulings

17   because I -- if -- plaintiff has -- has informed the

18   Court -- and not just yesterday -- that he intends to

19   only seek a dollar in damages, that he's seeking per se

20   defamation.  And in that regard, damages that --

21   reputation is not at issue.

22           And then the Court has bifurcated punitive

23   damages from liability.  And -- and so in this phase of

24   the case, there is no evidence that would relate to --

25   to punitive damages.  In fact, the jury shouldn't even
```

```
1    be told about punitive damages; they should just be told

2    at this phase of case that this case is about

3    defamation.

4         So you've already shown me that you are not

5    familiar with what has -- with what the Court has ruled

6    on.

7         MR. YU:  Sure.  So --

8         THE COURT:  You're telling me under oath, as a

9    lawyer, that you have, overnight -- when were you first

10   contacted to be in this case?

11        MR. YU:  On Friday, Your Honor.  Last Friday.

12        THE COURT:  And I made some rulings yesterday.

13   Are you -- then why did you start out by saying you're

14   going to cross-examination him on reputation?

15        MR. YU:  Because I think it's important for the

16   punitive damages --

17        THE COURT:  I just told that punitive damages

18   are going to be bifurcated.

19        MR. YU:  I understand.  But I think we're

20   entitled to seek some evidence of causation, of whether

21   or not the act of our client caused a particular

22   reputation.  That goes into malice and --

23        THE COURT:  But -- but he's -- he's only -- it

24   is whether -- how do you respond to that?

25        MR. BARBER:  I'm sorry, Your Honor?
```

```
 1              THE COURT:  He is saying that reputation of --
 2    of -- of the plaintiff, even though the case has, in
 3    phase I, been limited to per se defamation, is still
 4    relevant because of -- of malice.  I don't see the
 5    connection.  Do you?
 6              MR. BARBER:  Your Honor, not only do I not see
 7    a connection, if these folks had been here during the
 8    hearings when we discussed that, they would understand
 9    not just what you wrote, but how you got there.
10              Your Honor, this is -- and if I could just
11    pivot and ask the Court one -- or explain something to
12    the Court, I think it would make a lot of this easier
13    for you to deal with.  May I do that.
14              THE COURT:  You want to ask me a question?
15              MR. BARBER:  No.  I want to give you some
16    information to add to that.
17              THE COURT:  All right.  Go ahead.
18              MR. BARBER:  This young lady --
19              THE COURT:  Her name is?
20              MR. BARBER:  Stefanie Lambert.  I believe she
21    was in the courtroom yesterday.
22              THE COURT:  Her name is Stefanie Lambert,
23    right.
24              MR. BARBER:  She was in the courtroom not --
25    well, she may have been at the table yesterday.  I
```

```
 1    believe she was at the table yesterday.

 2            THE COURT:  She was?

 3            MR. BARBER:  Yes, sir.

 4            THE COURT:  I mean, I -- I don't recognize her.

 5    I do recognize the -- the woman with the blond hair

 6    and -- and this gentleman sitting close to me.

 7            What is your name, sir?

 8            MR. REYES:  Dan Reyes, Your Honor.

 9            THE COURT:  You're -- what was your name again?

10            MR. REYES:  Dan Reyes.

11            THE COURT:  Dan?  Dan?

12            MR. REYES:   Yes, sir.  Daniel.  Dan, for

13    short.

14            THE COURT:  I don't even see you.  Are you a

15    lawyer in this case?

16            MR. REYES:  No, sir.  I'm here to assist with

17    jury selection and --

18            THE COURT:  You're a jury selection expert?

19            MR. REYES:  I'm a trial consultant, Your Honor.

20            THE COURT:  Oh, I see.

21            And so what about -- so you said Ms. --

22    Ms. Lambert was here yesterday?

23            MR. BARBER:  Yes, sir, she was.

24            THE COURT:  What -- what -- and the -- and the

25    blond-haired woman, are your named Carmen Selame?  Is
```

```
 1           that...
 2                 MS. KISS:  No, Your Honor.  My name is Marta
 3     Kiss.  I'm --
 4                 THE COURT:  What is your name?
 5                 MS. KISS:  Marta Kiss.  I'm also a trial
 6     consultant.
 7                 THE COURT:  Oh, she's a trial consultant.
 8     Okay.  I'm not concerned about them.
 9                 MR. BARBER:  Your Honor, what I would like to
10     bring to your attention is:  Ms. Lambert indicated on
11     her pro hac vice application that she'd never been
12     denied a motion to appear pro hac, which is not true.  I
13     have a -- a ruling, and I'd like to hand up a copy of
14     this to you.  These are the orders -- copies of the
15     orders issued in June of this year where a federal
16     district court in Florida denied her pro hac.  And I
17     think --
18                 THE COURT:  Let me just read it first.  Okay?
19     And then you can tell me what your argument is.
20                 MR. BARBER:  Yes, sir.
21                 Do y'all need a copy?
22                 THE COURT:  Okay.  Go ahead.  What did you want
23     to say?
24                 MR. BARBER:  May it please the Court.  You read
25     the order.  She was denied pro hac in Florida and --
```

1    which was not based on the fact -- they make it clear

2    that she is out on bond on two felony charges.

3           THE COURT:  I mean, as the judge in the very

4    order you gave me said -- and that appears to be the law

5    in the Ninth Circuit also -- the fact that there are

6    pending charges in and of itself is not a basis for

7    denying a pro hac vice.

8           MR. BARBER:  Yes, sir.

9           THE COURT:  So...

10           MR. BARBER:  But what he does say is --

11           THE COURT:  What?

12           MR. BARBER:  What he does say is she violated

13    orders in another case, disclosed confidential --

14           THE COURT:  Well, I read -- I read that.

15    And -- and --

16           MR. BARBER:  Okay.  So, Your Honor, you used

17    the word "circus" a moment ago.  Here we are -- and by

18    the way, Mr. Yu here filed her application knowing full

19    well that she been denied pro hac previously.

20           THE COURT:  But as we said with -- with the

21    other applicant -- he's not even here.  What is his

22    name?

23           MR. BARBER:  Inkin.

24           THE COURT:  Who?

25           MR. BARBER:  Inkin.

```
 1              THE COURT:  Inkin.  He is not here today, but I
 2   did have some hearings about whether he should be
 3   admitted.  And I didn't publish an order, but I
 4   indicated somewhat reluctantly that given the case law,
 5   while I could deny his application, I chose to --
 6              MR. BARBER:  Yes, sir.
 7              THE COURT:  -- allow it.  He's not even here.
 8   I don't know what his role in this case is.
 9              What else do you have to add?
10              MR. BARBER:  She submitted this under penalty
11   of perjury.
12              THE COURT:  Submitted what under penalty of
13   perjury?
14              MR. BARBER:  Her pro hac application, she
15   submitted it under penalty of perjury.  And there is a
16   specific -- specific question:  Have you ever been
17   denied pro hac before?  No.
18              THE COURT:  Was that on our --
19              MR. BARBER:  Your form.
20              THE COURT:  Okay.
21              MR. BARBER:  And so --
22              THE COURT:  So in other words, the -- the form
23   does say that?  It does ask?
24              MR. BARBER:  Yes, sir.  Yes, sir.
25              THE COURT:  I thought that when we had the
```

1    hearing regarding Mr. Inkin, it was that -- that the

2    form didn't specifically ask that question?

3         MR. BARBER:  No.  The form does ask that

4    question.  Mr. Inkin was whether or not he had been

5    disciplined before.  And clearly, he had been, but it

6    was some time ago.  And -- and so that --

7         THE COURT:  Well, what is the specific question

8    in the pro hac vice application?

9         MS. LAMBERT:  Your Honor, if I may address.

10         THE COURT:  Just one moment.  I'll give you a

11    chance.

12         MS. LAMBERT:  Thank you, Your Honor.

13         MR. BARBER:  Let me make sure -- Your Honor,

14    we're going to put it up on the screen for Your Honor.

15         THE COURT:  Okay.

16         MR. BARBER:  Your Honor, while he is hooking

17    that up, I apologize for the -- the -- we didn't get

18    notice of this until this morning.  And again --

19         THE COURT:  All right.  Let me get

20    Ms. Lambert -- well, you have -- you have the --

21         MR. BARBER:  Oh, I think we put it up.  Here

22    we -- here we go.  So as you can see, "List all cases in

23    which applicant has applied to this Court for for pro

24    hac."  Didn't apply.  "If any proc hac applications

25    submitted within the past three years have been denied

1    by the Court."  Now, I would --

2            THE COURT:  Well, I mean, "the Court" could be

3    interpreted to mean "this Court."

4            MR. BARBER:  Well, except for -- above, it

5    says, "List all cases in which the applicant has applied

6    to this Court."  The next paragraph down, it states --

7            THE COURT:  I get it.  I get it.

8            MR. BARBER:  And -- and, Your Honor, I'd point

9    out --

10            THE COURT:  Well, let -- there are other

11    reasons.  I mean, she's only been here one time before.

12    She says she's been following the case closely, but that

13    doesn't equal her presence in the -- in the courtroom

14    and the -- the back-and-forth, which was extensive.  And

15    there's so many things that I instructed that it is

16    almost inconceivable to me that anyone would fully

17    digest them.  Mr. Yu says he got into the case

18    yesterday.

19            And what I'm -- I'm -- I'm getting to is

20    Mr. Murphy is the lawyer now, and in order for him to be

21    relieved, there has to be a motion.  There is no motion

22    before me to have him relieved.  And the question is:

23    Would I relieve him under these circumstances?  And I

24    would be very reluctant to do so.  And I've ordered him

25    to be here.  I mean, he -- he -- I don't know where he

```
 1   is.  But when I found out maybe a half hour ago that he

 2   wasn't here and that the -- that there were these new

 3   developments, I ordered him to be here.  And...

 4          MR. BARBER:  Your --

 5          THE COURT:  Yes?

 6          MR. BARBER:  Your Honor, two things:  One, I

 7   think -- is there somebody from Mr. Murphy's office

 8   here?

 9          THE COURT:  I don't -- I don't know.

10          MR. BARBER:  That works for him or related to

11   him in some way?  No?

12          Well, number one, I think Your Honor's correct

13   assessment is:  Here we are getting ready to pick a

14   jury.  These folks have not been here, number one.

15   Number two, we take --

16          THE COURT:  I mean, it would seem to me that --

17   that even from what they've said -- I mean, what

18   Ms. Lambert has said, they -- they don't even, at this

19   point, have a -- a plan for exactly how the work will be

20   divided, except that it will be divided.  And that's a

21   very awkward thing.  You'll have -- one, two, three --

22   what, four lawyers?  Three lawyers?  Three lawyers?

23          MS. LAMBERT:  Your Honor, we're all prepared to

24   do every aspect of this case.  And to be fair, we don't

25   know how the plaintiff intends to divide its work.  It
```

```
 1   has multiple lawyers, as well.  They've not disclosed --
 2            THE COURT:  But they've been here throughout,
 3   and it is clear to me how they intend to divide it.
 4   Mr. Hansen is basically their -- their -- their brain
 5   trust, I'll call him.  He's the guy who knows what's --
 6   what -- it's in the interstices.  And -- and the only
 7   lawyers who I think will appear -- and they have told me
 8   how they've divided it up.  Mr. -- Mr. Barber?
 9            MR. BARBER:  Barber.
10            THE COURT:  He was going handle the punitive
11   damages part of it.  And the -- and Mr. --
12            MR. HARPOOTLIAN:  Harpootlian.
13            THE COURT:  -- Harpootlian will be handling the
14   other part, and that's -- that's the division.  And it's
15   been that way for quite a while.
16            I'm going to call a brief recess here and --
17   because this is just put in my face, and I want to give
18   it some careful thought.  So...
19            MS. LAMBERT:  Your Honor, if I may add one more
20   thing to consider?
21            THE COURT:  Yes.
22            MS. LAMBERT:  Mr. Inkin filed his pro hac vice
23   because the breakdown had begun, and the goal was to
24   avoid disrupting this Court's --
25            THE COURT:  I knew nothing about a breakdown.
```

1           MS. LAMBERT:  Right.

2           THE COURT:  This is the first I hear about a

3    breakdown.  It is five to 10:00.  We're supposed -- on

4    Tuesday.  We're supposed to be picking a jury now.  The

5    first time I've heard about a breakdown.  And like I

6    said, there is no motion before me to -- to allow

7    Mr. Murphy to withdraw.

8           And I will take a brief recess.

9           MR. BARBER:  Thank you, Your Honor.

10          MS. LAMBERT:  Thank you, Your Honor.

11          THE COURT:  This document that you gave me

12   should be marked as Exhibit A.

13    (Whereupon, Plaintiff's Exhibit A is admitted hereto.)

14                      (Recess.)

15          THE COURT:  Before I give you my rulings,

16   there's one lawyer who I didn't question, Mr. Neff.

17          Who is Mr. Neff?  You -- you are?

18          MR. NEFF:  Yes, Your Honor.

19          THE COURT:  Stand up.  When were you first --

20   when were you first asked to be in this case?

21          MR. NEFF:  I was initially contacted about a

22   week ago.

23          THE COURT:  All right.  By whom?

24          MR. NEFF:  By Ms. Lambert.  And I informed her

25   based on my schedule, I would not be able to do it

1    unless it happened right away.  And when -- I believe I

2    heard on Friday, something could happen right away.  So

3    I came on about the same time as Mr. Yu.

4              THE COURT:  Are you a member of the California

5    Bar?

6              MR. NEFF:  I am, Your Honor.

7              THE COURT:  And are you -- do you -- have you

8    studied all of the rulings?

9              MR. NEFF:  I have.  I read everything I could

10   in the Pacer file and everything that was given to me

11   by --

12             THE COURT:  But your reason for getting in the

13   case primarily is -- is Ms. Lambert?

14             MR. NEFF:  Correct.

15             THE COURT:  And you've worked with her before?

16             MR. NEFF:  I have never worked with her on a

17   case before, no.  But we have a professional

18   relationship.

19             THE COURT:  Yeah.  Okay.  All right.  You may

20   be seated.

21             MR. NEFF:  Thank you.

22             THE COURT:  Okay.  So here's -- these are my

23   rulings.  And I'll get to some of what I asked you

24   about, Mr. Yu, in a moment.

25             But first, I want to clarify where we are:

```
 1    Under California -- under federal law, a client has the
 2    right to terminate or fire a lawyer at any point.  There
 3    are factors in that context that need not be addressed,
 4    but under the circumstances, I am inclined to grant his
 5    motion to fire Mr. Murphy.  But I don't have any
 6    evidence that that is what his intention is.  He --
 7    defendant Byrne has not filed a motion or declaration.
 8    Mr. Murphy hasn't.  I've ordered him to be here.
 9         With regard to Mr. Yu, he is a member in good
10    standing of the California Bar and of this court.  So I
11    am going to allow him to try the case.  He's taking a
12    risk by coming in at this late stage just days ago and
13    risking violating court rules and rulings.  If he does
14    do that, I won't -- I will not take into consideration
15    that he just came into the case.  And if he abuses my
16    prior rulings, he will suffer the consequences.
17         With regard to Ms. Lambert, I'm denying her
18    motion to enter the case pro hac vice for some of the
19    same reasons as indicated in the ruling that was given
20    to me and for others, which I will issue and order.
21         With regard to Mr. Neff, now that I have not
22    allowed Ms. Lambert to be in the case, are you still in
23    the case?
24         MR. NEFF:  Yes, Your Honor.
25         THE COURT:  Okay.  Stand up when you address
```

```
 1    the Court.

 2              MR. NEFF:  Apologies, Your Honor.

 3              THE COURT:  Have you been in federal court

 4    before?

 5              MR. NEFF:  I have not, no.

 6              THE COURT:  This is your first appearance in

 7    federal court?

 8              MR. NEFF:  This is my first appearance in this

 9    federal courthouse, yes.

10              THE COURT:  In other federal courthouses, they

11    don't ask you to stand up?

12              MR. NEFF:  I was trying to remember.  It's been

13    a while.

14              THE COURT:  Have you ever tried a case in

15    federal court?

16              MR. NEFF:  Never in federal court.

17              THE COURT:  How long you have you been a member

18    of the California Bar?

19              MR. NEFF:  For 12 years.

20              THE COURT:  Have you tried cases in the

21    Superior Court?

22              MR. NEFF:  I've tried about 50 cases to

23    verdict, yes.

24              THE COURT:  And have you tried cases in this

25    area of defamation?
```

```
 1              MR. NEFF:  In defamation, no.

 2              THE COURT:  Okay.  You can participate in the

 3     trial.  You may be seated.

 4              With regard to Mr. Yu, take the lectern again.

 5     I started to ask you how you would cross-examine

 6     plaintiff, and you said reputation.  Reputation for

 7     truth and veracity?

 8              MR. YU:  No, Your Honor.  I was trying -- I

 9     didn't want to cut the Court off.  I was trying to

10     address the Court.  I was reviewing the Court's pretrial

11     order, which is docket number 276, and I was essentially

12     reviewing it over the weekend and last night to ensure

13     that I don't violate the Court's order.  I saw that in

14     the Court's order there was some mentioning that we can

15     go into the evidence of plaintiff's reputation in the

16     area of corruption dealing with foreign entities, which

17     is relevant to actual malice.  And so --

18              THE COURT:  What -- what malice -- but the

19     malice is -- in defamation, is from the standpoint of

20     the -- of the defendant.  Why is the -- are you arguing

21     that whatever plaintiff's reputation is relates to

22     malice?

23              MR. YU:  It relates to actual malice,

24     Your Honor.

25              THE COURT:  What do you mean "actual malice?"
```

```
1              MR. YU:  Well, that's the standard in which --

2              THE COURT:  But I mean, malice is from the

3    standpoint of the defendant.

4              MR. YU:  Well, right.  And if our client,

5    Mr. Byrne, had reasons to believe -- general reason to

6    believe that these statements are true, then he wouldn't

7    have acted with actual malice.

8              THE COURT:  But how -- what evidence will there

9    be that he believed them to be true?

10             MR. YU:  I believe there is deposition

11   transcripts that will highlight that plaintiff will put

12   on, at least that is my understanding from reviewing the

13   exhibit list.

14             THE COURT:  Well, are there transcripts where

15   there -- the plaintiff has not objected to parts of the

16   transcript where defendant said he believed something to

17   be true?

18             MR. BARBER:  Your Honor, as -- as you know, we

19   have cut the transcript dramatically, number one.

20   Number two, cross-designations, you reviewed those

21   yesterday.  And I don't believe there's anything that

22   has been cross-designated.  Or I'll be happy --

23             THE COURT:  What specific designation are you

24   referring to when you say that there's a part of the

25   transcript where Byrne said he believed certain things
```

```
 1   to be true -- certain -- certain alleged prior acts of

 2   corruption to be true?

 3           MR. YU:  Well, I think it's throughout --

 4           THE COURT:  What -- give us the page and line

 5   number.

 6           MR. YU:  I don't have that at this moment,

 7   Your Honor.

 8           THE COURT:  What's that?

 9           MR. YU:  I don't have that page and line

10   number.

11           THE COURT:  Then take the transcript right

12   now -- I'll call another recess -- and tell me exactly

13   where it is, and the plaintiff should look at the

14   transcript themselves.

15           MR. YU:  Very well, Your Honor.

16           THE COURT:  Mr. Hansen, do you -- you seem to

17   have the most familiarity with things.  Do you know what

18   he is talking about?

19           MR. BARBER:  I frankly do not, Your Honor.  And

20   as the Court ruled yesterday --

21           THE COURT:  Well, then -- then sit down right

22   now and -- and find the part of the transcript that you

23   rely on.

24           I'll take a recess.

25           MR. BARBER:  Your Honor, during your recess, is
```

UNITED STATES DISTRICT COURT

1    Ms. Lambert -- she's off the team; is that correct?

2              THE COURT:  Yeah.

3              Remove yourself from counsel table,

4    Ms. Lambert.

5              MS. LAMBERT:  Yes, Your Honor.

6                        (Recess.)

7              THE COURT:  The question I asked, have you

8    resolved that question?

9              MR. YU:  I was -- I'm sorry.  Go ahead.

10             I did not find it, Your Honor.  However, I'd

11   like to -- there is some changes in our attorney-client

12   relationship.  I just want to address the Court on

13   something, if I may.

14             THE COURT:  Are you changing your relationship

15   with defendant Byrne?

16             MR. YU:  Yes.

17             THE COURT:  I mean, that must have happened in

18   the last hour.

19             MR. YU:  It happened in the last ten minutes,

20   Your Honor.

21             THE COURT:  I mean, how do things -- I mean,

22   there is a limit to all of this.  I mean, I'm not

23   pointing the arrow at you, but somebody has to take

24   responsibility.  It can't be a moving target.

25             MR. YU:  It is not a moving target, Your Honor.

```
 1    And I don't plan to --
 2              THE COURT:  Well, tell me before I --
 3              MR. YU:  When me and Mr. Neff were retained on
 4    this case from Ms. Lambert, we came on with the
 5    expressed understanding that we were going to know our
 6    respective role, which is a support role of this trial.
 7    As the Court noted, we just came on the case, and I want
 8    to just to be completely candid with the Court.  When I
 9    came on case, it was with the 100 percent understanding
10    that our roles are going to be supporting Ms. Lambert.
11              Now, I did not believe that the pro hac vice
12    would get denied.  Quite frankly, she has a good
13    standing with the Michigan Bar.  I did not expect the
14    Court's denial.  I respect the Court's ruling.  However,
15    Mr. Byrne has informed us that without Ms. Lambert on --
16    being off the case, we're not authorized to represent
17    him.
18              THE COURT:  All right.  So you're off the case.
19              MR. YU:  I would ask, without prejudicing
20    Mr. Byrne, if we -- obviously, with me and Mr. Neff off
21    the case, we would like to put this case off so he can
22    find adequate competent counsel that is ready to
23    proceed.  There are various logistical issues with the
24    designation of transcript that was not resolved that I
25    know of.
```

```
 1              THE COURT:  Well, you know, if there was
 2    something in -- there are major problems with the
 3    cross-designations.  I mentioned those yesterday that
 4    they were untimely and very untimely.  And not only
 5    untimely, but misleading because in the first instance,
 6    they agreed with the designations of the plaintiff and
 7    then changed their minds as -- happens almost hourly
 8    here.  And -- but I said I would nevertheless consider
 9    it.
10              But the plaintiff is the master of what it
11    wants to designate.  So if there's something in the
12    designations that you made that you want to eliminate,
13    you can always say, "I'm not going to use it."  In other
14    words, when you designate something, that doesn't mean
15    that you have to use it.  You can decide, well, I don't
16    want to use it, or I don't want to use any of it or some
17    of it.
18              So what is the -- what is the plaintiff's
19    position regarding where we are right now?  I mean -- I
20    mean, the -- the rule is that the plaintiff can fire --
21    or a party can fire their lawyer at -- whenever they
22    want.  But you know, context is always important.
23              And -- and are there limits to -- to the
24    shenanigans that's going on.  And I don't use the word
25    "shenanigans" lightly.  This is -- I used the term
```

1    before.  This is really like a three-ring circus.  I

2    mean, I've never seen this type of -- of -- of -- of --

3    of procedures.  And I mean, not that I'm an oracle, but

4    I've been at this quite a while.  And this is really

5    even shocking to me.  And like I've said, I've been

6    exposed to a lot of shocking things.

7            So given -- knowing that you want to protect

8    your client's interest, what do you suggest the Court

9    address at this time?

10           MR. BARBER:  Your Honor --

11           THE COURT:  Take the lectern.  Whoever wants to

12   speak to it can.  I mean, I'm not necessarily going to

13   follow what you say, but at least I want to hear your

14   viewpoint.

15           MR. BARBER:  Thank you, Your Honor.  At this

16   time, it appears defendant has failed to appear for

17   trial either in person or through counsel.  There is no

18   lawyer here authorized to represent him.  Mr. Murphy did

19   not appear.  There's no one else here authorized to

20   defend him.  It would appear under Rule 55, he has

21   failed to plead or otherwise defend that an action for

22   affirmative relief that he should be placed in default.

23           THE COURT:  I'll consider that.

24           Let's -- the jury, you know -- we have, as I

25   said yesterday, 60 ready to be here.  But given what

```
1    we've experienced this morning, I had to hold them, and

2    then the jury department asked if they could send them

3    to lunch.  So what I suggest we do is we reconvene at

4    1:00 o'clock.

5              MR. BARBER:  Yes, Your Honor.

6              THE COURT:  Maybe we'll have a better idea of

7    where we're going then.  And it gives me a little more

8    time to think about the moving ball.  Okay.  Thank you.

9              MR. BARBER:  Yes, Your Honor.

10             THE COURTROOM DEPUTY:  All rise.  This court is

11   in recess.

12             (Whereupon, lunch was taken.)

13             THE COURT:  I'm back with the parties and

14   counsel.  I asked Mr. Murphy to be here.  I understand

15   he is.

16             Would you come forward, Mr. Murphy?  Would you

17   take the lectern.

18             MR. MURPHY:  Good afternoon, Your Honor.

19             THE COURT:  Good afternoon.  I want to know

20   when you were first notified that you were being

21   replaced.

22             MR. MURPHY:  I was notified by e-mail this

23   morning.

24             THE COURT:  This morning?

25             MR. MURPHY:  Yes.  And I was instructed that --
```

```
 1    I was not to do any other work and I was done.

 2                THE COURT:  And was the e-mail from defendant

 3    Byrne?

 4                MR. MURPHY:  It was from Mr. Byrne.  I complied

 5    with his instructions.

 6                THE COURT:  I see.  I see.  I turned over all

 7    the files by Dropbox, provided counsel with all the

 8    information I had so they should be ready to go.

 9                THE COURT:  And before that, you were not --

10    you had not turned over your files?

11                MR. MURPHY:  Well, because I only found out

12    this morning and I had to go back to the office.  We

13    have a Dropbox.

14                THE COURT:  I see.

15                MR. MURPHY:  So once I got back to the office,

16    we were able to Dropbox everything over.

17                THE COURT:  I see.

18                Mr. MURPHY:  It was a simple task, but I just

19    couldn't do it being here.

20                THE COURT:  All right.  Thank you.  You may be

21    seated.

22                MR. MURPHY:  Thank you.

23                THE COURT:  Okay.  I'm going to issue an order

24    to show cause why a default shouldn't be entered for the

25    plaintiff on the basis of Rule 37 and the inherent power
```

```
 1   of the Court.  And I'll have a hearing on that tomorrow

 2   morning at 9:30.

 3           And of course, whether Mr. Murphy, you're -- by

 4   the way, were you instructed to make a motion to

 5   withdraw?

 6           MR. MURPHY:  No.  My understanding was because

 7   counsel had filed a notice of association, that motion

 8   was not necessary.

 9           THE COURT:  I see.

10           MR. MURPHY:  Because they'd be here and were

11   competent to represent --

12           THE COURT:  Nevertheless, I want you to inform

13   Mr. Byrne that there is this order to show cause, and

14   the Court will have a hearing tomorrow morning at 9:30

15   why default should not be entered against him for

16   violations of Rule 37 and for conduct which is -- which

17   is offensive to the inherent power of the Court.

18           MR. MURPHY:  Is the Court requiring me to be

19   here, or am I excused?

20           THE COURT:  I want you to be here.

21           MR. MURPHY:  I -- okay.  I just wanted to know

22   what you wanted me to do.

23           THE COURT:  Well, that's what has to happen.

24           MR. MURPHY:  Okay.

25           THE COURT:  And I'll deal with it then,
```

1    and the -- and I know anyone can weigh in.  Okay.

2              MR. MURPHY:   Thank you.

3              THE COURT:   Thank you.

4                (Whereupon, proceeding adjourned.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**1**

**10** [1] - 6:1
**100** [1] - 33:9
**10:00** [1] - 25:3
**12** [1] - 28:19
**12254** [1] - 1:21
**12TH** [3] - 3:6, 3:10, 3:14
**1:00** [1] - 36:4
**1ST** [1] - 1:22

**2**

**2024** [1] - 6:1
**2025** [2] - 1:18, 6:3
**213** [1] - 1:23
**23-09430-SVW** [1] - 1:10
**276** [1] - 29:11
**29** [2] - 1:18, 6:3
**2:23-CV-09430-SVW-PD** [1] - 6:6

**3**

**312** [1] - 3:9
**350** [1] - 1:22
**37** [2] - 37:25, 38:16

**4**

**4455** [1] - 1:22

**5**

**50** [1] - 28:22
**55** [1] - 35:20

**6**

**6** [1] - 4:3
**60** [1] - 35:25

**8**

**894-2739** [1] - 1:23

**9**

**90012** [5] - 1:23, 3:6, 3:10, 3:14, 3:19
**9:10** [1] - 6:3
**9:30** [2] - 38:2, 38:14

**A**

**A.M.)Tuesday** [1] - 6:3
**A1** [1] - 2:5

**A2** [1] - 2:9
**A3** [1] - 2:14
**A4** [1] - 2:18
**able** [2] - 25:25, 37:16
**absolutely** [1] - 9:6
**abuses** [1] - 27:15
**accept** [1] - 14:2
**act** [3] - 14:2, 14:3, 15:21
**acted** [1] - 30:7
**action** [1] - 35:21
**actively** [1] - 11:22
**acts** [1] - 31:1
**actual** [4] - 29:17, 29:23, 29:25, 30:7
**add** [3] - 16:16, 20:9, 24:19
**ADDRESS** [8] - 2:5, 2:6, 2:9, 2:10, 2:14, 2:15, 2:18, 2:19
**address** [6] - 9:24, 21:9, 27:25, 29:10, 32:12, 35:9
**ADDRESS-A1** [1] - 2:5
**ADDRESS-A2** [1] - 2:9
**ADDRESS-A3** [1] - 2:14
**ADDRESS-A4** [1] - 2:18
**ADDRESS-B1** [1] - 2:6
**ADDRESS-B2** [1] - 2:10
**ADDRESS-B3** [1] - 2:15
**ADDRESS-B4** [1] - 2:19
**addressed** [1] - 27:3
**adequate** [1] - 33:22
**adjourned** [1] - 39:4
**admitted** [2] - 20:3, 25:13
**afternoon** [2] - 36:18, 36:19
**ago** [6] - 9:14, 19:17, 21:6, 23:1, 25:22, 27:12
**agreed** [1] - 34:6
**ahead** [3] - 16:17, 18:22, 32:9
**alleged** [1] - 31:1
**alleviate** [1] - 8:9
**allow** [4] - 14:6, 20:7, 25:6, 27:11
**allowed** [1] - 27:22
**almost** [2] - 22:16, 34:7
**ALSO** [1] - 3:22
**AMERICA** [1] - 3:4
**and..** [1] - 23:3
**ANGELES** [4] - 1:17, 1:23, 3:14, 6:1
**answer** [1] - 14:6
**apologies** [1] - 28:2
**apologize** [1] - 21:17
**appear** [6] - 9:13,

18:12, 24:7, 35:16, 35:19, 35:20
**appearance** [2] - 28:6, 28:8
**appearances** [1] - 6:9
**appeared** [1] - 7:2
**APPEARING** [1] - 3:22
**applicant** [1] - 19:21, 21:23, 22:5
**application** [5] - 18:11, 19:18, 20:5, 20:14, 21:8
**applications** [1] - 21:24
**applied** [3] - 21:23, 22:5
**apply** [1] - 21:24
**APRIL** [1] - 6:1
**area** [3] - 13:13, 28:25, 29:16
**areas** [2] - 13:2, 13:14
**arguing** [2] - 7:10, 29:20
**argument** [3] - 7:12, 7:13, 18:19
**arrow** [1] - 32:23
**articles** [2] - 13:18, 13:19
**aspect** [2] - 9:2, 23:24
**assessment** [1] - 23:13
**assist** [1] - 17:16
**association** [1] - 38:7
**AT** [1] - 6:3
**attention** [1] - 18:10
**attorney** [9] - 7:13, 7:14, 7:15, 7:22, 10:1, 11:7, 11:9, 32:11
**attorney-client** [3] - 11:7, 11:9, 32:11
**ATTORNEY1** [1] - 2:5
**ATTORNEY2** [1] - 2:9
**ATTORNEY3** [1] - 2:14
**ATTORNEY4** [1] - 2:18
**attorneys** [2] - 8:17, 12:14
**authorized** [3] - 33:16, 35:18, 35:19
**avoid** [1] - 24:24
**awkward** [1] - 23:21

**B**

**B1** [1] - 2:6
**B2** [1] - 2:10
**B3** [1] - 2:15
**B4** [1] - 2:19
**back-and-forth** [1] - 22:14
**ball** [1] - 36:8
**Bar** [4] - 26:5, 27:10, 28:18, 33:13

**BARBER** [44] - 6:12, 6:14, 12:6, 15:25, 16:6, 16:15, 16:18, 16:20, 16:24, 17:3, 17:23, 18:9, 18:20, 18:24, 19:8, 19:10, 19:12, 19:16, 19:23, 19:25, 20:6, 20:10, 20:14, 20:19, 20:21, 20:24, 21:3, 21:13, 21:16, 21:21, 22:4, 22:8, 23:4, 23:6, 23:10, 24:9, 25:9, 30:18, 31:19, 31:25, 35:10, 35:15, 36:5, 36:9
**Barber** [3] - 6:14, 24:8, 24:9
**based** [2] - 19:1, 25:25
**basis** [2] - 19:6, 37:25
**become** [1] - 13:9
**becoming** [1] - 7:7
**beginning** [1] - 8:7
**begun** [1] - 24:23
**behalf** [7] - 6:10, 6:12, 6:14, 6:16, 6:18, 6:21, 6:24
**BEHALF** [4] - 2:4, 2:13, 3:4, 3:17
**better** [1] - 36:6
**between** [2] - 10:10, 11:9
**Biden** [1] - 6:6
**BIDEN** [2] - 1:7, 2:4
**bifurcated** [2] - 14:22, 15:18
**blond** [2] - 17:5, 17:25
**blond-haired** [1] - 17:25
**bond** [1] - 19:2
**brain** [1] - 24:4
**breakdown** [6] - 10:10, 11:8, 24:23, 24:25, 25:3, 25:5
**brief** [2] - 24:16, 25:8
**bring** [2] - 10:19, 18:10
**broad** [1] - 13:15
**Bryan** [1] - 6:10
**BUSTILLOS** [1] - 1:20
**BY** [8] - 2:5, 2:9, 2:14, 2:18, 3:5, 3:9, 3:13, 3:18
**Byrne** [16] - 6:7, 6:21, 9:20, 10:11, 11:9, 11:10, 11:12, 27:7, 30:5, 30:25, 32:15, 33:15, 33:20, 37:3, 37:4, 38:13
**BYRNE** [3] - 1:12, 2:13, 3:17
**Byrne's** [2] - 7:22, 10:1

**C**

**C.S.R** [1] - 1:21
**California** [4] - 26:4, 27:1, 27:10, 28:18
**CALIFORNIA** [8] - 1:2, 1:17, 1:23, 3:6, 3:10, 3:14, 3:19, 6:1
**candid** [1] - 33:8
**careful** [1] - 24:18
**Carmen** [1] - 17:25
**carnival** [1] - 12:21
**case** [38] - 8:6, 8:22, 9:2, 9:13, 9:16, 9:21, 10:2, 10:9, 13:8, 14:11, 14:24, 15:2, 15:10, 16:2, 17:15, 19:13, 20:4, 20:8, 22:12, 22:17, 23:24, 25:20, 26:13, 26:17, 27:11, 27:15, 27:18, 27:22, 27:23, 28:14, 33:4, 33:7, 33:9, 33:16, 33:18, 33:21
**cases** [5] - 21:22, 22:5, 28:20, 28:22, 28:24
**cast** [1] - 7:1
**causation** [1] - 15:20
**caused** [2] - 14:14, 15:21
**CENTRAL** [1] - 1:2
**certain** [3] - 30:25, 31:1
**chance** [2] - 12:4, 21:11
**changed** [1] - 34:7
**changes** [1] - 32:11
**changing** [1] - 32:14
**charges** [2] - 19:2, 19:6
**chose** [1] - 20:5
**Circuit** [1] - 19:5
**circumstances** [2] - 22:23, 27:4
**circus** [3] - 7:7, 19:17, 35:1
**circus-like** [1] - 7:7
**CITY1** [1] - 2:6
**CITY2** [1] - 2:10
**CITY3** [1] - 2:15
**CITY4** [1] - 2:19
**clarify** [1] - 26:25
**clear** [3] - 11:7, 19:1, 24:3
**clearly** [1] - 21:5
**client** [8] - 9:15, 10:12, 11:7, 11:9, 15:21, 27:1, 30:4, 32:11
**client's** [1] - 35:8
**close** [2] - 7:14, 17:6
**closely** [1] - 22:12
**closing** [1] - 7:12
**co** [1] - 10:6
**co-counsel** [1] - 10:6

41

**coming** [1] - 27:12
**communication** [1] - 11:8
**communications** [2] - 11:1, 11:5
**competent** [2] - 33:22, 38:11
**completely** [1] - 33:8
**complex** [1] - 9:18
**complications** [1] - 10:14
**complied** [1] - 37:4
**concern** [1] - 13:2
**concerned** [1] - 18:8
**concerns** [1] - 8:10
**conduct** [1] - 38:16
**conferences** [1] - 9:11
**confidential** [2] - 10:12, 19:13
**connection** [2] - 16:5, 16:7
**consequences** [1] - 27:16
**consider** [4] - 6:22, 24:20, 34:8, 35:23
**consideration** [1] - 27:14
**consultant** [3] - 17:19, 18:6, 18:7
**contacted** [2] - 15:10, 25:21
**context** [2] - 27:3, 34:22
**continuance** [1] - 8:12
**conviction** [1] - 13:25
**copied** [2] - 11:1, 11:5
**copies** [1] - 18:14
**copy** [2] - 18:13, 18:21
**correct** [5] - 8:16, 11:13, 23:12, 26:14, 32:1
**corruption** [4] - 14:2, 14:3, 29:16, 31:2
**counsel** [8] - 6:8, 10:6, 32:3, 33:22, 35:17, 36:14, 37:7, 38:7
**course** [1] - 38:3
**court** [8] - 18:16, 27:10, 27:13, 28:3, 28:7, 28:15, 28:16, 36:10
**COURT** [141] - 1:1, 1:20, 6:3, 6:25, 7:18, 7:23, 8:1, 8:4, 8:14, 8:19, 8:22, 8:24, 9:1, 9:4, 9:10, 10:4, 10:17, 10:21, 11:3, 11:12, 11:14, 11:17, 11:19, 12:2, 12:8, 12:15, 12:20, 12:24, 13:6, 13:11, 13:14, 13:18, 14:12, 14:15, 15:8, 15:12, 15:17, 15:23, 16:1, 16:14, 16:17, 16:19, 16:22,

17:2, 17:4, 17:9, 17:11, 17:14, 17:18, 17:20, 17:24, 18:4, 18:7, 18:18, 18:22, 19:3, 19:9, 19:11, 19:14, 19:20, 19:24, 20:1, 20:7, 20:12, 20:18, 20:20, 20:22, 20:25, 21:7, 21:10, 21:15, 21:19, 22:2, 22:7, 22:10, 23:5, 23:9, 23:16, 24:2, 24:10, 24:13, 24:21, 24:25, 25:2, 25:11, 25:15, 25:19, 25:23, 26:4, 26:7, 26:12, 26:15, 26:19, 26:22, 27:25, 28:3, 28:6, 28:10, 28:14, 28:17, 28:20, 28:24, 29:2, 29:18, 29:25, 30:2, 30:8, 30:14, 30:23, 31:4, 31:8, 31:11, 31:16, 31:21, 32:2, 32:7, 32:14, 32:17, 32:21, 33:2, 33:18, 34:1, 35:11, 35:23, 36:6, 36:13, 36:19, 36:24, 37:2, 37:6, 37:9, 37:14, 37:17, 37:20, 37:23, 38:9, 38:12, 38:20, 38:23, 38:25, 39:3
**Court** [37] - 6:22, 7:17, 9:10, 9:17, 9:24, 10:4, 10:19, 10:20, 11:19, 11:21, 11:24, 12:3, 13:12, 14:18, 14:22, 15:5, 16:11, 16:12, 18:24, 21:23, 22:1, 22:2, 22:3, 22:6, 28:1, 28:21, 29:9, 29:10, 31:20, 32:12, 33:7, 33:8, 35:8, 38:1, 38:14, 38:17, 38:18
**Court's** [14] - 7:4, 8:10, 8:15, 8:17, 8:20, 9:7, 10:23, 11:16, 24:24, 29:10, 29:13, 29:14, 33:14
**courthouse** [1] - 28:9
**COURTHOUSE** [1] - 1:21
**courthouses** [1] - 28:10
**COURTROOM** [2] - 6:5, 36:10
**courtroom** [3] - 16:21, 16:24, 22:13
**cross** [12] - 7:15, 12:10, 12:12, 12:14, 13:1, 13:20, 13:24, 15:14, 29:5, 30:20, 30:22, 34:3
**CROSS** [1] - 4:4

**cross-designated** [1] - 30:22
**cross-designations** [2] - 30:20, 34:3
**cross-examination** [1] - 15:14
**cross-examine** [5] - 12:12, 12:14, 13:1, 13:24, 29:5
**cross-examining** [2] - 12:10, 13:20
**cut** [2] - 29:9, 30:19
**CV** [1] - 1:10

**D**

**damages** [9] - 14:14, 14:19, 14:20, 14:23, 14:25, 15:1, 15:16, 15:17, 24:11
**Dan** [5] - 17:8, 17:10, 17:11, 17:12
**Daniel** [1] - 17:12
**DAY** [2] - 1:16, 4:3
**days** [2] - 9:10, 27:12
**deal** [2] - 16:13, 38:25
**dealing** [1] - 29:16
**decide** [1] - 34:15
**declaration** [1] - 27:7
**defamation** [6] - 14:20, 15:3, 16:3, 28:25, 29:1, 29:19
**default** [3] - 35:22, 37:24, 38:15
**defend** [2] - 35:20, 35:21
**DEFENDANT** [1] - 3:17
**Defendant** [1] - 1:13
**defendant** [11] - 6:18, 6:24, 8:5, 9:20, 27:7, 29:20, 30:3, 30:16, 32:15, 35:16, 37:2
**DEFENDANTS** [1] - 2:13
**Defense** [2] - 7:10, 9:19
**delay** [1] - 8:13
**denial** [1] - 33:14
**denied** [7] - 18:12, 18:16, 18:25, 19:19, 20:17, 21:25, 33:12
**deny** [1] - 20:5
**denying** [2] - 19:7, 27:17
**department** [1] - 36:2
**deposition** [1] - 30:10
**DEPUTY** [2] - 6:5, 36:10
**description** [1] - 11:21
**designate** [2] - 34:11, 34:14
**designated** [1] - 30:22
**designation** [2] - 30:23, 33:24

**designations** [4] - 30:20, 34:3, 34:6, 34:12
**developments** [1] - 23:3
**different** [1] - 9:12
**digest** [1] - 22:17
**digested** [1] - 9:2
**DIRECT** [1] - 4:4
**directed** [1] - 7:6
**disciplined** [1] - 21:5
**disclosed** [2] - 19:13, 24:1
**discussed** [1] - 16:8
**disrupting** [1] - 24:24
**district** [1] - 18:16
**DISTRICT** [3] - 1:1, 1:2, 1:5
**divide** [2] - 23:25, 24:3
**divided** [4] - 7:12, 23:20, 24:8
**DIVISION** [1] - 1:3
**division** [1] - 24:14
**docket** [1] - 29:11
**doctor** [1] - 11:20
**document** [1] - 25:11
**dollar** [1] - 14:19
**done** [1] - 37:1
**down** [3] - 12:24, 22:6, 31:21
**Dr** [7] - 6:21, 7:22, 10:1, 10:11, 11:9, 11:10, 11:12
**dramatically** [1] - 30:19
**Dropbox** [3] - 37:7, 37:13, 37:16
**during** [3] - 7:15, 16:7, 31:25

**E**

**e-mail** [2] - 36:22, 37:2
**easier** [1] - 16:12
**either** [1] - 35:17
**eliminate** [1] - 34:12
**ensure** [1] - 29:12
**enter** [2] - 8:22, 27:18
**entered** [2] - 37:24, 38:15
**entire** [1] - 8:18
**entities** [1] - 29:16
**entitled** [1] - 15:20
**equal** [1] - 22:13
**Eric** [1] - 6:18
**ESQ** [6] - 2:5, 2:9, 2:14, 2:18, 3:5, 3:18
**essentially** [1] - 29:11
**evidence** [6] - 13:22, 14:24, 15:20, 27:6, 29:15, 30:8
**exactly** [2] - 23:19, 31:12
**examination** [1] - 15:14

**examine** [5] - 12:12, 12:14, 13:1, 13:24, 29:5
**examining** [3] - 12:9, 12:10, 13:20
**example** [1] - 13:15
**except** [2] - 22:4, 23:20
**excused** [1] - 38:19
**Exhibit** [2] - 25:12, 25:13
**exhibit** [1] - 30:13
**expect** [1] - 33:13
**experienced** [1] - 36:1
**expert** [1] - 17:18
**explain** [2] - 10:16, 16:11
**exposed** [1] - 35:6
**expressed** [1] - 33:5
**extensive** [1] - 22:14

**F**

**face** [1] - 24:17
**fact** [3] - 14:25, 19:1, 19:5
**factors** [1] - 27:3
**failed** [2] - 35:16, 35:21
**fair** [1] - 23:24
**familiar** [3] - 8:14, 8:18, 15:5
**familiarity** [1] - 31:17
**far** [1] - 9:7
**federal** [8] - 18:15, 27:1, 28:3, 28:7, 28:9, 28:10, 28:15, 28:16
**felony** [1] - 19:2
**file** [3] - 8:1, 8:18, 26:10
**filed** [8] - 6:22, 7:25, 8:2, 10:13, 19:18, 24:22, 27:7, 38:7
**files** [2] - 37:7, 37:10
**filing** [1] - 10:14
**fire** [4] - 27:2, 27:5, 34:20, 34:21
**fired** [1] - 11:10
**FIRM1** [1] - 2:4
**FIRM2** [1] - 2:8
**FIRM3** [1] - 2:13
**FIRM4** [1] - 2:17
**first** [15] - 7:2, 8:22, 13:4, 14:9, 15:9, 18:18, 25:2, 25:5, 25:19, 25:20, 26:25, 28:6, 28:8, 34:5, 36:20
**five** [2] - 7:19, 25:3
**float** [1] - 14:4
**FLOOR** [3] - 3:6, 3:10, 3:14
**Florida** [2] - 18:16, 18:25

**folks** [2] - 16:7, 23:14
**follow** [1] - 35:13
**following** [1] - 22:12
**foreign** [1] - 29:16
**form** [4] - 20:19, 20:22, 21:2, 21:3
**forth** [2] - 7:16, 22:14
**forward** [1] - 36:16
**four** [3] - 7:19, 9:11, 23:22
**frankly** [2] - 31:19, 33:12
**Friday** [3] - 15:11, 26:2
**frustrated** [1] - 7:16
**full** [1] - 19:18
**fully** [2] - 9:3, 22:16

## G

**general** [1] - 30:5
**generally** [1] - 12:25
**gentleman** [1] - 17:6
**given** [5] - 20:4, 26:10, 27:19, 35:7, 35:25
**goal** [1] - 24:23
**governor** [1] - 11:22
**grant** [1] - 27:4
**guy** [1] - 24:5

## H

**hac** [17] - 6:22, 7:25, 10:12, 18:11, 18:12, 18:16, 18:25, 19:7, 19:19, 20:14, 20:17, 21:8, 21:24, 24:22, 27:18, 33:11
**hair** [1] - 17:5
**haired** [1] - 17:25
**half** [1] - 23:1
**hand** [4] - 8:10, 8:11, 10:19, 18:13
**handle** [1] - 24:10
**handling** [1] - 24:13
**HANSEN** [1] - 6:10
**Hansen** [3] - 6:12, 24:4, 31:16
**happy** [1] - 30:22
**harm** [1] - 14:14
**HARPOOTLIAN** [2] - 6:16, 24:12
**Harpootlian** [3] - 6:16, 24:12, 24:13
**hear** [2] - 25:2, 35:13
**heard** [2] - 25:5, 26:2
**hearing** [4] - 8:5, 21:1, 38:1, 38:14
**hearings** [3] - 9:11, 16:8, 20:2
**hereto** [1] - 25:13
**highlight** [1] - 30:11
**hired** [2] - 8:11, 10:10
**hold** [1] - 36:1

**Honor** [59] - 6:19, 6:20, 6:23, 7:11, 7:20, 7:25, 8:3, 8:16, 8:21, 8:23, 9:6, 9:23, 10:8, 11:5, 11:13, 12:1, 12:13, 13:4, 14:10, 15:11, 15:25, 16:6, 16:10, 17:8, 17:19, 18:2, 18:9, 19:16, 21:9, 21:12, 21:13, 21:14, 21:16, 22:8, 23:6, 23:23, 24:19, 25:9, 25:10, 25:18, 26:6, 27:24, 28:2, 29:8, 29:24, 30:18, 31:7, 31:15, 31:19, 31:25, 32:5, 32:10, 32:20, 32:25, 35:10, 35:15, 36:5, 36:9, 36:18
**Honor's** [1] - 23:12
**HONORABLE** [1] - 1:5
**hooking** [1] - 21:16
**hour** [2] - 23:1, 32:18
**hourly** [1] - 34:7
**HUNTER** [2] - 1:7, 2:4
**Hunter** [1] - 6:6

## I

**idea** [1] - 36:6
**identified** [1] - 11:25
**identifying** [1] - 11:20
**if's** [1] - 9:23
**immediately** [1] - 7:6
**important** [2] - 15:15, 34:22
**IN** [1] - 6:3
**inclined** [1] - 27:4
**incognito** [1] - 10:7
**inconceivable** [1] - 22:16
**indicated** [4] - 14:16, 18:10, 20:4, 27:19
**indicia** [1] - 14:3
**inferring** [1] - 13:21
**inform** [1] - 38:12
**information** [5] - 10:12, 11:7, 12:7, 16:16, 37:8
**informed** [4] - 10:4, 14:17, 25:24, 33:15
**inherent** [2] - 37:25, 38:17
**Inkin** [6] - 19:23, 19:25, 20:1, 21:1, 21:4, 24:22
**innuendo** [2] - 14:5, 14:7
**instance** [1] - 34:5
**instructed** [2] - 22:15, 36:25, 38:4
**instructions** [1] - 37:5
**intend** [8] - 9:25, 11:14, 12:25, 13:3,

13:11, 13:13, 14:8, 24:3
**intended** [1] - 9:19
**intends** [2] - 14:18, 23:25
**intention** [2] - 14:9, 27:6
**interest** [1] - 35:8
**interpreted** [1] - 22:3
**interstices** [1] - 24:6
**issue** [3] - 14:21, 27:20, 37:23
**issued** [1] - 18:15
**issues** [1] - 33:23
**item** [1] - 6:5
**itself** [1] - 19:6

## J

**JUDGE** [1] - 1:5
**Judge** [2] - 11:4, 12:6
**judge** [1] - 19:3
**July** [1] - 6:3
**JULY** [1] - 1:18
**June** [1] - 18:15
**Junttila** [1] - 6:21
**jury** [9] - 13:21, 14:1, 14:25, 17:17, 17:18, 23:14, 25:4, 35:24, 36:2
**JURY** [2] - 1:15, 4:3

## K

**kind** [1] - 13:12
**KISS** [2] - 18:2, 18:5
**Kiss** [2] - 18:3, 18:5
**knowing** [2] - 19:18, 35:7
**knows** [1] - 24:5

## L

**lady** [1] - 16:18
**LAMBERT** [27] - 6:20, 7:11, 7:20, 7:24, 8:2, 8:9, 8:16, 9:23, 10:8, 10:18, 10:25, 11:4, 11:13, 11:16, 11:18, 12:1, 12:13, 12:18, 12:23, 21:9, 21:12, 23:23, 24:19, 24:22, 25:1, 25:10, 32:5
**Lambert** [17] - 6:21, 7:24, 16:20, 16:22, 17:22, 18:10, 21:20, 23:18, 25:24, 26:13, 27:17, 27:22, 32:1, 32:4, 33:4, 33:10, 33:15
**last** [4] - 15:11, 29:12, 32:18, 32:19
**late** [1] - 27:12
**LAW** [4] - 3:4, 3:8,

3:12, 3:17
**law** [3] - 19:4, 20:4, 27:1
**lawyer** [10] - 8:7, 9:21, 9:22, 15:9, 17:15, 22:20, 25:16, 27:2, 34:21, 35:18
**lawyers** [5] - 7:1, 7:3, 7:19, 7:21, 23:22, 24:1, 24:7
**lead** [1] - 9:21
**least** [2] - 30:12, 35:13
**lectern** [8] - 9:4, 9:5, 9:25, 11:3, 12:22, 29:4, 35:11, 36:17
**less** [1] - 9:14
**liability** [1] - 14:23
**light** [2] - 12:11, 13:1
**lightly** [1] - 34:25
**likewise** [1] - 11:21
**limine** [1] - 9:13
**limit** [1] - 32:22
**limited** [2] - 9:18, 16:3
**limits** [1] - 34:23
**line** [3] - 12:11, 31:4, 31:9
**list** [1] - 30:13
**List** [2] - 21:22, 22:5
**logistical** [1] - 33:23
**look** [1] - 31:13
**LOS** [4] - 1:17, 1:23, 3:14, 6:1
**lunch** [2] - 36:3, 36:12

## M

**MADAMREPORTER. COM** [1] - 1:24
**mail** [2] - 36:22, 37:2
**major** [1] - 34:2
**malice** [10] - 15:22, 16:4, 29:17, 29:18, 29:19, 29:22, 29:23, 29:25, 30:2, 30:7
**MARIA** [1] - 1:20
**MARKED** [1] - 5:2
**marked** [1] - 25:12
**Marta** [2] - 18:2, 18:5
**master** [1] - 34:10
**matters** [1] - 13:13
**mayhem** [1] - 13:4
**mean** [27] - 6:25, 7:2, 7:6, 9:20, 12:2, 13:14, 14:13, 17:4, 19:3, 22:2, 22:3, 22:11, 22:25, 23:16, 23:17, 29:25, 30:2, 32:17, 32:21, 32:22, 34:14, 34:19, 34:20, 35:2, 35:3, 35:12
**meaning** [1] - 14:12
**means** [1] - 11:19
**medical** [1] - 11:20
**member** [3] - 26:4, 27:9, 28:17

**mentioned** [1] - 34:3
**mentioning** [1] - 29:14
**messaged** [1] - 7:5
**Michael** [1] - 10:2
**Michigan** [1] - 33:13
**minds** [1] - 34:7
**minister** [1] - 11:23
**minutes** [1] - 32:19
**misleading** [1] - 34:5
**moment** [5] - 12:5, 19:17, 21:10, 26:24, 31:6
**morning** [11] - 6:20, 6:23, 8:25, 10:23, 21:18, 36:1, 36:23, 36:24, 37:12, 38:2, 38:14
**most** [1] - 31:17
**motion** [10] - 10:22, 18:12, 22:21, 25:6, 27:5, 27:7, 27:18, 38:4, 38:7
**motions** [2] - 9:12
**moving** [3] - 32:24, 32:25, 36:8
**MR** [113] - 6:10, 6:12, 6:14, 6:16, 6:18, 6:23, 8:21, 8:23, 8:25, 9:3, 9:6, 12:6, 13:4, 13:10, 13:12, 13:17, 14:9, 14:13, 15:7, 15:11, 15:15, 15:19, 15:25, 16:6, 16:15, 16:18, 16:20, 16:24, 17:3, 17:8, 17:10, 17:12, 17:16, 17:19, 17:23, 18:9, 18:20, 18:24, 19:8, 19:10, 19:12, 19:16, 19:23, 19:25, 20:6, 20:10, 20:14, 20:19, 20:21, 20:24, 21:3, 21:13, 21:16, 21:21, 22:4, 22:8, 23:4, 23:6, 23:10, 24:9, 24:12, 25:9, 25:18, 25:21, 25:24, 26:6, 26:9, 26:14, 26:16, 26:21, 27:24, 28:2, 28:5, 28:8, 28:12, 28:16, 28:19, 28:22, 29:1, 29:8, 29:23, 30:1, 30:4, 30:10, 30:18, 31:3, 31:6, 31:9, 31:15, 31:19, 31:25, 32:9, 32:16, 32:19, 32:25, 33:3, 33:19, 35:10, 35:15, 36:5, 36:9, 36:22, 36:25, 37:4, 37:11, 37:15, 37:22, 38:6, 38:10, 38:18, 38:21, 38:24, 39:2
**MS** [29] - 6:20, 7:11, 7:20, 7:24, 8:2, 8:9, 8:16, 9:23, 10:8,

10:18, 10:25, 11:4, 11:13, 11:16, 11:18, 12:1, 12:13, 12:18, 12:23, 18:2, 18:5, 21:9, 21:12, 23:23, 24:19, 24:22, 25:1, 25:10, 32:5
**multiple** [1] - 24:1
**Murphy** [20] - 7:3, 8:5, 8:11, 10:2, 10:9, 10:11, 10:13, 10:18, 10:21, 10:22, 11:10, 22:20, 25:7, 27:5, 27:8, 35:18, 36:14, 36:16, 38:3
**MURPHY** [14] - 36:18, 36:22, 36:25, 37:4, 37:11, 37:15, 37:18, 37:22, 38:6, 38:10, 38:18, 38:21, 38:24, 39:2
**Murphy's** [3] - 8:11, 10:24, 23:7
**must** [2] - 12:3, 32:17

## N

**name** [10] - 7:23, 7:24, 11:17, 16:19, 16:22, 17:7, 17:9, 18:2, 18:4, 19:22
**named** [1] - 17:25
**names** [1] - 11:25
**necessarily** [1] - 35:12
**necessary** [1] - 38:8
**need** [3] - 7:18, 18:21, 27:3
**NEFF** [18] - 6:18, 25:18, 25:21, 25:24, 26:6, 26:9, 26:14, 26:16, 26:21, 27:24, 28:2, 28:5, 28:8, 28:12, 28:16, 28:19, 28:22, 29:1
**Neff** [6] - 6:18, 25:16, 25:17, 27:21, 33:3, 33:20
**never** [6] - 7:2, 8:4, 18:11, 26:16, 28:16, 35:2
**nevertheless** [2] - 34:8, 38:12
**new** [2] - 7:1, 23:2
**newspaper** [1] - 13:19
**next** [1] - 22:6
**night** [1] - 29:12
**Ninth** [1] - 19:5
**NO** [1] - 1:10
**None** [2] - 4:6, 5:3
**noted** [1] - 33:7
**nothing** [1] - 24:25
**notice** [2] - 21:18, 38:7
**notified** [2] - 36:20, 36:22

**notwithstanding** [1] - 9:14
**number** [8] - 23:12, 23:14, 23:15, 29:11, 30:19, 30:20, 31:5, 31:10
**NUMBER1** [1] - 2:7
**NUMBER2** [1] - 2:11
**NUMBER3** [1] - 2:16
**NUMBER4** [1] - 2:20

## O

**o'clock** [1] - 36:4
**oath** [1] - 15:8
**object** [1] - 7:15
**objected** [1] - 30:15
**obviously** [1] - 33:20
**OF** [11] - 1:2, 1:15, 2:4, 2:13, 3:4, 3:4, 3:8, 3:12, 3:17, 3:17
**offensive** [1] - 38:17
**office** [6] - 7:22, 8:11, 8:12, 23:7, 37:12, 37:15
**OFFICE** [1] - 3:4
**OFFICES** [3] - 3:8, 3:12, 3:17
**OFFICIAL** [1] - 1:20
**ON** [4] - 2:4, 2:13, 3:4, 3:17
**once** [1] - 37:15
**ONE** [1] - 1:16
**one** [24] - 6:4, 6:5, 7:13, 7:14, 7:18, 7:22, 8:12, 10:3, 12:4, 12:13, 16:11, 21:10, 22:11, 23:6, 23:12, 23:14, 23:21, 24:19, 25:16, 30:19, 35:19
**ONE..............** [1] - 4:3
**open** [1] - 7:14
**opening** [1] - 7:12
**operate** [1] - 10:7
**oracle** [1] - 35:3
**order** [10] - 18:25, 19:4, 20:3, 22:20, 27:20, 29:11, 29:13, 29:14, 37:23, 38:13
**ordered** [2] - 22:24, 23:3, 27:8
**orders** [3] - 18:14, 18:15, 19:13
**otherwise** [2] - 11:24, 35:21
**outset** [1] - 8:7
**overnight** [1] - 15:9

## P

**Pacer** [3] - 8:2, 10:15, 26:10
**page** [2] - 31:4, 31:9

**PAGE** [1] - 4:2
**paragraph** [1] - 22:6
**part** [4] - 24:11, 24:14, 30:24, 31:22
**participate** [1] - 29:2
**particular** [1] - 15:21
**parties** [1] - 36:13
**parts** [1] - 30:15
**party** [1] - 34:21
**past** [1] - 21:25
**Patrick** [1] - 6:6
**PATRICK** [3] - 1:12, 2:13, 3:17
**penalty** [2] - 20:10, 20:12, 20:15
**pending** [1] - 19:6
**people** [1] - 11:24
**per** [2] - 14:19, 16:3
**percent** [1] - 33:9
**period** [1] - 8:8
**perjury** [3] - 20:11, 20:13, 20:15
**permanent** [1] - 11:8
**permission** [3] - 7:5, 10:23, 11:16
**person** [2] - 11:20, 35:17
**phase** [3] - 14:23, 15:2, 16:3
**Phillip** [1] - 6:14
**PHONE** [4] - 2:7, 2:11, 2:16, 2:20
**pick** [1] - 23:13
**picking** [1] - 25:4
**pivot** [1] - 16:11
**placed** [1] - 35:22
**plaintiff** [19] - 6:11, 6:13, 6:15, 6:17, 12:10, 12:12, 13:1, 14:13, 14:17, 16:2, 23:25, 29:6, 30:11, 30:15, 31:13, 34:6, 34:10, 34:20, 37:25
**plaintiff's** [3] - 29:15, 29:21, 34:18
**PLAINTIFF'S** [2] - 4:4, 5:2
**Plaintiff's** [1] - 25:13
**Plaintiffs** [1] - 1:8
**PLAINTIFFS** [2] - 2:4, 3:4
**plan** [2] - 23:19, 33:1
**plead** [1] - 35:21
**point** [4] - 12:17, 22:8, 23:19, 27:2
**pointing** [1] - 32:23
**politburo** [1] - 9:22
**position** [1] - 34:19
**possibly** [1] - 8:9
**power** [2] - 37:25, 38:17
**preference** [1] - 12:19
**prefers** [1] - 11:24
**prejudicing** [1] - 33:19
**prepared** [5] - 12:14,

12:15, 12:18, 12:23, 23:23
**presence** [1] - 22:13
**presiding** [1] - 8:6
**PRESIDING** [1] - 1:5
**pretrial** [2] - 9:11, 29:10
**previously** [1] - 19:19
**priest** [1] - 11:23
**primarily** [1] - 1:5
**pro** [16] - 6:22, 7:25, 10:12, 18:11, 18:12, 18:16, 18:25, 19:7, 19:19, 20:14, 20:17, 21:8, 21:23, 24:22, 27:18, 33:11
**problems** [1] - 34:2
**proc** [1] - 21:24
**procedures** [1] - 35:3
**proceed** [1] - 33:23
**proceeding** [1] - 39:4
**PROCEEDINGS** [1] - 1:15
**professional** [1] - 26:17
**prong** [1] - 14:10
**protect** [1] - 35:7
**provided** [1] - 37:7
**publish** [1] - 20:3
**punitive** [6] - 14:22, 14:25, 15:1, 15:16, 15:17, 24:10
**purport** [1] - 14:14
**put** [5] - 21:14, 21:21, 24:17, 30:11, 33:21

## Q

**questioning** [1] - 7:9
**questions** [1] - 14:5
**quite** [4] - 10:15, 24:15, 33:12, 35:4

## R

**rabbi** [1] - 11:23
**read** [9] - 8:17, 9:1, 9:7, 11:11, 18:18, 18:24, 19:14, 26:9
**ready** [5] - 8:13, 23:13, 33:22, 35:25, 37:8
**really** [2] - 35:1, 35:4
**reason** [2] - 26:12, 30:5
**reasonable** [1] - 14:1
**reasons** [3] - 22:11, 27:19, 30:5
**receive** [1] - 7:4
**RECEIVED** [1] - 5:2
**recently** [1] - 10:5
**recess** [6] - 24:16, 25:8, 31:12, 31:24, 31:25, 36:11
**Recess** [2] - 25:14,

32:6
**recognize** [3] - 11:19, 17:4, 17:5
**recognizes** [1] - 11:21
**reconvene** [1] - 36:3
**record** [1] - 6:9
**RECROSS** [1] - 4:4
**REDIRECT** [1] - 4:4
**referring** [1] - 30:24
**regard** [5] - 14:20, 27:9, 27:17, 27:21, 29:4
**regarding** [2] - 21:1, 34:19
**relate** [1] - 14:24
**related** [1] - 23:10
**relates** [2] - 29:21, 29:23
**relationship** [4] - 11:9, 26:18, 32:12, 32:14
**relevant** [2] - 16:4, 29:17
**relief** [1] - 35:22
**relieve** [1] - 22:23
**relieved** [2] - 22:21, 22:22
**reluctant** [1] - 22:24
**reluctantly** [1] - 20:4
**rely** [1] - 31:23
**remember** [2] - 9:13, 28:12
**remove** [1] - 32:3
**replaced** [2] - 10:22, 36:21
**report** [1] - 13:19
**REPORTER** [1] - 1:20
**REPORTER'S** [1] - 1:15
**reports** [1] - 13:22
**represent** [2] - 33:16, 35:18, 38:11
**representation** [2] - 14:10, 14:12
**represented** [1] - 9:15
**representing** [1] - 8:5
**reputation** [9] - 14:14, 14:21, 15:14, 15:22, 16:1, 29:6, 29:15, 29:21
**requiring** [1] - 38:18
**resolved** [2] - 32:8, 33:24
**respect** [1] - 33:14
**respective** [1] - 33:6
**respond** [1] - 15:24
**responsibility** [1] - 32:24
**retained** [1] - 33:3
**reviewed** [2] - 8:21, 30:20
**reviewing** [3] - 29:10, 29:12, 30:12
**REYES** [3] - 17:8, 17:10, 17:12, 17:16, 17:19

43

**Reyes** [2] - 17:8, 17:10
**Richard** [1] - 6:16
**ring** [1] - 35:1
**rise** [1] - 36:10
**risk** [1] - 27:12
**risking** [1] - 27:13
**Robert** [1] - 6:6
**ROBERT** [2] - 1:7, 2:4
**role** [3] - 20:8, 33:6
**roles** [1] - 33:10
**rule** [1] - 34:20
**Rule** [3] - 35:20, 37:25, 38:16
**ruled** [3] - 13:15, 15:5, 31:20
**rules** [1] - 27:13
**ruling** [3] - 18:13, 27:19, 33:14
**rulings** [19] - 8:15, 8:18, 8:20, 9:7, 9:8, 9:12, 9:16, 9:17, 12:11, 13:1, 13:2, 13:7, 14:16, 15:12, 25:15, 26:8, 26:23, 27:13, 27:16

### S

**saw** [1] - 29:13
**schedule** [1] - 25:25
**screen** [1] - 21:14
**se** [2] - 14:19, 16:3
**seated** [5] - 6:25, 12:5, 26:20, 29:3, 37:21
**second** [1] - 12:4
**secret** [2] - 10:6, 10:8
**see** [11] - 14:15, 16:4, 16:6, 17:14, 17:20, 21:22, 37:6, 37:14, 37:17, 38:9
**seek** [3] - 10:23, 14:19, 15:20
**seeking** [4] - 8:12, 13:5, 14:13, 14:19
**seem** [3] - 12:16, 23:16, 31:16
**Selame** [1] - 17:25
**selection** [2] - 17:17, 17:18
**senator** [1] - 11:22
**send** [1] - 36:2
**SESSION** [1] - 6:3
**several** [1] - 10:1
**shenanigans** [2] - 34:24, 34:25
**shocking** [2] - 35:5, 35:6
**short** [1] - 17:13
**show** [2] - 37:24, 38:13
**shown** [1] - 15:4
**side** [1] - 7:10
**simple** [1] - 37:18
**sit** [2] - 12:24, 31:21
**sitting** [1] - 17:6

**so..** [2] - 19:9, 24:18
**someone** [1] - 11:22
**somewhat** [1] - 20:4
**sorry** [3] - 12:7, 15:25, 32:9
**sounds** [1] - 12:20
**specific** [6] - 14:1, 14:7, 20:16, 21:7, 30:23
**specifically** [1] - 21:2
**spent** [1] - 9:10
**stage** [1] - 27:12
**stand** [4] - 6:8, 25:19, 27:25, 28:11
**standard** [1] - 30:1
**standing** [2] - 27:10, 33:13
**standpoint** [2] - 29:19, 30:3
**start** [1] - 15:13
**started** [1] - 29:5
**state** [1] - 6:8
**STATE1** [1] - 2:6
**STATE2** [1] - 2:10
**STATE3** [1] - 2:15
**STATE4** [1] - 2:19
**statements** [2] - 14:1, 30:6
**STATES** [3] - 1:1, 1:21, 3:4
**states** [1] - 22:6
**status** [2] - 10:24, 10:25
**Stefanie** [4] - 6:21, 7:24, 16:20, 16:22
**step** [1] - 10:3
**STEPHEN** [1] - 1:5
**still** [2] - 16:3, 27:22
**STREET** [1] - 1:22
**strokes** [1] - 13:16
**stuck** [1] - 14:6
**studied** [1] - 26:8
**subject** [1] - 13:13
**submitted** [4] - 20:10, 20:12, 20:15, 21:25
**substance** [1] - 11:2, 11:6
**suffer** [1] - 27:16
**suggest** [2] - 35:8, 36:3
**SUITE** [2] - 1:22, 3:19
**Sullivan** [1] - 6:10
**Superior** [1] - 28:21
**support** [1] - 33:6
**supporting** [1] - 33:10
**supposed** [2] - 25:3, 25:4

### T

**table** [4] - 8:17, 16:25, 17:1, 32:3
**target** [2] - 32:24, 32:25
**task** [1] - 37:18

**team** [3] - 7:21, 9:25, 32:1
**ten** [1] - 32:19
**term** [1] - 34:25
**terminate** [1] - 27:2
**terms** [1] - 12:9
**that..** [1] - 18:1
**THE** [144] - 2:4, 2:13, 3:4, 3:17, 6:5, 6:25, 7:18, 7:23, 8:1, 8:4, 8:14, 8:19, 8:22, 8:24, 9:1, 9:4, 9:10, 10:4, 10:17, 10:21, 11:3, 11:12, 11:14, 11:17, 11:19, 12:2, 12:8, 12:15, 12:20, 12:24, 13:6, 13:11, 13:14, 13:18, 14:12, 14:15, 15:8, 15:12, 15:17, 15:23, 16:1, 16:14, 16:17, 16:19, 16:22, 17:2, 17:4, 17:9, 17:11, 17:14, 17:18, 17:20, 17:24, 18:4, 18:7, 18:18, 18:22, 19:3, 19:9, 19:11, 19:14, 19:20, 19:24, 20:1, 20:7, 20:12, 20:18, 20:20, 20:22, 20:25, 21:7, 21:10, 21:15, 21:19, 22:2, 22:7, 22:10, 23:5, 23:9, 23:16, 24:2, 24:10, 24:13, 24:21, 24:25, 25:2, 25:11, 25:15, 25:19, 25:23, 26:4, 26:7, 26:12, 26:15, 26:19, 26:22, 27:25, 28:3, 28:6, 28:10, 28:14, 28:17, 28:20, 28:24, 29:2, 29:18, 29:25, 30:2, 30:8, 30:14, 30:23, 31:4, 31:8, 31:11, 31:16, 31:21, 32:2, 32:7, 32:14, 32:17, 32:21, 33:2, 33:18, 34:1, 35:11, 35:23, 36:6, 36:10, 36:13, 36:19, 36:24, 37:2, 37:6, 37:9, 37:14, 37:17, 37:20, 37:23, 38:9, 38:12, 38:20, 38:23, 38:25, 39:3
**themselves** [1] - 31:14
**they've** [4] - 23:17, 24:1, 24:2, 24:8
**three** [8] - 7:19, 7:20, 8:16, 21:25, 23:21, 23:22, 35:1
**three-ring** [1] - 35:1
**throughout** [2] - 24:2, 31:3
**today** [1] - 20:1
**Tom** [1] - 6:23

**tomorrow** [2] - 38:1, 38:14
**totally** [1] - 7:1
**TRANSCRIPT** [1] - 1:15
**transcript** [7] - 30:16, 30:19, 30:25, 31:11, 31:14, 31:22, 33:24
**transcripts** [2] - 30:11, 30:14
**transparent** [1] - 9:3
**trial** [11] - 6:4, 7:21, 8:13, 10:24, 11:15, 17:19, 18:5, 18:7, 29:3, 33:6, 35:17
**TRIAL** [3] - 1:15, 1:16, 4:3
**tried** [4] - 28:14, 28:20, 28:22, 28:24
**true** [6] - 18:12, 30:6, 30:9, 30:17, 31:1, 31:2
**trust** [1] - 24:5
**truth** [2] - 13:21, 29:7
**truthful** [1] - 13:23
**truthfulness** [1] - 14:4
**try** [2] - 10:9, 27:11
**trying** [5] - 9:11, 10:15, 28:12, 29:8, 29:9
**TUESDAY** [2] - 1:18, 6:1
**Tuesday** [1] - 25:4
**turned** [2] - 37:6, 37:10
**two** [7] - 7:18, 8:8, 19:2, 23:6, 23:15, 23:21, 30:20
**two-year** [1] - 8:8
**type** [2] - 11:21, 35:2

### U

**under** [9] - 15:8, 20:10, 20:12, 20:15, 22:23, 27:1, 27:4, 35:20
**UNITED** [3] - 1:1, 1:21, 3:4
**unless** [1] - 26:1
**untimely** [3] - 34:4, 34:5
**up** [9] - 7:12, 18:13, 21:14, 21:17, 21:21, 24:8, 25:19, 27:25, 28:11
**upsetting** [1] - 12:2

### V

**various** [1] - 33:23
**veracity** [2] - 14:4, 29:7
**verdict** [1] - 28:23

**verse** [1] - 12:11
**vice** [8] - 6:22, 7:25, 18:11, 19:7, 21:8, 24:22, 27:18, 33:11
**viewpoint** [1] - 35:14
**violate** [1] - 29:13
**violated** [1] - 19:12
**violating** [1] - 27:13
**violations** [1] - 38:16
**vs** [1] - 1:10

### W

**wants** [3] - 13:12, 34:11, 35:11
**week** [1] - 25:22
**weekend** [1] - 29:12
**weigh** [1] - 39:1
**WEST** [1] - 1:22
**WESTERN** [1] - 1:3
**WILSON** [1] - 1:5
**withdraw** [3] - 10:24, 25:7, 38:5
**witness** [3] - 7:12, 7:13, 7:15
**WITNESSES** [1] - 4:4
**witnesses** [1] - 7:9
**woman** [2] - 17:5, 17:25
**word** [2] - 19:17, 34:24
**words** [2] - 20:22, 34:14
**works** [1] - 23:10
**writing** [1] - 11:11
**wrote** [1] - 16:9

### X

**XXX** [36] - 3:5, 3:5, 3:6, 3:7, 3:9, 3:9, 3:10, 3:11, 3:13, 3:13, 3:15, 3:18, 3:18, 3:19, 3:19, 3:20
**XXX-XXXX** [4] - 3:7, 3:11, 3:15, 3:20
**XXXX** [4] - 3:7, 3:11, 3:15, 3:20

### Y

**y'all** [1] - 18:21
**year** [3] - 8:8, 9:14, 18:15
**years** [4] - 10:1, 10:6, 21:25, 28:19
**yesterday** [16] - 7:17, 8:23, 8:25, 10:19, 13:8, 14:18, 15:12, 16:21, 16:25, 17:1, 17:22, 22:18, 30:21, 31:20, 34:3, 35:25
**young** [1] - 16:18

**yourself** [1] - 32:3
**YU** [31] - 6:23, 8:21,
8:23, 8:25, 9:3, 9:6,
13:4, 13:10, 13:12,
13:17, 14:9, 14:13,
15:7, 15:11, 15:15,
15:19, 29:8, 29:23,
30:1, 30:4, 30:10,
31:3, 31:6, 31:9,
31:15, 32:9, 32:16,
32:19, 32:25, 33:3,
33:19
**Yu** [10] - 6:23, 8:19,
12:18, 12:22, 19:18,
22:17, 26:3, 26:24,
27:9, 29:4

## Z

**Zachary** [1] - 6:12
**Ziegler** [1] - 13:19
**ZIP1** [1] - 2:6
**ZIP2** [1] - 2:10
**ZIP3** [1] - 2:15
**ZIP4** [1] - 2:19