UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-09430-SVW-PD | Date: | July 28, 2025 |

| | |
|---|---|
| Title: | Robert Hunter Biden v. Patrick M. Byrne |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON** United States District Judge |

| Daniel Tamayo | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Sullivan; Zachary Hansen; Phillip Barber; Richard Harpootlian | Michael Murphy Carmen Selame |

**Proceedings:**     PRETRIAL CONFERENCE (held and completed)

Case called. For the reasons stated on the record, the Court ORDERS the following:
- The Court GRANTS **Peter David Ticktin's** Application for Pro Hac Vice and may appear in this Court.
- The Court admits Exhibit A into the Court's record.
- The Court GRANTS Plaintiff's Request to sequester the witness.