UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-09430-SVW-PD | Date: | July 30, 2025 |

| | |
|---|---|
| Title: | Robert Hunter Biden v. Patrick M. Byrne |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |

| Daniel Tamayo | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Sullivan; Zachary Hansen; Phillip Barber; Richard Harpootlian | Tom Yu |

**Proceedings:** Jury Trial (continued)
ORDER TO SHOW CAUSE (held and completed)

Case called. Jury Trial **NOT HELD.** For the reasons stated on the record, the Court ORDERS the following:
- The Motion for Reconsideration [297] is **DENIED.**
- Oral Motion for Default is **DENIED.**
- Jury Trial is **CONTINUED to October 14, 2025, at 9:00 a.m.**
- Defense Counsel is **ORDERED** to appoint new counsel by **August 15, 2025.**
- Plaintiff is allowed to obtain further Discovery regarding the Defendant's financial condition that include demands for documents and deposition.
- Moving forward, all discovery matters will be held in front of Judge Wilson, not the Magistrate Judge.
- **Peter David Ticktin's** Application for Pro Hac Vice **retroactively DENIED** and may not appear in this Court.
- The Defendant may **NOT** pursue any further discovery.