# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN <br><br> Plaintiff(s), <br><br> v. <br><br> PATRICK M. BYRNE <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:23–cv–09430–SVW–PD <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/30/2025__

Document No.:   __299__

Title of Document:   __Notice of Appearance or Withdrawal__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notices; Notice of Appearance or Withdrawal

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __August 6, 2025__         By:  __/s/ *Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov*__
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**