Michael C. Murphy, Esq. (S.B. No. 104872)
Michael@murphlaw.net
Michael C. Murphy, Jr. Esq. (S.B. No. 305896)
Michael.jr@murphlaw.net
LAW OFFICES OF MICHAEL C. MURPHY
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Tel.: (818) 558-3718
Fax: (805) 367-4506

Attorneys for Defendant,
Patrick M. Byrne

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK M. BYRNE, <br><br> Defendant. | Case No.: 2:23-cv-09430-SVW-PD <br> Judge: Honorable Stephen V. Wilson <br> Courtroom: 10A <br><br> **NOTICE OF COMPLIANCE WITH COURT ORDER OF JULY 30, 2025** <br><br> Complaint Filed: November 8, 2023 |

**TO THE HONORABLE STEPHEN V. WILSON AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Order of July 30, 2025 Mr. Michael C. Murphy, Esq. ("Mr. Murphy") provided to Defendant Patrick M. Byrne the following documents:

1. A copy of the court's rulings of July 30, 2025.

2. Copies of the two court orders dated August 5, 2025 on the motion for reconsideration and on Plaintiff's request to enter Mr. Byrne'default.

3. Mr. Murphy was unable to provide Mr. Bryne with a copy of the transcript of the hearing of July 30, 2025 because the court reporter has not responded to his request that was filed with the court to obtain a copy of said transcript and she has not responded to his our e-mails and telephone calls to obtain a copy of the transcript.

PLEASE TAKE FURTHER NOTICE of the following:

1. Mr. Murphy was terminated from being counsel for Defendant Patrick M. Byrne in this case as of the morning of July 29, 2025 at 7:34 a.m.

2. The court confirmed that termination during the hearings on July 29, 2025 and July 30, 2025.

3. On July 30, 2025 and prior to his withdrawal Mr. Murphy was ordered to serve the above documents on Defendant Patrick M. Byrne which he completed yesterday.

4. Mr. Murphy filed a Notice of Withdrawal with the court on July 30, 2025 which was processed by the court.

5. As a terminated attorney and other than comply with the court's order of July 30, 2025 which has been done, Mr. Murphy is not legally obligated and is not ,authorized to accept service of any documents or communications on behalf of Defendant Patrick M. Byrne by any method of communication and/or for any reason or related to anything including this case.

2
**NOTICE OF COMPLIANCE WITH COURT ORDER**

6. Mr. Murphy is not authorized to speak on behalf of Mr. Byrne in this case and will not be appearing before this court related to anything pertaining to Mr. Byrne because he is a terminated attorney and as the court noted in its ruling of August 5, 2025 Mr. Byrne has a right to terminate Mr. Murphy for any reason and he cannot represent him any longer in this case. .

Dated: August 7, 2025                LAW OFFICES OF MICHAEL C. MURPHY

                                                           By:  /s/ Michael C. Murphy, Esq.

                                     Michael C. Murphy, Esq.
                                     Michael C. Murphy, Jr., Esq.
                                     Attorneys for Defendant,
                                     Patrick M. Bryne

**NOTICE OF COMPLIANCE WITH COURT ORDER**