**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ROBERT HUNTER BIDEN | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:23-cv-09430-SVW-PD |
| v. | |
| PATRICK M. BYRNE | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 7/30/2025 | 299 | Notice of Appearance or Withdrawal |
| --- | --- | --- |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

   The parties are ORDERED to refile the document using the correct event as instruct in Docket Entry 309.

Dated: 8/7/2025

By: _____
U.S. District Judge / U.S. Magistrate Judge

G-112B (07/24)   ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT