Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN (SBN 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (SBN 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR AUGUST 18, 2025 STATUS CONFERENCE HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION; DECLARATION OF BRYAN M. SULLIVAN**<br><br>[*[Proposed] Order filed and served concurrently herewith*]<br><br>Date: August 18, 2025<br>Time: 1:30 P.M.<br>Crtrm,: 10A<br><br>Judge: Hon. Stephen V. Wilson |

5819813.1

**PLAINTIFF'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR AUGUST 18, 2025 HEARING**

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, Plaintiff Robert Hunter Biden ("Plaintiff") hereby respectfully requests permission from this Court for his Counsel, Bryan M. Sullivan, Esq., to appear remotely by way of videoconference (e.g. Zoom) for the status conference hearing on Plaintiff's *Ex Parte* Application scheduled in this case for August 18, 2025 at 1:30 p.m. (the "Hearing"). Good cause exists to grant this request because Mr. Sullivan has been involved in all aspects of the case. (Declaration of Bryan M. Sullivan, at ¶ 2.) However, at this time, Mr. Sullivan is unable to be in the State of California on, Monday, August 18, 2025, due to the fact that he resides in Virginia and has family/child care obligations that prevent him from traveling to California and attending the Hearing in person at that time, for which he received notice on Thursday, August 14, 2025. Accordingly, Plaintiff respectfully requests that the Court grant this request for Mr. Sullivan to appear remotely by videoconference at the Hearing.

Dated: August 14, 2025

EARLY SULLIVAN WRIGHT
GIZER & MCRAE LLP


By: */s/ Bryan M. Sullivan*

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676


Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

*Attorney for Plaintiff*
*Robert Hunter Biden*

5819813.1

3

**PLAINTIFF'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR AUGUST 18, 2025 HEARING**

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

# DECLARATION OF BRYAN M. SULLIVAN

I, Bryan M. Sullivan, declare and state as follows:

1. I am counsel of record for Plaintiff Robert Hunter Biden ("Plaintiff") in the above-entitled action and am over the age of 18. I hereby submit this declaration in support of Plaintiff's Request for Counsel to Appear Remotely for the status conference hearing on Plaintiff's *Ex Parte* Application scheduled in this case for August 18, 2025 at 1:30 p.m. (the "Hearing"). If called as a witness, I would and could testify to the matters contained herein.

2. I have been involved in all aspects of this case, and my participation in the Hearing is, therefore, necessary.

3. I just received notice of the August 18, 2025 hearing on August 14, 2025 and am unable to be in the State of California on August 18, 2025 because I reside in Virginia and have family/child care obligations that week that prevent me from traveling to California and attending the Conference in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14th of August, 2025, at Roanoke, Virginia.

                                              */s/ Bryan M. Sullivan*
                                                Bryan M. Sullivan