1  Richard A. Harpootlian, *pro hac vice*
   rah@harpootlianlaw.com
2  Phillip Barber, *pro hac vice*
   pdb@harpootlianlaw.com
3  RICHARD A. HARPOOTLIAN, PA
   1410 Laurel Street
4  Columbia, South Carolina 29201
   Telephone: (803) 252-4848
5  Facsimile: (803) 252-4810

6  BRYAN M. SULLIVAN (SBN 209743)
   bsullivan@earlysullivan.com
7  ZACHARY C. HANSEN (SBN 325128)
   zhansen@earlysullivan.com
8  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
   6420 Wilshire Boulevard, 17th Fl.
9  Los Angeles, California 90048
   Telephone: (323) 301-4660
10 Facsimile: (323) 301-4676

11 Attorneys for PLAINTIFF
   ROBERT HUNTER BIDEN

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                          WESTERN DIVISION

16  ROBERT HUNTER BIDEN, an            **Case No. 2:23-cv-09430-SVW-PD**
    individual,
17                                     *Hon. Stephen V. Wilson*

18        Plaintiff,                   **PLAINTIFF ROBERT HUNTER
                                       BIDEN'S NOTICE OF
19        vs.                          DEFENDANT'S NON-
                                       COMPLIANCE WITH COURT
20  PATRICK M. BYRNE, an individual,   ORDERS**

21        Defendant.
                                       Complaint Filed:   November 8, 2023
22                                     Trial Date:        October 14, 2025

23

24

25

26

27

28

1    **PLEASE TAKE NOTICE** that Defendant Patrick M. Byrne ("Defendant") has

2    failed to comply with the following Court orders (collectively, the "Orders"): (i) the

3    July 30, 2025 oral order that Defendant obtain new counsel by August 15, 2025; and

4    (ii) the August 5, 2025 Order Declining To Grant Default Judgment; Continuing Trial;

5    And Reopening Limited Discovery For Plaintiff (ECF No. 311) (the "August 5 Order")

6    requiring that Defendant provide Plaintiff with an email address for electronic service

7    or a physical address for mail or overnight delivery service of documents.

8    Defendant's former counsel, Michael Murphy, Esq., (who was terminated by

9    Defendant but who has not been relieved as counsel by the Court pursuant to the Court's

10   August 5, 2025 Order) stated that he provided Defendant with notice of the Orders.

11   ECF No. 313.  In addition to receiving Mr. Murphy's notice of the Orders,  Defendant

12   was represented by Thomas Yu, Esq., at the July 30, 2025 hearing where he also

13   received notice of the Court's July 30, 2025 Orders, and, Defendant's counsel-of-

14   choice, Stephanie Lambert, Esq., was in the courtroom gallery the entirety of the July

15   30, 2025 hearing and thus had notice of the Court's July 30, 2025 Orders and she also

16   likely informed Defendant of the July 30, 2025 Order.  So, Defendant cannot plausibly

17   claim that he did not have notice of the Orders.  Yet, Defendant has not provided

18   Plaintiff with any contact information for service, has not registered with the Court's

19   CM/ECF system, and has not obtained new counsel by the August 15, 2025 deadline as

20   ordered by the Court on July 30, 2025.

21   Defendant's status as a pro se litigant does not relieve him from complying with

22   the Court's order or rules.  Local Civil Rule 1-3, entitled "Applicability of Rules to

23   Persons Appearing Without Attorneys[,]" states:

24   Persons appearing pro se are bound by these rules, and any

25   reference in these rules to "attorney" or "counsel" applies to

26   parties pro se unless the context requires otherwise.

27   Further, Local Civil Rule 83-2.2.3, states: "Any person appearing pro se is

28   required to comply with these Local Rules, and with the F.R.Civ.P., F.R.Crim.P.,

1  F.R.Evid. and F.R.App.P." Local Civil Rule 83-2.2.4 states: "Failure to comply with

2  the rules enumerated in L.R. 83-2.2.3 may be grounds for…judgment by default."  And,

3  Local Civil Rule 83-2.4, entitled "Notification of Change of Name, Address, Firm

4  Association, Telephone Number, or E-Mail Address[,]" states, in relevant part:

5          [A]ny party who has appeared pro se in a case pending before the

6          Court, and who changes his or her name, office address (or

7          residence address, if no office is maintained), law firm

8          association (if any), telephone number, or e-mail address must,

9          within five (5) days of the change, notify the Clerk of Court in

10         writing.  If any actions are currently pending, the attorney or

11         party must file and serve a copy of the notice upon all parties.

12      Defendant chose to terminate all of his attorneys and by the Local Rules is

13 obligated to inform the Court of Defendant's contact information and comply with the

14 Court's rules and orders.   Defendant has not met any of these obligations.

15      Further, Defendant is not the typical pro se party.  He is a successful businessman

16 who was the CEO of a publicly traded company, Overstock.com, whose wealth has

17 greatly increased based on publicly available documents and his public admissions.

18 Defendant's ability to obtain counsel is demonstrated by the fact that he is represented

19 in two other actions pending in two different federal district courts.

20      Finally, even if Defendant wishes to proceed pro se in this action, Local Rule 5-

21 3.2.2 permits pro se litigants to register to receive electronic service of documents

22 through the Court's CM/ECF System. Requiring Plaintiff to serve Defendant other than

23 by electronic service would be prohibitively expensive.  Defendant appears to not have

24 any permanent physical address.  He testified at his deposition that he intended to make

25 his residence in Dubai and that he travels constantly.  From August to February of this

26 year, Defendant appears to have traveled to the United States, Ghana, Brazil, Dubai,

27 Qatar and possible Venezuela.  It would be highly prejudicial and contrary to the

28 interests of justice to require Plaintiff to hire process servers to chase a billionaire

**PLAINTIFF'S NOTICE OF DEFENDANT'S NON-COMPLIANCE WITH COURT ORDERS**

1   Defendant around the world simply because Defendant elected to fire his attorneys on

2   the morning of trial.

3

4   Dated:  August 18, 2025                          EARLY SULLIVAN WRIGHT
                                                          GIZER & MCRAE LLP
5

6                                              By:   */s/ Bryan M. Sullivan*

7                                                    BRYAN M. SULLIVAN (State Bar No.
                                                     209743)
8                                                    bsullivan@earlysullivan.com
                                                     ZACHARY C. HANSEN (State Bar No.
9                                                    325128)
                                                     zhansen@earlysullivan.com
10                                                   EARLY SULLIVAN WRIGHT GIZER
                                                     & McRAE LLP
11                                                   6420 Wilshire Boulevard, 17th Fl.
                                                     Los Angeles, California 90048
12                                                   Telephone: (323) 301-4660
                                                     Facsimile: (323) 301-4676
13
                                                     Richard A. Harpootlian, *pro hac vice*
14                                                   rah@harpootlianlaw.com
                                                     Phillip Barber, *pro hac vice*
15                                                   pdb@harpootlianlaw.com
                                                     RICHARD A. HARPOOTLIAN, PA
16                                                   1410 Laurel Street
                                                     Columbia, South Carolina 29201
17                                                   Telephone: (803) 252-4848

18                                                   Facsimile: (803) 252-4810

19                                                   *Attorneys for Plaintiff*
                                                     *Robert Hunter Biden*
20

21

22

23

24

25

26

27

28

**PLAINTIFF'S NOTICE OF DEFENDANT'S NON-COMPLIANCE WITH COURT ORDERS**