UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 23-09430-SVW (PDx) | Date | August 18, 2025 |
|---|---|---|---|
| Title | Robert Hunter Biden v. Patrick M. Byrne | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Dominique Carr | CourtSmart | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bryan M Sullivan | No appearance made |
| Phillip D. Barber | |
| Richard A Harpootlian | |

**Proceedings:**     ZOOM - STATUS CONFERENCE re: EX PARTE APPLICATION [316]

The case is called. Counsel state their appearances. No appearance made by the defendant. Matter taken under submission. Order to follow.

|   | 00 | : | 24 |
|---|---|---|---|
| | Initials of Preparer | | DC |