

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>    Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S NOTICE OF MOTION AND MOTION FOR FURTHER SANCTIONS AGAINST DEFENDANT PATRICK M. BYRNE BASED ON THE COURT'S AUGUST 5, 2025 ORDER DECLINING TO GRANT DEFAULT JUDGMENT; CONTINUING TRIAL; AND REOPENING LIMITED DISCOVERY FOR PLAINTIFF**<br><br>[*Notice of Motion and Motion; and Declarations of Bryan M. Sullivan and Richard Harpootlian filed and served concurrently herewith*]<br><br>Date: September 22, 2025<br>Time: 1:30 p.m.<br>Dept.: Courtroom 10A<br><br>Complaint Filed:  November 8, 2023<br>Trial Date:          October 14, 2025 |

5820663.1

**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S NOTICE OF MOTION AND MOTION FOR FURTHER SANCTIONS AGAINST DEFENDANT PATRICK M. BYRNE BASED ON THE COURT'S AUGUST 5, 2025 ORDER DECLINING TO GRANT DEFAULT JUDGMENT; CONTINUING TRIAL; AND REOPENING LIMITED DISCOVERY FOR PLAINTIFF**

# [PROPOSED] ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Motion For Further Sanctions Against Defendant Patrick M. Byrne Based On The Court's August 5, 2025 Order Declining To Grant Default Judgment; Continuing Trial; And Reopening Limited Discovery For Plaintiff ("Motion") in this case, and finding good cause therefor, hereby orders as follows:

1. The Motion is GRANTED.

**OR**

1. _____
_____
_____
_____.

Dated: _____    _____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE



5820663.1

2

[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S NOTICE OF MOTION AND MOTION FOR FURTHER SANCTIONS AGAINST DEFENDANT PATRICK M. BYRNE BASED ON THE COURT'S AUGUST 5, 2025 ORDER DECLINING TO GRANT DEFAULT JUDGMENT; CONTINUING TRIAL; AND REOPENING LIMITED DISCOVERY FOR PLAINTIFF