<u>Biden v. Byrne</u>
Plaintiff Robert Hunter Biden's Ex Parte Application for a Bench Warrant for the Arrest of
Defendant Patrick M. Byrne: Affidavit of Emily A. Dale
C/A No. 2:23-cv-09430-SVW-PD

# EXHIBIT A

# (Affidavit of Emily A. Dale)

Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip D. Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF ROBERT
HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, | Case No. 2:23-cv-09430-SVW-PD |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF EMILY A. DALE** |
| PATRICK M. BYRNE, an individual, | |
| Defendant. | |

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP

**PERSONALLY APPEARED BEFORE ME, I, Emily A. Dale, affirm the statements below are truthful:**

1. My name is Emily Dale. I am a third-year law student at the University of South Carolina and a legal intern at Richard A. Harpootlian, P.A.

2. In March of 2025 I created an X account ("X" is the platform formerly known as Twitter) with the username @clerk841635. *See* Ex. A. Profile of @clerk841635 on X.

3. I am the sole person who manages this account and who posts via this account.

4. I was asked to by my employer to post screenshots of the Court's August 28, 2025 ORDER TO SHOW CAUSE WHY DEFENDANT PATRICK BYRNE SHOULD NOT BE SANCTIONED OR HELD IN CIVIL CONTEMPT (the "Order") via my X account @clerk841635 under posts made by user @PatrickByrne in order to serve the user @PatrickByrne with notice of the Order.

5. The user @PatrickByrne on X is known to be the Defendant Patrick Byrne in the above captioned case. *See* Ex. B Profile of @PatrickByrne on X.

6. On August 29, 2025, at approximately 1:16 p.m. EST, I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on August 29, 2025 at 10:50 a.m. In this post Mr. Byrne posted "Yes" as a reply to a post made by @VividProwress "BREAKING: Benjamin Netanyahu says Israel will release part of the October 7 massacre footage for the first time for the world

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP

to see. Is this the right decision?" I commented on @PatrickByrne's post with five screenshots of The Honorable Stephen V. Wilson's August 28, 2025, Order.

7. As a reply to my comment on the above post by Mr. Byrne, I subsequently tagged Mr. Byrne in my comments by posting via the @clerk841635 account "@PatrickByrne." *See* Ex. C.

8. My above post received a comment by X user Fred Riva @FredricoVI at approximately 4:16 p.m., or three hours after my original post. This user's comment reads: "it's a warning to shape up or face legal penalties that could tilt the case toward Hunter. he can't show defamation if you were acting in good faith. Best get your legal lot sorted Pat." *See* Ex. D, Comment by Fred Riva.

9. The above comment by @FredricoVI was deleted shortly thereafter.

10. On September 3, 2025, at approximately 8:37 a.m. EST, I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on September 3, 2025, at 8:13 a.m. In this post, Mr. Byrne posted "These stories use the phrase 'money laundering'. The correct word is 'embezzlement'." Mr. Byrne posted this post as a reply to an X post made by @WallStreetApes "EXPOSED Democrats in Michigan have been creating thousands of fake jobs and then laundering that money back to themselves 'We just had to cut 4,277 phantom jobs. You guys realize what a scandal this is? People should be

EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP

1   prosecuted for taking money that was appropriated to…" I commented on

2   @PatrickByrne's post with five screenshots of the Order. *See* Exhibit E.

3
4   11. On September 3, 2025, at approximately 8:39 a.m. EST I replied via the

5   @clerk841635 account to an X post made by X user @PatrickByrne on

6   September 2, 2025, at 8:14 p.m. in which @PatrickByrne posted, "So it's a

7   minstrel show." Mr. Byrne posted this post as a reply to an X post made by user

8   @ClownWorld_ "How it started vs How its going." I commented on

9   @PatrickByrne's post via the @clerk841635 account with five screenshots of

10
11  the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See*

12  Exhibit F.

13
14  12. On September 3, 2025, at approximately 8:39 a.m. EST I replied via the

15  @clerk841635 account to an X post made by X user @PatrickByrne on

16  September 2, 2025, at 1:15 p.m. in which @PatrickByrne posted, "Because

17  Black Lives Matter" with a photo. I commented on @PatrickByrne's post with

18
19  five screenshots of The Honorable Stephen V. Wilson's August 28, 2025,

20  Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See*

21  Exhibit G.

22
23  13. On September 3, 2025, at approximately 8:40 a.m. EST I replied via the

24  @clerk841635 account to an X post made by X user @PatrickByrne on

25  September 2, 2025 at 10:32 a.m. in which @PatrickByne posted, "President

26  Trump should emphasize that, along with involvement in cartels or a violent

27
28

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP

AFFIDAVIT OF EMILY A. DALE

crime, the fastest way for an illegal to get a one-way ticket out of the USA is to vote." Mr. Byrne posted this post as a reply to a post made by X user @Real_RobN "CONSPIRACY NO MORE: This is the state of Arizona: Non citizens, illegal aliens, border crossers, asylum seekers, refugees…" I commented on @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit H.

14. On September 3, 2025, at approximately 8:52 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on September 1, 2025, at 8:50 p.m. in which @PatrickByrne posted, "Never forget. We Jiu-Jitsu'd our way out of it this time but we won't again. So remember: among us there live demons who want to spring tyranny on use if the opportunity presents." I commented on @PatrickByrne's post with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit I.

15. On September 3, 2025, at approximately 8:53 a.m. EST I replied via the @clerk841635 account to an X post made by X user @Patrick Byrne on September 1, 2025, at 7:18 p.m. in which @PatrickByrne posted, "Pete has finished his homework assignment and you can expect me to be on this week." Mr. Byrne posted this post as a reply to an X post made by X user @petersantilli "Just finished reading Patrick Byrne'syrne "DANGER CLOSE" book. It was a

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP

**AFFIDAVIT OF EMILY A. DALE**

homework assignment @PatrickByrne gave me in advance of our upcoming interview; which I enthusiastically accepted when he teased that there was some very important information contained in the book which has never been fleshed out in his previous interviews…" I commented on @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit J.

16. On September 3, 2025, at approximately 8:54 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on September 1, 2025, at 9:19 a.m. in which @PatrickByrne posted, "Nothing says, 'I stand behind my work' like announcing your Parkinson's diagnosis when asked to testify regarding the commission you ran that held up the country for one presidency." with a news story from zerohedge.com. I commented on this @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit K.

17. On September 3, 2025, at approximately 8:54 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on August 31, 2025, at 8:57 p.m. in which @PatrickByrne posted, "Four laughing emoticons followed by Correct. In the name of, 'protecting democracy.' Mr. Byrne posted this as a reply to an X post made by X user @seanmdav "Which can only mean one thing: the leaders of those parties are about to get arrested

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

6

AFFIDAVIT OF EMILY A. DALE

by the governments of the U.K., France, and Germany. X.com/TheInsiderPape…" I commented on @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit L.

18. On September 3, 2025, at approximately 8:56 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on August 30, 2025, at 10:56 a.m. in which @PatrickByrne posted, "2012-2019 I grew increasingly dismayed at what B.A. represented. Over those years undergrads turned to dogshit intellectually, practiced only at regurgitating bromides and saying, 'I don't feel safe'. Zero analytic skills." with a link to a news report by zerohedge.com. I commented on @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit M.

19. On September 3, 2025, at approximately 8:56 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on August 30, 2025, at 12:42 p.m. in which @PatrickByrne posted, "Aren't we tired of this? There's a gay guy inside of the DOJ who writes plays about gay men closeted together. More power to him. But now he's doubling down on defending the most unjust DOJ prosecutions in living memory. NEWSFLASH: The J6 protesters turned out to be correct!" Mr. Byrne posted this post as a reply to an X post made by X user @RealLindellTV "DOJ moves to dismiss the

$100M Proud Boys lawsuit DIRTY DOJ EXPOSE!!! We name names!! DOJ attorney Siegmund F. Fuchs just filed paperwork to kill the case brought…" I commented on @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit N.

20. On September 3, 2025, at approximately 8:57 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on August 30, 2025, at 7:00 p.m., "This is the guy who has been deciding for parents what should be considered 'normal' when weighing the costs and benefits of various health interventions like vaccines." Mr. Byrne posted this post as a reply to an X post made by X user @liz_churchill10 "This was the Satanic Filth that was embedded at the CDC that made guidelines for your child's 'health' which included Sexual Mutilation, Sterilization and forced Bill Gates 'Vaccines' that cause Cancer." I commented on @PatrickByrne's post via the @clerk841635 account with five screenshots of the Order. I used the "tag" feature on X to tag @PatrickByrne in my post. *See* Exhibit O.

21. On September 3, 2025, at approximately 8:58 a.m. EST I replied via the @clerk841635 account to an X post made by X user @PatrickByrne on August 31, 2025, at 10:32 a.m. in which @PatrickByrne posted, "A key demand I would add: COUNT the ballots where they are CAST." Mr. Byrne posted this as a reply to an X post made by X user @GenFlynn "ATTENTION! Subject:

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP

Make Elections Secure Again (#MESA) @realDonaldTreump this MESA Bill would be a nod to @realtinapeters for her…" I commented on @PatrickByrne's post with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit P.

22. On September 3, 2025, at approximately 10:53 p.m. EST I replied via the @clerk841635 account to an X post made by user @PatrickByrne on September 3, 2025, at 7:32 p.m. in which @PatrickByrne posted, "Super dishonorable behavior." Mr. Byrne posted this as a reply to an X post made by X user @kevinblue345 who posted, "BREAKING: Kansas City, Missouri where only white people involved in a deadly fight and MASS SHOOTING – 2 DEAD, 3 Clinging To LIFE After Fight Turns DEADLY With 60 ROUNDS FIRED After Argument Over Girl After Bars Closed! WHY The MEDIA SILENCE". I commented on @PatrickByrne's post with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit Q.

23. On September 5, 2025, at approximately 8:04 p.m. EST I replied via the @clerk841635 account to an X post made by user @PatrickByrne on September 5, 2025, at 8:03 p.m. in which @PatrickByrne posted, "Tina Peters rots in prison for PRESERVING election records. Behold two short videos of James Zigglehodder & Thomas Gallagher DESTROYING the Delaware County, Pennsylvania 2020 election records. They not only still walk free, they

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP

still run elections there! WTF? rtw". Mr. Byrne posted this as a reply to an X post by X user @StefLambertEsq who posted, "WATCH THIS! REAL EVIDENCE. REAL PENDING CASE. EXHIBIT EE2. CV-2022-000032 Motion, Hoopes, Stenstrom vs. Boockvar, Kathy et al Para 242: 'Ziegelhoffer justified his actions of disposing of the tapes …". I commented on @PatrickByrne's post "PATRICK BYRNE @PatrickByrne ORDERED BY FEDERAL TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED OR HELD IN CONTEMPT" with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit R.

24. On September 5, 2025, at approximately 8:07 p.m. EST I replied via the @clerk841635 account to an X Post made by user @PatrickByrne on September 5, 2025, at 8:05 p.m. in which @PatrickByrne posted, "18 USC 1519 2071 2071 371 52 USC 20701" Mr. Byrne posted this as a reply to an X post by X user @StefLambertESq who posted "REAL EVIDENCE. REAL CASE. REAL TRASH CAN WITH YOUR ELECTION RIGHT IN THE GARBAGE. EXHIBIT DD. CV-2022-000032 Moton, Hoopes, Stenstrom vs Boockvar Kathy, et al". I commented on @PatrickByrne's post "PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE WHY SHOULD NOT BE HELD IN CONTEMPT" with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit S.

AFFIDAVIT OF EMILY A. DALE

25. On September 5, 2025, at approximately 8:09 p.m. EST I replied via the @clerk841635 account to an X post made by user @PatrickByrne on September 5, 2025, at 7:15 p.m. in which @PatrickByrne posted, "Mistake. All 2020 election systems' hard drives were wiped written-over with a 'Golden Image' with one exception: Fulton County, Pennsylvania's election systems were by judicial order sent to be stored untouched in Pro V&V's Alabama warehouse." with a link to a news story by thegatewaypundit.com. I commented on @PatrickByrne's post "PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT" with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit T.

26. On September 5, 2025, at approximately 8:35 p.m. EST I replied via the @clerk841635 account to an X post made by user @PatrickByrne on September 12, 2025, at 8:34 p.m. in which @PatrickByrne posted, "How Elections Are Stolen with Ralph Pezzullo and Gary Bertsen youtu.be/-NzjzMvDJzQ?si…via @Youtube". I commented on @PatrickByne's post "FEDERAL JUDGE ORDERS PATRICK BYRNE TO SHOW CAUSE OR BE HELD IN CONTEMPT" with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit U.

27. I received a reply to the above post I made from X user Donald Anderson @DonaldA_Iowa on September 5, 2025, at 9:51 p.m. stating, "And this has

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP

WHAT to do with elections? So Byrne and the cokehead have a dispute. Whatever." *See* Exhibit V.

28. On September 6, 2025, at approximately 11:26 a.m. EST I replied via the @clerk841635 account to an X post made by @PatrickByrne on September 6, 2025, at 9:16 a.m. in which @PatrickByrne posted, "open.substack.com/pub/prayingman…". I commented on @PatrickByrne's post, "PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE OR BE HELD IN CONTEMPT" with five screenshots of the Order. I used the "tag" feature on X to tag @Patrick Byrne in my post. *See* Exhibit W.

29. I affirm that all the above posts were made by me with the intention of putting the Defendant in this case, Mr. Patrick Byrne, on notice of his opportunity to show cause why he should not be held in contempt, in accordance with this Court's Order.

FURTHER AFFIANT SAYETH NOT.

_____
Emily A. Dale

SWORN TO BEFORE ME

This ___ day of _September___, 2025.

_____
Notary Public for South Carolina

My Commission Expires: _July 25, 2032___

**AFFIDAVIT OF EMILY A. DALE**

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP

# EXHIBIT A

## (Profile of @clerk841635)



**clerk**
44 posts

**clerk**    ✔ Get verified

@clerk841635

🗓 Joined March 2025

**1** Following    **2** Followers

Set up profile

# EXHIBIT B

(Profile of @PatrickByrne)



## Patrick Byrne ✔

@PatrickByrne

Constitutional republicanism & blockchain.
I mute at 1st sign of stupid.

enemywithindocuseries.com
americaproject.com/become-a-membe...

💼 Entrepreneur   📍 Inside Deep State's OODA-Loop
⌀ rumble.com/v5jq48a-the-en...   📍 Born November 29
📅 Joined September 2013

**3,395** Following   **403.4K** Followers   **29** Subscriptions

Not followed by anyone you're following

| Posts | Replies | Subs | Highlights | Media |
|-------|---------|------|------------|-------|

📌 Pinned

**Patrick Byrne** ✔ @PatrickByrne · Aug 6                    ⌀ ···



youtube.com
I Told You So - Conspiracy Music Guru (BANNED o...
MERCH:
https://www.conspiracymusicguru.com/category/t...

💬 25        🔁 74        ♡ 230        📊 99K        🔖  ⬆

# EXHIBIT C

(August 29, 2025 comment and tag of @PatrickByrne)



**Patrick Byrne** ✓ @PatrickByrne · Aug 29

Yes

>  **Vivid.** 🔳 ✓ @VividProwess · Aug 29
>
> BREAKING: Benjamin Netanyahu says Israel will release part of the
> October 7 massacre footage for the first time for the world to see.
>
> Is this the right decision?

💬 38          ♻ 50          ♡ 196          📊 10K

**clerk**
@clerk841635



1:16 PM · Aug 29, 2025 · **64** Views

# Post

Is this the right decision?

💬 38          🔁 50          ♡ 196          📊 10K          🔖 ⬆️

**clerk**
@clerk841635                                                    ⊘  ...



1:16 PM · Aug 29, 2025 · **66** Views

📊 View post engagements

💬 1          🔁          ♡          🔖          ⬆️

**Post your reply**                                             Reply

**clerk** @clerk841635 · Aug 29                                ⊘  ...
@PatrickByrne

💬 1          🔁          ♡          📊 30          🔖 ⬆️

# EXHIBIT D

(Comment to post by Fred Riva @FredricoVI)

7:34





← **Post** •••



**clerk**
@clerk841635



The document image shows a court order with the following readable text:

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| | |
|---|---|
| Daniel Tamayo | CourtSmart |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

Proceedings:    ORDER TO SHOW CAUSE WHY DEFENDANT PATRICK BYRNE
SHOULD NOT BE SANCTIONED OR HELD IN CIVIL CONTEMPT

**I.    Introduction**

The Court hereby orders Patrick Byrne, to show cause why additional sanctions should not be ordered for failure to comply with discovery, and why Defendant should not be held in civil contempt for violation of multiple court orders.

Before issuing a formal finding of contempt and imposing further sanctions, the Court issues this order to show cause so that Defendant may have notice and an opportunity to be heard on the matter.

**II.    Background**

However, in direct violation of the Court's order from July 30, Defendant has provided neither email nor physical address to Plaintiff and remains unresponsive to Plaintiff and the Court. *See* ECF No. 327 ("Appl." at 3:9-11). This behavior by Defendant has hindered Plaintiff's attempts to conduct the court-ordered limited discovery. Moreover, at the status conference on August 18, 2025, Defendant again failed to personally appear, in direct violation of the Court's order. ECF No. 326.

**III.    Discussion**

Considering Defendant's pattern of dilatory behavior, failure to comply with discovery, and repeated violations of court orders, the Court now considers further sanctions.

**A.    Sanctions for Failure to Comply with Discovery**

The Federal Rules of Civil Procedure ("FRCP") mandate that all parties comply with discovery. *See* Fed. R. Civ. P. 37. As such, when a party fails to obey an order to provide or permit discovery, the court when the action is pending may issue further orders, including: (1) directing that designated facts be taken as established for purposes of the action, (2) prohibiting the disobedient party from supporting or opposing designated claims or defenses, (3) striking pleadings in whole or in part, (4) staying further proceedings, (5) dismissing the action in whole or in part, (6) rendering a default judgment against the disobedient party, or (7) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination. Fed R. Civ. P. 37(b)(2)(A).

In the August 5 order, this Court sanctioned Defendant for dilatory conduct at trial by reopening

proceedings, Defendant's lead trial attorney was Michael Murphy. *See* ECF No. 68. However, on the morning of trial, Defendant terminated Mr. Murphy without warning, delaying proceedings at the expense of Plaintiff and this Court. Defendant initially attempted to replace Mr. Murphy with three new lawyers: Eric Neff, Tom Yu, and Stefanie Lynn Lambert Junttila. ECF Nos. 290, 291, 292. Ms. Lambert was not a member of the California Bar, and her application to appear pro hac vice could not be granted due to her recent history of unethical conduct, which gave the Court reason to doubt she would abide by the Court's rules and practices. ECF No. 295. When Defendant learned that Ms. Lambert was not qualified to represent him in this case, Defendant also instructed Mr. Neff and Mr. Yo to remove themselves. ECF No. 311.

Moreover, Defendant himself, now unrepresented, failed to appear at trial. Accordingly, the Court issued an order to show cause why it should not enter default judgment and ordered the parties to return the next day. At that hearing, on July 30, 2025, Defendant again failed to appear. Mr. Yu, who was not authorized to represent Defendant at trial, argued on Defendant's behalf for a continuance, in lieu of default judgment. *See* ECF No. 307. After hearing arguments, the Court weighed relevant public interest factors, declined to issue default judgment, and instead allowed a continuance until October 14, 2025, so that Defendant could retain counsel. *Id.* Moreover, as a sanction for Defendant's conduct, the Court reopened limited discovery to allow Plaintiff to investigate Defendant's financial condition and correspondingly ordered Defendant to (1) provide Plaintiff with an email address for electronic service or a physical address for mail or overnight delivery service of documents, and (2) respond to any written discovery requests from Plaintiff within fourteen days. *Id.* Furthermore, on August 14, 2025, the Court set a status conference for August 18, 2025, and ordered Defendant to appear *personally*. ECF No. 318. To ensure Defendant had actual notice, the Court sent copies of the above orders to Defendant's current,

**B.    Civil Contempt for Violation of Court Orders**

It is well-established that "courts have inherent power to enforce compliance with their lawful orders through civil contempt." *Spallone v. United States*, 493 U.S. 265, 276 (1990) (quoting *Shillitani v. United States*, 384 U.S. 364, 370 (1966)). The contempt power is necessary to protect a court's ability to prevent the disruption of its proceedings and to enable it to enforce its judgments and orders. *Young v. United States*, 481 U.S. 787, 798 (1987). As such, a party may be held in civil contempt when it "fail[ed] to take all reasonable steps within [its] power to comply [with a specific and definite court order]." *Id.* (quoting In re Dual-Deck Video Cassette Recorder Antitrust Litig., 10 F.3d 693, 695 (9th Cir. 1993).

The distinction between civil and criminal contempt looks to the "character and purpose" of the sanction imposed. *Gompers v. Buck's Stove & Range Co.*, 221 U.S. 418, 441 (1911); *Lasar v. Ford Motor Co.*, 399 F.3d 1101, 1110 (9th Cir. 2005). Criminal contempt is punitive and is imposed to "vindicate the authority of the court." *Gompers*, 221 U.S. at 441. In contrast, civil contempt has a remedial purpose. *Id.* Unlike criminal contempt, civil contempt contains no willfulness requirement. *McComb v. Jacksonville Paper Co.*, 336 U.S. 187, 191 (1949). However, a finding of civil contempt must be supported by clear and convincing evidence. *In re Dyer*, 32 F.3d 1178, 1190-91 (9th Cir. 2003).

Defendant Byrne appears to have failed to take all reasonable steps within his power to comply with two specific and definite orders issued by this court. First, Defendant—after terminating all his attorneys without warning on the day of trial—failed to comply, despite notice, with an order for sanctions

**1:16 PM · 8/29/25 · 25 Views**

💬 2     ↻     ♡     🔖     ⬆️

**Most relevant replies** ⌄



**clerk** @clerk841635 · 6h
@PatrickByrne

💬     ↻     ♡     ᴵˤᵗ 5     🔖     ⬆️



**Fred Riva** @FedericoVII · 3h    •••
it's a warning to shape up or face penalties that could tilt the case toward Hunter. he can't show defamation if you were acting in good faith. Best get your legal lot sorted Pat.

💬     ↻     ♡     ᴵˤᵗ 3     🔖     ⬆️

Post your reply

🏠     🔍     ⊘     🔔     ✉️

# EXHIBIT E

## (September 3, 2025 comment)



These stories use the phrase, "money laundering".

The correct word is, "embezzlement".

>  **Wall Street Apes** ✓ @WallStreetApes · Sep 1
>
> EXPOSED 🚨 Democrats in Michigan have been creating thousands of fake jobs and then laundering that money back to themselves
>
> "We just had to cut 4,277 phantom jobs. You guys realize what a scandal this is? People should be prosecuted for taking money that w...
>
> Show more
>
> 
>
> **Watch again**
>
> VALUE FOR
> MI DOLLARS
> BUDGET
>
> 0:00

💬 37          🔁 592          ♡ 1.1K          ‖ᵢ 20K          🔖  ⤒

 **clerk**
@clerk841635                                                    ∅  ⋯



Post

Reply

"We just had to cut 4,277 phantom jobs. You guys realize what a scandal this is? People should be prosecuted for taking money that w...
Show more

37 592 1.1K 20K

**clerk**
@clerk841635

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Deputy Clerk — Court Reporter / Recorder

Attorneys Present for Plaintiffs: N/A — Attorneys Present for Defendants: N/A

Proceedings: ORDER TO SHOW CAUSE WHY DEFENDANT PATRICK BYRNE SHOULD NOT BE SANCTIONED OR HELD IN CIVIL CONTEMPT

I. Introduction

II. Background

III. Discussion

A. Sanctions for Failure to Comply with Discovery

B. Civil Contempt for Violation of Court Orders

8:37 AM · Sep 3, 2025 · **33** Views

# EXHIBIT F

(September 3, 2025 comment and tag of @PatrickByrne)

 **Patrick Byrne** @PatrickByrne · Sep 2
So it's a minstrel show.



🤡 **Clown World ™** 🤡 ✓ @ClownWorld_ · Sep 2
How it started vs How it's going

0:22

💬 36        🔁 63        ♡ 199        📊 12K        🔖  ⬆️

---

 **clerk**
@clerk841635

Ø  •••



👤 Patrick Byrne

Clown World

How it started vs How it's going



0:29

○ 36          ⇄ 63          ♡ 199          �archive 12K          🔖  ↑



clerk
@clerk841635

⌀ · · ·



Patrick Byrne

8:38 AM · Sep 3, 2025 · **15** Views

# EXHIBIT G

## (September 3, 2025 comment and tag of @PatrickByrne)

**Patrick Byrne** @PatrickByrne · Sep 2
Because Black Lives Matter.



○ 15        ⊏⊐ 18        ♡ 107        �ᴉ⃒ 6.6K



**clerk**
@clerk841635

 

👤 Patrick Byrne

# EXHIBIT H

(September 3, 2025 comment and tag of @PatrickByrne)



**Patrick Byrne** ✓
@PatrickByrne

Subscribe

President Trump should emphasize that, along with involvement in cartels or a violent crime, the fastest way for an illegal to get a one-way ticket out of the USA is to vote.



🇺🇸**RealRobert**🇺🇸 ✓  @Real_RobN · Sep 1

CONSPIRACY NO MORE:

This is the State of Arizona:

Non citizens, illegal aliens, border crossers, asylum seekers, refugees and MS...

Show more

5:29   I can bring you a form to register to vote.

The Oversight Project

FRIGHTS FOOD & FUN

10:32 AM · Sep 2, 2025 · **12.9K** Views

 17      211      449      17   ⬆️

 Post your reply    Reply

**clerk** @clerk841635 · Sep 3   ∅  ···






FRIGHTS FOOD & FUN

3:44     I'd like to know a bit more about it.

10:32 AM · Sep 2, 2025 · **12.9K** Views

💬 17          ⟲ 211          ♡ 449          🔖 17          ↥

 Post your reply                    **Reply**

 **clerk** @clerk841635 · Sep 3                    ∅  ⋯




Patrick Byrne

💬          ⟲          ♡          ᴵlıl 10          🔖  ↥

# EXHIBIT I

(September 3, 2025 comment and tag of @PatrickByrne)

Post     Reply



**Patrick Byrne** ✔ @PatrickByrne · Sep 1

Never forget. We Jiu-Jitsu'd our way out of it this time but we won't again. So remember: among us there live demons who want to spring tyranny on us if the opportunity presents.



 **Kevin Bass PhD MS** ✔ @kevinnbass · Sep 1

 Just three years ago, 30% of Democrats believed that children should be taken away from unvaccinated parents.

Nearly 50% of Democrats believed that the …

💬 49          🔁 294          ♡ 842          📊 28K          🔖  ⬆️

 **clerk**
@clerk841635

Ø  · · ·

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Daniel Tamayo | | Courtsmart |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |
| **Proceedings:** | ORDER TO SHOW CAUSE WHY DEFENDANT PATRICK BYRNE SHOULD NOT BE SANCTIONED OR HELD IN CIVIL CONTEMPT | |



**Kevin Bass PhD MS** ✔ @kevinnbass · Sep 1



Just three years ago, 30% of Democrats believed that children should be taken away from unvaccinated parents.

Nearly 50% of Democrats believed that the ...

💬 49          🔁 294          ♡ 842          📊 28K          🔖  ⬆️

 **clerk**
@clerk841635                                                    Ø  ...



👤 Patrick Byrne

8:52 AM · Sep 3, 2025 · **6** Views

# EXHIBIT J

## (September 3, 2025 comment and tag of @PatrickByrne)



# Post

Reply

 **Patrick Byrne** ✓ @PatrickByrne · Sep 1    Ø  ···

Pete has finished his homework assignment and you can expect me to be
on this week.

> 🧔 **Pete Santilli** 🇮🇹 ✓ @petersantilli · Sep 1
>
> Just finished reading  Patrick Byrne'syrne  "DANGER CLOSE" book.  It
> was a homework assignment @PatrickByrne gave me in advance of our
> upcoming interview; which I enthusiastically accepted when he teased
> that there was some very important information contained in the book
> which
>
> Show more
>
> 
>
> FOREWORD BY
> GENERAL MICHAEL T. FLYNN
>
> DANGER CLOSE
> *Domestic Extremist #1*
> *Comes Clean*
> PATRICK BYRNE
> PREFACE BY MARIA BUTINA

💬 21          ↻ 78          ♡ 268          ᧕ 14K          🔖  ⬆

 **clerk**                                                    Ø  ···
@clerk841635





💬 21          🔁 78          ♡ 268          📊 14K



**clerk**
@clerk841635



 Patrick Byrne

8:53 AM · Sep 3, 2025 · **5** Views

# EXHIBIT K

(September 3, 2025 comment and tag of @PatrickByrne)

**Patrick Byrne** ✓
@PatrickByrne


Subscribe    ⊘    •••

Nothing says, "I stand behind my work" like announcing your Parkinson's diagnosis when asked to testify regarding the commission you ran that held up the country for one presidency.



Mueller Announces Parkinson's Diagnosis, Will Not Testify In Epstein Investigation

From zerohedge.com

9:19 AM · Sep 1, 2025 · **14.9K** Views

💬 67        ↻ 324        ♡ 1K        🔖 20        ⬆️


Post your reply                            **Reply**

**clerk** @clerk841635 · Sep 3                            ⊘    •••



Post



**Mueller Announces Parkinson's Diagnosis, Will Not Testify In Epstein Investigation**

From zerohedge.com

9:19 AM · Sep 1, 2025 · **14.9K** Views

💬 67        🔁 324        ♡ 1K        🔖 20        ⬆️



Post your reply                                    **Reply**

---



**clerk** @clerk841635 · Sep 3                                    ⊘ · · ·

Patrick Byrne

💬        🔁        ♡        📊 4        🔖 ⬆️

# EXHIBIT L

## (September 3, 2025 comment and tag of @PatrickByrne)



**Patrick Byrne** ✓ @PatrickByrne · Aug 31

🤣😂🤣😂

Correct. In the name of, "protecting democracy."

>  **Sean Davis** ✓ @seanmdav · Aug 31
>
> Which can only mean one thing: the leaders of those parties are about to get arrested by the governments of the U.K., France, and Germany.
> x.com/TheInsiderPape...

○ 12          ⟳ 38          ♡ 146          �1ll 14K          🔖  ⬆️

 **clerk**
@clerk841635

 **Patrick Byrne**

8:54 AM · Sep 3, 2025 · **4** Views

# EXHIBIT M

# (September 3, 2025 comment and tag of @PatrickByrne)



**Post**

**Patrick Byrne** ✓
@PatrickByrne

**Subscribe**  Ø  •••

2012-2019 I grew increasingly dismayed at what B.A. represented. Over those years undergrads turned to dogshit intellectually, practiced only at regurgitating bromides and saying, "I don't feel safe". Zero analytic skills.



AI Found To Increasingly Replace Young Entry-Level Workers, Stanford Research Shows

From zerohedge.com

10:56 AM · Aug 30, 2025 · **6,028** Views

💬 21       ↻ 53       ♡ 149       🔖 4       ↑

  Post your reply       **Reply**

  **clerk** @clerk841635 · Sep 3       Ø  •••



# Post



**AI Found To Increasingly Replace Young Entry-Level Workers, Stanford Research Shows**

From zerohedge.com

10:56 AM · Aug 30, 2025 · **6,028** Views

💬 21　　🔁 53　　♡ 149　　🔖 4

 **Post your reply**　　**Reply**

**clerk** @clerk841635 · Sep 3



Patrick Byrne

💬　　🔁　　♡　　📊 4

# EXHIBIT N

## (September 3, 2025 comment and tag of @PatrickByrne)

**Post**



**Patrick Byrne** ✔ @PatrickByrne · Aug 30

Aren't we tired of this? There's a gay guy inside the DOJ who writes plays about gay men closeted together. More power to him.

But now he's doubling down on defending the most unjust DOJ prosecutions in living memory.

NEWSFLASH: The J6 protesters turned out to be correct!



**LindellTV** ✔ @RealLindellTV · Aug 29

🚨 DOJ moves to dismiss the $100M Proud Boys lawsuit 🚨

DIRTY DOJ EXPOSE!!! We name names!!

DOJ attorney Siegmund F. Fuchs just filed paperwork to kill the case ...

Show more

**Cara Castronuova**
White House Correspondent

4:30

💬 22        ↻ 161        ♡ 385        ᴉᴉᴉ 12K        🔖   ⬆



**clerk**
@clerk841635

# Post

Reply



Noble
X @NOBLE0NE

Jeremy

1:59  DOJ'S J6 WITNESS SAYS THEY COERCED HIM TO LIE ON STAND

💬 22          🔁 161          ♡ 385          �404 12K



**clerk**
@clerk841635

  ···

 **Patrick Byrne**

8:56 AM · Sep 3, 2025 · **4** Views

�404 View post engagements

# EXHIBIT O

(September 3, 2025 comment and tag of @PatrickByrne)



**Patrick Byrne** @PatrickByrne · Aug 30

This is the guy who has been deciding for parents what should be considered "normal" when weighing the costs and benefits of various health interventions like vaccines.

>  **Liz Churchill** @liz_churchill10 · Aug 29
>
> This was the Satanic Filth that was embedded at the CDC that made guidelines for your child's 'health' which included Sexual Mutilation, Sterilization and forced Bill Gates 'Vaccines' that cause Cancer.
>
> 

○ 77          ⟲ 460          ♡ 916          �features 32K          □ ⬆



**clerk**
@clerk841635



# Post



💬 77    🔁 460    ♡ 916    📊 32K    🔖    ⬆️

 **clerk**  ⊘  •••
@clerk841635



 Patrick Byrne

8:57 AM · Sep 3, 2025 · **4** Views

📊 View post engagements

# EXHIBIT P

(September 3, 2025 comment and tag of @PatrickByrne)

# Post

← Reply

**Patrick Byrne** ✓
@PatrickByrne

Subscribe  Ø  ···

A key demand I would add:

COUNT the ballots where they are CAST.

> **General Mike Flynn** ✓  @GenFlynn · Aug 31
>
> ATTENTION!
>
> Subject: Make Elections Secure Again (#MESA)
>
> @realDonaldTrump this MESA Bill would be a nod to @realtinapeters for her ...
> Show more
>
> There's a new version of this post

10:32 AM · Aug 31, 2025 · **6,983** Views

💬 26     ⟲ 90     ♡ 305     🔖 3     ⬆️

Post your reply     **Reply**

**clerk** @clerk841635 · Sep 3     Ø  ···



Patrick Byrne

# EXHIBIT Q

## (September 3, 2025 comment and tag of @PatrickByrne)



**Patrick Byrne** ✓ @PatrickByrne · Sep 3

Super dishonorable behavior.

---

🔵 **kevin blue** @kevinblue345 · Sep 3

BREAKING: Kansas City, Missouri where only white people invovled in a deadly fight and MASS SHOOTING—2 DEAD, 3 Clinging To LIFE After Fight Turns DEADLY With 60 ROUNDS FIRED After Argument Over Girl After Bars Closed! WHY The MEDIA SILENCE



2:08

💬 25        🔁 25        ♡ 100        📊 13K        🔖 

---

 **clerk**

@clerk841635                                             ...



BREAKING: Kansas City, Missouri where only white people involved in a deadly fight and MASS SHOOTING—2 DEAD, 3 Clinging To LIFE After Fight Turns DEADLY With 60 ROUNDS FIRED After Argument Over Girl After Bars Closed! WHY The MEDIA SILENCE



1:16

○ 25          ⬭ 25          ♡ 100          ▥ 13K

**clerk**
@clerk841635





Patrick Byrne

10:53 PM · Sep 3, 2025 · **13** Views

# EXHIBIT R

(September 5, 2025 comment and tag of @PatrickByrne)



Tina Peters rots in prison for PRESERVING election records.

Behold two short videos of James Zigglehoffer & Thomas Gallagher
DESTROYING the Delaware County, Pennsylvania 2020 election records.

They not only still walk free, they still run elections there! WTF?

rtw



**Stefanie Lambert Esq** @StefLambertEsq · Mar 7, 2022
WATCH THIS! REAL EVIDENCE. REAL PENDING CASE. EXHIBIT EE2.

CV-2022-000032 Moton, Hoopes, Stenstrom vs Boockvar, Kathy et al

Para 242: "Ziegelhoffer justified his actions of disposing of the tapes ...

`0:23`

💬 116          🔁 2.3K          🤍 3.4K          📊 62K          🔖  ⬆️

**clerk**                                                          ∅  ···
@clerk841635

PATRICK BYRNE @PatrickByrne ORDERED BY FEDERAL TO SHOW
CAUSE WHY HE SHOULD NOT BE SANCTIONED OR HELD IN
CONTEMPT



| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Daniel Tanoye | | Courtsmart |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

proceedings, Defendant's lead trial attorney was Michael Murphy. See ECF No. 68. However, on the
morning of trial, Defendant terminated Mr. Murphy without warning, delaying proceedings at the expense
of Plaintiff and the Court. Defendant initially attempted to replace Mr. Murphy with three new lawyers:
Eric Neff, Tom Yu, and Stefanie Lynn Lambert Juettila. ECF Nos. 290, 291, 292. Ms. Lambert was not a
member of the California Bar, and her application to appear pro hac vice could not be granted due to her
recent history of unethical conduct, which gave the Court reason to doubt she would abide by the Court's
rules and practices. ECF No. 295. When Defendant learned that Ms. Lambert was not qualified to represent



`0:12`

💬 116    🔁 2.3K    ♡ 3.4K    ᴵᥴᵢ 62K    🔖 ⬆️



**clerk**
@clerk841635    Ø  •••

PATRICK BYRNE @PatrickByrne ORDERED BY FEDERAL TO SHOW
CAUSE WHY HE SHOULD NOT BE SANCTIONED OR HELD IN
CONTEMPT



 Patrick Byrne

8:04 PM · Sep 5, 2025 · **22** Views

# EXHIBIT S

(September 5, 2025 comment and tag of @PatrickByrne)



18 USC 1519 2071 2071 371
52 USC 20701



Stefanie Lambert Esq @StefLambertEsq · Mar 7, 2022

REAL EVIDENCE. REAL CASE. REAL TRASH CAN WITH YOUR ELECTION
RIGHT IN THE GARBAGE. EXHIBIT DD

CV-2022-000032 Moton, Hoopes, Stenstrom vs Boockvar, Kathy et al
...

`0:21`

💬 6          ↻ 73          ♡ 163          �archive 9.4K          🔖 ⬆



**clerk**
@clerk841635                                                        Ø ···

PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE WHY
SHOULD NOT BE HELD IN CONTEMPT





⋯

0:06

💬 6          🔁 73          ♡ 163          ᐧ|ᐧ| 9.4K          🔖  ⬆

 **clerk**                                          ⊘  ⋯
@clerk841635

# PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE WHY SHOULD NOT BE HELD IN CONTEMPT



 Patrick Byrne

8:07 PM · Sep 5, 2025 · **14** Views

# EXHIBIT T

(September 5, 2025 comment and tag of @PatrickByrne)

**Patrick Byrne** ✔
@PatrickByrne

Mistake.

All 2020 election systems' hard drives were wiped written-over with a "Golden Image" with one exception: Fulton County, Pennsylvania's election systems were by judicial order sent to be stored untouched in Pro V&V's Alabama warehouse.



Jasper County, MO

Developing: Trump's DOJ Seeks Access to Voting Equipment Used by Missouri Clerks F...

From thegatewaypundit.com

7:15 PM · Sep 5, 2025 · **14.2K** Views

| 💬 25 | ↻ 189 | ♡ 495 | 🔖 30 | ↑ |

Post your reply

**Reply**

**clerk** @clerk841635 · Sep 5

PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT





Developing: Trump's DOJ Seeks Access to Voting Equipment Used by Missouri Clerks F...

From thegatewaypundit.com

7:15 PM · Sep 5, 2025 · **14.2K** Views

💬 25          ↻ 189          ♡ 495          🔖 30          ↥

---

Post your reply                                          **Reply**

---

clerk @clerk841635 · Sep 5                                     ⌀ ···

PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE WHY HE
SHOULD NOT BE HELD IN CONTEMPT

Patrick Byrne

💬 1          ↻          ♡ 1          ᇞ 36          🔖 ↥

---

clerk @clerk841635 · Sep 5                                     ⌀ ···

# EXHIBIT U

(September 5, 2025 comment and tag of @PatrickByrne)

**Patrick Byrne** ✓
@PatrickByrne                              Subscribe  ∅  ···

How Elections Are Stolen with Ralph Pezzullo and Gary Berntsen
youtu.be/-NzjzMvDJzQ?si... via @YouTube



youtube.com
How Elections Are Stolen with Ralph Pezzullo and Gary Be...
Adam Carolla is on tour! For dates, tickets and more go to
http://adamcarolla.com!On this episode of The Adam ...

8:34 PM · Sep 5, 2025 · **11.9K** Views

💬 15            ↩ 81            ♡ 147            🔖 32            ↑

⬤  Post your reply                                          **Reply**

**clerk** @clerk841635 · Sep 5                               ∅ ···
FEDERAL JUDGE ORDERS PATRICK BYRNE TO SHOW CAUSE OR BE HELD
IN CONTEMPT



Patrick Byrne

💬 1            ↩            ♡            �"l⼁ 26            🔖 ↑

# **EXHIBIT V**

(Reply from Donald Anderson
@DonaldA_Iowa to post on
September 5, 2025)

youtube.com
How Elections Are Stolen with Ralph Pezzullo and ...
Adam Carolla is on tour! For dates, tickets and more
go to http://adamcarolla.com!On this episode of T...

RALPH PEZZULLO &
GARY BERNTSEN

💬 15          ↻ 81          ♡ 147          ‖ 11K          🔖  ⬆

**clerk** @clerk841635 · Sep 5                                   ⊘  ···

FEDERAL JUDGE ORDERS PATRICK BYRNE TO SHOW CAUSE OR BE HELD
IN CONTEMPT

Patrick Byrne

💬 1          ↻          ♡          ‖ 25          🔖  ⬆

**D**  **Donald Anderson**                                       ⊘  ···
      @DonaldA_Iowa

And this has WHAT to do with elections? So Byrne and the cokehead
have a dispute. Whatever.

9:51 PM · Sep 5, 2025 · **8** Views

💬          ↻          ♡          🔖          ⬆

Post your reply                                          Reply

# EXHIBIT W

(September 6, 2025 comment and tag of @PatrickByrne)



@PatrickByrne

open.substack.com/pub/prayingman...

9:16 AM · Sep 6, 2025 · **6,338** Views

💬 10          🔁 19          ♡ 57          🔖 5          ⬆️



Post your reply                                    **Reply**

clerk @clerk841635 · Sep 6                          ⌀  ···

PATRICK BYRNE ORDERED BY FEDERAL JUDGE TO SHOW CAUSE OR BE
HELD IN CONTEMPT



Patrick Byrne

💬 1          🔁          ♡          ▎▎ 7          🔖 ⬆️

clerk @clerk841635 · Sep 6                          ⌀  ···





Case 2:23-cv-09430-SVW-PD    Document 330    Filed 08/28/25    Page 5 of 5    Page ID
#:7847

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-09430-SVW-PD | Date | August 28, 2025 |
|---|---|---|---|
| Title | Robert Hunter Biden v. Patrick M. Byrne | | |

that required Defendant provide Plaintiff with an email or physical address for service of documents and
respond to written discovery requests from Plaintiff within fourteen days. ECF No. 307. Furthermore,