## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION FOR SANCTIONS**<br><br>[*Request to Appear Remotely; and Declaration of Bryan M. Sullivan filed and served concurrently herewith*]<br><br>Date: September 29, 2025<br>Time: 1:30 P.M.<br>Crtrm.: 10A<br><br>Judge: Hon. Stephen V. Wilson |

5824296.1

**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION FOR SANCTIONS**

# [PROPOSED] ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Request for Counsel to Appear Remotely for the September 29, 2025 Hearing on Plaintiff Robert Hunter Biden's Motion For Sanctions ("Request") in this case, and finding good cause therefor, hereby orders as follows:

1. The Request is Granted.
2. Plaintiff's Counsel, Bryan M. Sullivan, Esq., may appear remotely for the September 29, 2025 Hearing at 1:30 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

**OR**

1. _____
   _____
   _____
   _____.

Dated: _____        _____
                              HON. STEPHEN V. WILSON
                              UNITED STATES DISTRICT COURT JUDGE

5824296.1

2

[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION FOR SANCTIONS