1  Richard A. Harpootlian, *pro hac vice*
   rah@harpootlianlaw.com
2  Phillip Barber, *pro hac vice*
   pdb@harpootlianlaw.com
3  RICHARD A. HARPOOTLIAN, PA
   1410 Laurel Street
4  Columbia, South Carolina 29201
   Telephone: (803) 252-4848
5  Facsimile: (803) 252-4810

6  BRYAN M. SULLIVAN (SBN 209743)
   bsullivan@earlysullivan.com
7  ZACHARY C. HANSEN (SBN 325128)
   zhansen@earlysullivan.com
8  EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
   6420 Wilshire Boulevard, 17th Fl.
9  Los Angeles, California 90048
   Telephone: (323) 301-4660
10 Facsimile: (323) 301-4676

11 Attorneys for PLAINTIFF
   ROBERT HUNTER BIDEN

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S NOTICE OF LODGING OF PROPOSED ORDER ON APPLICATION FOR A BENCH WARRANT FOR THE ARREST OF DEFENDANT PATRICK M. BYRNE**<br><br>Complaint Filed: November 8, 2023<br>Trial Date: October 14, 2025 |

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED ORDER ON APPLICATION FOR A BENCH WARRANT FOR THE ARREST OF PATRICK M. BYRNE**

**PLEASE TAKE NOTICE** that Plaintiff Robert Hunter Biden, hereby lodges the requested Proposed Order on Application for a Bench Warrant for the Arrest of Patrick M. Byrne attached hereto as **Exhibit A**.

Dated: September 16, 2025

RICHARD A. HARPOOTLIAN, PA

By: */s/ Richard A. Harpootlian*

Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Plaintiff
Robert Hunter Biden*

**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED ORDER ON APPLICATION FOR A BENCH WARRANT FOR THE ARREST OF PATRICK M. BYRNE**