# EXHIBIT A

(Proposed Order)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　　Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S APPLICATION FOR A BENCH WARRANT FOR THE ARREST OF DEFENDANT PATRICK M. BYRNE**<br><br>Complaint Filed: November 8, 2023<br>Trial Date: October 14, 2025 |

5819807.1

**[PROPOSED] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S APPLICATION FOR A BENCH WARRANT FOR THE ARREST OF DEFENDANT PATRICK M. BYRNE**

# [PROPOSED] ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Ex Parte Application for a Bench Warrant for the Arrest of Defendant Patrick M. Byrne and the attached Affidavit of Emily A. Dale ("Request") in this case, and finding good cause therefor, hereby orders as follows:

1. The Request is Granted.

**OR IT IS HEREBY ORDERED** as follows:

_____
_____
_____
_____
_____
_____

**IT IS SO ORDRERED.**

Dated: _____    _____

                                            Hon. Stephen V. Wilson
                                  UNITED STATES DISTRICT COURT JUDGE

