**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ROBERT HUNTER BIDEN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-09430-SVW-PD |
| v. | |
| PATRICK M. BYRNE | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/13/2025 | 331 | Ex Parte |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Counsel shall immediately file the Proposed Document via CM/ECF and email a Microsoft Word version of the Proposed Order to the chambers email address.

Dated: 9/16/2025    By: _____
U.S. District Judge / U.S. Magistrate Judge