Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip D. Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING ON PLAINTIFF ROBERT HUNTER BIDEN'S MOTION FOR SANCTIONS**<br><br>[*Declaration of Richard A. Harpootlian filed and Proposed Order and filed concurrently herewith*]<br><br>Date: September 29, 2025<br>Time: 1:30 P.M.<br>Crtrm.: 10A<br><br>Judge: Hon. Stephen V. Wilson |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,** Plaintiff Robert Hunter Biden ("Plaintiff") hereby respectfully requests permission from this Court for his Counsel, Richard A. Harpootlian, to appear remotely by way of videoconference (e.g. Zoom) for the hearing. Good cause exists to grant this request because Mr. Harpootlian is unable to be in the State of California on Monday, September 29, 2025, due to the fact that he resides in South Carolina and has professional obligations that prevent him from traveling to California and attending the Hearing in person at that time, for which he received notice on September 15, 2025. Accordingly, Plaintiff respectfully requests that the Court grant this request for Mr. Harpootlian to appear remotely by videoconference at the Hearing.

Dated: September 22, 2025

*s/Richard A. Harpootlian*
Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip D. Barber, *pro hac vice*
Pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorney for Plaintiff*
*Robert Hunter Biden*



5810484.1

2

**PLAINITFF'S REQEUST FOR COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING**

# DECLARATION OF RICHARD A. HARPOOTLIAN

I, Richard A. Harpootlian, declare and state as follows:

1. I am counsel of record for Plaintiff Robert Hunter Biden ("Plaintiff") in the above entitled action and am over the age of 18. I hereby submit this declaration in support of Plaintiff's Request for Counsel to Appear Remotely for the haring scheduled in this case for September 29, 2025, at 1:30 p.m.. If called as a witness, I would and could testify to the matters contained herein.

2  I have prepared for trial and appeared for trial on July 29, 2025. I will be participating as trial counsel in the trial which was rescheduled for October 14, 2025 and therefore my participation at the Hearing is necessary.

2. I received notice on September 15, 2025, of the September 29, 2025 hearing and am unable to be in the State of California on September 29 because I reside in South Carolina and have professional obligations that prevent me from traveling to California and attending the Conference in person.

I declare under penalty of perjury under the laws of the United States of America and the forgoing is true and correct. Executed on this 22st day of September, 2025, at Columbia, South Carolina.

*s/Richard A. Harpootlian*
Richard A. Harpootlian
