UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　　Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ROBERT HUNTER BIDEN'S REQUEST FOR COUNSEL TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING<br><br>[*Request to Appear Remotely; and Declaration of Richard A. Harpootlian filed and served concurrently herewith*]<br><br>Date: September 29, 2025<br>Time: 1:30 P.M.<br>Crtrm.: 10A<br><br>Judge: Stephen V. Wilson |

5819807.1

## [PROPOSED] ORDER

This Court, having read and considered Plaintiff Robert Hunter Biden's ("Plaintiff") Request for Counsel to Appear Remotely for the September 29, 2025 Hearing on Plaintiff Robert Hunter Biden's Motion for Sanctions ("Request") in this case, and finding good cause therefor, hereby orders as follows:

1. The Request is Granted.
2. Plaintiff's Counsel, Richard A. Harpootlian, Esq., may appear remotely for the September 29, 2025 Hearing at 1:30 p.m. via remote videoconferencing means through the Court's Zoom link on the Court's website.

Dated: September 24, 2025

_____
Hon. Stephen V. Wilson
UNITED STATES DISTRICT COURT JUDGE

5819807.1

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR COUNSEL RICHARD A. HARPOOTLIAN TO APPEAR REMOTELY FOR SEPTEMBER 29, 2025 HEARING