UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-09430-SVW-PD | Date: | September 29, 2025 |
| Title: | Robert Hunter Biden v. Patrick M. Byrne | | |

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Sullivan | Patrick M. Byrne, PRO SE **(not present)** |
| Zachary Hansen | |
| Phillip Barber | |

**Proceedings:** ZOOM - MOTION for Sanctions Against Defendant Patrick M. Byrne Based on the Court's August 5, 2025, Order filed by Plaintiff [328]

Court and counsel confer. Defendant not present. For the reasons stated on the record, the Court ORDERS the following:

- The Motion for Sanctions [328] is taken **GRANTED.**
- The Plaintiffs are to file their documents to move for Default Judgment.

: 10

CV-90 (12/02)   CIVIL MINUTES - GENERAL   Initials of Deputy Clerk DTA