Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN (SBN 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (SBN 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S *EX PARTE* APPLICATION FOR AN ENTRY OF DEFAULT AS TO DEFENDANT PATRICK M. BYRNE**<br><br>Complaint Filed:   November 8, 2023 |

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ENTRY OF DEFAULT**

1   **PLEASE TAKE NOTICE** that Plaintiff Robert Hunter Biden, by and through his attorneys of record, hereby applies *Ex Parte* to this Court for an order vacating the trial date in this matter and directing the Clerk of Court to enter a default as to Defendant Patrick M. Byrne, pursuant to rule 55(a) of the Federal Rules of Civil Procedure.

Since terminating his counsel on the first day of trial, Defendant has refused to appear, personally or through counsel, to defend this action and he has repeatedly violated orders of the Court. On September 29, 2025, the Court held a hearing on Plaintiff's application for sanctions. The Court granted the application for sanctions, indicated that it will place Defendant in default as a sanction for his continuing refusal to obey the orders of the Court, and directed Plaintiff to file a motion for a default judgment. ECF No. 341. Entry of a default is a prerequisite for a motion for a default judgment. L.R. 55-1 (requiring an application for a default judgment to include a declaration stating when the default was entered). Plaintiff therefore applies for an order vacating the October 14, 2025, trial date and directing the Clerk to enter Defendant's default. Plaintiff anticipates that filing the application for default judgment, which will include evidentiary submissions and expert declarations, will take about two weeks.

Notice of this application cannot be given to Defendant because he is unrepresented by counsel and has failed to provide his contact information to Plaintiff as ordered by the Court and as required by the Court's Local Civil Rules.

Dated:  October 6, 2025                    RICHARD A. HARPOOTLIAN, PA

                                           By:  */s/ Phillip D. Barber*

                                           Richard A. Harpootlian, *pro hac vice*
                                           rah@harpootlianlaw.com
                                           Phillip Barber, *pro hac vice*
                                           pdb@harpootlianlaw.com
                                           RICHARD A. HARPOOTLIAN, PA
                                           1410 Laurel Street
                                           Columbia, South Carolina 29201
                                           Telephone: (803) 252-4848
                                           Facsimile: (803) 252-4810

|    |    |
|----|----|
| 1  |    |
| 2  | BRYAN M. SULLIVAN (State Bar No. 209743) |
| 3  | bsullivan@earlysullivan.com<br>ZACHARY C. HANSEN (State Bar No. 325128) |
| 4  | zhansen@earlysullivan.com<br>EARLY SULLIVAN WRIGHT GIZER |
| 5  | & McRAE LLP<br>6420 Wilshire Boulevard, 17th Fl. |
| 6  | Los Angeles, California 90048<br>Telephone: (323) 301-4660 |
| 7  | Facsimile: (323) 301-4676 |
| 8  | *Attorneys for Plaintiff*<br>*Robert Hunter Biden* |

3

**PLAINTIFF'S *EX PARTE* APPLICATION FOR A BENCH WARRANT FOR DEFENDANT'S ARREST**