Peter Ticktin, Esq.
The Ticktin Law Group
270 S.W. Natura Avenue
Deerfield Beach, FL 33441
Switchboard:  (954) 570-6757

Stephanie L. Lambert, Esq.
Law Office of Stefanie L. Lambert PLLC
400 Renaissance Drive, 26th Flr
Detroit, Michigan 48243

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HUNTER BIDEN,** an individual,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>**PATRICK M. BYRNE,** an individual,<br><br>　　　　　　Defendant | Case No.  2:23-cv-09430<br><br>*DECLARATION OF PATRICK M. BYRNE IN SUPPORT OF MOTION FOR STAY* |

Pursuant to 28 U.S. Code § 1746, Patrick M. Byrne, (hereinafter referred to as the "DECLARANT"), states as follows:

1.　I am the Defendant in the above-captioned defamation case currently pending in the United States District Court for the Central District of California.

2. I submit this affidavit in support of the Motion to Stay proceedings pending resolution of the Petition for Writ of Mandamus regarding the denial of Stefanie Lamberts pro hac vice admission.

3. I have retained Stefanie Lambert as my counsel of choice due to her extensive experience and expertise in political abuses, particularly how irregular or improper actions influence or determine government results at odds with the will of the American people.

4. Attorney Lambert has served as a prosecutor for over a decade in Wayne County, Michigan, and to my knowledge has performed very successfully with little or no controversy or complaint.

5. Attorney Lambert has since specialized in criminal defense and political lawfare that is being used to suppress the truth that the public needs to know about the functioning of their government.

6. To my knowledge it is only when Attorney Lambert has assisted me or my colleagues in lawsuits that for some reason are controversial (they should not be, but should be common sense) about improving our elections and the functioning of our country that certain interest groups have attacked her with lawfare.

7. Because there have been so many such cases, Attorney Lambert has learned a great deal about me, my efforts and plans, my

DECLARATION OF PATRICK BYRNE ON RIGHT TO COUNSEL

preferences for approaching litigation, and the like. She has already engaged in a steep learning curve including about the tactics of those who are for some odd reason my opponents.

8. Attorney Lambert has represented me in other legal matters, and I have full confidence in her ability to provide effective and efficient representation in this case.

9. The District Court denied Attorney Lambert's for p*ro hac vice* admission to represent me in this matter.

10. The denial of Attorney Lambert's *pro hac vice* admission has significant implications for my constitutional right to counsel of choice, as her expertise is critical to my defense in this highly complex and detail-intensive case.

11. Indeed, the Court denied both of the attorneys I asked to help me, on the same day, amplifying the extent of the loss of my ability to proceed with litigation as we decide is best.

12. I respectfully request that the Court stay all proceedings in this matter until the resolution of the Appeal and Petition for Writ of Mandamus to ensure that I am afforded the opportunity to be represented by my counsel of choice.

DECLARATION OF PATRICK BYRNE ON RIGHT TO COUNSEL

13. I believe that proceeding without Attorney Lambert's representation would result in inefficiencies and potential prejudice to my defense, given her unique qualifications and familiarity with the subject matter of this case, specifically the technical aspects of the events at issue, where evidence of the Biden families' co-mingling of personal business and governance came from, how to analyze it and substantiate it, without getting distracted by deflection.

14. I have not been able to find other lawyers that understand the subject matter needed to successfully litigate this case on my behalf, including her lack of being intimidated and understanding of the process in these kinds of cases.

15. Peter Ticktin is a talented trial lawyer, but Ms. Lambert is needed to try this case due to her specialized knowledge.

16. Attorney Peter Ticktin, is knowledgeable as to the Biden family's business dealings necessary to conduct a thorough examination of witnesses, including Mr. Biden, and I would like Mr. Ticktin, and Ms. Lambert to work as a team to represent me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2025

*Patrick M. Byrne*
_____
PATRICK M. BYRNE

DECLARATION OF PATRICK BYRNE ON RIGHT TO COUNSEL