Biden v. Byrne
C/A No. 2:23-cv-09430-SVW-PD
Plaintiff Robert Hunter Biden's Motion for Entry of Default Judgment

# EXHIBIT D

# (Declaration of Phillip D. Barber)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK M. BYRNE, an individual, <br><br> Defendant. | Case No. 2:23-cv-09430-SVW-PD |

## DECLARATION OF PHILLIP D. BARBER

I, Phillip D. Barber, declare and state as follows:

1. I am counsel of record for Plaintiff Robert Hunter Biden ("Plaintiff") in the above-entitled action and am over the age of 18. I hereby submit this declaration in support of Plaintiff's Motion for a Default Judgment against Defendant Patrick M. Byrne.

2. In the above-captioned action, default was entered against Defendant Patrick M. Byrne on October 8, 2025 (ECF No. 344).

3. Default was entered as to the Complaint (ECF No. 1).

4. Defendant Byrne is not an infant or incompetent person.

5. The Servicemembers Civil Relief Act does not apply to Defendant Byrne.

6. Notice of the Motion for a Default Judgment is not required under Rule 55(b)(2) of the Federal Rules of Civil Procedure because Defendant Byrne has not appeared personally or by representative. Defendant Byrne's previous representatives have been terminated without substitution of new counsel and Defendant Byrne has refused to obey the Court's orders to retain new counsel or appear personally.

1    I declare under penalty of perjury under the laws of the United States of
2 America and the forgoing is true and correct. Executed on this 18th day of November
3 2025, at Columbia, South Carolina.

                                                */s/ Phillip D. Barber*
                                                Phillip D. Barber