Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
  bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
  zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　　　Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S SUPPLEMENT TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Judge:　Hon. Stephen V. Wilson<br><br>Date:　January 12, 2026<br>Time:　1:30 P.M.<br>Place:　Courtroom 10A |

Plaintiff Robert Hunter Biden ("Plaintiff") hereby submits this supplement to his Motion for Entry of Default Judgment ("Default Judgment Motion"), filed on November 18, 2025 (ECF No. 350), to inform the Court of recent public statements of Defendant Patrick M. Byrne ("Defendant") repeating the same Defamatory Statements on a widely distributed public forum that are the basis of this lawsuit. The continued public dissemination of these Defamatory Statements after the Court stated in its order denying Defendant's summary judgment that Defendant did not have a basis for making the Defamatory Statements shows that Defendant will continue to defame Plaintiff unless he is punished by the imposition of significant punitive damages as requested in Plaintiff's Default Judgment Motion.

On December 9, 2025, Defendant made a social media post on X (formally known as Twitter) saying: "Going live on Harrison smith@infowars.com to talk about many things including Hunter Biden."[1] (*See* Ex. A.) Defendant then appeared on both the *Alex Jones Show* and Harrison Smith's *War Room LIVE* on December 9, 2025, in which he stated the same Defamatory Statements at issue in this matter, and on December 10, 2025, Defendant reposted a one-minute clip of the interview with Alex Jones on X containing such defamatory statements.[2] (*See* Ex. B.) That same post also stated "[f]ull segment @RealAlexJones" thereby directing Defendant's followers and anyone who views the post to where they could find the full interview segment. (*Id*.) As of the date of this filing, that post has been viewed more than 24,000 times. (*Id*.) Then, also on December 9, 2025, an X account attributed to Alex Jones posted the full 14-minute clip of Defendant's interview with the caption: "Breaking Exclusive! Hunter Biden Solicited An 800 Million Dollar Bribe From Iran In Exchange For His Father Joe Biden To Unfreeze 8 Billion Dollars In Frozen Iranian Assets, CIA Whistleblower Patrick Byrne Tells Alex Jones In This Bombshell Report. To Bolster His Claim, Byrne Has Released One Of Many Exclusive Audio Tapes In

---

[1] https://x.com/patrickbyrne/status/1998514367181238510?s=46
[2] https://x.com/patrickbyrne/status/1998830299262710105?s=46

1
**PLAINTIFF ROBERT HUNTER BIDEN'S SUPPLEMENT TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**

His Possession."[3]  (Ex. C.)  As of the date of this filing, that post has been viewed over 121,000 times.  (*Id.*)  In the full clip posted by Alex Jones on December 9, 2025, not only does Defendant reiterate the same Defamatory Statements at issue in this matter, but he doubles-down on them by taunting Plaintiff about this lawsuit and publicly states he harbors malice toward Plaintiff.  Defendant even claims Plaintiff is scared to face him in Court about these allegations despite Plaintiff being ready to proceed to trial last July with Plaintiff present every day in the courtroom while Defendant's misconduct in delaying the trial, failure to appear for trial, and then intentionally ignoring this Court's orders led to default being entered against him as a sanction.

Furthermore, one of the voicemails Defendant produced in this action is played in full.  (*Id.*)  That voicemail was designated as "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case (ECF No. 60).  Defendant has intentionally violated the Stipulated Protective Order.  Defendant has again shown he has no intention of obeying the orders of this Court.

This republication of the defamatory statements along with a HIGHLY CONFIDENTIAL recording years after the defamatory statements were first published and during the pendency of this matter demonstrates Defendant is a recidivist who will continue to maliciously attack Plaintiff with false statements.  Nothing short of a harsh punitive damages award will be effective in curbing Defendant's ongoing defamatory conduct against Plaintiff and outright disregard for this Court's orders.[4]

---

[3] https://x.com/realalexjones/status/1998532699636539411?s=46

[4] Considering that Defendant has continued to defame Plaintiff with the same false statements at issue in this case, this case is comparable to E. Jean Carroll's case against President Donald Trump.  In the first case, Ms. Carroll was awarded $5 million for defamation resulting from President Trump stating she lied about being sexually assaulted by him.  Following that judgment, President Trump made the same defamatory statement for which he was previously found liable, and, at a second trial,

| | | |
|---|---|---|
| Dated: December 12, 2025 | | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| | By: | /s/ Zachary C. Hansen |

Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN
(State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN
(State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Plaintiff
Robert Hunter Biden*

---

Ms. Carroll was awarded additional damages, including $65 million in punitive damages alone, a 13x increase in damages from the first trial.