# EXHIBIT A

htttps://x.com/patrickbyrne/status/1998514367181238510?s=46



Going live now on Harrison smith@infowars.com to talk about many things including Hunter Biden.

5:05 PM · 12/9/25 · **13K** Views

27    76    314    11