Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
 bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
 zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　　Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S FURTHER SUPPLEMENT TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Judge:　Hon. Stephen V. Wilson<br><br>Date:　January 12, 2026<br>Time:　1:30 P.M.<br>Place:　Courtroom 10A |

Plaintiff Robert Hunter Biden ("Plaintiff") hereby submits this further supplement to his Motion for Entry of Default Judgment ("Default Judgment Motion"), filed on November 18, 2025 (ECF No. 350), to inform the Court and provide additional details of Defendant Patrick M. Byrne's ("Defendant") ongoing defamatory actions outlined in Plaintiff's previous Supplement to his Default Judgment Motion (ECF No. 351), as well as the lies Defendant stated about Plaintiff, the merits of this lawsuit, the status of this lawsuit, and the evidence submitted herein. The continued public dissemination of these Defamatory Statements after the Court stated in its order denying Defendant's summary judgment that Defendant did not have a basis for making the Defamatory Statements shows that Defendant will continue to defame Plaintiff, misrepresent the evidence in this case, including Defendant's lack of any valid evidence, and continue to undermine this Court unless he is punished by the imposition of severe punitive damages as requested in Plaintiff's Default Judgment Motion.

As Plaintiff previously informed the Court, on December 9, 2025, Defendant made a social media post on X (formally known as Twitter) saying: "Going live on Harrison smith@infowars.com to talk about many things including Hunter Biden."[1] (ECF No. 351.) Defendant then appeared on both the *Alex Jones Show* and Harrison Smith's *War Room LIVE* on December 9, 2025, in which he stated the same Defamatory Statements at issue in this matter, and on December 10, 2025, Defendant reposted a one-minute clip of the interview with Alex Jones on X containing such defamatory statements.[2]  (*Id*.)  In that interview, Defendant made the following statements about Plaintiff and this case:

- "Hunter is suing me for saying this and he denies, in a swirly way, that this is true" before reiterating the Defamatory Statements.

---

[1] https://x.com/patrickbyrne/status/1998514367181238510?s=46
[2] https://x.com/patrickbyrne/status/1998830299262710105?s=46

**PLAINTIFF ROBERT HUNTER BIDEN'S FURTHER SUPPLEMENT TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**

- In reference to the voicemail that was designated as "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order in this case and which Defendant played on the December 9 episode, Defendants says "Hunter is suing me but I don't know what he is going to do about this tape, because I've got a tape that I'm going to—".

- Defendant falsely states "We're going to court in March."

- Defendant admits his malice toward Plaintiff and apparent motivation to defame him: "I never really hated [Plaintiff]– once the Iranians were letting me know that they were making this – that they were being offered this side-deal by the Bidens, 'Bribe us and we'll let you keep more nukes.' I lost any feel that I needed to be kind about Hunter."

- Defendant lies about his claim that the voicemails were verified by the FBI: "The FBI verified [the tape], they verified the name of the guy, they verified the voices, they verified the voice of the Iranian and the go-between, Hunter's go-between, and they told me it is somebody related, it is somebody, ugh, a buddy of Hunter Biden's that he used, it was a Pakistani son of a big minister of something."

- Defendant lies about his status as a covert agent to apparently give validity to the Defamatory Statements: "As a tier-one intelligence asset … my word is gold, they don't need to polygraph me anymore or anything."

- Defendant tries to bolster his Defamatory Statements: "This was one of those occasions where I not only had the report, I actually have corroborative material, three voicemails, I've given you one of the voicemails and you'll see mentions of South Korea, Pakistan and there's even a mention of – an opaque reference to something about the 'other discussions', it's a reference to the nuclear discussions but it's done very opaquely so the Biden's were offering to take a bribe in return for letting

2

1    Iran have their money back and another bribe to let them keep more

2    nukes."

3    This ongoing defamatory conduct will not stop unless a harsh punitive damages

4    award is levied against Defendant.

5

6    Dated: January 9, 2026                    EARLY SULLIVAN WRIGHT

7                                              GIZER & McRAE LLP

8                                  By:    */s/ Zachary C. Hansen*

9                                          Richard A. Harpootlian, *pro hac vice*
                                           rah@harpootlianlaw.com
10                                         Phillip Barber, *pro hac vice*
                                           pdb@harpootlianlaw.com
11                                         RICHARD A. HARPOOTLIAN, PA
                                           1410 Laurel Street
12                                         Columbia, South Carolina 29201
                                           Telephone: (803) 252-4848
13                                         Facsimile: (803) 252-4810

14                                         BRYAN M. SULLIVAN
                                           (State Bar No. 209743)
15                                         bsullivan@earlysullivan.com
                                           ZACHARY C. HANSEN
16                                         (State Bar No. 325128)
                                           zhansen@earlysullivan.com
17                                         EARLY SULLIVAN WRIGHT
                                            GIZER & McRAE LLP
18                                         6420 Wilshire Boulevard, 17th Fl.
                                           Los Angeles, California 90048
19                                         Telephone: (323) 301-4660
                                           Facsimile: (323) 301-4676
20

21                                         *Attorneys for Plaintiff*
                                           *Robert Hunter Biden*

22

23

24

25

26

27

28

3