TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 304-7583

Attorneys for Defendant **PATRICK M. BYRNE**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>              Plaintiff<br><br>              v.<br><br> PATRICK M. BYRNE, an individual,<br><br>              Defendant | Case No.:  2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**NOTICE OF MOTION FOR APPROVAL OF LIMITED APPEARANCE ON BEHALF OF DEFENDANT PATRICK BYRNE**<br><br>Date:   January 12, 20266<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 10A |

On behalf of Defendant Patrick Byrne, Robert H. Tyler respectfully requests this Court permit him to make a limited appearance in this case as discussed below:

I have been retained by Mr. Byrne for the limited purpose of appearing on his behalf at the hearing on Plaintiff's Motion for Default Judgment on January 12, 2026, and to request a continuance of the trial date. I have not yet agreed to a scope of representation that exceeds this limited role due to my current schedule. Mr. Byrne has signed my initial engagement agreement.

The Federal Rules of Civil Procedure do not expressly authorize or prohibit an attorney's limited scope appearance in a federal action. While the Local Rules of Civil Procedure in some districts expressly authorize limited scope appearances, the Local Rules of Civil Procedure in the Central District of California are silent as to such

appearances. Rule 83(b) of the Federal Rules of Civil Procedure provides that when there is no controlling law, a "judge may regulate practice in any manner consistent with federal law, rules adopted under 28 U.S.C. §§ 2072 and 2075, and the district's local rules." Therefore, I make this request pursuant to Rule 83(b).

I am informed that Mr. Byrne is presently without counsel. Plaintiff's Motion for Default Judgment is set to be heard today on January 12, 2026, and trial is scheduled for January 20, 2026. Attached as Exhibit "A" is a declaration filed by Mr. Byrne *pro se* in opposition to Plaintiff's motion.[1] Mr. Byrne has informed me that he would like me to personally defend his interest in this litigation and that he is prepared to provide a retainer should this case be continued. Attached as Exhibit "B" is a Notice of Appearance, which is to be filed if this Court grants this Motion for Approval of Limited Appearance.

I spoke with Defendant Byrne late last week about representation, reviewed the docket, and informed Mr. Byrne that a motion for default judgment was to be heard. He was not aware of the motion. I agreed to provide limited representation for the purpose of requesting this Court to continue the trial date and to inform the Court that Mr. Byrne is prepared and willing to attend trial. However, based on my trial calendar and previous commitments, I must request a continuance of trial to August 2026. Should this court deny the default and allow such continuance, I will continue representing Patrick Byrne.

DATED: January 12, 2026                TYLER LAW, LLP

                                       By: /s/ Robert Tyler
                                       Robert Tyler

---

[1] My firm did not assist or approve the filing of this declaration and only attach this declaration for this Court's convenience. I have not had an opportunity to review most documents, pleadings, or discovery in this case and have not yet had the opportunity to adequately assess the underlying claims, defenses, contentions, evidence, or procedural history in this case. Therefore, for purposes of Rule 11, I am limited in my knowledge of this case at the present time. However, I did engage in an extensive client interview with Mr. Byrne to learn of the basis for his defense.

# CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 25026 Las Brisas Road, Murrieta, California 92562

On January 12, 2026, I caused to be served the foregoing documents described below on the following interested parties in this action:

**NOTICE OF MOTION FOR APPROVAL OF LIMITED APPEARANCE ON BEHALF OF DEFENDANT PATRICK BYRNE**

☒ Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Bryan M. Sullivan**
  bsullivan@earlysullivan.com
- **Richard A. Harpootlian**
  rah@harpootlianlaw.com
- **Zachary Hansen**
  zhansen@earlysullivan.com
- **Carmen Rosa Selame**
  carmen@murphlaw.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an employee in the office of a member of the bar of this Court who directed this service

/s/ Robert H. Tyler
Robert H. Tyler