YLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 304-7583

Attorneys for Defendant **PATRICK M. BYRNE**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, | Case No.:  2:23-cv-09430-SVW-PD |
| | *Hon. Stephen V. Wilson* |
| Plaintiff | **[PROPOSED] ORDER REGARDING MOTION FOR APPROVAL OF LIMITED APPEARANCE ON BEHALF OF DEFENDANT PATRICK BYRNE** |
| v. | |
| PATRICK M. BYRNE, an individual, | |
| | Date:    January 12, 20266 |
| Defendant | Time:    1:30 p.m. |
| | Dept.:   Courtroom 10A |

  The Court, after considering the pleadings, oral arguments and other relevant evidence in support of Motion for Approval of Limited Appearance on Behalf of Defendant Patrick Byrne, finds as follows:

  1. The Court grants the Motion for Approval of Limited Appearance on Behalf of Defendant Patrick Byrne by Robert H. Tyler.

  **IT IS HEREBY ORDERED** that the motion is GRANTED.

  **IT IS SO ORDERED**.

  DATED: _____, 2026  _____

                Honorable Stephen V. Wilson