UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:23-cv-09430-SVW-PD | Date: | January 12, 2026 |

| | |
|---|---|
| Title: | Robert Hunter Biden v. Patrick M. Byrne |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |

| Daniel Tamayo | c/s 1-12-26 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Brian Sullivan | None Present |
| Zachary Hansen | |
| Phillip Barber | |

**Proceedings:**   MOTION for Default Judgment against Defendant Patrick Byrne filed by Plaintiff [350]

MOTION for Leave of Robert H. Tyler to Appear for Limited Appearance filed by Defendant [353]

   Case called. Attorney Robert Tyler appeared before the Court on the MOTION for Limited Appearance. For reasons stated on the record, the Motion [353] is **DENIED. Defendant Patrick M. Byrnes is pro se and not present.** Additionally, the Motion for Default Judgment against Defendant Patrick Byrne [350] is **GRANTED.** Order to be issued. All hearings and deadlines previously set are hereby **VACATED.**