UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br>             Plaintiff(s)<br>    v.<br>PATRICK M. BYRNE, an individual,<br>          Defendant. | Case No.: 2:23-CV-09430-SVW-PDx<br>*Honorable Stephen V. Wilson*<br>**DEFENDANTS' RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br>Date:   January 12, 2026<br>Time:   1:30PM<br>Ctrm: 10A |

Defendant Patrick Byrne's Response and Opposition to Plaintiff's Motion for Entry of Default Judgment
===

Introduction

Hunter Biden filed this lawsuit on November 8, 2023, and on November 16, 2023, my lawyers waived service to expedite the processing of this case. I hired lawyers to defend this case, and I was ready to proceed with trial on July 29, 2025. I never asked for the trial date to be moved, and I had three lawyers (in good standing) as well as two trial consultants ready and present in courtroom 10A to begin trial. My witness, John Moynihan (former US government), was also present and ready to testify. These three trial attorneys told me to be ready to get on a plane to testify in person. I was ready, and willing, to appear to testify at trial.

My attorneys were ready to begin selecting the jury when Hunter Biden apparently got nervous, and disputed two of the attorneys representing me (Peter Ticktin and Stefanie Lambert). Hunter Biden changed attorneys several times while this case was pending, and he should not have a right to interfere with my chosen attorneys.

In the weeks leading up to trial, I became increasingly uncomfortable with Michael Murphy representing me. Mr. Murphy did not bring to the court's attention that Dick Harpitoolian changed my deposition questions that were read to a critical witness, agent Smith, nor did he address the misstatements of my deposition transcript used by Harpootlian in Hunter Biden's questions to agent Smith. Mr. Murphy did not ask my relevant questions to Hunter Biden at deposition, and promised to ask the court for another opportunity to question him, but waited months until we were too close to trial. All of this caused me to have serious concerns, and I retained Peter Ticktin to join the case for trial. I knew that Mr. Ticktin would only be able to appear if his Wisconsin federal trial settled, and that my trial date conflicted with his previously

1

scheduled trial. Unfortunately, Mr. Ticktin did have to go to trial in Wisconsin, a trial that he won for his client. Simultaneously, Hunter Biden was requesting that this court remove Mr. Ticktin as my attorney.

In the week leading up to my case going to trial, I was told by Mr. Murphy that he had a strategy that could be effective related to something he referred to a "dollar case." As part of the strategy, I was told that if I could not attend trial, my deposition video could be played. I explained the facts well in the deposition but learned the night before trial that Mr. Murphy did not order all of my deposition videos to "save me money." His representation that my video could be played at trial, was not accurate if he never had the videos in his possession. Mr. Murphy had been paid over $500,000.00 to represent me, and there is no excuse for his failure to obtain all the videos. This is an important case to me, and it is also a national media case. Mr. Murphy put very little effort into preparation for trial, and that was apparent to me the night before it was to start. My trial consultants informed me that Mr. Murphy's associate attorney was wearing gym shoes in federal court along with a large "Free Palestine" pin on her lapel. This case involves Iran, and the trial consultants believed that she was attempting to signal to the jurors that my own lawyers do not believe in my case. It was clear that Mr. Murphy was not ready with my videos or even a witness list. On the morning of trial Mr. Murphy gave my attorneys Hunter Biden's prepared witness list, and suggested that we file it as *my* witness list. Hunter Biden's witness list contained misleading notes about my own witnesses that would have been read to the jury.

It was clear that Murphy should not try this case, and I had three lawyers, in good standing with the bar, appear to try the case on July 29, 2025. Unfortunately, Hunter Biden chose to avoid trial and manipulate who I can have represent me in this matter. Hunter Biden has changed attorneys throughout this case with no consequence.

The Court had previously ruled that Peter Ticktin, a very experienced trial attorney with decades of defamation experience, could represent me. For reasons, that I do not understand, Mr. Ticktin was removed as my attorney on the day of trial. None of my prior attorneys have received the electronic service on this case because everyone was officially removed by this Court. I requested that my attorneys appeal their removal, and denial of pro hac vice, but the appeals were rejected since this trial has not yet been completed.

Mr. Ticktin is almost 80 years old and has over 500 federal cases. I was also informed that he is permitted to practice before other judges in this court, and I do not understand why he cannot be my trial attorney in this case. He provided me with information that he is on over 6 cases in this court including Janie Mermel v. Hartford Fire Insurance Co. 04-cv-02802-DDP-MC, Phillip Madison Jones v. Twentieth Century Studios, Inc. et al, 21-cv-05890-FWS-SK, GS Holistic, LLC v. One Stop Vape et al, 22-cv-04628-SVW-ARG, 22-cv08527-MWF-MAA.

I have been searching for an attorney to represent me in California, and that has been extremely difficult given this is a national media case involving Joe Biden's son. I have spoken

with Mr. Robert Tyler several times over the past year, and I've asked him to represent me. His calendar has many conflicts, but he has agreed to ask the court to allow him to appear and reset the trial date, and work with Mr. Ticktin. I would like Mr. Tyler to represent me, but with Mr. Ticktin working as a team. Mr. Ticktin represents me in other matters, and I have developed a relationship with him, and I trust his firm. I am sure that Mr. Tyler is a capable attorney, but I do not know him, nor do I have a past working relationship with his office. After my experience with Mr. Murphy, I need an attorney that I already know, and I can trust.

I have defended this case since it was filed, and I have spent significant money on lawyers, and trial consultants. I believe that Hunter Biden filed this case to intimidate me as a witness after I provided evidence to the government. I further believe that Hunter Biden filed this lawsuit to gain access to the evidence to weigh whether he would need a pardon before his father's term as President was concluded. It appears that I am correct, because Hunter Biden did seek the pardon, and it was signed and executed in December of 2024. It also appears that government officials, under Joe Biden's administration, manipulated and destroyed evidence. Agent Smith stated at his deposition that he "did not recall" if I provided recordings to him, which is not credible. This is not a mundane matter. Any agent would recall a recording involving Hunter Biden, Iran, and nuclear weapons.

I look forward to appearing for trial and testifying in this case. I apologize for inconvenience to the court, but I hope it is understood that I need to have confidence that my attorney is ready to represent me, and know that the attorney has my best interests in his/her hands.

### Legal Argument

I respectfully request this court to admit Mr. Tyler and Mr. Ticktin to represent me in this case and allow for them to fully brief the law for this court. I am not a lawyer, and my attorneys were removed from receiving service. Many of Hunter Biden's points are not included in the initial Complaint, and I need the attorneys to review this file, and transcripts to properly respond.

### Conclusion

Dr. Byrne respectfully requests this Honorable Court to deny Plaintiff's requests for nominal and punitive damages. Moreover, Dr. Byrne requests this Court to set this matter for trial, and permit both Mr. Robert Tyler, and Mr. Peter Ticktin to represent him in this matter.

Dated: January 11, 2026

By: *Patrick M. Byrne*
Patrick M. Byrne