Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
 bsullivan@earlysullivan.com
Zachary C. Hansen, State Bar Number 325128
 zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**PLAINTIFF ROBERT HUNTER BIDEN'S REPLY TO DEFENDANT PATRICK M. BYRNE'S RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Judge:  *Hon. Stephen V. Wilson* |

---

**PLAINTIFF ROBERT HUNTER BIDEN'S REPLY TO DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

|   |   |
|---|---|
| 1 | On January 12, 2026, the same day as the hearing on Plaintiff Robert Hunter |

On January 12, 2026, the same day as the hearing on Plaintiff Robert Hunter Biden's ("Plaintiff") Motion for Entry of Default Judgment, Defendant Patrick M. Byrne ("Defendant") filed a Response and Opposition to Plaintiff's Motion for Entry of Default Judgment ("Response") (ECF No. 357), through the Court's *pro se* portal for filings.  The Court need not consider Defendant's Response for several reasons.  First, Defendant's Response is untimely under Local Rule 7-9, which requires a motion opposition to be filed not later than 21 days before the motion hearing date.  Defendant filed his Response on the day of the hearing and therefore it is untimely.  Second, regardless of the untimeliness of the Response, it does not address the reasons Defendant was placed in default—which wasn't a failure to respond or defend the action but was a sanction for repeated refusal to obey court orders, specifically orders to appear in person and allowing financial discovery.  Third, the Response does not present any argument responsive to Plaintiff's evidence or arguments in his Motion for Entry of Default Judgment regarding entitlement to default judgment or the amount, other than asserting an excusable neglect argument which, again, is not responsive to the reasons for which he was placed in default as a sanction.

As to notice of the Motion for Entry of Default Judgment, Defendant's actions demonstrate that he is admittedly aware of this pending lawsuit and can easily monitor the public docket himself or hire someone to do that for him.  What he cannot do is fire his attorneys on the morning of trial, thereafter refuse to provide contact information for service as ordered by this Court, and continue to file papers in this case (Motion to Stay (ECF No. 347)) and with the Ninth Circuit that reference the ongoing filings in this case, while also arguing he has no notice of filings in the case. It is not a lucky coincidence that he filed this on the morning of the hearing; it was once again Defendant's choice to do so in an obvious attempt to further disrupt these proceedings.

Finally, Defendant's Response misrepresents the procedure posture of this case, Plaintiff's actions, Defendant's disruptive conduct, and this Court's various

1

**PLAINTIFF ROBERT HUNTER BIDEN'S REPLY TO DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

orders. Plaintiff will not address each such misrepresentation, as the Court is fully aware of the true nature of what has occurred, and all such misrepresentations are easily disproven by the public record in this case.

Accordingly, this Court should disregard Defendant's untimely and irrelevant Response in its entirety.

Dated: January 14, 2026

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: /s/ Zachary C. Hansen

Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN
(State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN
(State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

*Attorneys for Plaintiff
Robert Hunter Biden*