FILED
CLERK, U.S. DISTRICT COURT
1/14/26
CENTRAL DISTRICT OF CALIFORNIA
BY ___MRV___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br>　　　　Plaintiff(s)<br>　v.<br>PATRICK M. BYRNE, an individual,<br>　　　　Defendant. | 2:23-cv-09430-SVW(PDx)<br>Case No.: 2:23-cv-07593-HVD-KS<br>*Honorable Stephen V. Wilson*<br>**DEFENDANTS' REQUEST TO HAVE AN ATTORNEY AND APPEAR BEFORE THIS COURT**<br>Date:　January 12, 2026<br>Time:　1:30PM<br>Ctrm:　10A |

### Defendant Patrick Byrne's Request to Appear Before this Court

　　I retained attorney Robert Tyler to appear on my behalf yesterday. It is my understanding that at the hearing, the Court fired Mr. Tyler and told him to sit down. As a result, I was not represented at the hearing. I believe that is somewhere between the third and fifth attorney this Court has fired on my behalf (depending how one counts). My understanding *was* that in the United States everyone is entitled to have an attorney of his choice, but live and learn.

　　I have been vigorously fighting My. Biden's case since he filed it. My attorneys waived service of the Complaint to move the case along as fast as possible. I appeared for numerous depositions. On the day of trial (July 29, 2025) I was ready for trial with my witness present and ready to testify. My trial consultants were present and working at the trial table. I had several attorneys there ready to start trial that morning.

　　At the July 29, 2025 trial, I did not ask to move the trial but I *did* need to fire Michael Murphy that morning. My experienced trial consultants informed me that Mr. Murphy's associate attorney was wearing a large "Free Palestine" pin on her lapel, and they believed she was intending either to antagonize the jury or give the jury the impression that my own legal team did not believe in my case. This intentional use of the "Free Palestine" pin was an egregious act given that this case involves Iran. I did not want to flush over $500,000 paid to Mr. Murphy down the toilet, but I could not trust him after his colleague arrived for trial wearing the jersey of the opposing team (y trial consultants could testify as to what they witnessed if the Court desires). In fact, this final act compounded a sense that I had had for many months that Mr. Murphy was tryting to throw my case (e.g., when Mr. Murphy deposed Hunter Biden he *refused* to ask Hunter under oath if Hunter recognized the voice on the key recordings, notwithstanding my calling breaks several times to caucus privately with Murphy to demand it). So the Palestine pin was the log that broke the camel's back.

      While I am sorry to inconvenience the Court, I note that hiring an attorney on this case has been extremely difficult because most California attorneys do not want to take a case involving the Biden family, and I do not have the three years to earn a law degree. On my Petition for Writ of Mandamus in the 9th Circuit Court I had an LA attorney, Roger Roots, yet Hunter Biden's attorneys failed ever to contact Mr. Roots, including about this week's hearing.

      I had been searching for an Los Angeles attorney for a long time: I finally located Robert Tyler, whom I was hoping would help me. I first spoke with Mr. Tyler in December, and since then he was considering taking my case. Only last week did Mr. Tyler finally agree to be my attorney, and we completed the paperwork this weekend.

      I do want to have a jury decide this case, and I want to testify. I understand Hunter Biden wants a trial too.

      In addition , Your Honor's comments have led me to believe this Court is skeptical of various matters that have occurred in preparation for this case, such as my travel and cardiac matters.

      For these reasons I am respectfully requesting that this Honorable Court set a hearing date to allow me to come to court to address directly with your Honor, under oath, any lingering suspicions or concerns about past events, as well as schedule the quickest trial date possible. I will appear at the Court's convenience as early as possible, including even this week, and will do so either *pro se* (or if permitted and his timing matches]) with Mr. Tyler.

      You name the time, your Honor, and I will be there.

                              Respectfully submitted,

By: *Patrick M. Byrne*
                    Patrick M. Byrne

                    Dated: January 14, 2026