TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 304-7583

Attorneys for Defendant **PATRICK M. BYRNE**

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff<br><br>v.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant | Case No.: 2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**DECLARATION OF BRADLEY R. GREENMAN IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND MINUTE ORDER RE DEFAULT JUDGMENT**<br><br>Date: April 13, 2026<br>Time: 1:30 p.m.<br>Dept.: Courtroom 10A |

I, Bradley R. Greenman, declare as follows:

1. I am an attorney for Defendant PATRICK M. BYRNE, an individual ("Defendant" or my "Client"), in Case No.: 2:23-cv-09430-SVW-PD (this "Case") and I am familiar with the file, records, and pleadings in this matter.

2. I make this declaration based on my personal firsthand knowledge and in support of the Defendant's Motion to Vacate Entry of Clerk's Default and Default Judgment (the "Instant Motion") in the above-captioned matter.

**A.    Declarant's Review Of The Docket And ECF System**

3. On February 17, 2026, I personally accessed this Court's ECF System and ran a Docket Report for this Case (the "Docket Report"). A true and accurate copy of that Docket Report is attached hereto as **Exhibit "B."**

1
**DECLARATION OF BRADLEY GREENMAN IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE**

4. The Docket Report shows that Michael C. Murphy was terminated from ECF service as of August 1, 2025. **Ex. B**, at p. 3.

5. The Docket Report shows that Peter Ticktin was terminated from ECF Service as of July 30, 2025. **Ex. B**, at p. 3

6. The Docket Report shows that Tom Yu was terminated from ECF Service as of July 30, 2025. **Ex. B**, at p. 4.

7. The Docket Report shows that while Ms. Carmen Rosa Selame ("Ms. Selame") filed a Notice of Withdrawal on August 11, 2025, she is still listed as an "ATTORNEY TO BE NOTICED" for purposes of the ECF system. **Ex. B**, at p. 2.

8. The Docket Report further shows that no orders granting the withdrawal of Mr. Yu, Mr. Murphy, or Ms. Selame have been issued by the Court.

9. The Docket Report further shows that no order granting Defendant to appear *pro se* under Local Rule 83-2.3.1 has been issued by the Court.

**B.   Ms. Selame Is Currently Employed by Mr. Murphy's Firm**

10. On February 26, 2026, I personally accessed the website for the State Bar of California (the "State Bar") and utilized the "Attorney Search" database to look up the available information of Ms. Selame. https://apps.calbar.ca.gov/attorney/Licensee/Detail/334098. According to the information on the State Bar website, Ms. Selame is held out as currently employed by the Law Offices of Michael C. Murphy, 2625 Townsgate Rd., Ste 330, Westlake Village, CA 91361-5749. A true and accurate copy of Ms. Selame's profile on the State Bar website is attached hereto as **Exhibit "C."**

**C.   Meet And Confer Efforts Regarding Sanctions**

11. On January 23, 2026, Defendant served Plaintiff's counsel a formal Request for All Prior Pleadings and Discovery. On January 28, 2026, in response to that request (along with providing prior pleadings and discovery conducted in this case), one of Plaintiff's attorneys, Phillip Barber, ("Mr. Barber") inquired as to the status of Defendant's payment of the sanctions pursuant to the Minute Order issued by this Court

on September 29, 2025, Docket Entry 341 ("Minute Order re Sanctions").

12. At the time of Mr. Barber's inquiry our office was still in the process of uploading and reviewing the various pleadings, discovery, and filings in this case. Our office was also still in the process of attempting to obtain prior pleadings and discovery from the office of our Client's terminated counsel, Mr. Michael C. Murphy.[1] As such, I communicated to Plaintiff's counsel that our office would discuss the issues raised in the inquiry with our Client but that we did not have sufficient knowledge or understanding of the record and various pleadings related to the Minute Order re Sanctions to respond to Mr. Barber's inquiry as to our Client's intent and position regarding the sanctions or engage in a meet and confer concerning the same.

13. As of the date of execution of this Declaration, our office now possesses sufficient knowledge of the docket and filings related to the sanctions and will timely confer with Plaintiff's counsel concerning the same.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed on February 19, 2026, at Murrieta, California.

/s/ Bradley R. Greenman
———————————————
Bradley R. Greenman

---

[1] To date, Mr. Murphy still has not provided the requested documents.

3

**DECLARATION OF BRADLEY GREENMAN IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE**