TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 304-7583

Attorneys for Defendant **PATRICK M. BYRNE**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff<br><br>v.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant | Case No.: 2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**DECLARATION OF ATTORNEY ROGER ROOTS IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND MINUTE ORDER RE DEFAULT JUDGMENT**<br><br>Date: April 13, 2026<br>Time: 1:30 p.m.<br>Dept.: Courtroom 10A |

Pursuant to 28 U.S. Code § 1746, I, Roger Roots (hereinafter referred to as the "Declarant"), declare as follows:

1. I am an attorney licensed to practice law and represent Defendant, Patrick Byrne, in his Petition for Writ of Mandamus filed in the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit").

2. I am over the age of eighteen (18) and competent to testify to the matters set forth herein.

3. On behalf of Dr. Byrne, on September 15, 2025, I filed a Petition for Writ of Mandamus with the Ninth Circuit after Dr. Byrne's counsel of choice, Peter Ticktin and Stefanie Lambert, were removed from the case.

1

**DECLARATION OF ROGER ROOTS IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE**

4. Dr. Byrne actively sought legal representation for this case to appear for trial.

5. On September 17, 2025, I served a copy of the Petition for Writ of Mandamus and a Motion for Stay on this Court (the "Appeal and Motion to Stay"). A true and correct copy of that email with the accompanying Petition and Motion for Stay are attached hereto and marked as Exhibit **"D."**

6. This Court confirmed service of the Appeal via email correspondence the same day. A true and accurate copy of the correspondence sent from the court to me confirming receipt of the Appeal and Motion to Stay are attached hereto as **Exhibit "E."**

7. Following service of the Petition and Motion filed before the Ninth Circuit, I did not receive CM/ECF notices from this District Court.

8. In addition to serving copies of the Appeal and Motion to Stay upon this Court, I also served the Appeal and Motion to Stay upon counsel for the Plaintiff, Hunter Biden.

9. Despite my service of the Petition for Writ of Mandamus, I have not been contacted by Plaintiff's attorneys regarding this matter.

10. I believe that the entry of Clerk's Default against Dr. Byrne is improper and should be vacated, as Dr. Byrne has actively sought representation and has taken steps to defend himself in this lawsuit.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed on February 19, 2026, at Kingman, Arizona.

*Roger Roots*
Roger Roots

---

2
**DECLARATION OF ROGER ROOTS IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE**