# EXHIBIT C



*Figure 1 - Twitter Post January 12, 2026*



*Figure 2 - Twitter Post January 15, 2026*



*Figure 3 - Twitter Post January 15, 2026*



*Figure 4 - Twitter Post January 20, 2026*