TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 304-7583

Attorneys for Defendant Patrick M. Byrne

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>        Plaintiff<br><br>        v.<br><br> PATRICK M. BYRNE, an individual,<br><br>        Defendant | Case No.:  2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**DEFENDANT'S NOTICE OF ERRATA REGARDING NOTICE OF MOTION AND MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND MINUTE ORDER RE DEFAULT JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**<br><br>Date:    April 13, 2026<br>Time:    1:30 p.m.<br>Dept.:   Courtroom 10A |

**NOTICE IS HEREBY GIVEN** that Defendant's Notice of Motion and Motion to Set Aside the Entry of Default and Minute Order Re Default Judgment was erroneously filed under the wrong CM/ECF filing category on March 3, 2026, Dkt # 363.  Therefore, Defendant is re-filing the Notice of Motion and Motion to Set Aside under the correct CM/ECF category.

DATED:  March 24, 2026           TYLER LAW, LLP


By:  /s/ Robert Tyler
     Robert Tyler

1

**NOTICE OF ERRATA REGARDING NOTICE-MOTION TO        2:23-CV-09430-SVW-PD
SET ASIDE ENTRY OF DEFAULT**

**CERTIFICATE OF SERVICE**

I am employed in the county of Riverside, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 25026 Las Brisas Road, Murrieta, California 92562

On March 24, 2026, I caused to be served the foregoing documents described below on the following interested parties in this action:

**DEFENDANT'S NOTICE OF ERRATA REGARDING NOTICE OF MOTION AND MOTION TO SET ASIDE THE ENTRY OF DEFAULT AND MINUTE ORDER RE DEFAULT JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**

☒    Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Bryan M. Sullivan**
  bsullivan@earlysullivan.com
- **Richard A. Harpootlian**
  rah@harpootlianlaw.com
- **Zachary Hansen**
  zhansen@earlysullivan.com
- **Carmen Rosa Selame**
  carmen@murphlaw.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an employee in the office of a member of the bar of this Court who directed this service

 /s/ Robert H. Tyler
Robert H. Tyler

NOTICE OF ERRATA REGARDING NOTICE-MOTION TO        2:23-CV-09430-SVW-PD
SET ASIDE ENTRY OF DEFAULT