Name and address:

Robert H. Tyler
Tyler Law, LLP
25026 Las Brisas Road
Murrieta, California 92562

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN, an individual,

Plaintiff(s),

v.

PATRICK M. BYRNE, an individual,

Defendant(s),

CASE NUMBER

2:23-cv-09430-SVW-PD
AMENDED

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE***

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $450 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Oster, Joel

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

Tyler Law, LLP

*Firm/Agency Name*

23 Medford Drive                                  913.206.7575

*Street Address*                                  *Telephone Number*          *Fax Number*

Palm Coast, FL 32137                              joel@joelosterlaw.com

*City, State, Zip Code*                           *E-mail Address*

**I have been retained to represent the following parties:**

Patrick M. Byrne            ☐ *Plaintiff(s)*  ■ *Defendant(s)*  ☐ *Other:* ___

                            ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* ___

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Kansas State Bar | 4/24/98 | Yes |
| Florida State Bar | 9/18/03 | Yes |
| U.S. Supreme Court | 1/9/23 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| 5:14-cv-02336 | Freedom From Religion v. Chino Valley Unifi | 7/10/25 | Yes |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  4/8/26

Joel Oster

*Applicant's Name (please type or print)*

*Joel Oster*

*Applicant's Signature*

<u>**SECTION III - DESIGNATION OF LOCAL COUNSEL**</u>

Robert H. Tyler

*Designee's Name (Last Name, First Name & Middle Initial)*

Tyler Law, LLP

*Firm/Agency Name*

25026 Las Brisas Road

*Street Address*

Murrieta, California 92562

*City, State, Zip Code*

(951) 600-2733

*Telephone Number*

(951) 600-4966

*Fax Number*

rtyler@tylerlawllp.com

*Email Address*

179572

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  4/8/26

Robert H. Tyler

*Designee's Name (please type or print)*

*Designee's Signature*

<u>**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**</u>

U.S. Supreme Court
U.S. Court of Appeals - 4th Circuit, 8/13/02 (active)
U.S. District Court for the District of Kansas 4/24/1998 (active)
U.S. District Court for the Western District of Missouri 11/03/1998 (active)
U.S. District Court for the Eastern District of Michigan 05/09/2001 (active)
U.S. District Court for the Western District of Michigan 05/09/2001 (active)
U.S. District Court for the Middle District of Florida 08/06/2021 (active)
U.S. District Court for the Southern District of Florida 09/09/2004 (active)
U.S. Court of Appeals for the Second Circuit 02/10/2003 (active)
U.S. Court of Appeals for the Fourth Circuit 08/13/2002 (active)
U.S. Court of Appeals for the Fifth Circuit 02/26/2003 (active)
U.S. Court of Appeals for the Sixth Circuit 08/06/2001 (active)
U.S. Court of Appeals for the Eighth Circuit 10/2003 (active)
U.S. Court of Appeals for the Ninth Circuit 7/29/2009 (active)
U.S. Court of Appeals for the Tenth Circuit 10/12/2006 (active)
U.S. Court of Appeals for the Eleventh Circuit  9/27/2016 (active)
US Court of Appeals for the Seventh Circuit 5/4/21 (active)

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 24, 1998,

## Joel Lee Oster

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 8th day of April, 2026.

**Active Status**

*Douglas T. Shima*

_____
*Clerk of the Supreme Court of Kansas*



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida      )

County of Leon      )          In Re:  0659746
                                                        Joel L. Oster
                                                        Oster Law Firm 22052 W 66th St # 192
                                                        Shawnee, KS 66226-3500

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 18, 2003**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  8th  day of **April, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-403921

