Richard A. Harpootlian, *pro hac vice*
rah@harpootlianlaw.com
Phillip Barber, *pro hac vice*
pdb@harpootlianlaw.com
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

BRYAN M. SULLIVAN (SBN 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (SBN 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**NOTICE OF ENTRY OF ORDER**<br><br>Complaint Filed:     November 8, 2023 |

NOTICE OF ENTRY OF ORDER

**PLEASE TAKE NOTICE** that on July 10, 2026, the Court entered an Order (ECF No. 376) Granting Plaintiff's Motion for Default Judgment, Awarding Nominal and Punitive Damages, Granting Plaintiff's Motion to Enforce Sanctions, Denying Defendant's Request to Appear and Motion to Set Aside Default, and Denying as Moot Various Pending Motions and Applications.  Attached hereto as **Exhibit "A"** is a true and correct copy of this Order.

Pursuant thereto, Defendant Patrick M. Byrne ("Defendant") is ordered to pay to Plaintiff Robert Hunter Biden ("Plaintiff") the $34,969.20 owed in monetary sanctions within 14 days of the July 10, 2026 Order, and if Defendant fails to timely comply, the total amount of monetary sanctions owed by Defendant will increase by $1,000 each day after the 14-day deadline has expired.  (ECF No. 376, p. 25.)

Dated:  July 14, 2026

EARLY SULLIVAN WRIGHT
  GIZER & MCRAE LLP

By:   _____
BRYAN M. SULLIVAN
(State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN
(State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Richard A. Harpootlian, *pro hac vice*
*rah@harpootlianlaw.com*
Phillip Barber, *pro hac vice*
*pdb@harpootlianlaw.com*
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

*Attorneys for Plaintiff*
*Robert Hunter Biden*