# EXHIBIT A

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ROBERT HUNTER BIDEN, an individual,

    Plaintiff,

       vs.

PATRICK M. BYRNE, an individual,

    Defendant.

**Case No. 2:23-cv-09430-SVW-PD**

**[PROPOSED] JUDGMENT**

*Hon. Stephen V. Wilson*

**[PROPOSED] JUDGMENT**

WHEREAS on July 10, 2026, the Court submitted an Order Granting Plaintiff Robert Hunter Biden's Motion for Default Judgment (ECF No. 376).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.    That Plaintiff Robert Hunter Biden ("Plaintiff") shall have judgment entered in his favor and against Defendant Patrick M. Byrne ("Defendant");

2.    That Plaintiff shall recover from Defendant the amount of $1,700,001.00;

3.    That Plaintiff is entitled to post-judgment interest; and

4.    That Plaintiff shall be entitled to recover his costs as permitted under Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED**

Dated: _____    _____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

5853281.1

2
**JUDGMENT**