Bryan M. Sullian (209743); Zachary C. Hansen (325128)
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048
Tel: (323) 301-4660; Fax: (323) 301-4676
bsullivan@earlysullivan.com
Attorneys for Plaintiff
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN | CASE NUMBER |
| | 2:23-cv-09430-SVW-PD |
| PLAINTIFF(S), | |
| v. | |
| PATRICK M. BYRNE | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | Plaintiff Robert Hunter Biden | | |
| Judgment entered on: | July 15, 2026 | Docket #: | 380 |
| Names of party(ies) against whom judgment was entered: | Defendant Patrick M. Byrne | | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: July 29, 2026          Signature: _____

Name:     Zachary C. Hansen

☒ Attorney of Record for:     Plaintiff Robert Hunter Biden

| COURT USE ONLY |
|---|
| ☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.* |
| ☐ Application DENIED because:  ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: *Enter date here.* |
| **Brian D. Karth, District Court Executive/Clerk of Court** |
| By: _____ |
| Deputy Clerk |

**Case Title:** <u>Biden v. Byrne</u>; **Case No:** 2:23-cv-09430-SVW-PD

# BILL OF COSTS

## *The Clerk does not have discretion to tax any item*
## *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | $402.00 | Tab 1 - receipt for filing fees for new civil action | | | | |
| 2 | **L.R. 54-3.2 Fees for Service of Process** | | | | | |
| | $1,061.62 | Tab 2 - invoice for fees for service of process of third party deposition subpoena to witness John Moynihan | | | | |
| 3 | **L.R. 54-3.3 United States Marshal's Fees** | | | | | |
| | $0.00 | N/A | | | | |
| 4 | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | | |
| | $0.00 | N/A | | | | |
| 5 | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | $20,127.75 | Tab 5A - Invoice for certified copy of transcript of deposition of Plaintiff Robert Hunter Biden, including reproduction of exhibits and delovery/handling<br>Tab 5B - Invoice for reporting services and transcript for Vol. I of Deposition of Defendant Patrick Byrne<br>Tab 5C - Invoice for reporting services and transcript for Vol. II of Deposition of Defendant Patrick Byrne<br>Tab 5D - Invoice for video services for Vol. II of Deposition of Defendant Patrick Byrne<br>Tab 5E - Invoice for video services for Vol. I of Deposition of Defendant Patrick Byrne<br>Tab 5F - Invoice for reporting services and transcript for Vol. III of Deposition of Defendant Patrick Byrne<br>Tab 5G - Invoice for video services for Vol. III of Deposition of Defendant Partrick Byrne<br>Tab 5H - Invoice for reporting services and transcript for Deposition of witness John F. Moynihan | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | Tab 5I - Invoice for fees related to Deposition of witness David Smith<br>Tab 5J - Invoice for reporting services and transcript for Deposition of witness David Smith | | | | |
| 6 | | \$0.00 | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)*<br>N/A | | | | |
| 7 | | \$0.00 | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)*<br>N/A | | | | |
| 8 | | \$0.00 | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)*<br>N/A | | | | |
| 9 | | \$0.00 | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)*<br>N/A | | | | |
| 10 | | | **L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents** *(if order or stip required, it must be attached)* | | | | |
| | (a) | \$2,273.07 | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"*<br>Tab 10(a) - Invoices for all mandatory chamber copies delivered to the Court | | | | |
| | (b) | \$0.00 | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"*<br>N/A | | | | |
| | (c) | \$0.00 | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"*<br>N/A | | | | |
| | (d) | \$0.00 | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"*<br>N/A | | | | |
| | (e) | \$0.00 | *L.R. 54-3.10(e): "Notary fees" of taxable documents*<br>N/A | | | | |
| | (f) | \$0.00 | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"*<br>N/A | | | | |
| | (g) | \$12,952.19 | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"*<br>Tab 10(g)A - Invoice for cost of copying and reproducing documents for use at trial as exhibits<br>Tab 10(g)B - Invoice for cost of copying and reproducing documents for use at trial as exhibits<br>Tab 10(g)C - Invoice for cost of certified transcriptions of podcasts for use at trial as exhibits<br>Tab 10(g)D - Invoice for certified copies of Canadian Judgment against Defendant Patrick Byrne to be used at trial as exhibit (converted from CAD to USD based on applicable exchange rate on date of invoice) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| | | Tab 10(g)E - Invoice for cost of copying and reproducing documents to use at trial as exhibits Tab 10(g)F - Invoice for cost of copying and reproducing all trial exhibits for both parties, binders, and tabs required by the Court for trial Tab 10(g)G - Invoice for cost of copying and reproducing documents for use at trial as exhibits Tab 10(g)H - Invoice for cost of copying and reproducing documents for use at trial as exhibits Tab 10(g)I - Invoice for video processing fee for Vol. II Deposition of Defendant Patrick Byrne Tab 10(g)J - Invoice for video processing fee for Vol. III Deposition of Defendant Patrick Byrne | | | | |
| 11 | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | $0.00 | N/A | | | | |
| 12 | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 13 | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 14 | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | $0.00 | N/A | | | | |
| 15 | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | $0.00 | N/A | | | | |
| TOTAL | $36,816.63 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** *Click or tap here to enter text.*; **Case No:** *Click or tap here to enter text.*

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

5853675.1

# Tab 1

# INVOICE

Invoice ID: 0500-3968-8563

| | |
|---|---|
| **Vendor** | Diners Club Commercial |
| **Requester** | ███████████████████████████ |
| **Created By** | ████████████████████ |
| **Create Date** | 11/17/2023 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Diners Club Commercial [65265] |
| **Address** | Diners Club Commercial [542007]<br>P.O. Box 5732<br>Carol Stream, IL  60197-5732<br>USA |
| **Invoice Number** | 5528286870751123 |
| **Invoice Date** | 11/15/2023 |
| **Invoice Amount** | ████████████ |
| **Description** | LA Docket Diners Club Credit Card November 2023 Invoice |



Invoice ID: 0500-3968-8563



402.00

| Court and Related | |
|---|---|
| 106951.00001-19389 | Robert  Hunter Biden Congressional Investigations - Lowell, Abbe |
| Line | 0060 |
| Description | CA Central District Complaint Filing for Biden/Bryne |
| Name | Lara Markarian [Associate Attorney | 19341 | LMarkarian] |
| Cost Code | Filing and Other Fees |

# Tab 2



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10939937 | |
| **Invoice Date** | |
| 1/15/25 | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|

| 1/07/25 | 17053414 | FSP | Early Sullivan Wright Gizer & McRae<br>6420 WILSHIRE BLVD.<br>LOS ANGELES    CA 90048<br>Caller: Robie Jones<br>2:23-cv-09430<br>BIDEN / BYRNE<br>LETTER; SUB TO TESTIFY<br>Ok to call subject<br>Signed: John Moynihan | JOHN MOYNIHAN<br>48 KENWOOD AVE<br>WORCESTER    MA 01605<br>Comment: 6 attempts<br><br>Ref: 10760-003 | Base Chg  : 309.25<br>PDF/Ship  : 16.12<br>Addt'lChgs: 773.15<br>Misc      : 76.90<br>Adv/Wit Ck: 40.00 | | 1,061.62 |

PROCESS-FORWARD SAME DAY

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

# Tab 5 - Index

**Tab 5**
**Chart/Index Costs and Attachments**

| Tab No.: | Date: | Description: | Amount: |
|---|---|---|---|
| 5A | 9/17/24 | Invoice for certified copy of transcript of deposition of Plaintiff Robert Hunter Biden, including reproduction of exhibits and delivery/handling | $944.75 |
| 5B | 12/17/24 | Invoice for reporting services and transcript for Vol. I of Deposition of Defendant Patrick Byrne | $4,051.55 |
| 5C | 12/17/24 | Invoice for reporting services and transcript for Vol. II of Deposition of Defendant Patrick Byrne | $4,534.95 |
| 5D | 1/8/25 | Invoice for video services for Vol. II of Deposition of Defendant Patrick Byrne | $1,985.00 |
| 5E | 1/10/25 | Invoice for video services for Vol. I of Deposition of Defendant Patrick Byrne | $1,670.50 |
| 5F | 2/4/25 | Invoice for reporting services and transcript for Vol. III of Deposition of Defendant Patrick Byrne | $1,964.95 |
| 5G | 2/6/25 | Invoice for video services for Vol. III of Deposition of Defendant Partrick Byrne | $1,957.50 |
| 5H | 2/18/25 | Invoice for reporting services and transcript for Deposition of witness John F. Moynihan | $1,993.55 |
| 5I | 4/22/25 | Invoice for fees related to Deposition of witness David Smith | $225.00 |
| 5J | 4/24/25 | Invoice for reporting services and transcript for Deposition of witness David Smith | $800.00 |
| **TOTAL:** | | | **$20,127.75** |

# Tab 5A

**Invoice**

Instant Court Reporting, Inc.
Billing Office 888.831.9490
8161 Highway 100, #164
Nashville, TN  37221
info@InstantCourtReporting.com

Date  9/17/2024

Invoice #  46617

| Bill To |
| --- |
| EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP<br>Zachary Hansen, Esq.<br>6420 Wilshire Boulevard<br>Seventeenth Floor<br>Los Angeles, CA  90048 |

| Case Information |
| --- |
| Biden v. Byrne<br>Case No. 2:23-cv-09430-SVW-PD |

| Depo Date | Job Number | Terms |
| --- | --- | --- |
| 8/16/24 | 99720 | Net 30 |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Certified Copy of the videoconferenced deposition of Robert H. Biden | 889.75 | 889.75 |
| | Exhibits | 25.00 | 25.00 |
| | Delivery and Handling | 30.00 | 30.00 |

6/29/2026
√# 13458

| | Total | $944.75 |
| --- | --- | --- |

*Tax ID 48-1277788 Thank you!*

# Tab 5B

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Zachary C. Hansen Esq.
Early Sullivan Wright Gizer & McRae
6420 Wilshire Blvd
17th Flr
Los Angeles, CA, 90048

| | |
|---|---|
| **Invoice #:** | **7945883** |
| **Invoice Date:** | **12/17/2024** |
| **Balance Due:** | **$6,813.65** |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7060629   |   Job Date: 12/13/2024   |   Delivery: Daily          Client Matter #: 10760-003

Location:          Los Angeles, CA

Billing Atty:      Zachary C. Hansen Esq.

Scheduling Atty:   Zachary C. Hansen Esq. | Early Sullivan Wright Gizer & McRae

| Witness: Patrick M. Byrne , Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 297.00 | $6.35 | $1,885.95 |
| Transcript Services - Priority Request | 297.00 | $7.00 | $2,079.00 |
| Transcript - Supplemental Surcharges* | 297.00 | $0.75 | $222.75 |
| Rough Draft | 297.00 | $2.10 | $623.70 |
| Realtime Services | 297.00 | $2.30 | $683.10 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 2.50 | $135.00 | $337.50 |
| Exhibits | 241.00 | $0.65 | $156.65 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **7945883** |
| **Invoice Date:** | **12/17/2024** |
| **Balance Due:** | **$6,813.65** |

74963

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$6,813.65** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$6,813.65** |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7945883**

**Invoice Date:   12/17/2024**

**Balance Due:   $6,813.65**

74963

**Tab 5B – Itemized Breakdown of Taxable Costs and Justification for Each**

| Amount: | Description: | Justification: |
|---|---|---|
| $1,885.95 | Transcript Services – Original Transcript(s) | Taxable under L.R. 54-3.5(a) as an original transcript. The cost per page is reasonable because while Plaintiff is not seeking reimbursement for priority preparation on an expedited basis, the cost per page charged on this invoice falls within the range of reasonable rates set by the Judicial Conference of the United States. Plaintiff did not have any discretion to seek a lower rate from the reporting services company. |
| $222.75 | Transcript – Supplemental Surcharges: Video Processing | Taxable under L.R. 54-3.5(a) as reasonable fees for video processing for deposition. This is justified because pursuant to L.R. 54-3.5(a), the costs associated with videotaping a deposition is not taxable unless recording the deposition by video or audio means was ordered by the Court before the taking of the deposition. These fees were reasonably incurred for the videotaping of Vol. I of Defendant Patrick Byrne's deposition on December 13, 2024, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.) |
| $623.70 | Rough Draft | Taxable under L.R. 54-3.5(a) as a rough draft. The cost per page is reasonable because while the Judicial Conference of the United States does not set rates for Rough Drafts, the rate applied here was reduced by more than 66% of the cost per page of the original transcript. Also, because the deposition continued over a number of days, a rough draft of the transcript was necessary in order to not duplicate testimony and to prepare for the following sessions of the deposition. Plaintiff did not have any discretion to seek a lower rate from the reporting services company. |
| $370.00 | Attendance – Full Day | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter for the deposition. |
| $337.50 | Attendance – Non-Standard Bus Hrs Surcharge | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter for the deposition during non-business hours. This was necessary due to Defendant's limited availability to appear for deposition, which required the deposition to be conducted during non-standard business hours. |
| $156.65 | Exhibits | Taxable under L.R. 54-3.5(c). |
| $105.00 | Secure Hosting & Delivery of Veritext File Suite | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges and witness handling charges. |
| $55.00 | Logistics & Processing | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges. |

| | | |
|---|---|---|
| $295.00 | Veritext Virtual Primary Participants | Taxable under L.R. 54-3.5(b) as reasonable fees for the attendance of the court reporter for the deposition by virtual means because the Court ordered Defendant to appear virtually for the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by video (zoom)). |
| **$4,051.55** | **TOTAL** | |

*All taxable costs claimed on this invoice to which this chart relates are highlighted in the invoice.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,                )
                                     )
,        Plaintiffs,                 )
                                     )
                                     )
                                     )
         vs.                         ) No. CV 23-09430-SVW-PD
                                     )
                                     )
                                     )
PATRICK M. BYRNE,                    )
                                     )
         Defendant.                  )
_____     )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____

MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739

UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**                [!FIRM1]
                                     BY:  [!ATTORNEY1], ESQ.
                                     [!ADDRESS-A1]
                                     [!ADDRESS-B1]
                                     [!CITY1], [!STATE1] [!ZIP1]
                                     [!PHONE NUMBER1]
                                     [!E-MAIL1]


                                     [!FIRM2]
                                     BY:  [!ATTORNEY2], ESQ.
                                     [!ADDRESS-A2]
                                     [!ADDRESS-B2]
                                     [!CITY2], [!STATE2] [!ZIP2]
                                     [!PHONE NUMBER2]
                                     [!E-MAIL2]


**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**                [!FIRM3]
                                     BY:  [!ATTORNEY3], ESQ.
                                     [!ADDRESS-A3]
                                     [!ADDRESS-B3]
                                     [!CITY3], [!STATE3] [!ZIP3]
                                     [!PHONE NUMBER3]
                                     [!E-MAIL3]

UNITED STATES DISTRICT COURT

3

**I N D E X**

PAGE

INFORMAL DISCOVERY CONFERENCE HEARING:                4

UNITED STATES DISTRICT COURT

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-oOo-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne*.

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor.  On the Zoom deposition, no problem.  I think it's great.  If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

supposed to produce the page showing when he went to Turkey.  When I came back -- and then the judge said, "No.  Produce it," and we produced the whole thing.

THE COURT:  I'll accept what you're saying, Mr. Murphy.

MR. MURPHY:  Thank you.

THE COURT:  But it does create some doubts.  I mean, you've explained it.

MR. MURPHY:  Okay.

THE COURT:  And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime.  And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition.  Okay.  I'll accommodate that with Zoom, but he's got to do it.  That's it.

MR. MURPHY:  One other quick question.

THE COURT:  Yes.

MR. MURPHY:  How long should the depo be?

THE COURT:  However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN:  Right.

THE COURT:  So you may explore those.  I mean, he may have not have much to say or a lot to say.

23

**C E R T I F I C A T E**

ROBERT HUNTER BIDEN                    :

               vs.                    :  No. CV 23-09430-SVW

PATRICK M. BYRNE                       :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

         /S/_____          _11/26/2024_

MARIA R. BUSTILLOS                     DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT

# Tab 5C

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Zachary C. Hansen Esq.
Early Sullivan Wright Gizer & McRae
6420 Wilshire Blvd
17th Flr
Los Angeles, CA, 90048

| Invoice #: | **7947069** |
|---|---|
| Invoice Date: | **12/17/2024** |
| Balance Due: | **$7,129.65** |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7060637  |  Job Date: 12/14/2024  |  Delivery: Daily          Client Matter #: 10760-003

Location:              Los Angeles, CA

Billing Atty:          Zachary C. Hansen Esq.

Scheduling Atty:    Zachary C. Hansen Esq. | Early Sullivan Wright Gizer & McRae

| Witness: Patrick M. Byrne Vol. II | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 279.00 | $6.35 | $1,771.65 |
| Transcript Services - Priority Request | 279.00 | $7.00 | $1,953.00 |
| Transcript - Supplemental Surcharges* | 279.00 | $0.75 | $209.25 |
| Rough Draft | 279.00 | $2.10 | $585.90 |
| Realtime Services | 279.00 | $2.30 | $641.70 |
| Attendance - Wknd/Holiday Surcharge (3 Hour Min) | 1.00 | $1,000.00 | $1,000.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 2.50 | $135.00 | $337.50 |
| Exhibits | 101.00 | $0.65 | $65.65 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| Invoice #: | **7947069** |
|---|---|
| Invoice Date: | **12/17/2024** |
| Balance Due: | **$7,129.65** |

74963

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$7,129.65** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$7,129.65** |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7947069**

**Invoice Date:   12/17/2024**

**Balance Due:   $7,129.65**

74963

**Tab 5C – Itemized Breakdown of Taxable Costs and Justification for Each**

| Amount: | Description: | Justification: |
|---|---|---|
| $1,771.65 | Transcript Services – Original Transcript(s) | Taxable under L.R. 54-3.5(a) as an original transcript. The cost per page is reasonable because while Plaintiff is not seeking reimbursement for priority preparation on an expedited basis, the cost per page charged on this invoice falls within the range of reasonable rates set by the Judicial Conference of the United States. Plaintiff did not have any discretion to seek a lower rate from the reporting services company. |
| $209.25 | Transcript – Supplemental Surcharges: Video Processing | Taxable under L.R. 54-3.5(a) as reasonable fees for video processing for deposition. This is justified because pursuant to L.R. 54-3.5(a), the costs associated with videotaping a deposition is not taxable unless recording the deposition by video or audio means was ordered by the Court before the taking of the deposition. These fees were reasonably incurred for the videotaping of Vol. II of Defendant Patrick Byrne's deposition on December 14, 2024, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.) |
| $585.90 | Rough Draft | Taxable under L.R. 54-3.5(a) as a rough draft. The cost per page is reasonable because while the Judicial Conference of the United States does not set rates for Rough Drafts, the rate applied here was reduced by more than 66% of the cost per page of the original transcript. Also, because the deposition continued over a number of days, a rough draft of the transcript was necessary in order to not duplicate testimony and to prepare for the following sessions of the deposition. Plaintiff did not have any discretion to seek a lower rate from the reporting services company. |
| $1,000.00 | Attendance – Wknd/Holiday Surcharge (3 hour Min) | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter for the deposition over a weekend. This was necessary due to Defendant's limited availability to appear for deposition, which required the deposition to be conducted during non-standard business hours and on the weekend. |
| $337.50 | Attendance – Non-Standard Bus Hrs Surcharge | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter for the deposition during non-business hours. This was necessary due to Defendant's limited availability to appear for deposition, which required the deposition to be conducted during non-standard business hours. |
| $65.65 | Exhibits | Taxable under L.R. 54-3.5(c). |
| $105.00 | Secure Hosting & Delivery of Veritext File Suite | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges and witness handling charges. |

| $55.00 | Logistics & Processing | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges. |
|---|---|---|
| $295.00 | Veritext Virtual Primary Participants | Taxable under L.R. 54-3.5(b) as reasonable fees for the attendance of the court reporter for the deposition by virtual means because the Court ordered Defendant to appear virtually for the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by video (zoom)). |
| $110.00 | Smart Summary – Over 100 Transcript Pages | Taxable under L.R. 54-3.5(a) as reasonable fees for production of miniscripts. |
| **$4,534.95** | **TOTAL** | |

*All taxable costs claimed on this invoice to which this chart relates are highlighted in the invoice.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,                )
                                    )
        ,      Plaintiffs,          )
                                    )
                                    )
                                    )
        vs.                         ) No. CV 23-09430-SVW-PD
                                    )
                                    )
                                    )
PATRICK M. BYRNE,                   )
                                    )
        Defendant.                  )
_____   )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____

MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**

[!FIRM1]
BY:  [!ATTORNEY1], ESQ.
[!ADDRESS-A1]
[!ADDRESS-B1]
[!CITY1], [!STATE1] [!ZIP1]
[!PHONE NUMBER1]
[!E-MAIL1]

[!FIRM2]
BY:  [!ATTORNEY2], ESQ.
[!ADDRESS-A2]
[!ADDRESS-B2]
[!CITY2], [!STATE2] [!ZIP2]
[!PHONE NUMBER2]
[!E-MAIL2]

**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**

[!FIRM3]
BY:  [!ATTORNEY3], ESQ.
[!ADDRESS-A3]
[!ADDRESS-B3]
[!CITY3], [!STATE3] [!ZIP3]
[!PHONE NUMBER3]
[!E-MAIL3]

**I N D E X**

|                                          | PAGE |
| INFORMAL DISCOVERY CONFERENCE HEARING:   |   4  |

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-o0o-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne.*

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor.  On the Zoom deposition, no problem.  I think it's great.  If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

supposed to produce the page showing when he went to Turkey.  When I came back -- and then the judge said, "No.  Produce it," and we produced the whole thing.

THE COURT:  I'll accept what you're saying, Mr. Murphy.

MR. MURPHY:  Thank you.

THE COURT:  But it does create some doubts.  I mean, you've explained it.

MR. MURPHY:  Okay.

THE COURT:  And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime.  And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition.  Okay.  I'll accommodate that with Zoom, but he's got to do it.  That's it.

MR. MURPHY:  One other quick question.

THE COURT:  Yes.

MR. MURPHY:  How long should the depo be?

THE COURT:  However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN:  Right.

THE COURT:  So you may explore those.  I mean, he may have not have much to say or a lot to say.

# C E R T I F I C A T E

ROBERT HUNTER BIDEN                              :

            vs.                                 :  No. CV 23-09430-SVW

PATRICK M. BYRNE                                :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____/S/_____          _11/26/2024_

MARIA R. BUSTILLOS                       DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT

# Tab 5D

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Zachary C. Hansen Esq.<br>Early Sullivan Wright Gizer & McRae<br>6420 Wilshire Blvd<br>17th Flr<br>Los Angeles, CA, 90048 | **Invoice #:** 7994875<br>**Invoice Date:** 1/8/2025<br>**Balance Due:** $1,985.00 |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7060637    |    Job Date: 12/14/2024    |    Delivery: Normal                     Client Matter #: 10760-003

Location:             Los Angeles, CA

Billing Atty:        Zachary C. Hansen Esq.

Scheduling Atty:   Zachary C. Hansen Esq. | Early Sullivan Wright Gizer & McRae

| Witness: Patrick M. Byrne Vol. II | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $565.00 | $565.00 |
| Video - Additional Hours | 1.00 | $225.00 | $225.00 |
| Video - Extended Hours | 3.00 | $345.00 | $1,035.00 |
| Video - Electronic Access | 1.00 | $80.00 | $80.00 |
| Video - Media and Cloud Services | 4.00 | $20.00 | $80.00 |

| Notes: | Invoice Total: | $1,985.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,985.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 7994875

**Invoice Date:** 1/8/2025

**Balance Due:** $1,985.00

74963

**Tab 5D – Justification for Fees**

Pursuant to L.R. 54-3.5(a), the costs of videotaping a deposition is not taxable unless recording the deposition by video or audio means was ordered by the Court before the taking of the deposition. Accordingly, the fees sought in Tab 5D relate to those reasonably incurred for the videotaping of Vol. II of Defendant Patrick Byrne's deposition on December 14, 2024, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,                    )
                                        )
       ,      Plaintiffs,               )
                                        )
                                        )
                                        )
       vs.                              ) No. CV 23-09430-SVW-PD
                                        )
                                        )
                                        )
PATRICK M. BYRNE,                       )
                                        )
       Defendant.                       )
_____        )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____


MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739


UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**


**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**                    [!FIRM1]
                                          BY:  [!ATTORNEY1], ESQ.
                                          [!ADDRESS-A1]
                                          [!ADDRESS-B1]
                                          [!CITY1], [!STATE1] [!ZIP1]
                                          [!PHONE NUMBER1]
                                          [!E-MAIL1]


                                          [!FIRM2]
                                          BY:  [!ATTORNEY2], ESQ.
                                          [!ADDRESS-A2]
                                          [!ADDRESS-B2]
                                          [!CITY2], [!STATE2] [!ZIP2]
                                          [!PHONE NUMBER2]
                                          [!E-MAIL2]


**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**                     [!FIRM3]
                                          BY:  [!ATTORNEY3], ESQ.
                                          [!ADDRESS-A3]
                                          [!ADDRESS-B3]
                                          [!CITY3], [!STATE3] [!ZIP3]
                                          [!PHONE NUMBER3]
                                          [!E-MAIL3]

3

**I N D E X**

INFORMAL DISCOVERY CONFERENCE HEARING:                    PAGE
                                                             4

UNITED STATES DISTRICT COURT

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-o0o-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne*.

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

14

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor. On the Zoom deposition, no problem.  I think it's great. If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

UNITED STATES DISTRICT COURT

supposed to produce the page showing when he went to Turkey.  When I came back -- and then the judge said, "No.  Produce it," and we produced the whole thing.

THE COURT:  I'll accept what you're saying, Mr. Murphy.

MR. MURPHY:  Thank you.

THE COURT:  But it does create some doubts.  I mean, you've explained it.

MR. MURPHY:  Okay.

THE COURT:  And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime.  And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition.  Okay.  I'll accommodate that with Zoom, but he's got to do it.  That's it.

MR. MURPHY:  One other quick question.

THE COURT:  Yes.

MR. MURPHY:  How long should the depo be?

THE COURT:  However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN:  Right.

THE COURT:  So you may explore those.  I mean, he may have not have much to say or a lot to say.

**C E R T I F I C A T E**

ROBERT HUNTER BIDEN                          :

              vs.                          :   No. CV 23-09430-SVW

PATRICK M. BYRNE                             :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

        _____/S/_____          _11/26/2024_

MARIA R. BUSTILLOS                          DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT

# Tab 5E

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Zachary C. Hansen Esq. | | |
|---|---|---|---|
| | Early Sullivan Wright Gizer & McRae | **Invoice #:** | **8001571** |
| | 6420 Wilshire Blvd | **Invoice Date:** | **1/10/2025** |
| | 17th Flr | **Balance Due:** | **$1,670.50** |
| | Los Angeles, CA, 90048 | | |

| **Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7060629   |   Job Date: 12/13/2024   |   Delivery: Normal                      Client Matter #: 10760-003

Location:            Los Angeles, CA

Billing Atty:        Zachary C. Hansen Esq.

Scheduling Atty:     Zachary C. Hansen Esq. | Early Sullivan Wright Gizer & McRae

| Witness: Patrick M. Byrne , Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $565.00 | $565.00 |
| Video - Additional Hours | 3.00 | $215.00 | $645.00 |
| Video - Extended Hours | 1.00 | $322.50 | $322.50 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |

| Notes: | Invoice Total: | $1,670.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,670.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  8001571** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  1/10/2025** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Balance Due:  $1,670.50** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

74963

## **Tab 5E – Justification for Fees**

Pursuant to L.R. 54-3.5(a), the costs of videotaping a deposition is not taxable unless recording the deposition by video or audio means was ordered by the Court before the taking of the deposition. Accordingly, the fees sought in Tab 5E relate to those reasonably incurred for the videotaping of Vol. I of Defendant Patrick Byrne's deposition on December 13, 2024, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,           )
                               )
,      Plaintiffs,             )
                               )
                               )
                               )
    vs.                        ) No. CV 23-09430-SVW-PD
                               )
                               )
                               )
PATRICK M. BYRNE,              )
                               )
       Defendant.              )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____


MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739


UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**              [!FIRM1]
                                   BY:  [!ATTORNEY1], ESQ.
                                   [!ADDRESS-A1]
                                   [!ADDRESS-B1]
                                   [!CITY1], [!STATE1] [!ZIP1]
                                   [!PHONE NUMBER1]
                                   [!E-MAIL1]


                                   [!FIRM2]
                                   BY:  [!ATTORNEY2], ESQ.
                                   [!ADDRESS-A2]
                                   [!ADDRESS-B2]
                                   [!CITY2], [!STATE2] [!ZIP2]
                                   [!PHONE NUMBER2]
                                   [!E-MAIL2]


**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**              [!FIRM3]
                                   BY:  [!ATTORNEY3], ESQ.
                                   [!ADDRESS-A3]
                                   [!ADDRESS-B3]
                                   [!CITY3], [!STATE3] [!ZIP3]
                                   [!PHONE NUMBER3]
                                   [!E-MAIL3]

**I N D E X**

INFORMAL DISCOVERY CONFERENCE HEARING:                    PAGE
                                                          4

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-oOo-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne*.

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor. On the Zoom deposition, no problem.  I think it's great. If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

supposed to produce the page showing when he went to Turkey. When I came back -- and then the judge said, "No. Produce it," and we produced the whole thing.

THE COURT: I'll accept what you're saying, Mr. Murphy.

MR. MURPHY: Thank you.

THE COURT: But it does create some doubts. I mean, you've explained it.

MR. MURPHY: Okay.

THE COURT: And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime. And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition. Okay. I'll accommodate that with Zoom, but he's got to do it. That's it.

MR. MURPHY: One other quick question.

THE COURT: Yes.

MR. MURPHY: How long should the depo be?

THE COURT: However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN: Right.

THE COURT: So you may explore those. I mean, he may have not have much to say or a lot to say.

23

**C E R T I F I C A T E**

ROBERT HUNTER BIDEN                            :

              vs.                     :  No. CV 23-09430-SVW

PATRICK M. BYRNE                               :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

        _____/S/_____                _11/26/2024_

MARIA R. BUSTILLOS                             DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT

# Tab 5F

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Bryan Sullivan Esq | | |
|---|---|---|---|
| | Early Sullivan Wright Gizer & McRae | **Invoice #:** | **8057156** |
| | 6420 Wilshire Blvd | **Invoice Date:** | **2/4/2025** |
| | 17th Flr | **Balance Due:** | **$3,071.80** |
| | Los Angeles, CA, 90048 | | |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7103502   |   Job Date: 2/4/2025   |   Delivery: Daily                  Client Matter #: 10760-003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Bryan Sullivan Esq |
| Scheduling Atty: | Zachary C. Hansen Esq. \| Early Sullivan Wright Gizer & McRae |

| Witness: Patrick M. Byrne, Vol 3 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 157.00 | $6.40 | $1,004.80 |
| Transcript Services - Priority Request | 157.00 | $7.05 | $1,106.85 |
| Transcript - Supplemental Surcharges* | 157.00 | $0.80 | $125.60 |
| Attendance - Half Day | 1.00 | $195.00 | $195.00 |
| Exhibits | 7.00 | $0.65 | $4.55 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $115.00 | $115.00 |
| Logistics & Processing | 1.00 | $60.00 | $60.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

| Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: 8057156 |
|---|---|---|
| Veritext | A/C Name:Veritext | |
| P.O. Box 71303 | Bank Name:BMO Harris Bank | Invoice Date: 2/4/2025 |
| Chicago IL 60694-1303 | Account No:4353454 ABA:071000288 | |
| Fed. Tax ID: 20-3132569 | Swift: HATRUS44 | Balance Due: $3,071.80 |

Pay by Credit Card: www.veritext.com

74963

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,071.80** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,071.80** |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8057156**

**Invoice Date:   2/4/2025**

**Balance Due:   $3,071.80**

74963

**Tab 5F – Itemized Breakdown of Taxable Costs and Justification for Each**

| Amount: | Description: | Justification: |
|---|---|---|
| $1,004.80 | Transcript Services – Original Transcript(s) | Taxable under L.R. 54-3.5(a) as an original transcript. The cost per page is reasonable because while Plaintiff is not seeking reimbursement for priority preparation on an expedited basis, the cost per page charged on this invoice falls within the range of reasonable rates set by the Judicial Conference of the United States. Plaintiff did not have any discretion to seek a lower rate from the reporting services company. |
| $125.60 | Transcript – Supplemental Surcharges: Video Processing | Taxable under L.R. 54-3.5(a) as reasonable fees for video processing for deposition. This is justified because pursuant to L.R. 54-3.5(a), the costs associated with videotaping a deposition is not taxable unless recording the deposition by video or audio means was ordered by the Court before the taking of the deposition. These fees were reasonably incurred for the videotaping of Vol. III of Defendant Patrick Byrne's deposition on February 4, 2025, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.) |
| $195.00 | Attendance – Half Day | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter for the deposition. |
| $4.55 | Exhibits | Taxable under L.R. 54-3.5(c). |
| $55.00 | Veritext Exhibit Package (ACE) | Taxable under L.R. 54-3.5(c). |
| $115.00 | Secure Hosting & Delivery of Veritext File Suite | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges and witness handling charges. |
| $60.00 | Logistics & Processing | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges. |
| $295.00 | Veritext Virtual Primary Participants | Taxable under L.R. 54-3.5(b) as reasonable fees for the attendance of the court reporter for the deposition by virtual means because the Court ordered Defendant to appear virtually for the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by video (zoom)). |
| $110.00 | Smart Summary – Over 100 Transcript Pages | Taxable under L.R. 54-3.5(a) as reasonable fees for production of miniscripts. |
| **$1,964.95** | **TOTAL** | |

*All taxable costs claimed on this invoice to which this chart relates are highlighted in the invoice.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,                )
                                    )
  ,       Plaintiffs,               )
                                    )
                                    )
                                    )
    vs.                             ) No. CV 23-09430-SVW-PD
                                    )
                                    )
                                    )
PATRICK M. BYRNE,                   )
                                    )
        Defendant.                  )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____


MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**                    [!FIRM1]
                                          BY:  [!ATTORNEY1], ESQ.
                                          [!ADDRESS-A1]
                                          [!ADDRESS-B1]
                                          [!CITY1], [!STATE1] [!ZIP1]
                                          [!PHONE NUMBER1]
                                          [!E-MAIL1]


                                          [!FIRM2]
                                          BY:  [!ATTORNEY2], ESQ.
                                          [!ADDRESS-A2]
                                          [!ADDRESS-B2]
                                          [!CITY2], [!STATE2] [!ZIP2]
                                          [!PHONE NUMBER2]
                                          [!E-MAIL2]


**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**                     [!FIRM3]
                                          BY:  [!ATTORNEY3], ESQ.
                                          [!ADDRESS-A3]
                                          [!ADDRESS-B3]
                                          [!CITY3], [!STATE3] [!ZIP3]
                                          [!PHONE NUMBER3]
                                          [!E-MAIL3]

UNITED STATES DISTRICT COURT

**I N D E X**

PAGE

INFORMAL DISCOVERY CONFERENCE HEARING:    4

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-o0o-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne.*

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

14

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor.  On the Zoom deposition, no problem.  I think it's great.  If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

UNITED STATES DISTRICT COURT

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

supposed to produce the page showing when he went to Turkey. When I came back -- and then the judge said, "No. Produce it," and we produced the whole thing.

THE COURT: I'll accept what you're saying, Mr. Murphy.

MR. MURPHY: Thank you.

THE COURT: But it does create some doubts. I mean, you've explained it.

MR. MURPHY: Okay.

THE COURT: And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime. And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition. Okay. I'll accommodate that with Zoom, but he's got to do it. That's it.

MR. MURPHY: One other quick question.

THE COURT: Yes.

MR. MURPHY: How long should the depo be?

THE COURT: However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN: Right.

THE COURT: So you may explore those. I mean, he may have not have much to say or a lot to say.

23

# C E R T I F I C A T E

ROBERT HUNTER BIDEN                              :

                        vs.                     :  No. CV 23-09430-SVW

PATRICK M. BYRNE                                :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


_____/S/_____          _11/26/2024_

MARIA R. BUSTILLOS                          DATE
OFFICIAL REPORTER


UNITED STATES DISTRICT COURT

# Tab 5G

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Bryan Sullivan Esq | | |
|---|---|---|---|
| | Early Sullivan Wright Gizer & McRae | **Invoice #:** | **8062163** |
| | 6420 Wilshire Blvd | **Invoice Date:** | **2/6/2025** |
| | 17th Flr | **Balance Due:** | **$1,957.50** |
| | Los Angeles, CA, 90048 | | |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7103502   |   Job Date: 2/4/2025   |   Delivery: Expedited                      Client Matter #: 10760-003

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Bryan Sullivan Esq |
| Scheduling Atty: | Zachary C. Hansen Esq. | Early Sullivan Wright Gizer & McRae |

| Witness: Patrick M. Byrne, Vol 3 | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $562.50 | $562.50 |
| Video - Additional Hours | 2.00 | $225.00 | $450.00 |
| Exhibit Capture Service | 1.00 | $825.00 | $825.00 |
| Video - Electronic Access | 1.00 | $80.00 | $80.00 |
| Video - Media and Cloud Services | 2.00 | $20.00 | $40.00 |

| Notes: | Invoice Total: | $1,957.50 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,957.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to: | Pay By ACH (Include invoice numbers): | **Invoice #:  8062163** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  2/6/2025** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $1,957.50** |

Pay by Credit Card: www.veritext.com

74963

**<u>Tab 5G – Justification for Fees</u>**

Pursuant to L.R. 54-3.5(a), the costs of videotaping a deposition is not taxable unless recording the deposition by video or audio means was ordered by the Court before the taking of the deposition. Accordingly, the fees sought in Tab 5G relate to those reasonably incurred for the videotaping of Vol. III of Defendant Patrick Byrne's deposition on February 4, 2025, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING


ROBERT HUNTER BIDEN,                )
                                    )
    ,      Plaintiffs,               )
                                    )
                                    )
                                    )
    vs.                             ) No. CV 23-09430-SVW-PD
                                    )
                                    )
                                    )
PATRICK M. BYRNE,                   )
                                    )
        Defendant.                  )
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____


MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739

UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**                      [!FIRM1]
                                           BY:  [!ATTORNEY1], ESQ.
                                           [!ADDRESS-A1]
                                           [!ADDRESS-B1]
                                           [!CITY1], [!STATE1] [!ZIP1]
                                           [!PHONE NUMBER1]
                                           [!E-MAIL1]


                                           [!FIRM2]
                                           BY:  [!ATTORNEY2], ESQ.
                                           [!ADDRESS-A2]
                                           [!ADDRESS-B2]
                                           [!CITY2], [!STATE2] [!ZIP2]
                                           [!PHONE NUMBER2]
                                           [!E-MAIL2]


**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**                       [!FIRM3]
                                           BY:  [!ATTORNEY3], ESQ.
                                           [!ADDRESS-A3]
                                           [!ADDRESS-B3]
                                           [!CITY3], [!STATE3] [!ZIP3]
                                           [!PHONE NUMBER3]
                                           [!E-MAIL3]

## **I N D E X**

INFORMAL DISCOVERY CONFERENCE HEARING:

PAGE
4

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-oOo-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne.*

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor. On the Zoom deposition, no problem.  I think it's great. If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

UNITED STATES DISTRICT COURT

supposed to produce the page showing when he went to Turkey.  When I came back -- and then the judge said, "No.  Produce it," and we produced the whole thing.

THE COURT:  I'll accept what you're saying, Mr. Murphy.

MR. MURPHY:  Thank you.

THE COURT:  But it does create some doubts.  I mean, you've explained it.

MR. MURPHY:  Okay.

THE COURT:  And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime.  And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition.  Okay.  I'll accommodate that with Zoom, but he's got to do it.  That's it.

MR. MURPHY:  One other quick question.

THE COURT:  Yes.

MR. MURPHY:  How long should the depo be?

THE COURT:  However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN:  Right.

THE COURT:  So you may explore those.  I mean, he may have not have much to say or a lot to say.

UNITED STATES DISTRICT COURT

**C E R T I F I C A T E**

ROBERT HUNTER BIDEN                          :

            vs.                          :    No. CV 23-09430-SVW

PATRICK M. BYRNE                          :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

          _____/S/_____          _11/26/2024_

MARIA R. BUSTILLOS                          DATE
OFFICIAL REPORTER

# Tab 5H

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Zachary C. Hansen Esq. | | |
| --- | --- | --- | --- |
| | Early Sullivan Wright Gizer & McRae | | |
| | 6420 Wilshire Blvd | | |
| | 17th Flr | | |
| | Los Angeles, CA, 90048 | | |

| Invoice #: | 8088792 |
| --- | --- |
| Invoice Date: | 2/18/2025 |
| Balance Due: | $3,367.30 |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
| --- | --- |

Job #: 7171048   |   Job Date: 2/14/2025   |   Delivery: Daily                          Client Matter #: 10760-003

| Location: | Boston, MA |
| --- | --- |
| Billing Atty: | Zachary C. Hansen Esq. |
| Scheduling Atty: | Zachary C. Hansen Esq. \| Early Sullivan Wright Gizer & McRae |

| Witness: John F. Moynihan | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Transcript Services - Original Transcript(s) | 175.00 | $6.40 | $1,120.00 |
| Transcript Services - Priority Request | 175.00 | $7.05 | $1,233.75 |
| Transcript - Supplemental Surcharges* | 175.00 | $0.80 | $140.00 |
| Attendance - Half Day | 1.00 | $195.00 | $195.00 |
| Exhibits | 67.00 | $0.65 | $43.55 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $115.00 | $115.00 |
| Logistics & Processing | 1.00 | $60.00 | $60.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| Invoice #: | 8088792 |
| --- | --- |
| Invoice Date: | 2/18/2025 |
| Balance Due: | $3,367.30 |

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,367.30** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,367.30** |

TERMS:    Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8088792**

**Invoice Date:   2/18/2025**

**Balance Due:   $3,367.30**

74963

**Tab 5H – Itemized Breakdown of Taxable Costs and Justification for Each**

| Amount: | Description: | Justification: |
|---|---|---|
| $1,120.00 | Transcript Services – Original Transcript(s) | Taxable under L.R. 54-3.5(a) as an original transcript. The cost per page is reasonable because while Plaintiff is not seeking reimbursement for priority preparation on an expedited basis, the cost per page charged on this invoice falls within the range of reasonable rates set by the Judicial Conference of the United States. Plaintiff did not have any discretion to seek a lower rate from the reporting services company. |
| $195.00 | Attendance – Half Day | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter for the deposition. |
| $43.55 | Exhibits | Taxable under L.R. 54-3.5(c). |
| $55.00 | Veritext Exhibit Package (ACE) | Taxable under L.R. 54-3.5(c). |
| $115.00 | Secure Hosting & Delivery of Veritext File Suite | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges and witness handling charges. |
| $60.00 | Logistics & Processing | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges. |
| $295.00 | Veritext Virtual Primary Participants | Taxable under L.R. 54-3.5(b) as reasonable fees for the attendance of the court reporter for the deposition by virtual means because the witness, as a third party deponent, could not be compelled to appear in person for the deposition and thus the deposition had to be conducted virtually by video. |
| $110.00 | Smart Summary – Over 100 Transcript Pages | Taxable under L.R. 54-3.5(a) as reasonable fees for production of miniscripts. |
| **$1,993.55** | **TOTAL** | |

*All taxable costs claimed on this invoice to which this chart relates are highlighted in the invoice.

# Tab 5I

 **ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*   **INV3096831**

| | |
|---|---|
| **Date** | 4/22/2025 |
| **Terms** | Net 30 |
| **Due Date** | 5/22/2025 |

| | |
|---|---|
| **Client Number** | C07775 |
| **Esquire Office** | Atlanta |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Harpootlian Attorneys At Law
1410 Laurel Street
Columbia SC 29201

**Services Provided For**
Harpootlian Attorneys At Law - Columbia
Harpootlian, Richard A
1410 Laurel Street
Columbia SC 29201

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/21/2025 | J12703813 | Washington, DISTRICT OF COLUMBIA | ROBERT BIDEN V. PATRICK BYRNE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE SESSION | Special Agent David Smith | 1 | 75.00 | $75.00 |
| ON-SITE RESOURCE FEE | Special Agent David Smith | 1 | 150.00 | $150.00 |

*Representing Client: Harpootlian Attorneys At Law (P) : Harpootlian Attorneys At Law - Columbia*

| | |
|---|---|
| **Subtotal** | 225.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $225.00 |
| **Amount Due** | 225.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Harpootlian Attorneys At Law - Columbia |
| **Client #** | C07775 |
| **Invoice #** | INV3096831 |
| **Invoice Date** | 4/22/2025 |
| **Due Date** | 5/22/2025 |
| **Amount Due** | **$225.00** |

*Biden v. Byrnes*



### ESQUIRE
DEPOSITION SOLUTIONS



# Payment Confirmation

Transaction Id: 8b11536bd18d317f82037dafb369b141
Thank you for your payment. An email invoice has been sent to Holli@harpootlianlaw.com.

## Merchant Information

| | |
|---|---|
| **Name** | Esquire Solutions |
| **City & State** | Atlanta, GA |
| **Zip Code** | 30344 |
| **Phone Number** | (800) 211-3376 |

## Transaction Information

| | |
|---|---|
| **Date & Time** | 4/23/25 1:16:03 PM EDT |
| **Payment Plan** | One-Time Payment |
| **Amount** | $225.00 |
| **Currency Code** | USD |
| **Approval Code** | 06606G |
| **Invoice Number** | INV3096831pmt0 |
| **Reference Number** | INV3096831 |

**Card Information**

| | |
|---|---|
| **Card Number** | VISA xxxxxxxxxxxx5466 |
| **Billing Address** | 1410 Laurel St |
| **Zip Code** | 29201 |

Exit

# Tab 5J

 **ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice*  **INV3100069**

| | |
|---|---|
| **Date** | 4/24/2025 |
| **Terms** | Net 30 |
| **Due Date** | 5/24/2025 |

| | |
|---|---|
| **Client Number** | C07775 |
| **Esquire Office** | Atlanta |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**

Harpootlian Attorneys At Law
1410 Laurel Street
Columbia SC 29201

**Services Provided For**

Harpootlian Attorneys At Law - Columbia
Miller, Holli
1410 Laurel Street
Columbia SC 29201

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/21/2025 | J12703813 | Washington, DISTRICT OF COLUMBIA | ROBERT BIDEN V. PATRICK BYRNE |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| | Special Agent David Smith | 1 | 0.00 | $0.00 |
| ON-SITE RESOURCE FEE | Special Agent David Smith | 1 | 150.00 | $150.00 |
| APP FEE: HALF DAY | Special Agent David Smith | 1 | 75.00 | $75.00 |
| TRANSCRIPT - O&1 - WI | Special Agent David Smith | 20 | 0.00 | $0.00 |
| MINIMUM TRANSCRIPT | Special Agent David Smith | 1 | 425.00 | $425.00 |
| LITIGATION SUPPORT PACKAGE | Special Agent David Smith | 1 | 60.00 | $60.00 |
| CONDENSED TRANSCRIPT | Special Agent David Smith | 1 | 35.00 | $35.00 |
| PROCESSING & COMPLIANCE | Special Agent David Smith | 1 | 55.00 | $55.00 |

*Representing Client: Harpootlian Attorneys At Law (P) : Harpootlian Attorneys At Law - Columbia*

| | |
|---|---|
| **Subtotal** | 800.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $800.00 |
| **Amount Due** | 800.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Harpootlian Attorneys At Law - Columbia |
| **Client #** | C07775 |
| **Invoice #** | INV3100069 |
| **Invoice Date** | 4/24/2025 |
| **Due Date** | 5/24/2025 |
| **Amount Due** | **$800.00** |





# ESQUIRE
DEPOSITION SOLUTIONS



# Payment Confirmation

Transaction Id: 9ecdf67f6d32377597289102e002136a
Thank you for your payment. An email invoice has been sent
to Holli@harpootlianlaw.com.

## Merchant Information

| | |
|---|---|
| **Name** | Esquire Solutions |
| **City & State** | Atlanta, GA |
| **Zip Code** | 30344 |
| **Phone Number** | (800) 211-3376 |

## Transaction Information

| | |
|---|---|
| **Date & Time** | 4/25/25 9:20:35 AM EDT |
| **Payment Plan** | One-Time Payment |
| **Amount** | $800.00 |
| **Currency Code** | USD |
| **Approval Code** | 01190G |
| **Invoice Number** | INV3100069pmt0 |
| **Reference Number** | INV3100069 |

**Card Information**

| | |
|---|---|
| **Card Number** | VISA xxxxxxxxxxxx5466 |
| **Billing Address** | 1410 Laurel St |
| **Zip Code** | 29201 |

Exit

## Tab 5J – Itemized Breakdown of Taxable Costs and Justification for Each

| Amount: | Description: | Justification: |
|---|---|---|
| $150.00 | On-Site Resource Fee | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter on-site for the deposition. |
| $75.00 | App Fee: Half Day | Taxable under L.R. 54-3.5(b) as reasonable rates for the attendance of a court reporter on-site for the deposition. |
| $425.00 | Minimum Transcript | Taxable under L.R. 54-3.5(a) as an original transcript. |
| $60.00 | Litigation Support Package | Taxable under L.R. 54-3.5(a) as production and code compliance charges |
| $35.00 | Condensed Transcript | Taxable under L.R. 54-3.5(a) as reasonable fees for production of miniscripts. |
| $55.00 | Processing & Compliance | Taxable under L.R. 54-3.5(a) as electronic transmission charges for non-expedited electronic delivery of transcript, as well as production charges. |
| **$800.00** | **TOTAL** | |

*All taxable costs claimed on this invoice to which this chart relates are highlighted in the invoice.

# Tab 10(a) - Index

**Tab 10(a)**
**Chart/Index of Costs and Attachments**

| Date: | Description: | Amount: |
|---|---|---|
| 11/04/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $128.99 |
| 11/12/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $157.12 |
| 11/13/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $140.75 |
| 11/14/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $87.04 |
| 11/22/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $138.80 |
| 11/22/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $189.16 |
| 12/19/2024 | Lodging Mandatory Chamber Copies of Sealed Filings | $234.22 |
| 1/14/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $262.73 |
| 1/16/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $148.33 |
| 2/3/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $189.80 |
| 3/3/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $178.51 |
| 3/14/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $54.40 |
| 4/1/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $54.40 |
| 6/30/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $135.86 |
| 7/1/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $54.40 |
| 7/7/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $59.05 |
| 7/17/2025 | Lodging Mandatory Chamber Copies of Sealed Filings | $59.51 |
| **TOTAL:** | | $2,273.07 |

# Tab 10(a)



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10901858 | |
| Invoice Date | |
| 11/15/24 | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 11/04/24 FILING-FAX | 5953078 PDF RUSH | FAX | FIRST LEGAL SUPPORT-LA 1517 W BEVERLY BOULEVARD LOS ANGELES     CA 90026 Caller: Robie Jones 2:23-CV-09430-SVW-PD ROBERT H BIDEN vs PATRIC BYRNE UNDERSEAL/CONFIDENTIAL LODGING OF OPPOS TO MTN LODGE/CONFORM/RETURN Signed: lodged     USDC-LOS ANGELES 350 W. 1st street LOS ANGELES     CA 90012     Ref: 10760-003 ZACK HANSEN | Base Chg : 81.50 PDF/Ship : 2.20 Addt'1Chgs: 55.00 Misc     : 9.71 | 128.99 |
| | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10901858 | |
| Invoice Date | |
| 11/15/24 | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 11/12/24<br>FILING-FAX/PDF RUSH | 5964604 | FAX | FIRST LEGAL SUPPORT-LA<br>1517 W BEVERLY BOULEVARD<br>LOS ANGELES        CA 90026<br>Caller: Robie Jones<br>2;23-CV-09430-SVW-PD<br>ROBERT HUNTER BIDEN vs PATRIC M BYRNE<br>UNDERSEAL LODGING<br>LODGE/CONFORM/RETURN<br>Signed: rejected          USDC-LOS ANGELES(UNDERSEAL LODGING)<br>255 EAST TEMPLE STREET<br>LOS ANGELES        CA 90012<br>Comment: Addt'l = flash drive<br><br>Ref: 10760-003 | Base Chg  : 81.50<br>PDF/Ship  : 32.45<br>Addt'lChgs: 55.00<br>Misc      : 11.83 | 157.12<br><br>Continued |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10901858 | |
| Invoice Date | |
| 11/15/24 | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 11/13/24 | 5965741 | FAX | FIRST LEGAL SUPPORT-LA<br>1517 W BEVERLY BOULEVARD<br>LOS ANGELES      CA 90026<br>Caller: Robie Jones<br>2:23-CV-09430-SVW-PD<br>BIDEN VS BYRNE<br>UNDERSEAL EXHIBITS TO OPPOS ( UNREDACTED EXHIB D & E )<br>LODGE/CONFORM/RETURN<br>Signed: filed/c | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES      CA 90012<br>Comment: Addt'l = flash drive<br><br><br><br>Ref: 10760-003 | Base Chg  : 81.50<br>PDF/Ship  : 14.85<br>Addt'1Chgs: 55.00<br>Misc      : 10.60 | 140.75 |
| FILING-FAX/PDF RUSH | | | | | | | |
| 11/14/24 | 5967546 | FAX | FIRST LEGAL SUPPORT-LA<br>1517 W BEVERLY BOULEVARD<br>LOS ANGELES      CA 90026<br>Caller: Robie Jones        Wait:   30 Min<br>2;23-CV-09430-SVW-PD<br>ROBERT HUNTER BIDEN vs PATRIC M BYRNE<br>UNDERSEAL LODGING final pre-trial conf order<br>LODGE/CONFORM/RETURN<br>Signed: lodged/c | USDC-LOS ANGELES(UNDERSEAL LODGING)<br>255 EAST TEMPLE STREET<br>LOS ANGELES      CA 90012<br><br><br><br>Ref: 10760-003 | Base Chg  : 81.50<br>PDF/Ship  : 12.10<br>Misc      : 6.56 | 87.04 |
| FILING-FAX/PDF RUSH | | | | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10910716 | |
| **Invoice Date** | |
| 11/30/24 | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | | | | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 11/22/24 FILING-FAX | 5979081 PDF RUSH | FAX | FIRST LEGAL SUPPORT-LA 1517 W BEVERLY BOULEVARD LOS ANGELES    CA 90026 Caller: Robie Jones    Wait:  45 Min 2:23-CV-09430-SVW-PD BIDEN VS BYRNE UNDERSEAL EXHIBITS/decl/order/etc-Ex-Part LODGE/CONFORM/RETURN Signed: filed    Ref: 10760-003 | USDC-LOS ANGELES 255 EAST TEMPLE STREET LOS ANGELES    CA 90012 | Base Chg : Wait    : PDF/Ship : Misc    : | 81.50 12.75 55.00 10.45 | 138.80 |
| 11/22/24 FILING-FAX | 5979708 PDF RUSH | FAX | FIRST LEGAL SUPPORT-LA 1517 W BEVERLY BOULEVARD LOS ANGELES    CA 90026 Caller: Robie Jones    Wait:  20 Min 2:23-CV-09430-SVW-PD BIDEN VS BYRNE UNDERSEAL EXHIBITS/decl/oppos, etc LODGE/CONFORM/RETURN Signed: filed    Ref: 10760-003 | USDC-LOS ANGELES 255 EAST TEMPLE STREET LOS ANGELES    CA 90012 | Base Chg : PDF/Ship : Misc    : | 81.50 121.90 14.24 | 189.16 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE



| Invoice No. | Customer No. |
|---|---|
| 10932397 | |
| Invoice Date | |
| 12/31/24 | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 12/19/24 FILING-FAX | 17032936 PDF RUSH | FAX | FIRST LEGAL SUPPORT-LA<br>1517 W BEVERLY BOULEVARD<br>LOS ANGELES    CA 90026    USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES    CA 90012<br>Caller: Robie Jones    Wait:  90 Min<br>2:23-CV-09430-SVW-PD<br>BIDEN VS BYRNE<br>UNDERSEAL EXHIBITS/decl/order/etc-Ex-Part<br>LODGE/CONFORM/RETURN<br>Signed: lodged        Ref: 10760-003 | Base Chg : 81.50<br>Wait : 51.00<br>PDF/Ship : 119.35<br>Misc : 17.63 | 234.22 |
| | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10939937 | |
| Invoice Date | |
| 1/15/25 | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/14/25<br>FILING-FAX/PDF RUSH | 17063592 | FAX | FIRST LEGAL SUPPORT-LA          USDC-LOS ANGELES<br>1517 W BEVERLY BOULEVARD        255 EAST TEMPLE STREET<br>LOS ANGELES        CA 90026     LOS ANGELES        CA 90012<br>Caller: Robie Jones     Wait: 120 Min<br>2:23-CV-09430-SVW-PD<br>BIDEN VS BYRNE<br>UNDERSEAL EXHIBITS/decl/order/etc-Ex-Part<br>LODGE/CONFORM/RETURN<br>Signed: rec'd          Ref: 10760-003 | Base Chg : 86.50<br>Wait : 81.00<br>PDF/Ship : 115.01<br>Misc : 19.78 | 262.73 |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10950494 | |
| **Invoice Date** | |
| 1/31/25 | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/16/25<br>FILING-FAX/PDF RUSH | 17066995 | FAX | FIRST LEGAL SUPPORT-LA        USDC-LOS ANGELES<br>1517 W BEVERLY BOULEVARD       255 EAST TEMPLE STREET<br>LOS ANGELES       CA 90026    LOS ANGELES       CA 90012<br>Caller: Robie Jones       Wait:  35 Min<br>2:23-CV-09430-SVW-PD<br>BIDEN VS BYRNE<br>UNDERSEAL EXHIBITS reply to mtn/decl/order/etc-Ex-Part<br>LODGE/CONFORM/RETURN<br>Signed: prevously Lodged       Ref: 10760-003 | Base Chg : 86.50<br>PDF/Ship : 73.00<br>Misc : 11.17- | 148.33 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10962225 | |
| **Invoice Date** | |
| 2/15/25 | |
| | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | | | | |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 2/03/25 | 17092948 | FAX | FIRST LEGAL SUPPORT-LA            USDC-LOS ANGELES | Base Chg : 86.50 | |
| FILING-FAX/ PDF RUSH | | | 1517 W BEVERLY BOULEVARD          255 EAST TEMPLE STREET | Wait : 13.50 | |
| | | | LOS ANGELES       CA 90026       LOS ANGELES       CA 90012 | PDF/Ship : 104.10 | |
| | | | Caller: Robie Jones      Wait: 45 Min | Misc : 14.30 | 189.80 |
| | | | 2:23-CV-09430-SVW-PD | | |
| | | | BIDEN VS BYRNE | | |
| | | | UNDERSEAL:FURTHR OPPOS TO MTN, SUPPL RESPNS, SUPPL DECL | | |
| | | | LODGE/CONFORM/RETURN | | |
| | | | Signed: rec'd              Ref: 10760-003 | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10980265 | |
| Invoice Date | |
| 3/15/25 | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/03/25 | 17134229 | FAX | FIRST LEGAL SUPPORT-LA        USDC-LOS ANGELES<br>1517 W BEVERLY BOULEVARD      255 EAST TEMPLE STREET<br>LOS ANGELES      CA 90026     LOS ANGELES      CA 90012<br>Caller: April Wright     Wait:  35 Min<br>2:23-CV-09430-SVW-PD<br>BIDEN VS BYRNE<br>UNDERSEAL: MTN, DECL, prop order, exhibits, etc<br>LODGE/CONFORM/RETURN<br>Signed: Filed/lodged<br>Ref: 10760-003 ZACH HANSEN | Base Chg : 86.50<br>Wait : 4.50<br>PDF/Ship : 100.96<br>Misc : 13.45 | 178.51 |
| FILING-FAX/PDF RUSH | | | | | |
| | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE



| Invoice No. | Customer No. |
|---|---|
|  |  |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/14/25 | 17153394 | PDF | Early Sullivan Wright Gizer & McRae  USDC-LOS ANGELES<br>6420 WILSHIRE BLVD.  350 W. 1ST STREET<br>LOS ANGELES   CA 90048  LOS ANGELES   CA 90012<br>Caller: Robie Jones<br>2:23-CV-09430-SVW-PD<br>BIDEN VS BYRNE<br>RESPONSE TO OPPOS<br>COURTESY CPY TO JDGE<br>Signed: SBW box      Ref: 10760-003 | Base Chg : 58.50<br>Misc : 4.10 | 54.40 |
| PDF COURTESY DEL.-RUSH | | | | | |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 11004745 | |
| **Invoice Date** | |
| 4/15/25 | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 4/01/25 | 17178529 | PDF | Early Sullivan Wright Gizer & McRae | USDC-LOS ANGELES | | Base Chg : | 58.50 | |
| | | | 6420 WILSHIRE BLVD. | 350 W. 1ST STREET | | Misc : | 4.10- | 54.40 |
| PDF COURTESY DEL.-RUSH | | | LOS ANGELES    CA 90048 | LOS ANGELES    CA 90012 | | | | |
| | | | Caller: Robie Jones | | | | | |
| | | | 2;23-CV-09430-SVW-PD | | | | | |
| | | | BIDEN VS PATRIC BYRNE | | | | | |
| | | | FILING OF DEPO | | | | | |
| | | | COURTESY CPY TO JDGE | | | | | |
| | | | Signed: SVW box | Ref: 10760-003 | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 11095429 | |
| Invoice Date | |
| 7/15/25 | |
| | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

Billing/Payment Questions
Client Care (877)350-8698
Or Email:
clientcare@firstlegal.com

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|
| Date | Ordr No. | Svc | | Service Detail | | | Charges | Total |
| 6/30/25 | 17330553 | FAX | FIRST LEGAL SUPPORT-LA | USDC-LOS ANGELES | | Base Chg : | 86.50 | |
| FILING-FAX/PDF RUSH | | | 1517 W BEVERLY BOULEVARD | 255 EAST TEMPLE STREET | | PDF/Ship : | 59.59 | 135.86 |
| | | | LOS ANGELES    CA 90026 | LOS ANGELES    CA 90012 | | Misc    : | 10.23 | |
| | | | Caller: Robie Jones | | | | | |
| | | | 2:23-CV-09430-SVW-PD | | | | | |
| | | | ROBERT BIDEN VS PATRICK BYRNE | | | | | |
| | | | UNDERSEAL REDACTED STIP/SUPPLE MEMO | | | | | |
| | | | LODGE/CONFORM/RETURN | | | | | |
| | | | Signed: lodged | Ref: 10760-003 | | | | |
| | | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 11095429 | |
| **Invoice Date** | |
| 7/15/25 | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

Billing/Payment Questions
Client Care (877)350-8698
Or Email:
clientcare@firstlegal.com

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | | | | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/01/25 | 17332849 | PDF | FIRST LEGAL SUPPORT-LA  1517 W BEVERLY BOULEVARD  LOS ANGELES      CA 90026 | USDC-LOS ANGELES  350 W. 1st STREET  LOS ANGELES     CA 90012 | Base Chg : 58.50  Misc      : 4.10 | 54.40 |
| PDF COURTESY DEL.-RUSH | | | Caller: Robie Jones  2:23-CV-09430-SVW-PD  ROBERT BIDEN VS PATRICK BYRNE  UNDERSEAL REDACTED STIP/SUPPLE MEMO  COURTESY CPY TO JDGE  Signed: SVW box | Ref: 10760-003 | | |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE



| Invoice No. | Customer No. |
|---|---|
| 11095429 | |
| Invoice Date | |
| 7/15/25 | |
| | |
| | |
| | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

Billing/Payment Questions
Client Care (877)350-8698
Or Email:
clientcare@firstlegal.com

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|
| | | | | | |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 7/07/25 PDF COURTESY DEL.-RUSH | 17341042 | PDF | FIRST LEGAL SUPPORT-LA       USDC-LOS ANGELES       Base Chg : 58.50<br>1517 W BEVERLY BOULEVARD       350 W. 1st STREET       PDF/Ship : 5.00<br>LOS ANGELES       CA 90026   LOS ANGELES       CA 90012   Misc : 4.45<br>Caller: Robie Jones<br>2:23-CV-09430-SVW-PD<br>ROBERT BIDEN VS PATRICK BYRNE<br>UNDERSEAL DECL WITH EXHIBITS<br>COURTESY CPY TO JDGE<br>Signed: SVW box       Ref: 10760-003 | | 59.05 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 11110677 | |
| Invoice Date | |
| 7/31/25 | |

Early Sullivan Wright Gizer & McRae
6420 WILSHIRE BLVD.
17TH FLOOR
LOS ANGELES, CA 90048

Billing/Payment Questions
Client Care (877)350-8698
Or Email:
clientcare@firstlegal.com

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/17/25 | 17360917 | PDF | Early Sullivan Wright Gizer & McRae    USDC-LOS ANGELES | Base Chg : | 58.50 | |
| PDF COURTESY DEL.-RUSH | | | 6420 WILSHIRE BLVD.    350 W. ST STREET | PDF/Ship : | 5.50 | 59.51 |
| | | | LOS ANGELES    CA 90048    LOS ANGELES    CA 90012 | Misc : | 4.49 | |
| | | | Caller: Robie Jones | | | |
| | | | 2;23-CV-09430-SVW-PD | | | |
| | | | BIDEN VS BYRNE | | | |
| | | | FINRAL PRETIRAL CONF ORDER ( UNDERSEAL ) | | | |
| | | | COURTESY CPY TO JDGE | | | |
| | | | Signed: SVW box    Ref: 10760-003 | | | |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# Tab 10(g) - Index

**Tab 10(g)**
**Chart/Index for Costs and Attachments**

| Tab No.: | Date: | Description: | Amount: |
|---|---|---|---|
| 10(g)A | 3/4/25 | Invoice for cost of copying and reproducing documents for use at trial as exhibits | $32.72 |
| 10(g)B | 6/24/25 | Invoice for cost of copying and reproducing documents for use at trial as exhibits | $189.82 |
| 10(g)C | 7/11/25 | Invoice for cost of certified transcriptions of podcasts for use at trial as exhibits | $3,504.10 |
| 10(g)D | 7/17/25 | Invoice for certified copies of Canadian Judgment against Defendant Patrick Byrne to be used at trial as exhibit (converted from CAD to USD based on applicable exchange rate on date of invoice) | $545.70 |
| 10(g)E | 7/22/25 | Invoice for cost of copying and reproducing documents to use at trial as exhibits | $44.94 |
| 10(g)F | 7/24/25 | Invoice for cost of copying and reproducing all trial exhibits for both parties, binders, and tabs required by the Court for trial | $7,649.62 |
| 10(g)G | 7/25/25 | Invoice for cost of copying and reproducing documents for use at trial as exhibits | $298.56 |
| 10(g)H | 7/30/25 | Invoice for cost of copying and reproducing documents for use at trial as exhibits | $316.73 |
| 10(g)I | 7/28/25 | Invoice for video processing fee for Vol. II Deposition of Defendant Patrick Byrne | $185.00 |
| 10(g)J | 7/28/25 | Invoice for video processing fee for Vol. III Deposition of Defendant Patrick Byrne | $185.00 |
| **TOTAL:** | | | $12,952.19 |

# Tab 10(g)A



# Invoice

| Date | Invoice # |
|---|---|
| 3/4/2025 | 4172963 |

**PAST DUE**

| Bill To |
|---|
| RICHARD HARPOOTLIAN, PA<br>1410 LAUREL STREET<br>COLUMBIA, SC 29201 |

| Ship To |
|---|
| RICHARD HARPOOTLIAN LAW, P.A<br>1410 LAUREL STREET<br>COLUMBIA, SC 29201 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|---|---|---|---|---|---|
| C12774 | BIDEN | HOLLI MILLER | Net 30 | 4/3/2025 | 03/04 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| BLOWBACKS - B/W 8.5 x 11 - 20LB | 303 | 0.10 | 30.30T |
| Holli@harpootlianlaw.com or Ginger@harpootlianlaw.com<br>803.252.4848 | | | |

Remit Payment To:

**NOVA Office Strategies, Inc.**
129 W. Trade Street
Suite 1420
Charlotte, NC 28202

Contact Us at

| | |
|---|---|
| Phone # | 704.347.0055 |
| Fax # | 704.347.3421 |

www.novaoffice.net

| Subtotal | $30.30 |
|---|---|
| Sales Tax  (8.0%) | $2.42 |
| **Total** | $32.72 |

Federal Tax ID#  56-2120639

# Tab 10(g)B

# NOVA
OFFICE STRATEGIES

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/24/2025 | 4175343 |

**Bill To**

RICHARD HARPOOTLIAN, PA
1410 LAUREL STREET
COLUMBIA, SC 29201

**Ship To**

RICHARD HARPOOTLIAN LAW, P.A
1410 LAUREL STREET
COLUMBIA, SC 29201

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| C13070 | BIDEN | HOLLI MILLER | Net 30 | 7/24/2025 | 06/24 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - B/W 8.5 x 11 - 20LB | 541 | 0.10 | 54.10T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 203 | 0.55 | 111.65T |
| DRIVING DELIVERY FEE - EFFECTIVE JUNE 1, 2025 (within 5 mile radius) | 1 | 10.00 | 10.00T |
| | | | |
| Holli@harpootlianlaw.com or Ginger@harpootlianlaw.com 803.252.4848 | | | |

Remit Payment To:

**NOVA Office Strategies, Inc.**
129 W. Trade Street
Suite 1420
Charlotte, NC 28202

Contact Us at

Phone #    704.347.0055

Fax #    704.347.3421

www.novaoffice.net

| Subtotal | $175.75 |
|----------|---------|
| Sales Tax (8.0%) | $14.07 |
| Total | $189.82 |

Federal Tax ID# 56-2120639

# Tab 10(g)C



**Planet Depos**

# INVOICE
1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 768919 | 7/11/2025 | 590596 |
| **Job Date** | **Case No.** | |
| 6/27/2025 | 2:23-CV-09430 | |

| **Client and Case Name** |
|---|
| Early Sullivan Wright Gizer & McRae LLP - Robert Hunter Biden -v- Patrick M. Byrne |
| **Payment Terms** |
| Due upon receipt |

Client:
Zachary Hansen, Esquire
Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd
17th Floor
Los Angeles, CA 90048

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Absolute Truth | 82.00 | Pages | 405.90 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Alex Jones | 267.00 | Pages | 1,321.65 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Courtenay Turner | 272.00 | Pages | 1,346.40 |
| TRANSCRIPT WITH INDEX OF: | | | |
| StoneZone | 77.00 | Pages | 381.15 |
| Processing Fee | 1.00 | | 49.00 |

**TOTAL DUE  >>>**                                   **$3,504.10**
AFTER 8/10/2025  PAY                                   $3,679.31

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**(-) Payments/Credits:**                                0.00
**(+) Finance Charges/Debits:**                        175.21

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Zachary Hansen, Esquire
Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd
17th Floor
Los Angeles, CA 90048

Invoice No.      : 768919
Invoice Date     : 7/11/2025
**Total Due**        : **$3,679.31**

Remit To: **Planet Depos, LLC**
              **P.O. BOX 791571**
              **Baltimore, MD 21279-1571**

Job No.          : 590596
BU ID            : *59-NOLOC
Case No.         : 2:23-CV-09430
Case Name        : Robert Hunter Biden -v- Patrick M. Byrne



# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 768919 | 7/11/2025 | 590596 |
| **Job Date** | **Case No.** | |
| 6/27/2025 | 2:23-CV-09430 | |
| **Client and Case Name** | | |
| Early Sullivan Wright Gizer & McRae LLP - Robert Hunter Biden -v- Patrick M. Byrne | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:

Zachary Hansen, Esquire
Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd
17th Floor
Los Angeles, CA 90048

**(=) New Balance:**                    **$3,679.31**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Zachary Hansen, Esquire
Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd
17th Floor
Los Angeles, CA 90048

Invoice No.    : 768919
Invoice Date   : 7/11/2025
**Total Due**     : **$3,679.31**

Remit To: **Planet Depos, LLC
P.O. BOX 791571
Baltimore, MD 21279-1571**

Job No.      : 590596
BU ID        : *59-NOLOC
Case No.     : 2:23-CV-09430
Case Name  : Robert Hunter Biden -v- Patrick M. Byrne

# Tab 10(g)D

*Biden Costs*

# FASKEN

Fasken Martineau DuMoulin LLP
Barristers and Solicitors
Patent and Trade-mark Agents

333 Bay Street, Suite 2400
P.O. Box 20
Toronto, Ontario  M5H 2T6
Canada

T +1 416 366 8381
 +1 800 268 8424
F +1 416 364 7813

**fasken.com**

Early Sullivan Wright Gizer & McRae LLP
6420 Wilshire Blvd, 17th floor
Los Angeles CA 90048
UNITED STATES

**Attention: Scott Gizer**

July 17, 2025
Invoice #: 2159820

GST/HST#: 87937 6127
QST#: 1023151835

---

**Matter Number: 330615.00003**
**Matter: Agency Work**

**For Professional Services rendered through June 30, 2025 as described in the attached memorandum.**

| | |
|---|---:|
| Total Taxable Disbursements | 115.60 |
| Total Non Taxable Disbursements | 632.00 |
| Total Disbursements | 747.60 |
| Total Fees & Disbursements | 747.60 |
| **Total Amount Owing This Bill** | **CAD $ 747.60** |

Fasken Martineau DuMoulin LLP

This account has been reviewed, verified and approved by
Peter J. Pliszka who has authorized the signing and rendering
of this account.
E. & O.E.

**Your payment via EFT, Wire, Online Bank Pay or Credit Card is appreciated.**
**Our Banking Details are below.  For credit card payments please contact your Fasken office directly.**
Terms: payment due upon receipt. Pursuant to the *Solicitors Act*, interest will be charged at the rate of 3.0% per annum on unpaid fees, charges or disbursements calculated from a date that is one month after this statement is delivered. Any disbursement not posted to your account on the date of this statement will be billed later.

**Matter Number: 330615.00003**
**Matter: Agency Work**
**Responsible Professional: Peter J. Pliszka**

**Disbursements**

Non-Taxable

| | |
|---|---|
| Filing Service/ Court Fees Non-Taxable | 632.00 |

Taxable

| | |
|---|---|
| Filing Service/ Court Fees | 115.60 |
| Total Disbursements | 747.60 |
| Total Disbursements Including Taxes | $ 747.60 |

**Total Fees, Disbursements and Taxes**                    **CAD  $ 747.60**

# Tab 10(g)E

 **NOVA** OFFICE STRATEGIES

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2025 | 4175876 |

| Bill To | Ship To |
|---------|---------|
| RICHARD HARPOOTLIAN, PA<br>1410 LAUREL STREET<br>COLUMBIA, SC 29201 | RICHARD HARPOOTLIAN LAW, P.A<br>1410 LAUREL STREET<br>COLUMBIA, SC 29201 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| C13132 | BIDEN | HOLLI MILLER | Net 30 | 8/21/2025 | 07/22 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - B/W 8.5 x 11 - 20LB | 316 | 0.10 | 31.60T |
| DRIVING DELIVERY FEE - EFFECTIVE JUNE 1, 2025 (within 5 mile radius) | 1 | 10.00 | 10.00T |
| | | | |
| Holli@harpootlianlaw.com or Ginger@harpootlianlaw.com<br>803.252.4848 | | | |

Remit Payment To:

**NOVA Office Strategies, Inc.**
129 W. Trade Street
Suite 1420
Charlotte, NC 28202

Contact Us at

Phone #    704.347.0055

Fax #    704.347.3421

www.novaoffice.net

| Subtotal | $41.60 |
|----------|--------|
| **Sales Tax  (8.0%)** | $3.34 |
| **Total** | $44.94 |

Federal Tax ID#  56-2120639

# Tab 10(g)F

**Summitt Reprographics**

2029 Century Park East #4420
Los Angeles, CA 90067-8051
(310-788-3481)

CRAIGSOMMERSTEIN@YAHOO.COM

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/24/2025 | 129253 |

| BILL TO |
|---|
| EARLY SULLIVAN<br>6420 WILSHIRE BLVD.<br>SUITE 1700<br>LOS ANGELES, CA 90048<br>ATTN: ROBIE ATIENZA-JONES |

| CLIENT # | REP |
|---|---|
| 10760-003 | CS |

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3,436 | elabel | 137.44T |
| 9,735 | PRINT | 1,070.85T |
| 12,158 | COLOR COPIES | 4,255.30T |
| 1,035 | TABS | 258.75T |
| 20 | VELO-BIND | 40.00T |
| 30 | 3 RING BINDERS | 660.00T |
| 5 | 3 RING BINDERS | 60.00T |
| 2 | exhibit tags | 130.00 |
| 1 | delivery to court | 85.00 |
| | | |
| 1,548 | PRINT  exhibit 136 | 170.28T |
| 1 | delivery to court 7/29/25 | 65.00 |
| | | |
| 1 | pu boxes from court and deliver to office  8-4-25 | 85.00 |
| | Sales Tax | 632.00 |

| Total | $7,649.62 |
|---|---|

WE UNDERSTAND THAT SOME LAW FIRMS PASS THE BILLS THROUGH TO THEIR
CLIENTS, HOWEVER, THE SUMMIT CLIENT REMAINS RESPONSIBLE TO PAY
INVOICES BILLED TO THEM.
TAX ID# 93-4738708
WE NOW ACCEPT VISA/MASTERCARD/AMEX

# Tab 10(g)G



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2025 | 4175911 |

| Bill To |
|---------|
| RICHARD HARPOOTLIAN, PA<br>1410 LAUREL STREET<br>COLUMBIA, SC 29201 |

| Ship To |
|---------|
| RICHARD HARPOOTLIAN LAW, P.A<br>1410 LAUREL STREET<br>COLUMBIA, SC 29201 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|------------|---------------------|---------|-------|----------|----------|
| C13144 | BIDEN | HOLLI MILLER | Net 30 | 8/24/2025 | 07/25 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| BLOWBACKS - B/W 8.5 x 11 - 20LB | 1,922 | 0.10 | 192.20T |
| BLOWBACKS - 8.5 x 11 COLOR - 20LB | 135 | 0.55 | 74.25T |
| DRIVING DELIVERY FEE - EFFECTIVE JUNE 1, 2025 (within 5 mile radius) | 1 | 10.00 | 10.00T |
| | | | |
| Holli@harpootlianlaw.com or Ginger@harpootlianlaw.com<br>803.252.4848 | | | |

| | |
|---|---|
| **Subtotal** | $276.45 |
| **Sales Tax  (8.0%)** | $22.11 |
| **Total** | $298.56 |

Remit Payment To:

**NOVA Office Strategies, Inc.**
129 W. Trade Street
Suite 1420
Charlotte, NC 28202

Contact Us at

Phone #    704.347.0055

Fax #    704.347.3421

www.novaoffice.net

Federal Tax ID#  56-2120639

# Tab 10(g)H

ACCOUNT ENDING - 14006

AMERICAN
EXPRESS

Platinum Card®

CARD MEMBER

HOLLI MILLER

## Card Activity Since Jul 8 (Closing Aug 7)

## Summary

Case 2:23-cv-09430-SVW-PD    Document 381    Filed 07/29/26    Page 136 of 162    Page ID #:9131

| Jul 30 | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $11.95 |
| Jul 30 | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $17.78 |
| Jul 30 | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $43.79 |

| DATE | STATUS | DESCRIPTION | CARD | AMOUNT |
|------|--------|-------------|------|--------|
| Jul 30 | | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $64.65 |
| Jul 30 | | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $83.96 |
| | | ██████████████████████ | | |
| Jul 29 | | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $29.64 |
| | | ██████████████████████ | | |
| Jul 28 | | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $11.27 |
| Jul 28 | | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $18.13 |
| Jul 28 | | FedEx Office 2861 Los Angeles CA | HOLLI MILLER | $35.56 |

Case 2:23-cv-09430-SVW-PD    Document 381    Filed 07/29/26    Page 137 of 162    Page ID #:9132



**900 West Olympic Blvd**
**Los Angeles, CA, 90015-1338**
**(213) 275-3657**

Terminal: 2861M600MIX01
7/28/2025 12:27
Receipt #: EMTKK7XF8655
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 5 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.35 |
| 21 | PNG B&W S/S 8.5x11 & 8.5x14 | 5.67 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 1.90 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 1.90 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 1.90 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 1.90 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 1.90 |

| | | |
|-----|-------------|--------|
| | SubTotal | 16.52 |
| | District tax | 0.41 |
| | County tax | 0.21 |
| | State tax | 0.99 |
| | Total | $18.13 |

Acct #:************4006
AMERICAN EXPRESS
Chip Read
Auth No.: 865221
Mode: Issuer
AID: A000000025010801
NO CVM
CVM Result: 1F0202
TVR: 0000008000
IAD: 06640103602002
TSI: F800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



## Tell us how we did and get $7 off your next purchase of $40 or more print products*

## Take the survey by scanning the QR code below or visit www.fedex.com/welisten



## Offer expires 6/30/2026

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



**900 West Olympic Blvd**
**Los Angeles, CA, 90015-1338**
**(213) 275-3657**

```
Terminal: 2861M600MIX01
7/28/2025 22:55
Receipt #: EMTKK7XF8663
Type: Purchase
```

| Qty | Description | Amount |
|-----|-------------|--------|
| 120 | PNG B&W S/S 8.5x11 & 8.5x14 | 32.40 |

|  | | |
|--|--|--|
| SubTotal | | 32.40 |
| District tax | | 0.81 |
| County tax | | 0.41 |
| State tax | | 1.94 |
| Total | | $35.56 |

```
Acct #:*************4006
AMERICAN EXPRESS
Contactless
Auth No.: 886153
Mode: Issuer
AID: A000000025010801
NO CVM
CVM Result: 1F0202
TVR: 0000008000
IAD: 06640103A00002
TSI: E800
ARC: 00
APPROVED
```

**The Cardholder agrees to pay the Issuer**
**of the charge card in accordance with**
**the agreement between the Issuer and**
**the Cardholder.**



## Tell us how we did and get $7 off your next purchase of $40 or more print products*

## Take the survey by scanning the QR code below or visit www.fedex.com/welisten



## Offer expires 6/30/2026

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



**900 West Olympic Blvd**
**Los Angeles, CA, 90015-1338**
**(213) 275-3657**

Terminal: 2861M600MIX01
7/28/2025 22:50
Receipt #: EMTKK7XF8661
Type: Purchase

| Qty | Description | Amount |
|---|---|---|
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.54 |
| 18 | PNG B&W S/S 8.5x11 & 8.5x14 | 4.86 |
| 18 | PNG B&W S/S 8.5x11 & 8.5x14 | 4.86 |

|  |  |
|---|---|
| SubTotal | 10.26 |
| District tax | 0.26 |
| County tax | 0.13 |
| State tax | 0.62 |
| Total | $11.27 |

Acct #:*************4006
AMERICAN EXPRESS
Contactless
Auth No.: 861922
Mode: Issuer
AID: A000000025010801
NO CVM
CVM Result: 1F0202
TVR: 0000008000
IAD: 06640103A00002
TSI: E800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



**Tell us how we did and get $7 off your next purchase of $40 or more print products***

**Take the survey by scanning the QR code below or visit www.fedex.com/welisten**



**Offer expires 6/30/2026**

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.

# Tab 10(g)I

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Zachary C. Hansen Esq.<br>Early Sullivan Wright Gizer & McRae<br>6420 Wilshire Blvd<br>17th Flr<br>Los Angeles, CA, 90048 | **Invoice #:**     **8507197**<br>**Invoice Date:**     **7/28/2025**<br>**Balance Due:**     **$185.00** |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7103502   |   Job Date: 2/4/2025   |   Delivery: Immediate        Client Matter #: 10760-003

Location:            Los Angeles, CA

Billing Atty:          Zachary C. Hansen Esq.

Scheduling Atty:       Zachary C. Hansen Esq. | Early Sullivan Wright Gizer & McRae

| Witness: PiP Patrick M. Byrne , Vol. III | Quantity | Price | Amount |
|---|---|---|---|
| Duplicate Video Processing Fee | 1.00 | $105.00 | $105.00 |
| Video - Electronic Access | 1.00 | $80.00 | $80.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$185.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$185.00** |

TERMS:    Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:**  **8507197**

**Invoice Date:**  **7/28/2025**

**Balance Due:**  **$185.00**

74963

**<u>Tab 10(g)I – Justification for Fees</u>**

Pursuant to L.R. 54-3.10(g), the cost of physically replicating or reproducing material necessarily obtained for use in the case (including copies obtained to be produced in discovery) in any format in which such material is required to be produced and with any required characteristics (such as metadata or manipulability) intact. Accordingly, the fees sought in Tab 10(g)I relate to those reasonably incurred for replicating the videotaping of Vol. II of Defendant Patrick Byrne's deposition on December 14, 2024 for use at trial in light of Defendant's refusal to appear in person at trial, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,                    )
                                        )
  ,        Plaintiffs,                  )
                                        )
                                        )
                                        )
      vs.                               ) No. CV 23-09430-SVW-PD
                                        )
                                        )
                                        )
PATRICK M. BYRNE,                       )
                                        )
          Defendant.                    )
_____ )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____


MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739


UNITED STATES DISTRICT COURT

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFFS,**
**[!PLAINTIFF NAME]:**                    [!FIRM1]
                                          BY:  [!ATTORNEY1], ESQ.
                                          [!ADDRESS-A1]
                                          [!ADDRESS-B1]
                                          [!CITY1], [!STATE1] [!ZIP1]
                                          [!PHONE NUMBER1]
                                          [!E-MAIL1]


                                          [!FIRM2]
                                          BY:  [!ATTORNEY2], ESQ.
                                          [!ADDRESS-A2]
                                          [!ADDRESS-B2]
                                          [!CITY2], [!STATE2] [!ZIP2]
                                          [!PHONE NUMBER2]
                                          [!E-MAIL2]


**ON BEHALF OF THE DEFENDANTS,**
**PATRICK M. BYRNE:**                     [!FIRM3]
                                          BY:  [!ATTORNEY3], ESQ.
                                          [!ADDRESS-A3]
                                          [!ADDRESS-B3]
                                          [!CITY3], [!STATE3] [!ZIP3]
                                          [!PHONE NUMBER3]
                                          [!E-MAIL3]

UNITED STATES DISTRICT COURT

**I N D E X**

INFORMAL DISCOVERY CONFERENCE HEARING:                    PAGE
                                                          4

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-o0o-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne*.

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

THE COURT: Yes.

MR. MURPHY: This deposition, is that being done by Zoom?

THE COURT: It can be done by Zoom.

MR. MURPHY: I'd like to request that it be done by Zoom. The only other --

THE COURT: But -- but he has to be cooperative.

MR. MURPHY: Right.

THE COURT: And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY: I have a question for Your Honor. On the Zoom deposition, no problem. I think it's great. If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT: No.

MR. MURPHY: No?

THE COURT: I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out. In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

UNITED STATES DISTRICT COURT

supposed to produce the page showing when he went to Turkey. When I came back -- and then the judge said, "No. Produce it," and we produced the whole thing.

THE COURT: I'll accept what you're saying, Mr. Murphy.

MR. MURPHY: Thank you.

THE COURT: But it does create some doubts. I mean, you've explained it.

MR. MURPHY: Okay.

THE COURT: And he has -- I mean, this man has been travelling, in six months, more than dozens of people travel in a lifetime. And I mean, he's -- you know, he can't -- he can't get on an airplane to take his deposition. Okay. I'll accommodate that with Zoom, but he's got to do it. That's it.

MR. MURPHY: One other quick question.

THE COURT: Yes.

MR. MURPHY: How long should the depo be?

THE COURT: However long the plaintiff needs within bounds.

I mean, look, he has given three or four explanations; right?

MR. HANSEN: Right.

THE COURT: So you may explore those. I mean, he may have not have much to say or a lot to say.

```
                    C E R T I F I C A T E




   ROBERT HUNTER BIDEN                    :

                    vs.                   :   No. CV 23-09430-SVW

   PATRICK M. BYRNE                       :




I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


        _____/S/_____          _11/26/2024_

MARIA R. BUSTILLOS                         DATE
OFFICIAL REPORTER
```

UNITED STATES DISTRICT COURT

# Tab 10(g)J

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Zachary C. Hansen Esq.
          Early Sullivan Wright Gizer & McRae
          6420 Wilshire Blvd
          17th Flr
          Los Angeles, CA, 90048

| | |
|---|---|
| **Invoice #:** | **8507196** |
| **Invoice Date:** | **7/28/2025** |
| **Balance Due:** | **$185.00** |

| Case: Biden Hunter, Robert v. Byrne M, Patrick (2:23cv09430SVWPD) | Proceeding Type: Depositions |
|---|---|

Job #: 7060637    |    Job Date: 12/14/2024    |    Delivery: Immediate                    Client Matter #: 10760-003

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Zachary C. Hansen Esq. |
| Scheduling Atty: | Zachary C. Hansen Esq. \| Early Sullivan Wright Gizer & McRae |

| Witness: Patrick Byrne Vol 2 | Quantity | Price | Amount |
|---|---|---|---|
| Duplicate Video Processing Fee | 1.00 | $105.00 | $105.00 |
| Video - Electronic Access | 1.00 | $80.00 | $80.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$185.00** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$185.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **8507196** |
| **Invoice Date:** | **7/28/2025** |
| **Balance Due:** | **$185.00** |

74963

**<u>Tab 10(g)J – Justification for Fees</u>**

Pursuant to L.R. 54-3.10(g), the cost of physically replicating or reproducing material necessarily obtained for use in the case (including copies obtained to be produced in discovery) in any format in which such material is required to be produced and with any required characteristics (such as metadata or manipulability) intact. Accordingly, the fees sought in Tab 10(g)J relate to those reasonably incurred for replicating the videotaping of Vol. III of Defendant Patrick Byrne's deposition on February 4, 2025 for use at trial in light of Defendant's refusal to appear in person at trial, which videotaping was expressly ordered by the Court prior to the taking of the deposition. (See attached relevant portions of the Reporter's Transcript from the 11/25/24 Informal Discovery Conference (Dkt. No. 159) with the Pertinent Oral Order from Judge Wilson highlighted therein which was made on the record at the hearing ordering the deposition to be by videotaped.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

ROBERT HUNTER BIDEN,            )
                               )
    ,       Plaintiffs,         )
                               )
                               )
                               )
    vs.                         ) No. CV 23-09430-SVW-PD
                               )
                               )
                               )
PATRICK M. BYRNE,               )
                               )
        Defendant.              )
_____ )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

*INFORMAL DISCOVERY CONFERENCE HEARING*

LOS ANGELES, CALIFORNIA

MONDAY, NOVEMBER 25, 2024

_____


MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739

**A P P E A R A N C E S**

ON BEHALF OF THE PLAINTIFFS,
[!PLAINTIFF NAME]:                    [!FIRM1]
                                      BY:  [!ATTORNEY1], ESQ.
                                      [!ADDRESS-A1]
                                      [!ADDRESS-B1]
                                      [!CITY1], [!STATE1] [!ZIP1]
                                      [!PHONE NUMBER1]
                                      [!E-MAIL1]


                                      [!FIRM2]
                                      BY:  [!ATTORNEY2], ESQ.
                                      [!ADDRESS-A2]
                                      [!ADDRESS-B2]
                                      [!CITY2], [!STATE2] [!ZIP2]
                                      [!PHONE NUMBER2]
                                      [!E-MAIL2]



ON BEHALF OF THE DEFENDANTS,
PATRICK M. BYRNE:                     [!FIRM3]
                                      BY:  [!ATTORNEY3], ESQ.
                                      [!ADDRESS-A3]
                                      [!ADDRESS-B3]
                                      [!CITY3], [!STATE3] [!ZIP3]
                                      [!PHONE NUMBER3]
                                      [!E-MAIL3]

**I N D E X**

PAGE

INFORMAL DISCOVERY CONFERENCE HEARING:                        4

4

LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 25, 2024

-oOo-

(COURT IN SESSION AT 3:06 P.M.)

THE COURTROOM DEPUTY:  Calling item number 10, CV 23-09430-SVW:  *Robert Hunter Biden v. Patrick M. Byrne*.

Counsel, please state your appearances.

MR. SULLIVAN:  Bryan Sullivan and Zachary Hansen on behalf of plaintiff Robert Hunter Byrne [sic].

THE COURT:  Just a moment.

MR. SULLIVAN:  I apologize, Your Honor.

THE COURT:  And, um, you are who?

MR. HANSEN:  Zachary Hansen on behalf of the plaintiff, Robert Hunter Biden, as well.

MR. MURPHY:  Good afternoon, Your Honor. Michael Murphy appearing on behalf of defendant Michael Byrne.

THE COURT:  Okay.  I'm not going to address the summary judgment motions at this time, but I am going to address the issue of defendant's position regarding the deposition.

The magistrate judge, Donahue, made a ruling in which she determined based upon what was before her that the defendant had not satisfied his burden of showing he

UNITED STATES DISTRICT COURT

THE COURT:  Yes.

MR. MURPHY:  This deposition, is that being done by Zoom?

THE COURT:  It can be done by Zoom.

MR. MURPHY:  I'd like to request that it be done by Zoom.  The only other --

THE COURT:  But -- but he has to be cooperative.

MR. MURPHY:  Right.

THE COURT:  And -- and if he is not and -- and the deposition becomes difficult to manage, I may take a different tact.

MR. MURPHY:  I have a question for Your Honor. On the Zoom deposition, no problem.  I think it's great. If my client's health, according to his doctors, is still touchy, can we do three-and-half-hour depos?

THE COURT:  No.

MR. MURPHY:  No?

THE COURT:  I mean, I don't know -- I don't know these -- if the deposition has to be done over a certain number of days, it can be done over a certain number of days on Zoom, but I -- I don't want it spread out.  In other words, if he can get done three hours, take a rest, do three hours more, take a rest -- whatever.

MR. MURPHY:  Okay.

MR. HANSEN:  Your Honor, may I ask a couple of questions, please?

THE COURT:  Wait.

Mr. Murphy?

MR. MURPHY:  The only other question I have is: I'd like -- I think it is great to do Zoom, and can we video it?

THE COURT:  I want it videoed.

MR. MURPHY:  Good.  Then we can play the video at trial.  We have a stipulation on that.

THE COURT:  I don't want him in a gurney in the video.  I just --

MR. MURPHY:  No, he will do it.

THE COURT:  Yeah.

MR. MURPHY:  All right.

THE COURT:  I mean, even his hospital stay, at best, is for, you know -- what do you call it again -- for observation.  I mean, he's -- look, there are millions of people walking around with irregular heartbeats, and he has already had five ablations.  They have said in the records.  And the ablations -- the last ablation was 2015.  So apparently, from 2015 till now, he has been somewhat normal.  He was a CEO of a major company.

supposed to produce the page showing when he went to

Turkey.  When I came back -- and then the judge said,

"No.  Produce it," and we produced the whole thing.

THE COURT:  I'll accept what you're saying,

Mr. Murphy.

MR. MURPHY:  Thank you.

THE COURT:  But it does create some doubts.  I

mean, you've explained it.

MR. MURPHY:  Okay.

THE COURT:  And he has -- I mean, this man has

been travelling, in six months, more than dozens of

people travel in a lifetime.  And I mean, he's -- you

know, he can't -- he can't get on an airplane to take

his deposition.  Okay.  I'll accommodate that with Zoom,

but he's got to do it.  That's it.

MR. MURPHY:  One other quick question.

THE COURT:  Yes.

MR. MURPHY:  How long should the depo be?

THE COURT:  However long the plaintiff needs

within bounds.

I mean, look, he has given three or four

explanations; right?

MR. HANSEN:  Right.

THE COURT:  So you may explore those.  I mean,

he may have not have much to say or a lot to say.

**C E R T I F I C A T E**

ROBERT HUNTER BIDEN                    :

                    vs.            :   No. CV 23-09430-SVW

PATRICK M. BYRNE                       :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____/S/_____        _11/26/2024_

MARIA R. BUSTILLOS                 DATE
OFFICIAL REPORTER