TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Joel Oster (Pro Hac Vice)
joel@joelosterlaw.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 304-7583

Attorneys for Defendant Patrick M. Byrne

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff<br><br>v.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant | Case No.:  2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**DEFENDANT'S NOTICE APPEAL** |

**PLEASE TAKE NOTICE THAT** Defendant PATRICK M. BYRNE, by and through his undersigned counsel, hereby respectfully appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered on July 15, 2026, (Civil Docket No. 380), which was an entry of judgment of the Order dated July 10, 2026 (Civil Docket No. 376).

DATED:  August 7, 2026          TYLER LAW, LLP

                                                  By: /s/Joel Oster
                                                       Joel Oster

1

## CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 25026 Las Brisas Road, Murrieta, California 92562

On August 7, 2026, I caused to be served the foregoing documents described below on the following interested parties in this action:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF THE DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF; AND APPROVAL OF PROPOSED BOND PURSUANT TO FRCP 62**

☒ Via **ELECTRONIC SERVICE**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Bryan M. Sullivan**
  bsullivan@earlysullivan.com
- **Richard A. Harpootlian**
  rah@harpootlianlaw.com
- **Zachary Hansen**
  zhansen@earlysullivan.com
- **Carmen Rosa Selame**
  carmen@murphlaw.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an employee in the office of a member of the bar of this Court who directed this service

/s/ Joel Oster
Joel Oster