TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Joel Oster (Pro Hac Vice)
joel@joelosterlaw.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 304-7583

Attorneys for Defendant Patrick M. Byrne

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>PATRICK M. BYRNE, an individual,<br><br>　　　　Defendant | Case No.:  2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF THE DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF; AND APPROVAL OF PROPOSED BOND PURSUANT TO FRCP 62**<br><br>Date:　　September 21, 2026<br>Time:　　1:30 p.m.<br>Dept.:　　Courtroom 10A |

**PLEASE TAKE NOTICE THAT** on September 21, 2026, at 1:30 p.m., or as soon thereafter as this matter may be heard in the above-entitled Court, located at 350 W 1st Street, Suite 4311, Los Angeles, California 90012, Courtroom 10A, before Honorable Judge Stephen V. Wilson, Defendant PATRICK BYRNE ("Defendant") by and through his undersigned counsel, hereby respectfully moves this Court to stay the enforcement of the default judgment entered on July 15, 2026, Docket Entry 380. This motion is based on the accompanying Memorandum of Points and Authorities,

1

along with the Declaration of Joel Oster, the attached exhibits, and the [Proposed] Order.

DATED:  August 12, 2026                    TYLER LAW, LLP

                                           By: /s/Joel Oster
                                               Joel Oster

**MOTION TO STAY ENFORCEMENT OF DEFAULT JUDGMENT**          **2:23-CV-09430-SVW-PD**

## MEMORANDUM OF POINTS AND AUTHORITIES

### RELIEF REQUESTED

Defendant submits this motion pursuant to Rules 62(b) and 62(d) of the Federal Rules of Civil Procedure for entry of an order (1) staying enforcement of the default judgment entered July 15, 2026, by the Honorable Judge Stephen V. Wilson ("Judge Wilson") and (2) approving the proposed bond. (Attached hereto as Exhibit A and hereinafter cited to as "the Bond.")

### I. INTRODUCTION

Defendant submits this motion pursuant to Rules 62(b) and 62(d) of the Federal Rules of Civil Procedure for entry of an order (1) staying the enforcement of the default judgment and (2) setting an approved bond. (Attached as "Exhibit A" and referred as "the Bond".)

### II. STATEMENT OF FACTS

On July 15, 2026, the Court entered judgment in favor of the Plaintiffs and awarded $1 in nominal damages; $1,700,000 in punitive damages; and $34,969.20 in sanctions. Defendant has paid the sanctions order. As for the remaining $1,700,001 of damages, Defendant has secured a bond of $2,125,001.25, or 125% of the damages award, pursuant to Federal Rule of Civil Procedure 62. This amount is intended to cover the judgment, post judgment interest and any allowable costs.

### II. ARGUMENT

"A party taking an appeal from the District Court is entitled to a stay of money judgment as a matter of right if he posts bond" in accordance with the Federal Rules. *American Mfrs. Mut. Ins. Co. v. American Broadcasting-Paramount Theatres, Inc.*, 87 S.Ct 1, 3 (1966). Rule 62(b) of the Federal Rules of Civil Procedure provide that a defendant may obtain a stay of execution of judgment by posting a bond or other security an amount approved by the Court. Local Rule 65-2 permits the clerk to approve all bonds or undertakings given in the form and amount prescribed by statute and that are in conformance with L.R. 65-3 and L.R. 65-5. Here, Defendants

1

have provided a proposed supersedeas bond as a result of the pending appeal. The rules require that the amount of the bond be approved by the court. Fed. R. Civ. P. 62(d). The amount of the Bond, as discussed below, exceeds the amount of the judgment. Furthermore, the surety is authorized to do business in the State of California, the Bond is notarized, the Bond contains a valid power of attorney, and the Bond unequivocally obligates American Contractors Indemnity Company, as contained in the Bond. *See* Exhibit A; L.R. 65-3. Because the Bond complies with the rules, the court should approve it. *See* L.R. 65-2; "Joel Oster's Certificate of Attorney," prepared pursuant to L.R. 65-5 and attached hereto as Exhibit B.

Here, Defendant has obtained a bond in the amount of 125% of the judgment, or $2,125,001.25. *See e.g. Rachel v. Banana Republic, Inc.*, 831 F.2d 1503, 1505, n. 1 (9th Cir. 1987). Additionally, Defendant has already paid the sanction of $34,969.20 ordered by the Court. Therefore, this Court should grant Defendant's motion for stay and approve the bond amount attached as Exhibit A for Defendant to post in this matter.

## III. CONCLUSION

For the foregoing reasons, Defendants respectfully request the Court stay the July 15, 2026, Order and approve the attached bond pursuant to Rule 62, pending the appeal in this matter.

DATED:  August 12, 2026                    TYLER LAW, LLP


                                          By: /s/ Joel Oster
                                              Joel Oster

**MOTION TO STAY ENFORCEMENT OF DEFAULT JUDGMENT**                    **2:23-CV-09430-SVW-PD**

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Patrick M. Bryne, certifies that this brief contains 987 words, which complies with the word limit of L.R. 11-6.1.

/s/ Joel L. Oster
Joel L. Oster

**MOTION TO STAY ENFORCEMENT OF DEFAULT JUDGMENT**          **2:23-CV-09430-SVW-PD**

## CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 25026 Las Brisas Road, Murrieta, California 92562

On March 3, 2026, I caused to be served the foregoing documents described below on the following interested parties in this action:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STAY ENFORCEMENT OF THE DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF; AND APPROVAL OF PROPOSED BOND PURSUANT TO FRCP 62**

☒    Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Bryan M. Sullivan**
  bsullivan@earlysullivan.com
- **Richard A. Harpootlian**
  rah@harpootlianlaw.com
- **Zachary Hansen**
  zhansen@earlysullivan.com
- **Carmen Rosa Selame**
  carmen@murphlaw.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an employee in the office of a member of the bar of this Court who directed this service

/s/ Joel Oster
Joel Oster

**MOTION TO STAY ENFORCEMENT OF DEFAULT JUDGMENT**                **2:23-CV-09430-SVW-PD**