TYLER LAW, LLP
Robert H. Tyler (SBN 179572)
rtyler@tylerlawllp.com
Joel Oster (Pro Hac Vice)
joel@joelosterlaw.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 304-7583

Attorneys for Defendant Patrick M. Byrne

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff<br><br>v.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant | Case No.:  2:23-cv-09430-SVW-PD<br><br>*Hon. Stephen V. Wilson*<br><br>**DECLARATION OF JOEL OSTER IN SUPPORT OF DEFENDANT'S MOTION TO STAY ENFORCEMENT OF DEFAULT JUDGMENT**<br><br>Date:  September 21, 2026<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 10A |

I, Joel Oster, certify, and state under penalty of perjury under the laws of the United States of America, as follows:

1.    I am over the age of 18 years and have personal knowledge of the facts stated herein. I have been retained as counsel by Defendant to represent him in the above-entitled litigation.

2.    I have reviewed the proposed bond (the "Bond") by American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation, and U.S. Specialty Insurance Company, a Texas corporation (collectively referred to as "American Contractors"),

1

DECLARATION OF JOEL OSTER                                          2:23-CV-09430-SVW-PD

which has been attached to Defendant's Motion to Stay Enforcement of Default Judgment and Approval of the Proposed Bond as Exhibit "A." Exhibit A is a true and accurate copy of the Bond provided by American Contractors.

3. I have reviewed the Federal Rules of Civil Procedure ("FRCP") and the Local Rules ("LR") for the United States District Court Central District of California pertaining to supersedeas bonds. It is my belief that the Bond complies with the FRCP and the LR.

4. Plaintiffs' Counsel, Phillip Barber, was contacted on or about July 15, 2026, about this motion and does not oppose the motion to stay enforcement on the default judgment provided the bond is posted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of August 2026.

DATED:  August 12, 2026          TYLER LAW, LLP

By: /s/Joel Oster
    Joel Oster

**DECLARATION OF JOEL OSTER**                                    **2:23-CV-09430-SVW-PD**

## CERTIFICATE OF SERVICE

I am employed in the county of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 25026 Las Brisas Road, Murrieta, California 92562

On August 12, 2026, I caused to be served the foregoing documents described below on the following interested parties in this action:

**DECLARTION OF JOEL OSTER**

☒ Via **ELECTRONIC CASE FILING**, by which listed counsel will automatically receive e-mail notices with links to true and correct copies of said documents:

- **Bryan M. Sullivan**
  bsullivan@earlysullivan.com
- **Richard A. Harpootlian**
  rah@harpootlianlaw.com
- **Zachary Hansen**
  zhansen@earlysullivan.com
- **Carmen Rosa Selame**
  carmen@murphlaw.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am an employee in the office of a member of the bar of this Court who directed this service

/s/ Joel Oster
Joel Oster

**DECLARATION OF JOEL OSTER**                                    **2:23-CV-09430-SVW-PD**