Bryan M. Sullian (209743); Zachary C. Hansen (325128)
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048
Tel: (323) 301-4660; Fax: (323) 301-4676
bsullivan@earlysullivan.com
Attorneys for Plaintiff
ROBERT HUNTER BIDEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN<br><br>PLAINTIFF(S),<br>v. | CASE NUMBER<br>2:23-cv-09430-SVW-PD |
| PATRICK M. BYRNE<br><br>DEFENDANT(S) | **APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | Plaintiff Robert Hunter Biden | | |
| Judgment entered on: | July 15, 2026 | Docket #: | 380 |
| Names of party(ies) against whom judgment was entered: | Defendant Patrick M. Byrne | | |

**DECLARATION UNDER 28 U.S.C. § 1924**

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: July 29, 2026

Signature: [signature]
Name: Zachary C. Hansen
☒ Attorney of Record for: Plaintiff Robert Hunter Biden

**COURT USE ONLY**

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 36,816.63
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
☐ Insufficient supporting documentation provided (L.R. 54-2.1).
☐ Filer is not prevailing party (L.R. 54-1).

Date: August 26, 2026.

**Brian D. Karth, District Court Executive/Clerk of Court**
By: [signature]
Deputy Clerk

**Case Title:** Biden v. Byrne; **Case No:** 2:23-cv-09430-SVW-PD

# BILL OF COSTS

***The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.***

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | ***(Shaded columns for Court use only.)*** | | | |
| 1 | ***L.R. 54-3.1 Clerk's Fees*** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | $402.00 | Tab 1 - receipt for filing fees for new civil action | | | | |
| 2 | ***L.R. 54-3.2 Fees for Service of Process*** | | | | | |
| | $1,061.62 | Tab 2 - invoice for fees for service of process of third party deposition subpoena to witness John Moynihan | | | | |
| 3 | ***L.R. 54-3.3 United States Marshal's Fees*** | | | | | |
| | $0.00 | N/A | | | | |
| 4 | ***L.R. 54-3.4 Transcripts of Court Proceedings*** *(order or stipulation required and must be attached)* | | | | | |
| | $0.00 | N/A | | | | |
| 5 | ***L.R. 54-3.5 Depositions*** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | $20,127.75 | Tab 5A - Invoice for certified copy of transcript of deposition of Plaintiff Robert Hunter Biden, including reproduction of exhibits and delovery/handling<br>Tab 5B - Invoice for reporting services and transcript for Vol. I of Deposition of Defendant Patrick Byrne<br>Tab 5C - Invoice for reporting services and transcript for Vol. II of Deposition of Defendant Patrick Byrne<br>Tab 5D - Invoice for video services for Vol. II of Deposition of Defendant Patrick Byrne<br>Tab 5E - Invoice for video services for Vol. I of Deposition of Defendant Patrick Byrne<br>Tab 5F - Invoice for reporting services and transcript for Vol. III of Deposition of Defendant Patrick Byrne<br>Tab 5G - Invoice for video services for Vol. III of Deposition of Defendant Partrick Byrne<br>Tab 5H - Invoice for reporting services and transcript for Deposition of witness John F. Moynihan | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | ***(Shaded columns for Court use only.)*** | | | |
| | | | Tab 5I - Invoice for fees related to Deposition of witness David Smith<br>Tab 5J - Invoice for reporting services and transcript for Deposition of witness David Smith | | | | |
| 6 | | ***L.R. 54-3.6 Witness Fees*** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $0.00 | N/A | | | | |
| 7 | | ***L.R. 54-3.7 Interpreter's Fees*** *(document translation costs are not taxable)* | | | | | |
| | | $0.00 | N/A | | | | |
| 8 | | ***L.R. 54-3.8 Docket Fees*** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | $0.00 | N/A | | | | |
| 9 | | ***L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers*** *(attach appointment order)* | | | | | |
| | | $0.00 | N/A | | | | |
| 10 | | ***L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents*** *(if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $2,273.07 | Tab 10(a) - Invoices for all mandatory chamber copies delivered to the Court | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | N/A | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $12,952.19 | Tab 10(g)A - Invoice for cost of copying and reproducing documents for use at trial as exhibits<br>Tab 10(g)B - Invoice for cost of copying and reproducing documents for use at trial as exhibits<br>Tab 10(g)C - Invoice for cost of certified transcriptions of podcasts for use at trial as exhibits<br>Tab 10(g)D - Invoice for certified copies of Canadian Judgment against Defendant Patrick Byrne to be used at trial as exhibit (converted from CAD to USD based on applicable exchange rate on date of invoice) | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | ***(Shaded columns for Court use only.)*** | | | |
| | | Tab 10(g)E - Invoice for cost of copying and reproducing documents to use at trial as exhibits<br>Tab 10(g)F - Invoice for cost of copying and reproducing all trial exhibits for both parties, binders, and tabs required by the Court for trial<br>Tab 10(g)G - Invoice for cost of copying and reproducing documents for use at trial as exhibits<br>Tab 10(g)H - Invoice for cost of copying and reproducing documents for use at trial as exhibits<br>Tab 10(g)I - Invoice for video processing fee for Vol. II Deposition of Defendant Patrick Byrne<br>Tab 10(g)J - Invoice for video processing fee for Vol. III Deposition of Defendant Patrick Byrne | | | | |
| 11 | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | | |
| | $0.00 | N/A | | | | |
| 12 | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 13 | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | $0.00 | N/A | | | | |
| 14 | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | $0.00 | N/A | | | | |
| 15 | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | | |
| | $0.00 | N/A | | | | |
| **TOTAL** | $36,816.63 | | $36,816.63 | $0.00 | | |

***Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.