**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br>Plaintiff<br>v.<br>PATRICK M. BYRNE, an individual,<br>Defendant | Case No.: 2:23-cv-09430-SVW-PD<br>*Hon. Stephen V. Wilson*<br>**~~[PROPOSED]~~ ORDER REGARDING DEFENDANT'S MOTION TO STAY THE ENFORCEMENT OF THE DEFAULT JUDGMENT**<br>Date: August 17, 2026<br>Time: 1:30 p.m.<br>Dept.: Courtroom 10A |

The Court, after considering the pleadings, oral arguments and other relevant evidence in support of Defendant Patrick Byrne's Motion to Stay the Enforcement of the Default Judgment (the "Motion"), finds as follows:

**IT IS HEREBY OREDERED** that the Court grants the Motion.

**FURTHERMORE**, the Court sets a bond in the present matter for $ $2,125,001.25.

**IT IS SO ORDERED**.

DATED: September 18, 2026

Stephen V. Wilson

Honorable Stephen V. Wilson