Richard A. Harpootlian, *pro hac vice*
*rah@harpootlianlaw.com*
Phillip Barber, *pro hac vice*
*pdb@harpootlianlaw.com*
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan, State Bar Number 209743
*bsullivan@earlysullivan.com*
Zachary C. Hansen, State Bar Number 325128
*zhansen@earlysullivan.com*
EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | Case No. 2:23-cv-09430-SVW-PD<br><br>**DECLARATION OF PHILLIP D. BARBER IN SUPPORT OF PLAINTIFF'S MOTION TO DETERMINE THE INVALIDITY OF, AND TO STRIKE, THE NOTICE OF ATTORNEYS' LIEN (ECF NO. 379)**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: February 8, 2027<br>Time: 1:30 p.m.<br>Ctrm.: 10A |

**DECLARATION OF PHILLIP D. BARBER**

I, Phillip D. Barber, declare and state as follows:

1. I am an attorney admitted pro hac vice to practice before this Court in this action (ECF No. 215) and am one of the attorneys of record for Plaintiff Robert Hunter Biden. I have personal knowledge of the facts stated in this declaration and,

if called as a witness, could and would testify competently to them. I submit this declaration in support of Plaintiff's Motion to Determine the Invalidity of, and to Strike, the Notice of Attorneys' Lien filed by Winston Taylor LLP (ECF No. 379).

2. Pursuant to L.R. 7-3, on September 24, 2026, I conferred by videoconference with Scott Ahmad and Shawn R. Obi, counsel for Winston Taylor LLP, formerly known as Winston & Strawn LLP ("Former Counsel"), regarding the motion and relief Plaintiff intends to seek. Former Counsel opposes the motion.

3. The conference took place at least seven days before the filing of this motion.

4. Plaintiff is serving the motion and its supporting papers on Former Counsel, through Ms. Obi and Scott M. Ahmad, by electronic mail in addition to service through the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2026, at Charleston, South Carolina.

/s/ Phillip D. Barber

Phillip D. Barber