Richard A. Harpootlian, *pro hac vice*
*rah@harpootlianlaw.com*
Phillip Barber, *pro hac vice*
*pdb@harpootlianlaw.com*
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

Bryan M. Sullivan (SBN 209743)
*bsullivan@leechtishman.com*
Zachary C. Hansen (SBN 325128)
*zhansen@leechtishman.com*
LEECH TISHMAN NELSON HARDIMAN
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 203-2800
Facsimile: (424) 738-5080

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK M. BYRNE, an individual,<br><br>Defendant. | **Case No. 2:23-cv-09430-SVW-PD**<br><br>*Hon. Stephen V. Wilson*<br><br>**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND PHONE NUMBER**<br><br>Complaint Filed: November 8, 2023 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Bryan M. Sullivan and Zachary C. Hansen, counsel of record for Plaintiff Robert Hunter Biden have changed their contact information for service of notices and documents in the above-entitled action.

The new address and other contact information are as follows:

Bryan M. Sullivan (SBN 209743)
Zachary C. Hansen (SBN 325128)
LEECH TISHMAN NELSON HARDIMAN
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 203-2800
Facsimile: (424) 738-5080
Email: bsullivan@leechtishman.com; zhansen@leechtishman.com

All notices and documents regarding the action should be sent to the above address/email address.

Dated: November 5, 2026

LEECH TISHMAN NELSON HARDIMAN

By: [signature]

BRYAN M. SULLIVAN
(State Bar No. 209743)
bsullivan@leechtishman.com
ZACHARY C. HANSEN
(State Bar No. 325128)
zhansen@leechtishman.com
LEECH TISHMAN NELSON HARDIMAN
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 203-2800
Facsimile: (424) 738-5080

Richard A. Harpootlian, *pro hac vice*
*rah@harpootlianlaw.com*
Phillip Barber, *pro hac vice*
*pdb@harpootlianlaw.com*
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
Telephone: (803) 252-4848
Facsimile: (803) 252-4810

*Attorneys for Plaintiff*
*Robert Hunter Biden*